**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-cv-21295-RAR**

CHAD REEVES,

Plaintiff,

v.

CARNIVAL CORPORATION
a Panamanian Corporation,

Defendant.
_______________________________________/

**<u>NOTICE OF APPEARANCE OF COUNSEL</u>**

**PLEASE TAKE NOTICE** that the undersigned attorney, W. Cooper Jarnagin, Esq., of the law firm GrayRobinson, P.A., hereby enters his appearance as counsel for Defendant, CARNIVAL CORPORATION, and requests that all papers and pleadings filed in this action be served on the undersigned.

Dated: May 1, 2024

Respectfully Submitted,

GrayRobinson, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Telephone: (561) 268-5727
Facsimile: (561) 268-5745

By: */s/ W. Cooper Jarnagin*
Cooper Jarnagin
Florida Bar No. 117767
*cooper.jarnagin@gray-robinson.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2024, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

*/s/ Cooper Jarnagin*

**SERVICE LIST**
**CASE NO. 1:24-cv-21295-RAR**

Philip D. Parrish, Esq.
Philip D. Parrish PA
7301 S.W. 57th Court
Suite 430
Miami, FL 33143
Telephone: 305-670-5550
Facsimile: 305-670-5552
*phil@parrishappeals.com*

Todd J. Michaels, Esq.
The Haggard Law Firm
330 Alhambra Circle
Coral Gables, FL 33134
Telephone: 305-446-5700
Facsimile: (305) 446-1154
*tjm@haggardlawfirm.com*

*Attorneys for Plaintiff*