UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 24-cv-21295-LOUIS/RUIZ

CHAD REEVES,

Plaintiff,

vs.

CARNIVAL CORPORATION.,

Defendant.

_______________________________________/

**MEDIATOR'S REPORT**

The undersigned Mediator hereby reports to the Court the disposition of the mediation of the above-styled action which took place on **December 4, 2024**, with all parties present (via Zoom videoconference) and the disposition was:

_____ The entire action was resolved at mediation.

_____ A partial resolution was achieved. Some issues remain for Court determination.

_____ The mediation was subject to a limited adjournment for further negotiations involving the undersigned Mediator.

__X__ An impasse was declared.

***/S/ Elisabeth M. Rock***
ELISABETH M. ROCK
*Certified Circuit Civil Mediator*

EMC Mediation Solutions

***Mediation, Arbitration & Presuit Settlement Services***
Tel: **305.720.6088**
Web: EMCMediationSolutions.com
Email: Lis@EMCMediationSolutions.com