**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:24-cv-21295-RAR

CHAD REEVES,

Plaintiff,

v.

CARNIVAL CORPORATION,
a Panamanian Corporation,

Defendants.
_______________________________________/

**NOTICE OF FILING PLAINTIFF'S PROPOSED JURY INSTRUCTIONS**

COMES NOW the Plaintiff, CHAD REEVES, by and through undersigned counsel, respectfully submits the attached Plaintiff's Proposed Jury Instructions.

Respectfully submitted by:

THE HAGGARD LAW FIRM
330 Alhambra Circle, First Floor
Coral Gables, Florida 33134
Telephone: (305) 446-5700
*Co-Counsel for Plaintiff*

By: ____/s/ TODD J. MICHAELS________
**TODD J. MICHAELS, ESQUIRE**
Florida Bar No.: 568597
**ADAM C. FINKEL, ESQUIRE**
Florida Bar No.: 101505
tjm@haggardlawfirm.com
acf@haggardlawfirm.com
jbush@haggardlawfirm.com

- and -

PHILIP D. PARRISH, P.A.
7301 Southwest 57th Court, Suite 430
Miami, Florida 33143
Telephone: (305) 670-5550
*Co-Counsel for Plaintiff*

By: *__/s/ Philip D. Parrish__*
**PHILIP D. PARRISH**
Florida Bar No.: 541877
phil@parrishappeals.com
betty@parrishappeals.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this February 7, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**SERVICE LIST**

Michael J. Drahos, Esquire
Florida Bar No. 0617059
W. Cooper Jarnagin, Esquire
Florida Bar No. 117767
Ashley Genoese, Esquire
Florida Bar No. 1019357
GRAYROBINSON PA
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Telephone: 561-268-5727
Facsimile: 561-268-5747
Michael.drahos@gray-robinson.com
Cooper.jarnagin@gray-robinson.com
Ashley.genoese@gray-robinson.com
*Counsel for Defendant*

Philip D. Parrish, Esquire
Florida Bar No. 541877
PHILIP D. PARRISH PA
9301 S.W. 57 Court, Suite 430
Miami, Florida 33143
Telephone: 305-670-5550
Facsimile: 305-670-5552
phil@parrishappeals.com
*Co-Counsel for Plaintiff*

Todd J. Michaels, Esquire
Florida Bar No.: 568597
Adam C. Finkel, Esquire
Florida Bar No.: 101505
THE HAGGARD LAW FIRM
330 Alhambra Circle
Coral Gables, Florida 33134
Tel: 305-446-5700
Fax: 305-446-1154
Primary: TJM@haggardlawfirm.com
Primary : ACF@haggardlawfirm.com
Secondary: Jbush@haggardlawfirm.com
*Co-Counsel for Plaintiff*