U.S. Department of Homeland Security
United States Coast Guard

Commandant
United States Coast Guard

2703 Martin Luther King Jr Ave SE
Mail Stop 7501
Washington, DC 20593-7501
Staff Symbol: CG-INV-3
Fax: (202) 475-6840
E-Mail: cg-inv-foiarequests@uscg.mil

5720
FOIA 2024-CGFO-01908
June 28, 2024

Ashley Genoese
GRAYROBISON
Email: Ashley.genoese@gray-robinson.com

Ms. Genoese:

This letter is the final response to your May 21, 2024, Freedom of Information Act (FOIA) request to the U.S. Coast Guard (USCG). On behalf of your client, Chad Reeves you are requesting all records, reports, memoranda, and communications pertaining to the investigation and/or involvement in connection with the CARNIVAL-FREEDOM incident of July 8-9, 2023, from the Marine Information for Safety and Law Enforcement (MISLE). This office received your request on May 23, 2023.

This is not a Denial. We conducted a comprehensive search of the file within the CG-INV-3 on the MISLE for records that would be responsive to your request. Unfortunately, we were unable to locate or identify any responsive records. CG-INV-3 Employee searched the Marine Information for Safety and Law Enforcement on June 28, 2024, using keywords "Carnival - FREEDOM", "Chad Reeves", "October 9, 2023" and "July 8-9, 2023".

If you are not satisfied with the response to this request, you have the right to appeal. Should you wish to do so, you must send your appeal and a copy of this letter, within 90 days of the date of this letter, via email to EFOIA@uscg.mil or by mail to: Commandant (CG-6P), ATTN: FOIA APPEALS, 2703 Martin Luther King Ave STOP 7710, Washington DC, 20593-7710 following the procedures outlined in the DHS regulations at 6 C.F.R. § 5.9. Your envelope and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at http://www.dhs.gov/foia.

If you need any further assistance or would like to discuss any aspect of your request, please contact this office that processed your request. You may send an email to efoia@uscg.mil or you may contact our FOIA Public Liaison, Mrs. Amanda Ackerson, at 202-475-3522 in the same manner. Additionally, you have a right to right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a nonexclusive alternative to litigation. Contacting the FOIA Public Liaison or OGIS does not stop the 90-day appeal clock and is not a substitute for filing an administrative appeal. If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974. You may contact OGIS as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS,

EXHIBIT
A

College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Provisions of the FOIA allow us to recover part of the cost of complying with your request. In this instance, because the cost is below the $14 minimum, there is no charge.

If you need to contact our office concerning this request, please call 202-372-1282 and refer to **FOIA 2024-CGFO-01908.**

Sincerely,

TOLU OLABODE

Digitally signed by TOLU OLABODE
Date: 2024.06.28 12:31:00 -04'00'

T OLABODE
Chief, Data Administration Division
U.S. Coast Guard
By direction