CHAD REEVES,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Plaintiff

vs.

CARNIVAL CORPORATION
a Panamanian Corporation,

Defendant

CASE NO.
1:24-cv-21295-RAR

_____/

The deposition of CHAD REEVES was held on Wednesday, September 18, 2024 commencing at 12:04 p.m. Via Zoom before Eric Leichter, Notary Public.



REPORTED BY:  Eric Leichter

APPEARANCES:


    ON BEHALF OF THE PLAINTIFF:

    JOSHUA P. PADRON, ESQUIRE

        The Haggard Law Firm

        330 Alhambra Cir

        Coral Gables, FL 33134-5004

        305-446-5700

        jpp@haggardlawfirm.com


    ON BEHALF OF THE DEFENDANT:

    MICHAEL DRAHOS, ESQUIRE

        GrayRobinson, P.A.

        515 North Flagler Drive, Ste. 650

        West Palm Beach, Florida 33401

        561-268-5727

Chad Reeves
September 18, 2024

INDEX

Deposition of CHAD REEVES

September 18, 2024

Examination by:                                    Page

MR. DRAHOS                                           4

PROCEEDINGS,

Whereupon,

CHAD REEVES,

called as a witness, having been first duly sworn to

tell the truth, the whole truth, and nothing but the

truth, was examined and testified as follows:

EXAMINATION BY MR. DRAHOS:

Q        Good afternoon, Mr. Reeves.

A        Good afternoon.

Q        Can you please state your name for the

record?

A        Chad Anthony Reeves.

Q        Have you gone by any other names in your

life other than Chad Anthony Reeves?

A        No, sir.

Q        So I introduced myself a moment ago.  I'm

Michael Drahos, attorney for Carnival.  I'll be taking

your deposition today.

A        Mm-hmm.

Q        So let me ask first.  Have you ever done

anything like this before?

Chad Reeves
September 18, 2024

A        Just one time before with the Workmen's Comp claim.  Went through a deposition with -- I'm not really sure if it was the -- it was the lawyer that was with Workmen's Comp representing the city that I work for, the municipality I work for.

Q        That was Lynchburg?

A        Yes, sir.

Q        We'll get to that in just a bit.

A        Okay.

Q        But being that you have some experience with this, that should make it a little bit easier for us both.  So as you can tell, this is a formal question and answering session.  Everything that's being said in the room now is being captured by the court reporter who's appearing remotely.  That means the way we talk to each other as to be a little bit differently, unfortunately.

A        Sure.

Q        So we can't talk at the same time.  If we do, he can't capture who's saying what and probably won't get everything that's being said.  And that's

Chad Reeves
September 18, 2024

against the entire point of this.

        A        Sure.

        Q        So if you can let me finish my whole question before you start your answer.  This way he captures everything that's being said, and you're answering the questions that I'm intending to ask you.  Okay.  If you answer my question, I'm going to assume that you understood it.  If at any point in time though you don't understand what I'm asking, whether it's because I'm talking too fast or I'm using legal jargon that you're not familiar with or something, let me know and I'm happy to rephrase it.  Okay.  Otherwise I'm going to assume you understood what I was asking.  Okay?

        A        Sure.

        Q        If you nod your head, that's not captured on the record, and a month from now when I go to read this, I won't remember how you responded.  So if I see you nod, I'm going to be saying is that a yes, is that a no.  I'm not doing it to be obnoxious.  I'm doing it so that your answer is accurately reflected on the record.

        A        Certainly.

Chad Reeves
September 18, 2024

Q      I don't think -- you know, your wife did a lot of the heavy lifting for you.  So I got a lot of background stuff that will hopefully save us some time.  But if at any point you need to take a break here today -- whether it's bathroom, phone call, whatever -- let me know and we'll stop.  Otherwise I just kind of do it to get it over with.

A      Will do.

Q      So let me start with some background to kind of get to know you a little bit better.  What's your date of birth?

A      October 28, 1985.

Q      And your current address?

A      893 Thorton's Mill Road, Red House, VA 23963.

Q      And as I understand it, you and your wife moved into that home after you got married?

A      Yes.  Well, we got married and moved to that property.  We had a single wide trailer.  And then once we got that moved, sold that to a family member and then we built the house that we're in now.  So we've

Chad Reeves
September 18, 2024

been at that address.

Q       Oh, you built the home on that piece of property?

A       Yes, sir.  Where the single-wide trailer was.  Yes, sir.

Q       I did not appreciate that when she was telling me.  Okay.

A       Yes.

Q       What's your anniversary?

A       July the 23rd.

Q       We're laughing because we asked her and she stumbled as well.

A       Yeah.

Q       So I wanted to see if you were going to do better than she did.

A       July the 23rd, 2011.

Q       Any prior marriages?

A       No, sir.

Q       And you have two kids?

A       Yes, sir.

Q       Any other kids?

Chad Reeves
September 18, 2024

A       No, sir.

Q       And my understanding is that you met your wife while you both were in high school.

A       Yes, sir.

Q       Can you tell me the circumstances?  How did it come to be that you guys crossed paths?

A       Well, kind of knew each other when we were younger going to the same community pool.  Her family, my family.  And you fast-forward to high school years.  Can't recollect exactly how it went down and exactly the age we were, but my mom said something like I think you ought to maybe talk to Sheila and Kevin Lane, which is her mom and dad -- talk to their daughter, go out on a date.  Then I think they saw her later at a community rodeo they had, and they came back home and told me you should maybe call her.  And things kinda progressed from there.  We, you know, kinda dated off and on a little bit, just two teenagers.  Young.

Q       I heard two proms in one night.  That was impressive.

A       Yep.

Chad Reeves
September 18, 2024

Q      I don't know how you pulled that one off.

A      We did pull that off.  Yeah.  That was the second year.  Yeah -- that we were -- well, I guess that was our 12th grade year.  And been together ever since.  Yes, sir.

Q      And so was the highest level of education that you've obtained?

A      All right.  So I graduated high school.  When I got out of high school I went to the Lynchburg Fire Academy and graduated from that.  And that's the highest level of official schooling that I have.  Now I have some different certificates with an engineering firm that I went through some different schooling there that they got me some certifications to help when I was doing some engineering work.  But no college or anything.

Q      So the fire academy, is that like a certificate or license?  What do you get when you finish that?

A      Overall, it would be considered a certificate because during the school I go through a

Chad Reeves
September 18, 2024

multitude of classes where I gain a bunch of different certificates, certifications in different things.  So you just graduate with all of those certificates.

Q      And that allows you to work as a fireman, basically?

A      Firefighter EMT. Yes, sir.

Q      If you wanted to move down to Florida and be a firefighter down there, could you do that?  In other words, does your certificate in Lynchburg transfer to any state?

A      So there are avenues to do that.  The way that mind are set up now, I don't think I could without jumping through a few more hurdles like -- I don't wanna say exactly.  It's something called like Pro Board.  You can go and get a Pro Board certification on top of what I already have, which I could do, and then it's recognize nationwide.  But as of right now, no, sir.

Q      So let me ask you about your medical training then.  Did you take medical classes as a part of your fire academy experience?

A      Just the basic EMT class.

Chad Reeves
September 18, 2024

Q     Basic EMT.

A     Yeah.  First aid, CPR, stuff like that.

Q     So are you currently CPR training?  In other words, you're --

A     Yes, sir.

Q     It's active?

A     Yes, sir.

Q     And how long have you been working for the Lynchburg Fire Department?  Since high school?

A     No, sir.  Next month will be 15 years, I believe.

Q     So what did you do -- my understanding is -- by the way, what high school did you go to?

A     Randolph-Henry High School.

Q     Randolph-Henry.  What year did you graduate?

A     '04.

Q     And then he went to the Lynchburg Fire Academy.

A     Mm-hmm.

Q     How many years does it take to finish that?

Chad Reeves
September 18, 2024

A       Oh, that was a little less than six months.

Q       And so where did you go to work after finishing at the Lynchburg Fire Academy?

A       I went to work at Hurt & Proffitt Engineering.  And they're based out of Lynchburg, Virginia.

Q       Is that spelled exactly as it sounds -- H-U-R-T?

A       Yes, sir.

Q       And Profit -- P-R-O-F-I-T?

A       P-R-O-F-I-T-T. [sic].

Q       And what did you do for them?

A       My official title was Engineering Field Technician.

Q       And doing what?

A       So basically, the way I explain it to folks when they were to ask, you're kinda the eyes of the engineer in the office.  You're kinda their eyes in the field.  So you go to a job site.  If they're building a building, a roadway, a parking lot -- whatever -- whatever materials they're building on as the sole --

Chad Reeves
September 18, 2024

the stone, whatever that is, and anything they're building with.  The concrete, the grout, mortar, block, stone, asphalt -- whatever.  We can test it and do quality assurance on that to make sure that they're using the appropriate materials that the engineer has, you know, obviously, engineered for them to use.

Q       How long did you do that for?

A       I did it full-time for approximately five years before I went to work with the fire department. And even after that, I worked part-time often on to a total of almost 19, including my full-time years, I was with them off and on for about 19 years.

Q       So when did you cease any and all relationship with them?

A       I stopped working for them in June of '23.

Q       Any particular reason why?

A       I just wanted -- I've been working two jobs ever since I went to work with the fire department, which is not an abnormal thing for fireman to do.  But I just -- I like to do other -- I have other hobbies.  I like to hunt and I like to fish.  So I decided to give

it up and get a little more time to do that.  And I had just recently worked on getting promoted at work.  So that kinda supplemented the -- I don't want to say loss of income because I had supplemented it from, you know, getting promoted and getting a raise at work -- so I didn't necessarily need to.  So I quit.

Q       And you got a raise there.  The fire department.

A       At the fire department.  Yes, sir.

Q       We'll talk about that just a second.

A       Okay.

Q       Can you tell me up until the time that you decided to cease further employment with them, what percentage of your time was spent working at this engineering firm versus the fire department?

A       The fire department is obviously 24-hour shifts.  And I would say on average it was -- like I said -- it was part-time.  Some days I may would work seven or eight hours.  Some days may only be two.  So this would just be an estimated.  My work schedule, I would say, 20 percent of it was the engineering firm.

Chad Reeves
September 18, 2024

Q      And with that same percentage hold true in terms of your overall income?  Was it 20 percent of your income -- your overall yearly income?

A      That would've been around -- probably would've been around -- just doing some quick math in my head, around 15 percent -- the engineering firm would've been.

Q      Why did you not immediately start working at the Lynchburg Fire Department after getting your fire certificate?

A      All right.  So I went through the hiring process the following year.  When I graduated, there were no spots available at that time.  I had to wait for a hiring process to open.  Once that hiring process opened, I applied.  I went through the process.  I was successful in the process, but I was not successful going through the physical examination.  So I had to wait, you know, to a later date.

Q      So tell me exactly what it was about the physical exam that you failed.  Was it carrying hoses upstairs?

Chad Reeves
September 18, 2024

A       No. No. I could do all the physical things. That I had no problem with.  Succeeded well in all of that.  It was just my weight to height ratio, which was my body mass index, that the department doctor did not like at the time.  So --

Q       So they have very specific height to weight ratios you have to be able to meet?  Or it's just the judgment of the doctor?

A       I can't say for sure.  I just know that what he saw with me he, I guess, in best terms, he advised them that, you know, maybe it wouldn't be a good idea to hire me.  I think they still could have if they had wanted to.  But that's what he advised them.  And what officially was said amongst them, I don't know.  I just know what was told to me.

Q       So was it just a matter of eventually getting over that hurdle?  Or did it just come to be that five years later you were like, no, I'm going to go back and give that another try?  In other words, did you have more than one physical exam?  Or was it just that one time?

Chad Reeves
September 18, 2024

A        No, it was just that one time.  And then, you know, some time had passed and I decided, you know, this is really what I want to do -- to be a fireman. This is my passion.  So I lost weight and I've gotten in better health, you know.  Went to jogging and working out and went through all of the appropriate steps again and got hired and made it past the physical examination that time.

Q        So once you were hired and became -- was it hired to be a firefighter?

A        Firefighter EMT. Yes, sir.

Q        So I asked that to firefighters a lot, and they always give me that secondary part.  Is there such thing as only being a firefighter, and an EMT is an additional kind of skill set?  Or are all fire firefighters also EMTs?

A        It depends on your locality.

Q        What about you?

A        There are -- no.  Where I work at the Lynchburg Fire Department everybody has to be firefighter EMT certified to the minimum.  And,

Chad Reeves
September 18, 2024

obviously, you could go and get paramedic certification. You can exceed that minimum, but you have to be at least a minimum of an EMT.

Q       So what does that mean then when you say exceed?  What does a firefighter paramedic do that a firefighter EMT can't do?

A       It's more protocols that they can, you know, do.  It's more drugs that they could administer whereas just an EMT basic like myself really limited on what I can do, you know, for the patient, whereas a paramedic can do a lot more in the field.  They have a whole lot more protocols that they have to abide by than I would have to.

Q       So once you decided to return to the firefighter career and you got the job, did you then transition into a part-time role with the engineering firm?  Or was there a time when you were working both jobs full-time?

A       No, sir.  Never was full-time.  And I think it would be important to note that for a small amount of time -- and I cannot tell you exactly -- but it was a

Chad Reeves
September 18, 2024

few months a year, something like that, I did not work the part-time job really at all because my dad at the part-time job was my boss.  He was very understanding. And I told him, look, I'm starting this career that I really love.  I wanna get my roots planted firmly without, you know, doing anything else right now.  So that's why I said it earlier.  It was part-time off and on a little bit.  There at the end of it, you know, I was working part-time regularly.  But it was always part-time after I got hired at the fire department.

Q     Is your dad the owner of that engineering firm or just a manager?

A     No, sir.  No, sir.

Q     So you said that it's been 16 years.  How many years do you have in service to the Lynchburg Fire Department?

A     It will be 15 next month.

Q     Fifteen next month.  Okay.

A     Yes, sir.

Q     How many years do you need to complete before you can receive a pension?

Chad Reeves
September 18, 2024

A    I myself have not looked into this.

Q    Really?

A    So what I'm gonna tell you -- yeah. What I'm gonna tell you is just what I've been told. Now, obviously, I know that I can receive full benefits with its two criteria that you have to hit, which is 25 years of service and 50 years old, which I will have my 25 years-plus when I'm 50. I've also been told -- and this is the part that I haven't looked into -- that you can receive a retirement pension after 20 years of service. But, obviously, there's an age limit. Like, I would have my 20 years of service around my mid 40s, but I can't draw it until I hit a certain age. And I think maybe that's 50. But I'm not sure exactly of that either.

Q    So be sure plan at this point in time to remain at the Lynchburg Fire Department until you qualify for the pension?

A    Absolutely.

Q    Now as I understand it, you also are working as a volunteer fire chief for the Red House Fire

Chad Reeves
September 18, 2024

Department.

    A     Yes, sir.

    Q     So I tried to get an understanding of this talking to your wife.  So first of all, what are your duties as the Fire Chief for the Red House Fire Department?

    A     So I just -- I over -- me being the Fire Chief, I kinda oversee all of the operations.  Now, I don't do them all, but I just oversee 'em to make sure that, you know, the job duties are getting done, whether it be with the, you know, the assistant chief, captain, lieutenant, treasurer, secretary, you know.  Luckily I'm pretty blessed.  There's a lot of good people on the fire department as well, and they get stuff done.  So it doesn't cause me to have to, you know, be down anybody's back, I guess you would say.  But I just oversee the operations.  And then if we have a fire -- it's volunteer.  So I'm not there 24/7.  So when I am there and there is a fire, you know, I might be in charge, depending on who else is there.  Just those activities.

    Q     So how many firefighters are there to work

Chad Reeves
September 18, 2024

as volunteers for the Red House Fire Department?

A       So being it's volunteer, that ebbs and flows.

Q       Sure.  Approximately.

A       But we usually have between 25 and 30 most all the time.

Q       And you guys have your own fire trucks?

A       Yes, sir.

Q       How many?

A       We've got four fire apparatus and one EMS response vehicle.  But we do not do EMS transports with an ambulance.  We just first respond and meet the ambulance on scene.

Q       Who pays for all of this?  Like, who pays for the fire trucks?  Who pays for the gas that go in the trucks?

A       So that's a combination of multiple things. The county that we serve in.  They give probably 70 to 80 percent of the funds that we operate on.  They provide that.  Where we're geographically located, we're next to other counties.  We're kinda in the tip of where

Chad Reeves
September 18, 2024

three counties come together, so the other two counties, you know, they provide a little bit. And then small community. So we do fundraisers. And it could be stuff along the lines of spaghetti suppers, Brunswick stews, raffles, things like that. And donations.

Q So as I understand in speaking to your wife, your schedule is 24 hours on, 48 hours off for Lynchburg.

A Yes. Yes, sir.

Q And then the time that you're off, are you working at the Red House station?

A Well, it's volunteer. So we respond from home. So --

Q But you have your own like brick-and-mortar station there?

A Yes, sir.

Q Do you have like firefighters that sleep there overnight and stuff?

A No, sir.

Q So what percentage of your time when you say you devote to working in a volunteer capacity?

Chad Reeves
September 18, 2024

A      We only have two meetings a month that last a couple hours each.  And with the calls that I can make if I'm available, maybe 10 percent.

Q      So how does that work?  And then I'm going to move on in just a second, right.  Just want to make sure I understand this.

A      Sure.

Q      So if somebody calls the Red House Fire Department and says, I don't know, let's just go with the most stereotypical thing -- the cat's up in the tree.

A      Mm-hmm.

Q      Do you personally pick up that call and personally go to save the cat?  Or do you kind of take it as like a 911 operator?  You call somebody on call and say, hey, go help Mrs. Brown with her cat?

A      All right.  So if somebody had that situation, they pick up the phone, call 911.  It goes to our dispatch center which is operated by the Charlotte County Sheriff's office.  That's the county that I live in.  They take the call, get all the specifics, the

Chad Reeves
September 18, 2024

address, you know, what we're responding to. And then they dispatch it out over a radio. And we have radios and pagers, but they both received the dispatch. And I receive it at the same time that all of the other, you know, members receive it. And then, obviously, if you're available you respond. If you're not -- if you're -- obviously, you have work, out to eat with family, on vacation, whatever you can't -- obviously. But if you're available and at home or in the area, you can respond to the firehouse and get whatever equipment's needed and respond to the scene.

Q     So do you -- I understand the volunteer thing. But do you draw any kind of salary or receive any of the funding personally in your capacity as a chief?

A     No, sir.

Q     So let me get back. Is there an annual physical that's required in order for you to continue to serve in the Lynchburg Fire Department?

A     Yes, sir.

Q     And as a part of that physical, I would

Chad Reeves
September 18, 2024

imagine they check your heart.  Is that a yes?

A       I know they check -- I'm not a doctor.  So I do know -- I'll tell you what I do know.  I know they listen to your heart.  They do an EKG. And they do blood work.  On top of that, what exactly all the ins and outs they're looking at, I'm not really sure 'cause that's obviously not my line of work.  But, yes, they do an EKG and they look at those things.

Q       So did you have a physical done in 2024?

A       This year?

Q       For the 2024 year, did you have a physical done?

A       My physical is scheduled for next month.  We do 'em our birth months.

Q       So your month is October.

A       October.  Yes, sir.

Q       So every October you have a physical?

A       Yes, sir.

Q       Is it the same doctor?

A       It's with the same place.  Most of the time it's the same doctor.  I guess somebody steps in if he's

Chad Reeves
September 18, 2024

off the day that I go.

Q       Is that HealthWorks, 125 Nationwide Drive in Lynchburg?

A       Yes, sir.

Q       And do they make you get like on a treadmill and run and check the --

A       No, sir.

Q       So it's just like a doctor with a stethoscope and an EKG like you said?

A       Mm-hmm.  And then bloodwork.

Q       You, in particular, do they do any other kind of advanced testing on your heart?  Or is it just like any other firefighter that works there?

A       Well, I haven't had a physical since my heart attack with Lynchburg Fire Department because I was going to the doctor and doing all of the other doctor's appointments, cardiologist.  Everything that I hadn't done before I was doing that on my next physical with the fire department will, obviously, be next month.

Q       And it'll be the first one that you've had since the cruise?

Chad Reeves
September 18, 2024

A       Yes, sir.  To my knowledge.  Yes, sir.

Q       So that means then, obviously, in 2023 they did not do one for you?  If the cruise was in July --

A       Yes, sir.  I don't remember one.  No, sir.

Q       Actually, I think I have one for 2023.  Let me just see.  No, I don't.  Last one I have is 2022. Okay.  So did they skip the physical just 'cause, like you said, you are under monitoring with the cardiologist and things like that?

A       For that reason and because I was on light duty, I was going to cardiology appointments on a fairly regular basis.  And I was going through rehab with the department's physical trainer and athletic trainer.  And I was doing that five days a week.  So they were monitoring me through those routes.

Q       And you made mention of the fact that you received a promotion.  When did you receive that promotion?

A       That should've been -- I'm just gonna say fall because I can't remember exactly what month.  But it would've been fall of '22.

Chad Reeves
September 18, 2024

Q        And what was the promotion that you received?

A        I went from the rank of firefighter to master firefighter.

Q        What's the difference between the two?

A        So in a lot of fire departments, this is the best way I explain it is you go from firefighter, lieutenant, captain, battalion chief.  Lynchburg just calls the lieutenant position a master firefighter. It's just a title change is what it is.  So I kinda oversee a lot of the day-to-day operations in the station with my crew.  And then I fill in in absence of the captain if he's off or sick, for whatever reason they might be absent.

Q        And so this promotion, did you have to apply for it?

A        Yes, sir.  I had to apply for it and then go through process.

Q        What was the process?

A        I had to give a oral presentation to a group that was graded, if you will.  I had to do an

Chad Reeves
September 18, 2024

interview.  Had to do a written test.  Then what we call a tabletop exercise where they give you a mock drill and you have to run it as if you're in command.

Q      Had you ever applied for this promotion before?

A      No, sir.

Q      Have you ever applied for a promotion within the Lynchburg Fire Department and been denied it?

A      No, sir.

Q      So being that you now serve in this master firefighter role, first of all, does that change in terms of any physical requirements that --

A      No, sir.  No, sir.

Q      It's basically the same job.  You just have a greater title?  Is that accurate?

A      Sure.  Yes, sir.

Q      Like, in other words, do you have more paperwork or something like that?

A      I do.  Yeah.  I have more responsibilities when it comes to reporting and paperwork and keeping training records.  But as far as the physical part, it

Chad Reeves
September 18, 2024

would still be the same.

Q      Now are you in line -- in other words --
can you eventually apply for a captain's position?

A      Not at this time.

Q      Is that the next rank up?

A      Yes, sir.

Q      Why do you say not at this time?

A      Because you're supposed to have an
associate's degree and I don't have any college degree.

Q      So in other words, in order for you to
advance any further now at this point, your academic --
the lack of a degree would hold you back from any
further advancement?

A      Sure.  Yes, sir.

Q      So can you explain to me what the
difference is between light duty and full duty?  When
you're on light duty at Lynchburg Fire Department, what
does that mean?

A      So it basically means, for me, what it
meant was showing up to work 40 hours a week.  Five
8-hour days and doing -- I would really have to label it

Chad Reeves
September 18, 2024

as miscellaneous task.  You know, I had to abide by whatever my doctor's orders were.  I think at one point it was I couldn't lift over 5 pounds.  And then it maybe went up to 50 and gradually got more.  So I couldn't be what we call on line, on shift working in the fire suppression side because of the weightlifting restrictions and the physical restrictions that they had me on.  So I was doing, you know, paperwork in the administration office.  Just different things that people in administration would need.  Maybe filing paperwork away.  Setting up physicals for others.  You know, lining up schedules.  I might would be in the fire department pickup delivering equipment to the stations, delivering waters and Gatorade.  Just really miscellaneous task for a 40-hour a week versus the on shift, actually being in the fire suppression job.

Q       Is there any reduction in pay?

A       Not in my base pay.  No, sir.  But there was no opportunity for overtime or anything, you know, that I would have the ability for if I was on shift.

Q       So, I mean, I understand you've gone back

Chad Reeves
September 18, 2024

to full duty.  Right?  Looks like I think it was in March of 2024?

A       Yes, sir.

Q       So from the time period of July -- strike that.  When did you go onto light duty?

A       I was on sick leave and not at work for approximately a month.  And then went back light duty somewhere around the end of August or first of September of 2023.

Q       And how long -- and so you were on light duty from August until March?

A       Yes, sir.

Q       Seven months.  And so has anybody calculated or are you capable of calculating for me any reduction in the amount of your overall income as a result of not being able to capture over time during that seven month time period?  In other words, how much is the over time worth?

A       Obviously, that depends on how much you work.

Q       That I get.  But just on a --

Chad Reeves
September 18, 2024

A      Yeah.  And I'm sure there is somebody that could calculate that.  I'm not that person.

Q      So as you sit here, you don't know how much income you may have lost, if any, as a result of the light duty time?

A      No, sir.  Couldn't tell you exactly how much.  No, sir.

Q      So from March of 2024 when you were placed back on regular duty, up until present day, have you been able to conduct your day to day responsibilities as a firefighter without any difficulty?

A      Yes, sir.

Q      And as your sit here today, are you of the opinion that you're capable of continuing to work in a full-time capacity -- full duty -- as a firefighter?

A      Yes.

Q      So you made mention of the fact that there was a Workers' Comp claim that you had testified in. When was that?

A      So obviously it was the appropriate -- paperwork to start the process was started, I'm gonna

Chad Reeves
September 18, 2024

say, within a month or two after my heart attack.  I
can't tell you exactly when.  And that's still an
ongoing process with paperwork, phone calls, e-mails.
So that's still a work in progress to, you know, see any
benefits from that quite yet.

Q      Well, let me understand.  What is the
Workers' Comp claim that was filed?

A      All right.  So in Virginia there's several
different cancers and heart and lung issues that are
what they call presumptive that they presume if you have
those that they come from your job.  So we filled out
the paperwork with the help of my health and safety
officer as it was a job-related injury.

Q      So in other words, what the argument was
that was made, or the claim I should say, that was made?
Was that the heart attack that you suffered on the ship
was by virtue of strain that had been put on your heart
by working as a firefighter?

A      Yes, sir.

Q      And so that's currently pending, that
matter?

Chad Reeves
September 18, 2024

A       Yes, sir.  It's -- it has been told to me through documentation that the claim was accepted as a job-related injury.  However, there is still paperwork that it feels like every time I turn around there's more paperwork and stuff to be done.  I haven't seen any return on any of the, you know, funds that I have paid out that I've been told I'm going to get back.  But I have not seen any of that.

Q       You said there was somebody that was helping you with this paperwork.  What's that person's name?

A       Jennifer Collins.  She's a battalion chief of health and safety.

Q       With Lynchburg?

A       Yes, sir.

Q       Do you have an attorney?

A       No, sir.

Q       And when was this deposition given?

A       I'm not sure.  I cannot --

Q       Within the last six months?

A       No, sir.  It would've been the end of '23

Chad Reeves
September 18, 2024

some point.  But I don't exactly remember when.

Q      Have you read a transcript of that deposition?

A      No, sir.

Q      Who was the person that was asking questions of you?

A      It was the attorney acting on behalf of the city.

Q      Do you know --

A      For some reason, I cannot remember his last name.  I think his first name was -- might've been his last name -- Mr. Lucas.  I'm not sure.  I'm not certain of his name.

Q      And so to your knowledge -- you said it was accepted as a job-related injury.  Did that come by virtue of some kind of ruling from a court or something? Or did the city of Lynchburg accept it as a job-related injury?

A      Not sure how that works.  Not certain.

Q      And to your knowledge, is the city of Lynchburg disputing any aspect of this claim?

Chad Reeves
September 18, 2024

A        Not to my knowledge.

Q        So did the attorney during the deposition ask you any questions about the cruise?

A        I believe so.  Yes, sir.

Q        How long in total approximately was this deposition?

A        An hour and a half, two hours maybe.

Q        Do you know if anyone else has been questioned as it relates to that Workers' Comp claim?

A        I'm not sure.  Not to my knowledge.  But I'm not sure.

Q        And do you know if this claim has been filed in any type of a court or compensation committee or anything like that?

A        Not sure.

Q        Have you been advised as to whether or not there's going to be any type of an effect on your job position by virtue of this claim?  In other words, has anyone warned you that, hey, look, if you make a Workers' Comp claim saying that your heart's been injured, they're going to tell you that you can't work

Chad Reeves
September 18, 2024

anymore?  Anything like that?

A      No, sir.

Q      Any other Workers' Compensation claims other than that one?

A      No, sir.

Q      How about a disability claim?  Have you ever filed a disability claim with either a private insurance company or with the United States Government at any point in time in your life?

A      None that I recall.  No, sir.

Q      Was there any Workers' Comp component to that at all?

A      I don't believe we did any Workmen's Comp of that.  No, sir.

Q      So other than this case, have you ever been involved in any other kind of litigation before?

A      None that I remember.  No, sir.

Q      Ever been arrested?

A      No, sir.

Q      So as I understand it, your hobbies are hunting and fishing.

Chad Reeves
September 18, 2024

A       Yes, sir.

Q       When's the last time you went fishing?

A       Couple months ago.

Q       And your wife described it as you fish on the side of a like a lake bank or something.

A       Yeah.

Q       You're not going out into the ocean, are you?

A       I've done that once or twice years ago, but typically we do it, you know, just around home.

Q       I also understand you like to hunt.

A       Very much.

Q       So it's embarrassing how little I know about hunting --

A       That's --

Q       -- which is going to be revealed in the next line of questioning.

A       That's fine.

Q       But I just want to get an understanding.

A       Sure.

Q       So what kind of hunting do you enjoy doing?

Chad Reeves
September 18, 2024

A        Archery hunting for white tail deer.  I love to turkey hunt.  Dove hunt.

Q        So when you're archery hunting, what are you hunting specifically?

A        Deer mostly.  You know, some could be, you know turkey and bear.  We do have some bear around here.  It's not a whole lot of them.  But any of those three.

Q        You hunt bears with a bow and arrow?

A        Yes, sir.

Q        I mean, I'm laughing just at the bravery of that --

A        Yeah.

Q        -- which I wouldn't be able to do that.

A        Sure.

Q        So white tail deer you mentioned.  Is that also hunting with a bow and arrow?  Or with a gun?

A        Bow and -- both.  Both.

Q        Turkey hunting, I would imagine, it's not with a gun.

A        Yes, sir.

Q        And dove hunting, what do you use?

Chad Reeves
September 18, 2024

A       Gun.

Q       Are these all different kinds of guns that are used for various different game?

A       Different types of guns and/or you could use the same gun but a different type of, you know, round for it depending on what you hunt.

Q       And hunting is all year-round?  Just different things you're able to hunt?

A       It's different seasons.  Yeah.  Most of the stuff is anywhere from September to January.  That's when most of the seasons are.  And then you do have like a spring turkey season.

Q       So when is the last time you went hunting?

A       Two weeks ago.

Q       What were you hunting?

A       Dove.

Q       Are you any good?

A       I think I am.

Q       So like did you catch or kill dove during this last hunt?  What do you do with them when you --

A       We eat them.

Chad Reeves
September 18, 2024

Q        Same for the deer?  Do you eat them?

A        Most of those.  On occasions I might, you know, give some to some of the families around me that don't hunt but still like to have the venison.  So we provide some to people like that.  But we like to keep a lot of it 'cause we do like to eat it.

Q        So how many different bow and arrows do you own?

A        I've got two bows that are mine.  When I bought my last one that made it to where I have two, I kept the one that I had so my wife could get into shooting with us.  And then I own two for my kids. They're just youth models, just so they can get out with me and, you know, enjoy it as well.

Q        Do you have any crossbows?  Or do you just --

A        I just do traditional compound bow.  No crossbow.

Q        And then how many different guns do you have?

A        Twenty.

Chad Reeves
September 18, 2024

Q       Twenty?

A       Maybe different guns.  And that's an estimation because I don't know for certain.

Q       So are these everything from a handgun to a rifle?

A       It is.  I believe I only have two handguns 'cause I'm just not a big handgun connoisseur.  But the other would be shotguns and rifles.

Q       Shotguns and rifles.

A       Yes, sir.

Q       So I'm going to kind of jump ahead a little bit.

A       Sure.  Can I take a swallow of my water?

Q       Absolutely.  Please.  If you need to take a break at any point, you let me know.  So as I understand it, you began experiencing back pain in September of 2020.

A       Yes, sir.

Q       Is there some episode or something that brought that on acutely?  Or was it like a chronic thing that was just kind of building over time?

Chad Reeves
September 18, 2024

A        All right.  So over time -- and I can't put a time on that -- but it was some years I had always had different back aches and pains I kinda chalked up as to I was just getting older.  But the -- what I had in 2020, that was an acute pain.  That happened acutely.  I was building a new barn, shop, behind my house.  And was actually lifting a 6 foot -- excuse me -- a 16-foot 6x6 post to plant in the ground.  And once I got it in the ground is when the acute pain hit me.

Q        And so I don't want to unnecessarily spend too much time on this, but I want to make sure I know everything I need to.

A        Sure.

Q        So did you go to the Virginia Spine Institute for treatment?

A        No. I actually -- we talked with them on some -- as best as I can recollect -- we just talked with them on some possibilities if I needed something else.  It was -- I guess for lack of any better term, it was more or less like a second opinion, just talking to them.

Chad Reeves
September 18, 2024

Q     Who was the first opinion?

A     I went to -- I believe it's called Ortho Virginia.  And that's in Lynchburg.

Q     Ortho Virginia?

A     Yes, sir.  And I believe it was Dr. Dumont.

Q     Did you ever go see a Dr. Gill?

A     Yes, sir.

Q     And what was his role?

A     He was the surgeon that operated on my back when I had the -- I've gonna pronounce it wrong.

Q     Cauda Equina.

A     Cauda Equina.  Yes, sir.

Q     But I'm focusing on before that.

A     Yes.

Q     So when this incident occurred, this 6x6 post, back pain and all that -- I have that you were diagnosed with a bulging disk.

A     Mm-hmm.

Q     So did you go to a hospital initially?  An emergency room?

A     I cannot remember if I did.  I think I may

Chad Reeves
September 18, 2024

have went straight to the ortho.  But I can't say that for sure.  I cannot remember.

Q    That's what I'm trying to pin down --

A    Yeah.

Q    -- is the universe of people that saw you for that.  So --

A    Yeah.

Q    -- we know it was Ortho Virginia.

A    Yes, sir.

Q    Did Dr. Gill see you for those initial back problems?

A    No, sir.

Q    And you went to go see -- oh, you said Dr. Dumont is with Ortho Virginia.  And then Virginia Spine Institute, did you actually ever go physically to their office and have them see you?

A    No, sir.

Q    Did you have an MRI done of your back?

A    I believe they did at the Ortho Virginia.

Q    And so what was the plan for Ortho Virginia?  Just like, let's keep an eye on this and take

it easy for a while?  Is that --

A       Basically they gave me some anti inflammatory medication, some -- I believe they gave me a muscle relaxer.  And I was off from work for a short period of time.  And I cannot -- I think it was maybe a couple weeks.  But I, you know, that's an approximate.  And then it got to feeling better and I went back to work.

Q       So what I do appreciate from having reviewed your records is that after this incident, there came a point in time where you started to see therapy.

A       Mm-hmm.

Q       From a counsel.

A       Yes, sir.

Q       And so I'm aware of CMG Brookneal, a Kimberly Altizer.

A       Altizer.  Yes, sir.

Q       And then there's reference to you seeing another counselor as well.  Who was the other counselor?

A       I don't remember her name.

Q       Was there somebody separate and apart from

Chad Reeves
September 18, 2024

CMG Brookneal?

A       Yes, sir.

Q       And where was that person affiliated?

A       She was in -- I don't -- I actually tried to look it up the other day.  Workmen's Comp was asking about it.  And I do not remember her name.  I do not remember what the company, if you will, that she was with.  I do know it was located in Amhurst, Virginia.

Q       Why were you seeing two different counselors?

A       Basically because -- and I had never had any kind of, you know, anxiety or anything before -- but those back problems, you know, when I had those, it really made me start thinking am I gonna be able to be -- continue to be a fireman.  I love being a fireman.  And, you know, when I started having those thoughts, it got me real anxious.  And no -- we're always taught in the fire service to, you know, don't think you can handle everything by yourself.  If you need to seek help, go seek help.  So I thought, you know, after talking with my wife, it's like it can't hurt.  It can

Chad Reeves
September 18, 2024

only, you know, help me. So I just went to talk to her. And it was a short period there after that. Everything got better and I was fine.

Q So according to some notes that's read from Ms. Altizer --

A Mm-hmm.

Q -- she explains that around this time period your family took your guns away.

A No, sir.

Q Where is that coming from?

A I have no idea.

Q So you're saying in no point in time from the beginning of the back pain up until this present moment, did the family ever take you guns away?

A Never in my whole life.

Q Has anyone taken your guns away?

A Never in my whole life.

Q So did Ms. Altizer either misunderstand you or completely make this up? I mean, do you have an explanation for why she has this in her notes?

A I have no explanation.

Chad Reeves
September 18, 2024

Q      She diagnosed you with depression though.
Right?

A      Yes, sir.  I think it was.  If I remember
correctly, it was like depression and anxiety.

Q      And she prescribed Lexapro for you?

A      Correct.

Q      Are you still on Lexapro today?

A      No, sir.

Q      Are you taking any type of psychiatric or
psychological medication of any sort?

A      No, sir.

Q      Are you still receiving therapy from CMG
Brookneal?

A      No, sir.

Q      I know that you've transitioned.  You had
left -- or you at some point started seeing another
lady, Debra Neal.  She's also with CMG Brookneal.
Correct?

A      Yeah.  Ms. Altizer took a different role in
Centra Health, I believe.  And the other lady just took
over her patients, I guess, if you will, and just

Chad Reeves
September 18, 2024

started seeing her patients.

Q       So when's the last time that you saw Ms. Neal?  Let me help you out a little bit.  I have a record dated October 26th of 2023.  Have you seen her since then?

A       No, sir.

Q       Have you seen any health therapists of any sort -- mental health therapists -- since October of 2023?

A       That was not for mental health.  That was for follow-ups from my cardiologist 'cause she's my regular family doctor.

Q       Oh.

A       So I was just following up.  I have not had any kind of mental health consult or anything with anybody for several years.

Q       So there was an incident of July of 2021 where you got attacked by a dog and killed the dog.  Can you tell me exactly what went on there?

A       We were driving down the road and I saw a little old lady that lives just down the road from me.

Chad Reeves
September 18, 2024

She wasn't in the best of health.  She didn't get around real good.  She was living by herself.  And come to find out what we were told, she was out walking her dog beside her house.  She fell down.  She could not get up.  And she had her dog with her which was extremely protective, extremely aggressive dog.  And we couldn't -- I mean -- we couldn't get to her.  She needed our help.  It was very hot.  And after discussing with her and doing different things, I finally told her, look, I'm gonna have to try some way to subdue your dog and get your dog pinned down so the other can help you up.  So at that point in time, I believe I got like a big winter jacket out of my truck and tried to throw it over the dog's head to kinda, you know, block it.  I got it like halfway on there.  Was able to dive on the dog.  It did attack me.  I think it attacked my -- I can't remember exactly.  It got me on my arm and right above my eye.  And they were able to help her up and, you know, get her some attention.  And, you know, we had to explain to her, look, I've got to be able to get up and get away from this dog.  And it was extremely

Chad Reeves
September 18, 2024

aggressive.

Q      What kind of dog?

A      I'm not sure.  I'm not sure.

Q      Like are we talking about a Yorkie?  Or --

A      Oh, no.  It was a big dog.  I would say a 50-, 60-pound dog.  When we -- when I got up from it to get away, I had to kinda push it away from me, and before it could come back and attack me again, a buddy of mine had to shoot it and kill the dog.  I didn't physically kill it.

Q      Oh, it was somebody else?

A      Yes, sir.

Q      These are just friends that you were with?

A      Yes, sir.

Q      Or were you working as a firefighter?

A      No, sir.  I was just at home -- just friends of ours.

Q      Do you know this lady's name?

A      We always called her Miss Betty.  She's passed away now.

Q      So let's move forward.  As I understand it,

Chad Reeves
September 18, 2024

on March the 1st of 2022, you woke up.  You had back pain and urinary incontinence.  Is that accurate?

A        I don't remember the date.  I was at work. I was getting off of shift.  So it was 7, 7:30 a.m. And that was a very acute.  One second I was walking across the fire station.  The next second I'm laying in the floor in excruciating pain.  I was helped to a chair initially that was not comfortable, then helped to a bed.  I left there.  Went back to the doctor that I just told you earlier, where he works -- Dr. Dumont.  Ortho Virginia.  There we go.  Went to Ortho Virginia.  The way I felt was -- the way I felt in my mind was that they were kinda chalking it up again to another disk problem.  And if I remember correctly, they prescribed me some of the same medications and sent me home. Excruciating pain the rest of the day.  Actually tried to get comfortable in the floor.  When I got down there I couldn't get up.  My wife found me there when she got home from work and helped me up to the chair.  And that's when I started having the urinary incontinence. I just couldn't hold my urine.  Everything -- I hadn't

lost feeling, but everything pretty much from my waist down was tingly.  And I knew then just from being an EMT that that's a red flag when you can't hold your bladder.  So I went to the emergency room.  And from there I was diagnosed with that and, you know, MRIs, whatever, was done.  And then surgery the next morning.

Q    How long were you out of work for following that Cauda Equina Syndrome?  So --

A    Just a little bit less than six weeks.

Q    And was that six weeks totally out?  Or was there any part of that where you had light duty?

A    I had light-duty on that as well.  I think maybe I was totally out for around a week.  And then the last four or five weeks or so I was light duty.

Q    And so where did you do your therapy -- your physical therapy following that surgery?

A    I believe it's called Appomattox Rehab and Associates.  A rehab and associates.  And that's in Appomattox, Virginia.

Q    How long were you in therapy for?

A    Four weeks approximately.  That's just an

Chad Reeves
September 18, 2024

approximate.

Q      And you were discharged on March 2nd.  Did you walk out of the hospital?

A      I did.

Q      And so you had therapy for about four weeks before they ultimately cleared you to return to full duty?

A      That's an approximate.  Yes, sir.

Q      So did there come a point in time after that where your job was in jeopardy?

A      No, sir.

Q      There's a particular note that I'm aware of dated July the 5th of 2022 where you told Debra Collins at CMG Brookneal that you are worried that you thought they were going to take you out of work.

A      Yeah.  Sure.

Q      I mean, tell me what was going on at that point in time.

A      That was -- that was just call me.  There was never a time to answer that last question in account of time together.  There was never a time that my job

Chad Reeves
September 18, 2024

was in jeopardy.  Nobody ever told me my job was in jeopardy.  Just as my prior back problem, I have seen people before have different medical issues that they cannot return to their job duties.  That was a big concern of mine.  I'm a fireman; I love being a fireman.  And, obviously, when I had that, it was -- oh man -- is this gonna be it.  Will I be able to work?  Will I be able to go to work?  And work's important to me.  So, yeah.  I did mention that to her, but that was just from my standpoint.  Nothing ever officially from a doctor or my fire department administration ever told me, no, you can't go back to work.  Mine was just in hoping -- telling her what I was thinking.  I've got to do what I need to do to make sure that I get back.

     Q     So what I'm reading into this though -- and you tell me if I'm reading into it incorrectly -- is that if this incident occurred on March the 1st, surgery is on March the 2nd.  You go through four weeks of therapy.  And now we're into May.  Right?

     A     Mm-hmm.

     Q     Approximately?  And in July you're

Chad Reeves
September 18, 2024

concerned about someone taking you out of work.  That must mean that in July you're still experiencing limitations associated with your back.  Am I wrong?

A    Yes.  I was not experiencing any of those. The reasons was I had had prior -- the disk problem. And now I'm having this.  So it's like, you know, in my mind I'm thinking is this gonna be an ongoing problem. Am I, you know, am I gonna have this issue again?  Next time I have it, is it gonna be worse?  So I'm just, you know, I just told her that that's what I was worried about, that this could, you know, come up again.

Q    So since the time of this visit with Ms. Collins on July 5th of 2022 --

A    Mm-hmm.

Q    -- up until the time of the cruise on July 8th of 2023 -- so literally a year --

A    Mm-hmm.

Q    -- did you seek medical care anywhere else?

A    I don't think so.  I don't remember.

Q    So do you recall who the last doctor was to evaluated you before this cruise?

Chad Reeves
September 18, 2024

A       I said the cruise was in '23.

Q       July.

A       July.  I can't say this for certain because I don't remember all of my doctor's visits, but I would think maybe the physical in '22 for my department.

Q       So, forgive me if I asked you this already. It's been a long day.

A       That's okay.

Q       Did you ever have a stress test before the subject cruise?

A       No, sir.  I don't think so.

Q       Did you ever have any type of echocardiogram done before the cruise?

A       No, sir.

Q       Did anybody ever measure -- strike that. Did you ever have any type of a cardiac exam of any sort prior to the subject cruise?

A       None other than my EKGs and my physicals.

Q       You were a smoker at some point in your life?

A       Back up into my early 20s.

Chad Reeves
September 18, 2024

Q      So from what time period -- from what to what -- were you smoking?  Ages.

A      Eighteen to twenty.  A couple years.

Q      And during the time period of 18 to 20, what was the greatest frequency that you smoked then?

A      Oh, a pack of cigarettes would've lasted me three days.  I wasn't a heavy smoker.

Q      Do you drink alcohol?

A      Very occasionally, just socially.  I'm not a --

Q      Like what?  When you do drink, what do you drink?

A      When I drink, I drink two or three.  And I might do that maybe once a week maybe.

Q      Beers?

A      Yes, sir.

Q      Do you drink any hard alcohol like vodka or --

A      No, sir.

MR. DRAHOS:  Is vodka even hard alcohol?  I don't even know.

Chad Reeves
September 18, 2024

A        I don't know.

MR. PADRON:  I would say it's a liquor.

MR. DRAHOS:  It's the first one that came to my mind.

Q        So you had not been seen by a cardiologist at any point in your life prior to the subject cruise?

A        No, sir.

Q        Had you ever been admitted to the hospital other than the Cauda Equina surgeries for any reason prior to the subject cruise?  I'm aware of the snakebite.

A        Got bit by a snake.

Q        Those were the two instances?

A        Yes, sir.

Q        Other than Dr. Gill potentially consulting with the Virginia Spine Institute, are there any other orthopedics, whether they be orthopedists or orthopedic surgeons or neurologists or neurosurgeons, that you saw for your back prior to the cruise?

A        No, sir.  I don't think so.  The Dr. Dumont that we had talked about.

Chad Reeves
September 18, 2024

Q       Dumont.  Right.

A       Yeah.  Yeah.  If he's included.  But yeah.
Yeah.

Q       Where do you go for your medications?

A       So, obviously, my cardiologist had
prescribed some.  And then if my family doctor has to
prescribe anything, all of my medications go through CVS
in Appomattox.

Q       Has that always been the case for you?

A       Not always 'cause it hadn't always been
there.  I mean, it's been there 10 to 15 years.  But
everything, you know, in my recent adulthood, yes, sir.

Q       And your health insurance provider is Blue
Cross Blue Shield?

A       Anthem.  Yes, sir.

Q       And how long have they been your provider?

A       I think the city changed to them maybe 10
years ago.

Q       Did you have any role in booking this
cruise?

A       I don't remember having a role in it.

Chad Reeves
September 18, 2024

Q       As I understand it --

A       Other than to help pay for it.

Q       Well, that's a good answer.

A       Yeah.

Q       Your sister Toni, as I understand it, is the one who did all the arrangements?

A       I -- if not all, it was a high percentage of 'em.  Yes, sir.

Q       Did you personally do any research about the cruise before getting on the ship?

A       Yes.  And I cannot exactly remember everything that I researched.  But most of it, I mean, obviously, would've been like accommodations and, you know, the type of restaurants we could maybe look forward to seeing.  Stuff like that.

Q       What you mean by accommodations?

A       Just what the rooms were like, how the boat was laid out, where it was going, what the destinations were, what we could expect at the destinations.

Q       Any specific research though particularly as it relates to the medical care on the ship?

Chad Reeves
September 18, 2024

A        None that I remember.  No, sir.

Q        And as I understand it, you've been on a cruise before this one?

A        Yes, one.

Q        Good experience for you?

A        Yes, sir.

Q        Any criticisms at all of Carnival as it relates to that prior cruise?

A        Everything went well.

Q        And do you ever get involved in the passenger ticket contract and reviewing and signing off on the paperwork?

A        No.

Q        In this instance, Carnival has records to the fact that we had sent a passenger ticket contract to your home electronically and that your wife signed off on all of the terms and conditions.  Do you have any reason to dispute that that was done in this case?

A        No, sir.

Q        So I've already covered with your wife how you got to Florida and everything.  I don't intend on

Chad Reeves
September 18, 2024

going back over that again.  But what I am interested in knowing from you, Mr. Reeves, as specifically as you can provide for me, what is the first time that you felt anything out of sorts with your heart before the cruise?

A        Prior to the cruise would've -- I can't say specifically this was my heart.  But that morning I felt something present.  It wasn't really a pain.  It wasn't really a discomfort.  It was just a presence that lasted a very brief short of time, you know, maybe a minute. At that point in time, we were driving from the Orlando area where we had stayed that night prior to leaving for the cruise.  We were driving to the port, and I believe at that point in time my wife and kids were both asleep. And I had it.  And I chalked it up to -- and I believed it to be, you know, like an indigestion or something like that.  I mean, it was really one of those pains like you can't say a pain -- it was just -- it was one of those presence like, oh, well, you know, you might feel that in your back or something at some point.  I really chalked it up as to nothing because it came and went just as fast as it came and I didn't feel it

Chad Reeves
September 18, 2024

anymore.  And I never -- it was such a minor thing that once I was asked about it later, I told them.  But I never even said anything to my wife about it prior to that because I didn't really think anything of it.

Q       So that feeling that you're contributing to indigestion --

A       Mm-hmm.

Q       -- I want you to kind of like taking mental picture in your mind of what that felt like.

A       Mm-hmm.

Q       Had you ever felt anything like that before?

A       Maybe not exactly like that but similarities.

Q       How often?

A       Anytime I'd have had indigestion.  I mean, I've never been diagnosed with that.  But, obviously, I have it from time to time.  Once a week I have something like that.

Q       For how long of a period of time are we talking?  Once a week for 10 years?  Once a week for a

Chad Reeves
September 18, 2024

year?

A      Yeah.  Ten or fifteen years.  Yeah.

Q      And how would you typically handle it when you were feeling that way?

A      Tums or, you know -- that was most of the time.  You know, antacid.

Q      So take that feeling and put it aside for a minute.

A      Sure.

Q      Prior to the subject cruise, had you ever felt anything unusual with your heart like a flutter or heart racing or anything that, you know, pain in the area -- anything like that?

A      No, sir.

Q      What was your exercise regimen, if any, like before the subject cruise?

A      I guess like a lot of people.  My exercise and stuff for 20 years has ebbed and flowed.  A lot of times I would be heavy into it.  Would do five days a week.  Then I might would have times where I fell off the wagon, so to speak, and didn't do anything.  But the

Chad Reeves
September 18, 2024

majority of the time, you know, I was doing something at least when I was on shift. So that's, you know, two or three times a week, whether it was on a treadmill, on an exercise bike, elliptical, doing some strengthening and conditioning with the guys there at work, you know. I've done that pretty regular since I've been with the fire department.

Q      So were you ever a member of any private gyms?

A      No, sir.

Q      And like CrossFit or anything. You've never done anything like that, have you?

A      No, sir. Not officially at like a CrossFit center. We do a lot of that stuff in the fire station with the guys. But not officially at a gym or a CrossFit center.

Q      So from the time you started Lynchburg Fire Department --

A      Mm-hmm.

Q      -- up until the time of this cruise, had you ever failed any physical exams?

Chad Reeves
September 18, 2024

A        No, sir.

Q        And what I'm wondering is, like, I think the firefighters in Florida have to like run up steps with hoses and stuff.  Did they test you for that kind of thing?

A        So we're not tested at this point right now with stuff like that pass fail.  We do a lot of it.  And kinda the way the Lynchburg Fire Department works is that your pass and fail is dependent among your captain, you know.  What he feels that you should be able to -- the criteria you should be able to meet.

Q        What's your captain's name?

A        Eric Mendel.

Q        How long has he been the captain?

A        He's been a captain for maybe three years.

Q        How do you spell his last name?

A        M-E-N-D-E-L.

Q        So getting onto this ship then that particular morning while driving to the port is the first time you felt anything, now looking back, out of the ordinary?

Chad Reeves
September 18, 2024

MR. PADRON:  Form.

A      I wouldn't say it was out of the ordinary. It just felt like the other times that, you know, it might've felt like some kind of indigestion pain or something.

Q      You're calling indigestion.  Can you describe it for me specifically?

A      It was just like a, you know, right in the center of my chest kind of like a burning presence that was kinda right in this area.  Mm-hmm.

Q      And did you wake your wife up to let her know about this?

A      No, sir.

Q      Did you ask her for any assistance?

A      I did not.  I never told her anything about it until, you know, after my heart attack.  I said, well, I did feel something this morning, but I'm pretty sure it was indigestion.  And that's all I said.

Q      And you said it went away.  Like, how long of a period of time did it last for before it went away?

A      Maybe a minute.

Chad Reeves
September 18, 2024

Q       So other than that one episode, nothing else that morning?

A       No, sir.

Q       And you didn't feel anything unusual or out of the ordinary for you as we were getting onto the ship?

A       No, sir.

Q       So take me through, if you will, please, some of your earlier activities on the ship once you boarded.

A       Once we boarded, as you can imagine, a lot of this is kind of a blur.  But I can give you a basic rundown.  We get on the ship, and our room was not ready at the time, I believe, so we congregated on what I think I remember the lido deck.  I think that's where the pool was.  My kids wanted to go there, so the group that I was with we all, you know, congregated around there.  Chatted a little bit.  I think the kids even got their swimsuits on, went and got in the pool.  Shortly after we got on and we had done that, our rooms become available but our bags were not there yet.  So we went

Chad Reeves
September 18, 2024

down, looked in the room, checked the room out.  From there I think pretty much all of us met back up on one of the top decks to kinda watch the ship disembark, you know, leave the port.  And we all stood up there, obviously, waiting at the people on the land and sitting at the bar that was on land.  And we was up there for a while.  You know, maybe an hour or so.  And then a lot of the people in my group in my family started dispersing, going here, getting something to eat.  Whatever they were doing.  I didn't go.  I stayed up on the top deck with my uncle, my dad's brother.  And we were just up there in life -- home, whatever.  Just chatting.

Q     Remind me what his name is.

A     Thomas Reeves.  And then from there actually got a message -- obviously, I think it was on the Carnival HUB app for something -- hey, where are you at?  You know, we're looking for you.  I believe I responded back I'm still up here where you all left me. I haven't been anywhere.  And I left -- the end- that was from my wife.  Went down to the room.  Told my uncle

Chad Reeves
September 18, 2024

that, you know, it's probably go down there and catch up with her a little, let her know where I'm at.  We're still figuring out what we're gonna do for supper.  If we're gonna meet family -- whatever.  So I go down and go to the room around 5:30.  So a couple hours after we had disembarked.  Or set sail.  I don't know disembarked is the correct word.  From the time the ship started moving it was a couple hours.  And I hadn't been in there but very short period.  I mean, less than 10 minutes, I would say.  And I started getting this pain sensation in my chest to the point that I was concerned enough to tell my wife.  And it was very acute, and the pain intensified extremely fast.  The pain, you know, went to I would say a 10 out of the 10.  I was getting nauseated.  I felt like I wanted to vomit.  Profuse sweating.  They tell me -- I don't know -- they tell me my color was changing.  I was getting real grayish.  And from then on that's when we started messaging the group I was with -- my sister and all them -- hey, come down here.  We need some help.  And that's when my sister showed up, you know, a short time after.

Chad Reeves
September 18, 2024

Q      So let me go back a bit.  That entire time that you were up there on the top deck with your uncle, did you feel anything out of the ordinary?

A      No, sir.

Q      So my understanding of your testimony is that the first time you felt anything out of the ordinary would've been when you came into the room around 5:30?

A      Yes.

Q      Meaning the whole walk down from the top deck to the cabin, you didn't feel anything out of the ordinary there either?

A      Not a thing.

Q      Was there anything that your wife did or said that because this or it just happened spontaneously?

A      She --

Q      She told me that she was fussing at you because you weren't watching the kids or something.

A      Oh, she --

Q      Was she upsetting you?  Or it just happened

Chad Reeves
September 18, 2024

coincidentally?

A      No. I've been married long enough that doesn't upset me.  No. We were, I mean, she was asking me on the Carnival HUB, where you at, you know.  We ain't been on here but a couple hours and I already lost 'yuh.  But no, that did not upset me.  I feel that that did not cause this.

Q      So whatever though, this was a different sensation than what you had felt in the car?

A      Oh, yes sir.  Absolutely.

Q      Can you describe for me how it was different?

A      I could try.  It's real difficult.

Q      Well, do your best if you can.

A      I mean, in the car was just like a bad indigestion feeling.  This was a severe pain and tightness that was, I mean, drastically more intense, to the point that, you know, for the first few minutes I didn't say it.  I eventually did.  But for the first few minutes I did not come out and say I'm having a heart attack.  But through seeing heart attacks with my job,

Chad Reeves
September 18, 2024

seeing symptoms of heart attacks, I knew that's what was happening.  Beyond a shadow of a doubt, I knew that.

Q     So how much time passed approximately, if you know, between the time that this onset came on and until the time that anybody on the ship was notified of this outside of your travel companions?

A     Ten minutes maybe.  And you gotta understand that the timeline gets a little blurry right there with my pain and stuff.

Q     I understand.

A     So that's going to be an estimated guess on my part.

Q     And before we get into this next line of questioning, let me just get a sense of how detailed we're going to get here.

A     Mm-hmm.

Q     What's your memory like of everything that took place in the medical center?  Do you remember everything that went on?  Or is it all kind of a blur for you?

A     No. It's not all of a blur.  It's -- some

Chad Reeves
September 18, 2024

of it is, some of it's not.  Now I'll help you as much as I can.

Q      So do you know how it was that somebody arrived to the cabin with a wheelchair?

A      I heard what you said.  I don't understand what the question is?

Q      So how did it come to be that somebody showed up in your cabin with the wheelchair?

A      Oh, okay.  Yep.  So my sister called the appropriate line, whatever that was.  I don't remember.  It's not 911 on a ship, but whatever that was.  And I can only hear her side of the conversation.  So, you know, obviously, I'm not physically on the phone so I didn't hear what's on the other end.  But I know she told them my age, how I was presenting, that through my observations, her observations, and my cousin that was with us -- his observations -- that he's had a heart attack before, that we were pretty certain that I was symptomatic of a heart attack.  In which case, I started hearing her go into a pleading, if you will, no, this needs to be done right now today.  I was told that they

Chad Reeves
September 18, 2024

asked if we could wait until the following morning, and she told them no.  This is urgent.  He's pretty sure he's having a heart attack.  This needs to be today.  They said, well, we're not supposed to open until tomorrow but we'll go ahead and open.  Tell him to walk down and they gave us directions to the -- I guess they call it the infirmary on a ship.  And my sister said, no, you don't understand.  I'm trying to tell you he's having a heart attack.  We're not gonna walk him even to the elevator to get there.  Like, he needs somebody to come and help him.  So sometime shortly thereafter they were talked into bringing a wheelchair up, and they wheeled me down to the infirmary.

Q      Do you have any idea who that person was on the other end of the phone?

A      I do not.  No, sir.

Q      Either -- well, I assume you don't know their name.  But do you know what their role was on the ship?

A      I can't say for certain.  I thought my sister had told me that it was one of the nurses.  But

Chad Reeves
September 18, 2024

I'm not sure.

Q      Toni's the one that spoke to that person?

A      Yes, sir.

Q      The person that arrived to the cabin with the wheelchair, was that a nurse?  Do you know?

A      I'm not sure of their title.

Q      So you're taken down to the medical center.

A      Mm-hmm.

Q      Did you speak to any of the ship's medical staff to convey your symptoms?  Or was your sister being the primary kind of communicator?

A      It was a little of both.  I mean, obviously, they asked her what did you see, what did he tell you?  And then they asked me as well.  How are you feeling?  What are you feeling now?  And, you know, I was able to relay to them what I was feeling.

Q      So when you got to the medical center itself, was the door open already?

A      I'm not certain.

Q      Was there somebody in the medical center when you got there though?

A      Yes, sir.  I believe somebody had arrived there.

Q      Do you know who greeted you?

A      I don't.

Q      Do you know their name?

A      I do not.

Q      Do you know their title?

A      I do not.

Q      Can you describe them by appearance for me at all?

A      I'm not sure when the doctor -- I don't know if the doctor was in there when I arrived.  Best of my knowledge, I know it was one.  May have been even two females, which, I mean, I think they told us they were originally from India, I believe.  So -- but I'm not certain on that.  So they would've, you know, have had the appearance of, you know, being from Indian descent. And, like I said, I think it was two females.  And I took them to be nurses.  But I cannot say for sure that's who they were.

Q      Was there any other patients in the medical

Chad Reeves
September 18, 2024

center at the time?

A       None in my area.  I didn't see any, but I'm not sure.

Q       When is the first time that you -- strike that.  According to the Carnival medical chart, you reported that you had taken three baby aspirin.

A       Yes, sir.

Q       When did you take those?

A       Prior to leaving my room in the wheelchair.

Q       Who gave them to you?

A       My cousin.

Q       Was there any change in your condition after you took them?

A       Absolutely not.

Q       So how soon after you first arrived did you speak to any physicians or male attendants in the medical center?

A       I couldn't say for sure.

Q       Do you know, as you sit here, how many doctors were in the medical center and how many nurses?

A       I think I saw two different doctors.  I

Chad Reeves
September 18, 2024

cannot remember if they were ever in there together.
But I think I saw two different ones, and to my
knowledge, I was thinking maybe that, you know, one was
at work now, one taking over shift later. So I'm not
sure how their shifts overlapped. I don't know. And I
think there was at least two nurses, but there could've
been more.

Q      So the two doctors that you do recall, can
you -- first of all, do you know their names?

A      I don't remember that. No, sir.

Q      Can you describe their appearance for me?

A      I believe they were to be of Indian descent
as well, I think. But I'm not sure.

Q      Is there anything that you can give me to
describe their appearance at all beyond their descent?

A      No, sir. Male.

Q      Other than being male?

A      Yes. No. That's --

Q      Just males of Indian descent. That's the
only physical description you can recall?

A      Maybe wanna say that one of 'em was kinda

Chad Reeves
September 18, 2024

tall.  But I -- I don't -- I just don't.  It's kinda cloudy.  I don't remember.

Q      Doesn't sound to me like you were focused on what they looked like.

A      I was in excruciating pain.  That's -- I do remember tell them you just please get this pain controlled.

Q      So kind of fast-forwarding for the sake of expediency here.  There was an EKG done, a chest X-ray, bloodwork.  Did somebody come in and tell you what they thought as causing this chest pain?

A      Yes.

Q      Who was it?

A      I believe it was the doctor that came in and said that the EKG was showing some ST elevation.

Q      Did you know what that meant?

A      Absolutely.

Q      What does that mean?

A      That means your, you know, ST wave forms, you know -- it's ST elevation, myocardial infarct.

Q      So you know you were having a heart attack?

Chad Reeves
September 18, 2024

A     Well, that's indicative of a heart attack. However, they like the blood work, your troponin levels to go along with it.  And he did inform us we've taken your troponin.  This was the first time early on.  It did not show up.  However, his very follow-up was, you know, you're presenting with heart attack.  We're pretty sure that's what it is.  And normally, a lot of times, the troponin level when you do it early on, has not had time to show up.  So we'll do one a little bit later. And they did.

Q     So at this moment in time --

A     Mm-hmm.

Q     -- do you know how far the ship was from shore?

A     I mean I could tell you around two-and-a-half hours.  But as far as a distance using miles and nautical -- I could not tell you that.  No, sir.

Q     So there came a point in time where a discussion was had about whether or not to administer TPA to you.  I'm calling it TPA. Do you know what that

Chad Reeves
September 18, 2024

is when I refer to that?

    A    It's the clot-buster medication.

    Q    Meds.  Yes.  So did you participate in that discussion?

    A    Prior to it being given to me, yes, sir.

    Q    Who talked with you about that?

    A    So the doctor, if I remember correctly, he called my wife and sister.  I don't know if it was into another room or to the side.  It was out of my presence and kinda described to them what he had -- the availability of what he had.  What he could do.  How he would administer it.  What we could expect best case scenario.  What we could expect maybe worst case scenario.  And said, you know, what are you all's feelings on this before we go ask him?  And, obviously, I'm pretty sure they told him, hey, we're all about it if it's a chance that it could bust that clot up and help.  So they came and asked me, and I do remember asking the doctor as he's -- you know -- I'm still in pain at this point.  But I'm listening.  And he explains all of the -- this is what it could do.  It could help

Chad Reeves
September 18, 2024

you, you know.  It could do this; it could do that.  And I do vividly remember asking him is there any negatives to it.  You've told me all the positives.  What are the negatives?  And he said, well, the negatives would be it just doesn't work.  It's not really gonna negatively affect you.  If it doesn't work, it's just going to bust the clot up.  I said, well, if that's the case, I mean, it's worth a try.  Let's do it.  So, yeah.  They did consult with me prior to giving it to me.

Q     So if according to the Carnival's records a consent for signed by your wife and seconded by your sister was done at 8:37 p.m., do you have any reason to dispute that timeline?

A     No, sir.

Q     And if that consent form includes complications like stroke, paralysis, death, are you saying that no one ever told you of that?

A     No. No, no, no.  I'm not saying that.  I'm saying that what I was told the benefits greatly outweigh the risk.

Q     So if according Carnival's records the TPA

Chad Reeves
September 18, 2024

was administered at 9:00 p.m., do you have any reason to dispute that?

A     I can't say for sure but no reason to dispute that.

Q     So did at some point in time anyone come back and tell you what they thought about the effects of the TPA and whether or not it worked?

A     Yeah.  They come back a short time later, and what they were basing it off of -- I don't know if it was an EKG or bloodwork 'cause I'm not sure how sure that exactly works.  But they did come back and tell us that they were pretty certain that it didn't work.

Q     And how were you feeling at the time -- physically feeling?

A     So by that time I'm going to assume around that time my pain was under control.  I was still in pain, but it was under control via a pain medication.  I can't remember if it was morphine or fentanyl.  I think it was morphine.  I'm not sure.  But they gave me a pain medication to, you know, mitigate my pain.  I was severely tired, short of breath.  I was, you know, I was

Chad Reeves
September 18, 2024

extremely exhausted.  I was not physically feeling good but the pain had subsided.

Q     So after they came back and said we're pretty certain it didn't work, did anyone discuss with you the plan of care, what we're going to do now going forward?

A     Over several hours that was -- yeah, that was discussed.  And it was, you know, discussed in several different directions on, you know, what could be done.

Q     What do you recall about that.  What different directions were offered?

A     And so the first option that was offered up by my wife and my sister was, you know, we need to get him off the ship.  Any means necessary, we need to get him off, and we need to get him off sooner than later.  You know, I'm having an active heart attack.  Clot buster did not work.

Q     Let me stop there for just a minute.

A     Mm-hmm.

Q     Was that the first time you recall anyone

Chad Reeves
September 18, 2024

raising the idea of getting off the ship was after the

clot buster was reportedly not working?

A       I don't remember when that was first

brought up.  No, sir.  I don't remember.

Q       Did anyone else other than your wife or

your sister raise the idea of getting you off the ship

urgently?  Or were they the first ones to raise that

concept?

A       No. I do know they were messaging back and

forth with family on land.  I can't say for sure who the

first one was.  I don't know.

Q       So you said there were other options.  What

were the other options that were introduced?

A       All right.  So the other options were, you

know, we keep you on the ship and try to keep you stable

until we get to our first stop was Nassau.  Nassau.  We

take you to a hospital there tomorrow at some point.

Then it was we can, you know, get you a medical flight

of some sort from Nassau back to Florida.  And then the

doctor even came to me at one point, and I believe my

wife and sister were there as well.  But he, I mean, he

Chad Reeves
September 18, 2024

came to me and said, hey, you're doing great.  You know, you're vitals seem like they're holding steady.  You're stable.  Instead of going through all this trouble, why don't we just keep you here in the infirmary for the next five days until your family gets off the ship.  And we'll just keep you here, in which case I was like, no, that's -- that's not an option.  I am stable, you know.  If you could use that as a term, I am stable, but I'm not fixed.  I've still got a blockage and I'm losing cardiac muscle.

Q     So you were tired you said before.  Your pain was controlled on these pain meds.

A     Mm-hmm.

Q     Were you sleeping that night?

A     I dozed off and on a little bit.  Yes, sir.

Q     So, in particular, an entry in the medical chart made at 1:30 in the morning described you as sleeping comfortably at the moment.

A     Mm-hmm.

Q     Any reason to dispute that at 1:30 in the morning you were sleeping comfortably?

Chad Reeves
September 18, 2024

A       I dozed off and on all night long.  So,
yeah.  I mean --

Q       So you were aware of the fact that there
was some communications going on between Toni and your
wife and your sister shoreside?

A       Yes, sir.

Q       Were you ever actively involved in those
discussions?  Or were they going on outside your room
between those three?

A       It was a little bit of both.  I mean, they
were in there.  They were telling me what they were
telling her.

Q       Did you ever get on the phone with
Brittany?

A       I don't remember if I did or not.  It was
-- it may have been at some point somebody got on the
phone with me and told me, hey, you know, I love you.
Hang in there.  But I can't remember who.  I don't
remember that.

Q       So were you aware of the fact that there
was some efforts being made by Brittany and Ashley, who

Chad Reeves
September 18, 2024

I think is your cousin's wife?

A       Correct.

Q       I'm getting to know your family well.
Trying to call the Coast Guard?

A       Absolutely.

Q       What -- when did you first come to learn
that they were doing that?

A       On the timeline, I'm not sure.  I mean --

Q       Did you know about it that night?

A       Oh, absolutely.  Absolutely.

Q       Did you ever speak to anybody from the
Coast Guard?

A       No. Me personally -- no, sir.

Q       Did anybody on your side -- meaning anybody
on the ship from your family speak to anybody on the
Coast Guard, to your knowledge?

A       To my knowledge, no, sir.

Q       Do you know what was being said to the
Coast Guard by your family members shoreside?

A       I just know what I was told after the fact.

Q       What were you told after the fact?

Chad Reeves
September 18, 2024

A      That they called and said, hey, is this something you call can do?  You know, my family members on ship -- so and so whatever the ship name was.  And --

Q      Oh, you wrote that.  Never mind.

A      And they're having a heart attack.  It's a confirmed one.  You know, we need to get him off the ship.  Can you come get them, in which case the Coast Guard said in so many terms, absolutely.  That's what we do.  You know, we see 'em on the radar, whatever they use to track that kind of stuff.  We see 'em; we know where they are.  We can go get them.  No problem.  And I think it was explained to my sister.  The ship has to call us.  We -- that's the way policy follows.  They have to call us.  We can't just "invite ourselves to the party".

Q      Let me make sure I understand what you just said.

A      Mm-hmm.

Q      When you say your sister, they were telling that to Brittany?

A      Brittany.  Yes, sir.

Chad Reeves
September 18, 2024

Q        And Brittany was telling you guys that on the ship?  Hey, the Coast Guard's telling me they'll come get you, but the ship has to call?

A        To the best of my knowledge.  I didn't see the messages myself as they were coming in and answering.

Q        But how were you learning -- how do you know?  How do you have that information?

A        Well, they were telling me.  My sister on the ship and my wife were telling me.

Q        So that means your wife and Toni were telling you that evening -- the Coast Guard is telling Brittany that they will come get you if the ship calls the Coast Guard?

A        Best of --

Q        You were learning that that night?

A        -- best of my knowledge.  I can't remember exactly when that night, evening, early morning.  I can't remember exactly when on the timeline.  But, yes, sir.

Q        Do you happen to know what the Rodney

Chad Reeves
September 18, 2024

Ketcham boat ramp is?

A      Never heard that term before?

Q      Do you know somebody named Joe Hellebrand?

A      Never heard that name?

Q      Do you know somebody named Steve Goldstein?

A      No, sir.

Q      And how about Eduardo Risoto?

A      No, sir.

Q      What is your understanding for why the Coast Guard did not come get you that night?

A      So to answer that question from my understanding --

Q      Yes, sir.

A      -- it would be because they were not called and asked to come.

Q      Did you ever have any discussions with the ship's doctor about having you evacuated via --

A      Me personally?  No, sir.  I don't remember doing that.  Me personally.  My wife and sister were doing a lot of that discussion on my behalf.

Q      And because I limited it, let me just

Chad Reeves
September 18, 2024

expand that a bit.

A    Mm-hmm.

Q    Did you ever at any point in time speak to anybody on the ship about having a helicopter come out and pick you up?

A    I think discussed it with my sisters.  My sister and my wife.

Q    That's not what I meant.  So let me ask it a better way.

A    Okay.  I'm sorry.  Sure.

Q    At any point in time while you were on the ship, did you ever make a request of anybody in the medical center or onboard the vessel to call the Coast Guard and have them come get you?

A    Me personally?

Q    Yes.  You sir.

A    No.

Q    So I'm going to read off some entries in the chart, and I want, if you can, for me please to just confirm whether or not this is accurate or you disagree.

A    Mm-hmm.

Chad Reeves
September 18, 2024

Q        At 7:40 a.m. there was an entry in the chart that you were resting comfortably in the bed.  Do you agree or disagree with that?

A        Said 7:40 p.m.?

Q        7:40 a.m.

A        A.m.

Q        Yeah.  This would be on July the 9th.

A        That would've been -- yeah.  That was the following morning.  Yeah.  I was just getting my timeline straight.

Q        That's fine.

A        Yeah.  Yeah.  I agree.  Agree.

Q        There's an entry at 7:47 a.m. that you reported no chest pain.  Agree or disagree?

A        Yeah.  I had the pain medication by then.  Yes, sir.

Q        At 9:28 a.m. there's an entry in the chart that you reported mild chest discomfort.

A        Sure.

Q        And then at 10:40 a.m. you told the nurse that the pain in your chest is getting better.

Chad Reeves
September 18, 2024

A       Yes, sir.  I'm sorry.

Q       I was waiting for the --

A       Yeah.  Yeah.  I'm sorry.

Q       And then according to Carnival's records, the paramedics would've boarded the vessel at 12:40 p.m. to come pick you up to bring you back to Florida.  That sound about right to you?

A       Sounds correct.

Q       And at that time, the time of discharge, you denied any chest pain?

A       Sounds correct.

Q       Why did your wife not accompany you back to Florida?

A       So officially I cannot tell you whether she could have or couldn't have came.  Me personally.  I didn't ever ask anybody.  And since then I've heard there were different things from different folks.  And I can't really quote to you who.  But I have heard she could not come.  I have heard that maybe they could have accommodated her but maybe not the kids.  I've heard different things.  But basically, I told her in so many

Chad Reeves
September 18, 2024

words, look, this is bad.  But you're not a doctor.  And you can't physically do anything for me.  You need to stay on this ship and give these kids the best vacation that they possibly can.  And I do remember telling her pretty much verbatim every morning for the next four or five mornings, you need to wake up, paint a smile on, and do it for the kids.  It's no need.  This is really bad that it's happened -- it's happened to me.  Let's keep it with just me.  And I go back and I'll get taken care of, and hopefully everything goes well.  And when you get off the ship, you come see me.  And, you know, that's kinda the way we left it.  She was initially not very receptive of that.  But I think, you know, she made the tough decision to stay for the kids.

Q    So do you recall there being any complications or aggravations to you during the transport from the ship onto the plane enroute to Osceola Regional?

A    I wanna make sure I answer that correct way.

Q    I tried to ask it broadly in one question

Chad Reeves
September 18, 2024

-- trying not to ask you 15 minutes.

A       All right.  So from the -- yeah.  Sure.  So from the -- yeah.

Q       What I'm looking for here is --

A       Mm-hmm.

Q       From the time the paramedics came to get you on the ship --

A       Sure.

Q       -- until the time you arrived at Osceola Regional --

A       Mm-hmm.

Q       -- do you have any complaints or criticisms of how that process went for you?

A       No, sir.

Q       So according to the records, you would've presented to Osceola Regional at 3:43 p.m. on July 9th?  Does that sound right to you?

A       Yes, sir.

Q       And according to their records, you would've reported 1 out of 10 chest discomfort at the time?

Chad Reeves
September 18, 2024

A       That sounds right.

Q       They took you to a cardiac cath laboratory. Correct?

A       Mm-hmm.  Yes, sir.

Q       And was there a procedure done?

A       Well, they took me initially, I think, to be admitted.  I had to go through Osceola Medical Center -- or whatever that hospital's name is.  Excuse me.  I had to go through their emergency room first, be admitted, and then I went to the cardiac floor or cardiac wing.  Whatever part of the hospital was dealing with cardiac.  But I initially started in the emergency room.

Q       So the procedure -- they ultimately did a procedure on you there though.  Correct?

A       Yes, sir.

Q       Did you talk to the surgeon afterwards?

A       Yes, sir.

Q       What did he tell you?

A       Best of my knowledge, he told me that they did the catheterization.  They put in one stint.  I had

Chad Reeves
September 18, 2024

100 percent blockage of my LED -- my left anterior descending.  He said it looked like at that point in time that I had, you know, some damage on that side of the heart and that I had a, you know, reduced heart function and that, you know, I think it was the following morning they were gonna come up to my room and do an echocardiogram, I believe is what it was called.

Q    Did he tell you the procedure was completed successfully?

A    Yes, sir.

Q    So you were ultimately discharged from Osceola Regional on July the 14th.  Correct?

A    That sounds right.  I think it was a Thursday, I believe.  Yes, sir.

Q    I'm aware of all the life vest things.  I spoke to your wife about that.  During the time though that you were in Osceola Regional, from the moment you first arrived until the time that you left, did anybody there make any comments to you that you deemed to be critical of Carnival or ship's medical staff?

A    Yes, sir.  They said that, you know, it was

Chad Reeves
September 18, 2024

roughly a 24-hour lapse in time to get my heart catheterization.  And, you know, that the potentially was gonna cause me more heart damage then and even down the road in the future and that, you know, it would've been better for me to, you know, get the attention.  The same heart catheterization a whole lot earlier.

Q       Was this said by more than one person or one person?

A       I can't remember.

Q       Do you know who it was who said that?

A       I'm pretty sure one of the doctors.  Gosh. It's not gonna help.  If you say his name, I would remember it, but I don't remember his name.

Q       Dr. Ollie Ongari?

A       That's it.

Q       Have you spoken to him since?

A       No, sir.

Q       So how did you get home from Florida?

A       Back seat of my wife's Honda Odyssey van.

Q       And as I understand it, you went to CMG Stroobants on July the 17th.  That would've been about

Chad Reeves
September 18, 2024

three days after discharge.

A      Yes, sir.

Q      Did you seek medical care anywhere else between Osceola Regional and CMG Stroobants?

A      No, sir.

Q      And did you tell Dr. Rakish Kahn on July the 17th that you were feeling well and not experiencing any chest pain?

A      I don't remember exactly what I told her. I -- I -- if I recall correctly, I was feeling pretty good those -- or that day.

MR. PADRON:  When you get a good spot, we've been going for like two hours.  Just a five-minute break.

MR. DRAHOS:  Do you need one now.  I'm just going to try and push through this?

MR. PADRON:  Yeah.  Okay.  I just didn't know how much you got left.

MR. DRAHOS:  I want to try and get it done in like 15 minutes or so forth.

Q      You good?

Chad Reeves
September 18, 2024

A        I'm good.

         MR. DRAHOS:  You guys good?

A        Yes, sir.

Q        I'm just going to try to get this done.

A        Yeah.

Q        So according to a follow-up note dated August the 18th at CMG Stroobants, you had told them you had stopped wearing the life vest at that point.  Is that correct?

A        Yes, sir.

Q        And did you also report to them at that particular visit that by this point you were walking three to four miles at a brisk pace every morning?

A        Yes, sir.

Q        And did you lose 40 pounds between the cruise and August the 18th?

A        I don't remember.  I know I did lose some weight, but I don't remember how much.

Q        They're saying here that you reported a 40-pound weight loss due to diet and exercise.  Is that accurate?

Chad Reeves
September 18, 2024

A       That should be real close.  Yes.

Q       Did anybody at any point in time at CMG Stroobants ever make any comments to you which you deemed to be critical of Carnival or the ship's medical staff?

A       There has been numerous times that I've had doctors and/or nurses -- now let me be clear -- not -- they have not come up because they might not know the whole storyline behind it, I guess you'd say.  But I've had numerous medical professionals tell me that 24 hours is an extreme amount of time to go with a heart blockage.  And, you know, not to have any intervention and that, you know, having it sooner would've, you know, made a big difference in, you know, my recovery and getting my heart ejection fraction cardiac output back up.

Q       So did -- you told me about Dr. Ollie --

A       Ongari.

Q       Ongari.

A       Mm-hmm.

Q       Can you recall the names of any other

Chad Reeves
September 18, 2024

doctors who made those comments to you?

        A        Ronetta Marhoover.  She has made comments about, you know, the length of time.

        Q        Who is that?

        A        She is a -- I don't remember her title.  She's a -- I think she's a PA with the CHF Clinic at Stroobants.

        Q        Okay.  So appreciate the answer.  My answer is much, much more specific just to doctors.

        A        Mm-hmm.

        Q        So I know of the guy at Osceola.

        A        Mm-hmm.

        Q        Did any other doctors make any comments to you along the lines of what you're saying to me?  Critical of the time frame that passed?

        A        Dr. Junpaparp.

        Q        Could you spell her name?

        A        I'm gonna try.  J-U-N-A-P-A-R. [sic].

        Q        And what kind of doctor --

        A        And her name -- they call her Dr. June.  But that's her appropriate last name -- Junapar. [sic].

Chad Reeves
September 18, 2024

Q      Who is she affiliated with?

A      Stroobants.

Q      Anyone else?  Doctors?

A      No, sir.

Q      So there was an appointment at CMG Stroobants on September the 14th where you were being seen about whether or not to have an implantable defibrillator.

A      Yes, sir.

Q      What was the decision ultimately made there?

A      Just thinking on my timeline here.  That should've been after I wore the -- I wore a little external monitor for two or three weeks.  I can't remember exactly.  And then they looked at that, and then the external defibrillator, there was a -- there was a threshold, if you will, that I needed to be over in order to not have to have that.  And again, best I can remember, my echocardiogram showed that I had gotten just over that number, and I did not need the implanted defibrillator.  And I -- this is an approximation.  I

Chad Reeves
September 18, 2024

think it was I needed to be at 35 percent ejection fraction, and I'm at a 37.

Q        Were you telling them back then in September of 2023 that you were walking two to three miles a day without any issues?

A        Yes, sir.

Q        And I have according to the records that you were placed on light-duty work on September 20th. Does that sound right to you?

A        Yes, sir.  That sounds right.

Q        And then did you tell Debra Neal on October the 26th at CMG Brookneal that you were capable of doing more then, meaning on October 26, 2023, than you were capable of doing a year prior?

A        I told her that, but it was because of my weight loss.  I could just move a lot better.  I could get around better with my weight loss.

Q        And were you working with a personal trainer at the time?

A        Yes, sir.

Q        What's that person's name?

Chad Reeves
September 18, 2024

A       John Wise.  W-I-S-E.

Q       And is John Wise a personal trainer with the Lynchburg Fire Department?

A       Yes, sir.  He works for the City of Lynchburg with the fire department.

Q       And what kind of exercising were you doing with this gentleman?

A       So to start out, as you can imagine, it progressed through my rehab.

Q       Sure.

A       When I first started, it was extremely basic, just, you know, walking a half mile on a treadmill.  You know, I couldn't do because of my restrictions -- I couldn't do squats per se, like body squats.  Like body weight squats.  So he would have me sit down in a chair and stand up 50 times and then walk a little ways on a treadmill.  So it was just stuff like that just to get me moving.  Then as my restrictions got less and less where he could proceed with different things, it got to where I was doing jump rope, you know, working on the treadmill with a face piece on that's got

Chad Reeves
September 18, 2024

like a restricted air breathing.  Weighted vest.  Some kettle bell swings.  What little bit I could do of jump roping.  I'm not really good at jump rope.  But he got me to do stuff like that.  Then he -- towards the end of it, you know, maybe around the end of the year, first of the year, transitioned into like some weight lifting an conditioning stuff, doing that.  Yeah.  That's basically what we did.

Q       And according to CMG Stroobants' records, on December the 4th, your weight restrictions were removed.  Is that accurate?

A       That sounds about right.  I mean, I don't remember exact.  But yeah.  I don't have any reason to dispute that.  I think the weight restrictions were removed, but I obviously could not go back to full duty yet.

Q       We're getting to that in just a second.

A       Yep.

Q       So can you tell me about -- there was an episode in February of 2024 where you injured your calf while splitting firewood by hand for several hours.

Chad Reeves
September 18, 2024

A       Yes.

Q       What was going on?

A       I was at home.  And I just got a cramp in my leg, and it was a pretty severe cramp.  But due to the medications that I'm on, the two blood thinners that I'm on, it was really bad cramp.  I have a history of cramps.  I've always had cramps 'cause I sweat and I work a lot.  But this one in particular was a bad one.  But from where my muscle tensed it, must've had some sort of trauma in there, maybe a small tear.  And it just bruised my leg up a little bit.  And it was like that for a week or two until the, you know, bruising got dispersed, subsided, whatever you, you know.

Q       Have you seen Rocky IV?

A       Sorry?

Q       Rocky IV.  Have you seen Rocky?  Are you Rocky?

A       Oh, yeah.  I don't think I've ever seen like the first one.  The second one.  I've never seen all of those.

Q       You've seen the fourth one when he faced

Chad Reeves
September 18, 2024

the Russian?

        A       I have not.

        Q       Oh, God.  You gotta see that movie.  The reason why I ask is because he's training, like chopping wood with an axe.

        A       Oh, yeah.  Yeah.  Yeah.

        Q       How do you chop wood?  Do you chop wood with an axe?

        A       I was that day.  I do it with both.  I do have a wood splitter.  But unless I've got a lot to do, I don't bother pulling that out.  I'll still do it by hand some.

        Q       So on February --

        A       But I try to get away from it.

        Q       When you say that you were chopping wood for several hours, you're doing it with an axe?

        A       Yeah.  I was some that day.  I mean, it wasn't all for two hours just chopping wood.  I mean, I was moving some of it.  Yeah.

        Q       And according to the records at CMG Stroobants -- I can't believe I just talked about Rocky

IV in a deposition -- on March the 5th, their records indicate that you had been placed back at work full duty.

A     Correct.

Q     It occurred on March the 5th or at some point prior to that?

A     It was -- should've been that day, I believe.

Q     And according to their records, you were exercising six days a week at that point without any chest pain or discomfort?

A     Right.

Q     So are there physical limitations that you experience today that you could tell me about that you did not have before the cruise?

A     You said physical limitations?  I guess --

Q     Yeah.  Yeah.  Like is there --

A     -- I don't have any limitations.  No, sir.

Q     I heard that there was a parade organized in your honor.

A     When I got back home.  Yes, sir.

Chad Reeves
September 18, 2024

Q        Tell me a little bit about that, just so I can -- your wife explained a little bit, but I want to hear it from you.

A        I was completely unaware of it until it happened.  But firemen are pretty tightknit.  I mean, we're a brotherhood.  It's a -- great.  I love it.  And, you know, I'd been through I'll describe it as a nightmare -- something that I didn't really want to happen.  Didn't want myself to go through it.  I really didn't want to have to put my family through it.  But I go through that.  It's almost I'm gone for a week.  And, you know, in the two days prior to us leaving Florida, they lined up a, you know, kinda escorting me back home with the fire engine.  Where we got close to home, they pulled out in front of us.  That's when I first, you know, learned of this.  And when I got home, course, we live in a very rural area.  I live on a farm.  And my little country road was lined with my family, my friends.  And I'm gonna estimate -- I've never counted it -- I'm ashamed to say that because I should have -- but maybe 25 or 30 fire engines and fire trucks parked

in front of my house.  And just all came to welcome me back home.

Q      So do you have any pending medical appointments coming up in the future?  You told me about the physical that you have coming up.  But other than that, do you have like a set time where you're supposed to go see a certain doctor?

A      I do.

Q      When's your next appointment?

A      I'm supposed to have a echo -- if everything goes well with insurance and how that stuff goes -- but I'm supposed to have an echocardiogram on the 15th of October.  7:45 in the morning.  And then I have an appointment -- I guess you'd understand this.  But they want me to come somewhere around the spring.  But my cardiologist says their schedule isn't open to schedule times yet.  But it's gonna be around somewhere around maybe February or March I have my next cardiologist appointment.

Q      Who's your cardiologist?

A      Junpaparp.

Chad Reeves
September 18, 2024

Q        And where is this ECG being done?

A        That will be done at Stroobants as well.

Q        Mr. Reeves, good luck with the ECG on the 15th.  I hope it goes well for you.

A        Thank you.

Q        I appreciate the time you took today to answer all my questions and for coming out here to Farmville to meet with me.

A        Sure.

Q        That's all I have.  Thank you.

A        Yes, sir.  Thank you.

EXAMINATION BY MR. PADRON:

Q        We will -- let me ask just one clarifying question.  You were asked about at 50 you can -- or you believe you can get your benefits 'cause it'll be 25 years --

A        Yes, sir.

Q        -- and all that.  Do you plan on retiring at 50?  Or is that still up in the air?  You'll figure it out when you get there what you're going to do?

A        I've been asked that a lot in the past.

Chad Reeves
September 18, 2024

You know, throughout my career, but a lot in the past, you know, since the heart attack.  And the answer I always gave before that was they're gonna have to run me out of here.  It's not a job that you -- this is very difficult for people to understand.  But I've seen big alpha type male figures in my life, go out the door, retire from the fire department and leave crying because it's just not something that's easy to walk away from home.  And I felt like I'd always be the same way.  You could also -- you also hear me now say that when I get -- if I'm fortunate and blessed enough to live until I'm 50, I'll retire when I'm able because I don't wanna risk my heart, you know, much longer than I have to.  You know, you know, there's activities that I do when I'm at work.  So --

Q       That was it.

MR. PADRON:  All right.  We will read just again because I want to make sure that everything came through on the audio. And I'll take a copy, PDF E-Tran.

MR. DRAHOS:  Yeah.  Mr. Court Reporter, I'll be ordering both transcripts today, please.

Chad Reeves
September 18, 2024

(Deposition concluded at 2:14 p.m.)

Chad Reeves
September 18, 2024

State of Maryland

City of Baltimore, to wit:

I, Eric Leichter, a Notary Public of the State of Maryland, Baltimore City, do hereby certify that the within-named witness personally appeared before me at the time and place herein set out, and after having been duly sworn by me, according to law, was examined by counsel.

I further certify that the examination was recorded stenographically by me and this transcript is a true record of the proceedings.

I further certify that I am not of counsel to any of the parties, nor in any way interested in the outcome of this action.

As witness my hand this 18th day of September, 2024.

_____

Eric Leichter

Notary Public

My Commission Expires:

January  13, 2028