Brittney Reeves
September 18, 2024

CHAD REEVES,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Plaintiff

vs.

CARNIVAL CORPORATION
a Panamanian Corporation,

Defendant

CASE NO.
1:24-cv-21295-RAR

_____/

The deposition of BRITTNEY REEVES was held on Wednesday, September 18, 2024 commencing at 9:00 a.m. Via Zoom before Eric Leichter, Notary Public.



REPORTED BY:  Eric Leichter

Brittney Reeves
September 18, 2024

APPEARANCES:


     ON BEHALF OF THE PLAINTIFF:

     JOSHUA P. PADRON, ESQUIRE

          The Haggard Law Firm

          330 Alhambra Cir

          Coral Gables, FL 33134-5004

          305-446-5700

          jpp@haggardlawfirm.com


     ON BEHALF OF THE DEFENDANT:

     MICHAEL DRAHOS, ESQUIRE

          GrayRobinson, P.A.

          515 North Flagler Drive, Ste. 650

          West Palm Beach, Florida 33401

          561-268-5727

Brittney Reeves
September 18, 2024

INDEX

Deposition of BRITTNEY REEVES

September 18, 2024

Examination by:                                    Page

MR. DRAHOS                                            4

Exhibit No.                                        Marked

Exhibit A   Movement report                          71

Exhibit B   Consent form                             93

Exhibit C   screenshot of somebody's cell phone    110

Exhibit D   Screenshot                              113

Exhibit E   Photograph                              129

          (Exhibits were retained by Counsel.)

Brittney Reeves
September 18, 2024

PROCEEDINGS,

Whereupon,

BRITTNEY REEVES,

called as a witness, having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

EXAMINATION BY MR. DRAHOS:

Q    So, good morning, Ms. Reeves.  My name is Michael Drahos.  I don't even know if I came in --

A    You did.

Q    -- and introduced myself.

A    You did.

Q    I did?  Okay.  Good.  So I'm sure you've been told I'm the attorney for Carnival Cruise Lines and I'll be taking your deposition today in the case that your husband has filed against my client.

Have you ever done anything like this before?

A    Never thought I would either.

Q    So let me explain the ground rules, so to speak.  I'm sure your lawyer's already gone over all

Brittney Reeves
September 18, 2024

this with you.  But just makes me feel better that I know we're on the same page as we get started.  Okay. So as you can tell, this is a formal question-and-answering session.  Everything that's being said in the room is being recorded by the court reporter now.  So at the end of this, there'll be a transcript of every word that was said.  So when we speak, it's just a little bit different than normal communication, unfortunately.  I'm going to try and make it a little less formal, but there's just certain rules that we have to follow.  For example, the most important one is we can't talk at the same time.  If we do that, it makes it impossible for him to try and capture what's being said by who.  So if you'll let me finish my whole question before you go to start your answer it just makes life so much better for everyone.  Not only that, but I want to make sure you're answering the question that I'm asking you.  If at any point in time I mumble through something, either it didn't make sense because you couldn't figure out what words were coming out of my mouth, or I'm using legalese or something, let me know

Brittney Reeves
September 18, 2024

and I'm happy to rephrase the question.  Otherwise, if you answer, I'm going to assume you understood what I was asking you.  Okay?  If you nod your head, I know what you mean as I'm sitting here.  But a month from now when I read the transcript, it's not going to be reflective as to what your answer was.  So I'm going to prompt you if I see you doing that.  And so, you know, if I see you nodding your head like, kind of like what you are now, I'm going to say is that a yes?  Is that a no?  I'm not doing it to be obnoxious.  I'm doing it so that our answers are clearly reflected on the record.  Okay?  I would rather you not guess, so if I ask you something -- inevitably I will -- that either you never knew because you had no involvement in it or you just don't remember, let me know that.

Okay?

A       Okay.

Q       And finally, this is by no means intended to be a torture session.  It's not a marathon.  So if at some point in time you need to take a break for whatever reason, just let me know and we'll stop.  It's my style

Brittney Reeves
September 18, 2024

the kind of just push through it and get it over with, so -- but I typically like to take breaks about once an hour or so. I don't think you'll be here, you know, all that long, but probably more than an hour, I'm sure.

Okay?

A     Mm-hmm. Okay.

Q     So like I was saying before, I mean, I come all the way up here to meet the clients. And so I want to thank you for taking the time to meet me here Farmville. I have no idea how far away that is from where you live.

How far did you travel today?

A     About 35 minutes-ish.

Q     That's not so bad. So I'm going to start by getting to know you a little bit, and then I'm going to ask you some questions about your husband. So why don't we start with some background.

What is your legal name?

A     Brittney Lane Reeves.

Q     And have you gone by any other names in your life other than Brittney Lane Reeves?

Brittney Reeves
September 18, 2024

A        I have.

Q        And what other names have you gone by?

A        Brittney Nicole Lane.

Q        So Lane is your middle name?

A        It is.

Q        And you are married --

A        I am.

Q        -- to Chad Reeves?

A        I am.

Q        Any other marriages?

A        No, sir.

Q        When did you all get married?

A        Oh gosh.  July 23rd of 2011.  I always joke with my husband I don't know.  I get my dates confused and he laughs at me because I'm the woman.  I'm supposed to remember the anniversary, but I've joked with him so much.

Q        You know what, as we get older, there's so many dates we have to remember, you know, you forget one or two.  Just not birthdays.  So, speaking of which, what's your date of birth?

Brittney Reeves
September 18, 2024

A        January 21st of '86.

Q        And your current address?

A        893 Thorton's Mill Road, Red House, Virginia 23963.

Q        Red House?

A        Red House.

Q        How long have you lived there?

A        Since July 23rd of 2011.

Q        So you got married and moved into the house?

A        We did.  We waited to live together until we got married.

Q        That was a big day.  So all right.  Who else lives in the house with you and your husband, if anyone?

A        My two children.

Q        Their names, please.

A        Leynie-Gray.  It's a hyphen. L-E-Y-N-I-E-G-R-E-Y Elizabeth Reeves and Trigg T-R-I-G-G Anthony Reeves.

MR. PADRON:  And, court reporter, just for

Brittney Reeves
September 18, 2024

the record, those are minors.  So if we could use their initials.

MR. DRAHOS:  No problem.  I'm going to refer to them -- well, I'll try and refer to them as initials then.

Q    So the first one LG, that hyphenated one, how old is she?

A    Ten.

Q    And then the second one, ER. How old is she?

A    He's 7.

Q    Did I hear you say Elizabeth?

A    Leynie-Gray Elizabeth Reeves.

Q    Oh, oh, that's why there was three.  Okay.

A    And then Trigg is 7.

Q    Seven.  Great.  So I take it from reading all of the stuff I've read coming in here today that you have a pretty large family.  It seems that way at least.

A    We do.

Q    So we're going to do our best to help me get a sense of how large that family really is.  So

Brittney Reeves
September 18, 2024

Thorton Hill Road in Red House, Virginia, how big of a town, first of all, is Red House, Virginia, by population?

A    It's not even a town.  It's just a dot on a map.

Q    So what community are you all a part of?

A    So Red House is an unincorporated area. I'm not even sure how many people live in the area.  We have a post office, a gas station, a Dollar General, and a fire department.

Q    And so what is the name of the fire department?

A    Red House Volunteer Fire Department.

Q    And is that the one that your husband volunteers at as the chief?

A    It is.

Q    So what relationship, if any, does Lynchburg have to Red House, Virginia?

A    Lynchburg is approximately 45 minutes from Red House.  It is a pretty large city where if you want to go grocery shopping, if you wanna watch a movie, you

Brittney Reeves
September 18, 2024

wanna do anything, it's where you go.

Q       So, in other words, does that mean Lynchburg is the nearest town, so to speak?

A       Appomattox is the nearest town. Lynchburg's the nearest city.

Q       And so let me start first with siblings. Do you have any siblings?

A       I do.

Q       How many?

A       One.

Q       And brother or sister?

A       Brother.

Q       What's his name?

A       Brandon Ross Lane.

Q       Where does Brandon live?

A       Appomattox.

Q       Was Brandon on the cruise?

A       No.

Q       And is Brandon married?

A       He is.

Q       What's Brandon's wife's name?

Brittney Reeves
September 18, 2024

A        Connie Joe Lane.

Q        Was Connie on the cruise?

A        No. This was Chad's side of the family.

Q        So maybe it's Chad's side of the family that it's giving me the sense of a large family.  How many siblings does he have?

A        He has two.

Q        And what are their names?

A        Toni Arrington and Brittany Pasciuta Bowman.

Q        We met them yesterday.  And so Toni, as I understand it, was on the cruise.  Brittany was not?

A        Correct.  Brittany was supposed to be taking care of Chad's mom on a separate vacation.

Q        And so Toni -- is she married?

A        Yes.

Q        What's her husband's name?

A        Todd.

Q        And Todd also was on the cruise as well?

A        Mm-hmm.

Q        Is that a yes?

Brittney Reeves
September 18, 2024

A        Yes, sir.

Q        And where do Toni and Todd live?

A        At 584 Thorton's Mill Road.

Q        They're the ones that live up the street from you?

A        Yes.

Q        And Brittany, where does she live?

A        She lives in Phoenix, Virginia.

Q        How far away is that?

A        Fifteen minutes-ish.

Q        Chad's mother and father, are they still alive?

A        They are.

Q        And where do they live?

A        334 Thorton's Mill Road.

Q        Same Street?

A        Same street.

Q        How many nieces and nephews do you have?

A        On just my side?

Q        We'll start with your side and then we'll go over to his.

Brittney Reeves
September 18, 2024

A   So my brother has a son and a daughter.

Q   Were either of them on the cruise?

A   They were not.

Q   And then Chad's side?

A   On Chad's side I have three nephews and three nieces.

Q   And were all three nephews and all three nieces on the cruise?

A   They were not.

Q   Were any of them?

A   They were.

Q   Which were on there?

A   Toni's three boys.

Q   Oh, so Toni's the one that has the three boys and Brittany has the three girls?

A   Correct.

Q   How old are they?

A   The boys?

Q   Yeah.

A   Oh gosh.

Q   Well, before we get into that, were they in

Brittney Reeves
September 18, 2024

the medical center at any point in time while Chad was in the medical center?

A       When we left.

Q       To say goodbye?

A       When they were packing Chad up to leave, we all were there.  Everybody was there.  You've probably seen the picture of us with the flight crew while the Carnival crew was getting all of the documentation and stuff together.  There was a picture taken with everybody.  They were there for that.

Q       So while we're on the subject, let's just see if we can tie this in.  So was there any other family members on the cruise with you all than the ones we talked about?

A       Yes.

Q       Who else was on?

A       Chad's uncle Thomas Reeves.

Q       Where does Thomas live?

A       The same road, Thorton's Mill Road. Chad's aunt Diane.

Q       Reeves?  Married to Thomas?

Brittney Reeves
September 18, 2024

A    No. Diane Lee.  Sorry.  That's his sister, Thomas's sister.  And she lives in Red House area.  And then Diane's daughter Heather Swanberg, her husband Chris Swanberg.

Q    Could you spell that last name for me?

A    S-W-A-N-B-E-R-G. And then their three children.

Q    Anyone else?

A    And I believe there was some of the children, Toni and Todd's, have boyfriend girlfriends there.

Q    So they're older?

A    They're Brayson, the oldest boy, I think is around 19.  He graduated last year from high school, so his girlfriend went with us on the cruise.

Q    So let me go back.  Jumping all over.  I'm going to be mad at myself when I read this transcript a month from now.  So the house that you told me about. How long of you guys -- you said you lived there in 2021?

Do you own any other properties?

Brittney Reeves
September 18, 2024

A We moved in there in 2011.

Q Oh, why did I put 20? I don't know. Okay. All right. So do you own any other properties other than that home?

A My mom and dad's house was recently put in my name and my brother's name. They're not doing well --

Q Sorry to hear that, of course.

A -- so they're getting things together.

Q Any other properties that you and Chad own?

A Not that I know of.

Q So this particular home on Thomasville Road, it's a single-family home?

A It is.

Q How many bedrooms?

A Three.

Q How many baths?

A Two.

Q It's a one story?

A It is a one story with a full basement.

Q Have you had to make any modifications to

Brittney Reeves
September 18, 2024

the home whatsoever to accommodate Chad's condition since the cruise?

A     No.

Q     Have you had at any point in time needed to hire anybody to do any type of household chores or maintenance on the home since the subject cruise as a result of Chad's condition?

A     We have not paid anyone that I remember.

Q     What does that mean?  Does it mean people have done work and they haven't been paid?

A     Correct.

Q     Tell me what work's been done that has not been paid for.

A     Chris Swanberg, for example, cuts grass on the side.  So for a while when Chad got home he would take care of the grass for Chad.

Q     What kind of yard are we talking about here?  How many acres?

A     I would say approximately two.  I'm not 100 percent sure on the acreage.  We own about 14, but some of it's field, some of its wood.  By the time you cut up

Brittney Reeves
September 18, 2024

the driveway, around the road, the back lot, I'm not sure the exact acreage.

Q   So other than Mr. Swanberg cutting the grass, any other household chores or maintenance or repairs that needed to be done?

A   He had -- we had a garden before we left for the cruise.  The firemen all pitched in and came down and would weed the garden for us and take care of our chickens.

Q   So tell me about this property now, 'cause I'm getting a different sense.  Chickens?  Is this a farm?

A   It's a mini farm.

Q   Like what?  Tell me what -- in what sense?

A   Well, we have a field that's cut for hay. We have several chickens and two peacocks.  And we were planning on having cows at some point.  Chad was working on the fence for that before we left for the cruise.

Q   No cows yet?

A   No, sir.  That was put on hold.

Q   And how about the fence.  Is it finished?

Brittney Reeves
September 18, 2024

A       No, sir.

Q       Approximately what percentage of the fence has been finished?  25, 50, 75, 90?

A       I would estimate 25 percent.  He was starting to fix the fence.

Q       Was this a property that was inherited? Or did you and Chad by this property?

A       Chad and I bought the property.

Q       Do you have a mortgage on it?

A       We do.

Q       Approximately how many more years are left on that mortgage?

A       I would guess 27.

Q       Have you refinanced?

A       We've recently refinanced to get the lower interest rates.

Q       I hope it was before they all went up.

A       It was.

Q       So these chickens and stuff, are they used for any type of like eggs and stuff?  Or are they just around for decoration?  Any --

Brittney Reeves
September 18, 2024

A        Eggs.

Q        And so when you said several chickens, how many are we talking?

A        At the point of the cruise we probably had 12.

Q        And how many do you have now?

A        Three.

Q        Is there a reason why they have been reduced in number?

A        A local dog attacked chickens.

Q        Came and -- that's terrible.  Is that the same dog that bit Chad?

A        No.

Q        We'll talk about that in a little bit.  So --

A        I'm sorry.  I was surprised you knew about that.

Q        I come prepared.  I tried to get to know you all as much as I can.  All right.  So any plans to move out of your home anytime soon?

A        No, sir.  We plan on living there till

Brittney Reeves
September 18, 2024

neither one of us can physically any longer.

Q      Let me go back to talking a little bit more about you specifically.  What's the highest level of education that you obtained?

A      A two-year degree.

Q      What did you get your degree in?

A      Engineering at -- a two-year degree in Associates of science and one engineering.  And I have a few classes left at Old Dominion University to complete my four-year bachelor's degree.

Q      In engineering?

A      Yes.

Q      And have you gone back?  Meaning, are you currently in school?

A      I am not currently in school.  Not registered for classes at the moment.

Q      When's the last time you took any classes?

A      Approximately two-and-a-half years ago.

Q      Any particular reason why you stopped?

A      My kids are getting older and into sports. And I wanna be there for them.

Brittney Reeves
September 18, 2024

Q        Understood.  Okay.  So do you have plans to re-enroll at any point in time?

A        I would definitely like to finish my degree at some point.

Q        And the Associates, is that also at Old Dominion?

A        Those are at Central Virginia Community College in Lynchburg, Virginia.

Q        So where'd you go to high school?

A        Appomattox High School.

Q        What year did you graduate?

A        2004.

Q        Do you hold any licenses or certificates of any sort?

A        No, sir.

Q        Do you have any medical training of any type?

A        I once had an EMT license but that was before children.  It was never used.

Q        I was going to say, did you work as an EMT?

A        I got my EMT. I was, at the time, the

Brittney Reeves
September 18, 2024

volunteer fire department was getting together a first responder program.  But when I found out I was pregnant, I kinda put that on hold as well.

Q      And so what year would that have been that you obtain that certificate or license?

A      I'm guessing around 2013, 2012, 2013-ish.

Q      So how did you meet Chad?

A      I don't know the exact -- the time or the place that I met Chad, but Chad and I have been dating since ninth grade.

Q      So you guys went to high school together?

A      We did not.  My mother's side of the family is from Phoenix, Virginia.  And Chad's sister Brittany was a lifeguard at one time at Phoenix Pool.  And we would go down to visit my family and go to the pool, and that's when Chad and I became friends.  And we would spend our summers at the pool.  And then in high school when we had AOL dial-up we could finally communicate with each other since we didn't have cell phones back then.  And yeah.  We started dating I guess officially in ninth grade.

Brittney Reeves
September 18, 2024

Q       So, I mean, did you go to prom together?
Homecoming dance?  That kind of stuff?

A       Oh, yes.

Q       Which would mean two different ones?  You
went to his prom, he went to yours?

A       Yes.

Q       Interesting.  Okay.

A       On the same night.

Q       On the same night?

A       On the same night.

Q       Busy night.  How did you pull that off with
distance?

A       Half and half.

Q       Interesting.  All right.  So two proms in
one night.  I'm not gonna even complain about my
daughter.

        Okay.  Going back, are you currently
employed?

A       I am.

Q       And what do you do?

A       I'm a engineering software administrator.

Brittney Reeves
September 18, 2024

Q        Engineering software administrator for what company?

A        BWXT Advanced Technologies.

Q        So what does an engineering software administrator do?

A        I maintain the software and keep it up-to-date, servers --

Q        So --

A        -- new users, training.

Q        You're like the IT person at BWXT?  In other words --

A        For certain software.

Q        How did you obtain that -- come about?  Is that something you studied in school?

A        Somewhat in school because in order to do engineering you need certain software.

Q        How long have you been there at that company?

A        Two years.  Around two years.

Q        Is that a Monday through Friday, 9-to-5 job?

Brittney Reeves
September 18, 2024

A        It is a Monday through Friday job.  It's the hours vary.

Q        In what sense?

A        It's a steady workweek, but it's a variable schedule.  I believe it's the 980 or something like that where you work for nines and an eight, for nines and an off on a Friday.

Q        Do you have to physically go into the office every day?

A        No, I do not.

Q        So what percentage of your time is spent working remotely versus in an actual brick-and-mortar office?

A        Depends on my schedule and what meetings I have that day if I wanna go in the office.  But I'm not required to.

Q        So you could work every day from home if you want?

A        Yes.

Q        What'd you do prior to that?

A        I was a designer, CAD designer, for

Brittney Reeves
September 18, 2024

Framatome.

Q        I didn't catch that.  A CAD designer.

A        CAD. Computer Aided Design.

Q        What was the name of the company?

A        Framatome.

Q        How long did you work for them?

A        Seventeen years about.  Seventeen.

Q        Why'd you leave?

A        Opportunities.  Better opportunities.  I wanted to focus on being a CAD administrator instead of a designer.

Q        Any Workers' Comp claims in your history at all?

A        No, sir.

Q        Have you ever filed a disability claim either with a private insurance company or the US government?

A        No, sir.

Q        Never been involved in any litigation before?

A        No, sir.

Brittney Reeves
September 18, 2024

Q    Ever been arrested?

A    No, sir.

MR. DRAHOS:  Let's go off the record for just one second, please.

(Whereupon a discussion was held off the record.)

A    If you're gonna need Chad's, you're gonna wanna ask me as well.

Q    Oh, he's not going to know it?

A    No.

Q    I have his in the record as well.

A    Okay.

Q    Just kind of finishing up --

A    Don't ask me the day we got married, but I can give you that.

Q    Yeah, I know.  I have bank account numbers in my head.  It's amazing.

So what are your hobbies?  Let's start with that.  What you do when you're not working?

A    I take my kids to sporting events.

Q    You're a sports mom.

Brittney Reeves
September 18, 2024

A      Yes.  Proudly.

Q      What sports do they play?

A      Football, baseball, volleyball, softball.

Q      Do you do anything for recreation like sports or gym or, I don't know, any kind of physical activities?

A      No, sir.

Q      What about your husband?  What are some of his hobbies?

A      Fire department.

Q      And I'm going to cover this a little bit with you, but I really want to talk to him more about it.  But while we're on the subject, so as I understand it, he works for the Lynchburg Fire Department as a firefighter.  Correct?

A      Correct.

Q      How long has he been there?

A      Oh gosh.  I'll be honest, I'm drawing a blank on this one.  It's been a while.  But I can't nail down the year.

Q      More than 20 years?

Brittney Reeves
September 18, 2024

A      No, sir.  I don't think it's been more than 20.

Q      About 15 or so?

A      Probably around 15.

Q      How many years away is he from qualifying for retirement?

A      Qualifying for retirement -- I'll be honest, I don't know.

Q      I'll ask other stuff.

A      I can barely keep up with my own on that one.  I don't wanna think about my own, 'cause I'm sure mine is much more.

Q      And so then he also works as a volunteer for the Red House Fire Department?

A      Yes.

Q      And so as I understand that, he's the chief.

A      He is.

Q      How many other firefighters are volunteer firefighters for Red House?

A      I can't give you an exact number.

Brittney Reeves
September 18, 2024

Q      Can you give me just an approximate, just so I get a sense of what we're talking about?

A      Somewhere between 20 and 30.

Q      So this is going to sound ridiculous, but I don't have any idea.  Do they have fire trucks and a fire station?

A      They do.  They have a community building, a firehouse.

Q      So how often is Chad working as a volunteer at the Red House Fire Department?

A      Anytime he's not at the station in Lynchburg.  He could get a call.  He could get a phone call.

Q      So in a normal month -- well, a normal week -- what percentage of his time is spent Lynchburg versus Red House?

A      Lynchburg, he's there for a 24-hour shift every third day.

Q      Every third day.

MR. PADRON:  It's 24 on, 48 off.

MR. DRAHOS:  Yeah.

Brittney Reeves
September 18, 2024

THE WITNESS:  Yes.

Q     So you're saying when he's not physically in the Lynchburg fire station, he's at the Red House Fire Station?

A     He's not at the station, but he's the chief.  So if somebody calls him with a question, he has to pick up the phone and answer it.

Q     He can answer it from home?

A     Yes, sir, on his personal cell phone.

Q     So why is there a Red House Volunteer Fire Department?

A     Because of the response time from other localities.

Q     So does the fire department service other towns or communities?

A     No, sir.

Q     It's just servicing the Red House area?

A     It's the Red House area, but it encompasses the whole area of -- it might be some in Campbell County.  It might be some in Appomattox County.  Some in Charlotte County.  But there's no other towns within

Brittney Reeves
September 18, 2024

there.

Q       Why is it a volunteer position and not a paid position?

            MR. PADRON:   Form.

A       I believe that would be a county budget issue.

Q       So Lynchburg, I'm getting the sense, has annual physical exam requirements that their firefighters need to be able to meet in order to continue working there.  Is that accurate to your understanding?

A       To my understanding.

Q       Does Red House have the same type of a physical requirement?  Or can anybody work there?

A       Not anybody can volunteer there.  You have to have a probationary period, and you have to have background checks as well.  As far as I know.

Q       Have you ever worked as a volunteer at the Red House Volunteer Fire Station?

A       I am a volunteer at the Red House Volunteer Fire Department.

Brittney Reeves
September 18, 2024

Q        What role do you serve?

A        I am the registered agent.

Q        What does the registered agent do?

A        Fill out a form every year for the Virginia Department of something.  I'm sorry.  I'm drawing a blank.  And it's just a form that says this is the chief, this is the assistant chief.

Q        Who is the assistant chief?

A        I believe it is Chris Swanberg.  With the kids in sports, I don't get to as many meetings as I probably should.

Q        I'll talk to Chad about some of those details.  I was just curious.  All right.  So you said that his hobbies were the fire department.

Does he do anything else for fun?

A        Not that I can think of.  Not that's fun.

Q        Does he go to the kids' sports games?

A        Yes, sir.

Q        How about recreational activities today?  Currently like -- let's say within the last six months.  Has he been a part of any gyms or rec leagues or sports

Brittney Reeves
September 18, 2024

teams?  Anything like that?

A      He has not.  He does physical therapy at work.

Q      And when he does physical therapy at work, is that at Lynchburg?

A      It is.

Q      Do they have a gym in the firehouse, to your knowledge?

A      Each firehouse has a gym.

Q      So Lynchburg has one and so does Red House?

A      Red House does not.

Q      To your knowledge, has Chad ever been a member of a gym or fitness club?

A      Not that I can think of.

Q      Do you have any social media accounts?

A      I have a Facebook account and Instagram that's linked to my Facebook.  So when I make a post, it updates.  But I don't --

Q      You're more active on Facebook, in other words?

A      Yes.

Brittney Reeves
September 18, 2024

Q       Is your Facebook page public or private?

A       I don't know.

Q       Did you post anything on Facebook during the particular cruise that we're here to talk about?

A       I did.

Q       How many posts in total did you put on Facebook during the subject cruise?

A       I don't know.

Q       More than one?

A       It was asking for prayers, I believe.

Q       So that would've been, of course, after this incident occurred?

A       Yes.

Q       Meaning after he started having chest pains and things like that?

A       Yes, sir.  Because I believe in the power of prayer.

Q       And we'll get to that in just a bit.  But before we get there were there any posts put on your Facebook page before the incident while on the cruise? In other words, like you guys were swimming in the pool

Brittney Reeves
September 18, 2024

or hang out at the bar, whatever?

A       I don't believe so.  I try not to let people know when I'm on vacation.

Q       And so asking for prayers during the cruise, as I'm understanding, there were some posts about that.  What about after Chad had already left?  As I understand it, you stayed on the cruise.  Are there posts -- is that a yes?  I'm sorry.

A       I did.  Sorry.

Q       Are there posts that you put to Facebook throughout the remainder of the cruise at the various ports --

A       I don't know.

Q       -- like Princess Key and things like that?

A       I don't know.

Q       How about Chad?  Does he have a social media page?

A       Facebook.

Q       Did he post anything during the cruise to your knowledge?

A       Not to my knowledge.

Brittney Reeves
September 18, 2024

Q       How often does he post things on Facebook? In other words, does he post daily, weekly, never at all?

A       Weekly.

Q       What kind of things does he typically post on Facebook?  Just examples is fine.

A       A funny meme.

Q       Do you know if there's pictures or videos on Facebook of his recovery?

A       I don't know.

Q       How about on your page?  Did you put any pictures or videos of his recovery on your page?

A       I don't know.

Q       There was a Go Fund Me account that was started on Chad's behalf, as I understand.  Is that a yes?

A       Yes.

Q       Who started that?

A       Chad's cousin's wife.

Q       Chad's cousin's wife.  Okay.  What's that person's name?

Brittney Reeves
September 18, 2024

A        Ashley Reeves.

Q        Was Ashley on the cruise?

A        She was not.

Q        Was Chad's cousin on the cruise?

A        Ashley's husband was not on the cruise.

Q        What's his name?

A        Aaron.

Q        How much money in total was raised on that account?

A        If I remember correctly it was around $7,000.

Q        And did you and Chad ultimately receive those proceeds?

A        We did.

Q        Do you drink alcohol?

A        I enjoy a glass of wine occasionally.

Q        How about Chad?

A        Occasionally a beer.

Q        Do you smoke cigarettes?

A        No.

Q        How about Chad?

Brittney Reeves
September 18, 2024

A       No.

Q       Has Chad ever smoked?

A       He has.

Q       How long ago?

A       It's been a long time.  It was back when we were dating.

Q       So has he smoked cigarettes at any point in time during your marriage, to your knowledge?

A       Not to my knowledge.

Q       I'm going to move on to a new area.  And I'm just going to kind of test this out a little bit and see how much you know.  Whatever information I get from you is less that I need to get from Chad.  So I don't want you to stretch beyond what your knowledge base is. If you don't know, just tell me.  This is all going to be about his medical history before the cruise. Do you attend medical visits, or did you attend medical visits with him before the cruise?

A       I did not.

Q       So does that then mean that any details of any medical care he ever received before the cruise

would be information you learned through him?

A     I'm sorry.  There was probably some visits with his back before the cruise.

Q     I'm going to venture to guess I can probably imagine certain situations that you were at some.  So I'm just going to ask a little bit, and we'll see where we go with this.

A     Right.

Q     So the annual physicals that he would for the Lynchburg Fire Department, would you ever attend those with him?

A     No, sir.

Q     So as I understand it though, there was an incident that occurred in September of 2020 where he did suffer a back injury of some sort?

A     Yes, sir.

Q     Was there an occasion that led to that?  Or was it a gradual, chronic situation that you started hearing more and more about?

MR. PADRON:  Form.

A     His back went out pretty suddenly.

Brittney Reeves
September 18, 2024

Q        That would've been in September of 2020?

A        I believe so.

Q        And when you say pretty suddenly, why is it that you have that impression?

A        It was not expected.  I mean, it's -- somebody just has, you know, occasional back pain from doing yard work or, you know, working in the garden or anything like that.  But you never expect just to be walking across the bay floor carrying luggage and your back completely go out.

Q        I mean, is that what happened?  Or did he just begin to start complaining of back pain suddenly one day?

A        That's what happened.  He was carrying his go bag, you know, with his clothes in it to go home the next morning and getting off of his shift.  And his back went out on the bay floor.  And went to ortho.  One of the guys drove him to ortho, and that's when we found out about the back issues.

Q        So how did he -- Chad -- respond psychologically to these back issues, from your

Brittney Reeves
September 18, 2024

observation?

    A      It was tough on him.

    Q      Can you explain what you mean by that?

    A      As a firefighter you have to physically be able to perform your duties.  And so anything physically would then lead to questions of can he perform his job.

    Q      And so these back issues that arose in September of 2020, were they of such severity that it was beginning to call into question whether or not he could do his duties as a firefighter?

    A      It was.

    Q      Did he have to undergo any type of a fitness test or some kind of like skills test to confirm that he was still capable of continuing?

    A      I don't know.  I can't answer that.

    Q      Do you know whether or not he sought any type of psychological or mental health counseling due to these issues that he was having?

    A      I believe he did.

    Q      Did you attend any of those sessions?

    A      I did not.  I was not physically in the

Brittney Reeves
September 18, 2024

room with him when he attended those sessions.

Q      You weren't in the room, but did you accompany him to the visits?

A      Not all of them.  And if I did, it was, like I said, it was not in the room with him.

Q      Does that mean you would wait out in the lobby or something?

A      If I remember correctly, I would wait out in the lobby.

Q      Did you ever speak to the therapists individually without Chad?

A      I did not.

Q      Do you know how many therapists he saw?

A      I do not.

Q      So I'm not going to get into the details of what they talked about.  I've seen these records, but I'm not going to ask you about them except for one thing, just because I think it involves you. Was there some point in time where the family took his guns away?

A      No, sir.

Brittney Reeves
September 18, 2024

Q       Are you aware of any discussion or decision-making on anyone's behalf in the Reeves family wherein it was decided that Chad couldn't have his guns for whatever reason?

A       No, sir.

Q       Does he have guns?

A       Yes, sir.

Q       How many?

A       I don't know.

Q       What kind of guns are we talking about? Like handgun pistols? Semi-automatic weapons? Rifles?

A       Handguns, shotguns, rifles are some.  Yeah.

Q       Are you aware of any point in time from the time you first met him up until this present moment wherein Chad's guns were taken away from him against his wishes?

A       No, sir.

Q       I'm going to fast-forward a bit.  By the way, did there ever come a point in time -- I'm aware of the Cauda Equina Syndrome.  So I'm talking about when the back pain first started until the time of the Cauda

Brittney Reeves
September 18, 2024

Equina Syndrome diagnosis -- so within that window of time.  Did there come a period of time where he was held out of work due to his back pain?

A       It could have been.

Q       That's probably something that he would be able to give me a little bit more detail about?

A       Yes, sir.

Q       I did read these records from Lynchburg General ER dated July 7th of 2021, where there was a dog bite and he killed the dog.

Do you know anything about that?

A       I was at home when it happened, but Chad is -- he helps people a lot.  And there was an elderly lady that was living down past our house.  And I believe they drove by and saw her laying in the woods, and he wanted to stop and help her get up.  If I remember correctly, it was a very hot day and things could've -- I mean, she could have dehydrated or anything.  So but in order to get to her, he had to get through the dog 'cause she had the dog on a leash.  And then that's when he got bit.  But he saved the lady.  He's a hero, once again.

Brittney Reeves
September 18, 2024

Q    So March 1st of 2022 is, as I understand it, when the Cauda Equina Syndrome was diagnosed?

A    Mm-hmm.

Q    And that would've been at Lynchburg General ER again?

A    Mm-hmm.

Q    Were you present for any part of, let's just say lead up to the diagnosis?

A    Can you repeat the question?

Q    So March 1st of 2022, Chad went to the Lynchburg General ER complaining of back pain.  During their workup, they diagnosed him with Cauda Equina Syndrome.

Were you in the hospital that day for that workup, so to speak?

A    I was.

Q    Did you speak to any of Chad's doctors?

A    I did.

Q    And was there any discussion had about how long the back pain that he had been experiencing had been going on for?

Brittney Reeves
September 18, 2024

A       I don't know.

Q       So, in other words, when his back pain first started in September of 2020, did it ever go away up until March 1st of 2022?  Or was it just a continual chronic, daily thing that he was experiencing?

A       I don't know.  You'll have to ask him.

Q       Was he held out of work after this March 1, 2022, Cauda Equina Syndrome diagnosis?

A       For some time.

Q       For how long of a period of time was he held out of work for?

A       I don't know.

Q       More or less than six months?

A       If I guess, it would be under six months. But I'm not sure.

Q       Did he have a therapist that he was dealing with?

A       Physical therapy?

Q       Yes, ma'am.

A       I don't remember.

Q       So there was a --

Brittney Reeves
September 18, 2024

A        And the Cauda Equina -- that was when he was walking across the bay floor and his back went out very suddenly.

Q        So was there a discussion after the Cauda Equina Syndrome -- surgery -- was there ever any discussion from anybody at Lynchburg's Fire Department about Chad being incapable of continuing working at this point?

A        Not that I know of.

Q        Did you have any discussion with him about whether or not it was appropriate for him to continue working?

A        Not that it was appropriate for him to continue working.  No.

Q        You qualified it in such a way.  So was there some kind of discussion between you and he about his continuing to work with these ongoing back issues?

A        Yes.  It worried him very much.

Q        What do you mean?  Tell me.  What was he worried about?

A        Being a firefighter is a very physically

Brittney Reeves
September 18, 2024

demanding job.  So he needs his back.  But he has been great.  I mean, since his back surgery, you know, it was a miraculous recovery.  So it hasn't been ongoing discussions, you know, about his back.  But he was worried there for a bit.  But his recovery from that was miraculous.

Q      So the surgery was on March 1st.  It was an immediate, time sensitive surgery, I'm sure you are aware of that.  And he was discharged the following day on March the 2nd.  But I've read records going as far as July, four months after that, where he was expressing concern that they were going to hold him out of work is what specifically is written.  Do you know about any kind of discussions that were being had months after that surgery where somebody was considering whether or not he should continue working?

A      Not to my knowledge.

Q      Do you know who the last medical provider was that he saw before the subject cruise?

A      I do not.

Q      Do you know if he had any pending

Brittney Reeves
September 18, 2024

appointments with any doctors before getting on the cruise?

A      I do not.

Q      Who was your health insurance provider?

A      Mine personally?

Q      Are you guys on the same or different?

A      We are not.

Q      Who is his health insurance provider?

A      I don't know.  I believe it is Anthem Blue Cross Blue Shield, but you'll have to verify that with him.

Q      So since the time of his initial back injury in September of 2020 up through the date of the cruise, do you know if he ever received any type of disability compensation, whether it be from the US government or a private insurance company?

A      Not to my knowledge.

Q      Did he ever file any Workers Compensation claims that you're aware of?

A      Not to my knowledge.

Q      Do you know if he ever had anyone evaluate

Brittney Reeves
September 18, 2024

him from a cardiac standpoint prior to the subject cruise?  I said that very, very vaguely intentionally. Do you know if anyone ever evaluated his heart before the cruise?

     A     I mean, he did the physicals.  I would assume.

     Q     Other than that though.  Other than his annual physicals?

     A     Not to my knowledge.

     Q     Do you know if he ever had a stress test done?

     A     You'll have to ask him.  I don't know what the fire department's requirements are and what they do there with air packs and all of that.  I'm not for sure.

     Q     So other than this dog bite incident that prompted him to go to the Lynchburg ER in this Cauda Equina episode, any other visits to the emergency room that you can recall Chad having to go for prior to the subject cruise?

     A     Yes, sir.

     Q     How many more?

Brittney Reeves
September 18, 2024

A        He got bit by a copperhead.

Q        Don't worry about the snakebite situation. Any others?

A        That's all that's coming to my mind at the moment.

Q        Do you know if he's ever complained of chest pain to any healthcare providers before the subject cruise?

A        Not to my knowledge.

Q        Other than being admitted for surgery for this Cauda Equina, are you aware of any other instances prior to the cruise where he was admitted to a hospital for any reason?

A        Can you repeat the question?

Q        Sure.  So other than the Cauda Equina surgery --

A        Mm-hmm.

Q        -- are you aware of any other instances before the subject cruise where he was admitted to the hospital for any reason?

A        I'm trying to think.  The questions are

Brittney Reeves
September 18, 2024

relentless.  Sorry.

Q       I mean, I can do this all day.  Trust me, I'm really trying to --

A       You guys feed off of this.

Q       No. I'm really just trying to hit the main points here.

A       I mean, when he had the snakebite, they had to remove some of his skin.  I don't know if that was technically admitted or not.  And we've been together so long.  Oh my goodness.

Q       So I'm going to cover this stuff with him. I just think that'll be a little bit more efficient.  I don't want to sit here and endlessly have you deliberating in your mind as to whether or not something happened 20 years ago.  So I'll ask him about it.

A       My main focus the last few years have been my kids.  He's a grown man.

Q       No problem.

A       Unless he needs me, let him take the wheel.

Q       So I tell you what, let's take a break because we've been going about an hour.  And will come

Brittney Reeves
September 18, 2024

back and start a new array of questioning.

MR. PADRON:  Good.

MR. DRAHOS:  All right.  We're going to take a five-minute break.

THE REPORTER:  All right.  Sounds good.

(Whereupon a short recess was taken.)

A       You asked earlier what Chad's hobbies were, and during the break I was thinking about all the questions you asked.  His hobby is hunting and fishing.

Q       How often does he go hunting and fishing?

A       As often as he can.

Q       Like every week?

A       If it's hunting season.

Q       I don't even know hunting season is.  When is hunting season?

MR. PADRON:  Now.

Q       So hunting season is when to when?

A       Hunting season -- dove season is right now.

Q       Oh.  So what is his favorite thing to hunt? Is he a deer hunter?

A       He does like bow hunting the best.

Brittney Reeves
September 18, 2024

Q       Bow hunting.

A       Bow hunting with deer.

Q       When was the last time he went bow hunting?

A       Probably last December, January -- whenever the last week of hunting season was last year.

Q       And fishing?  How often does he do that?

A       Not as often as he likes.

Q       When was the last time he went fishing to your knowledge?

A       It's been a couple months.  He takes the kids.

Q       And is this --

A       It's not something he does professionally on the boat.  It's, you know --

Q       I was going to ask that.  Does he like stand by the bank of a lake?  Or does he go out in a rowboat?

A       He stands by the bank on a lake with the kids.

Q       So before the subject cruise, and you all -- you and Chad -- ever gone on a cruise before?

Brittney Reeves
September 18, 2024

A       We have.

Q       How many times?

A       He loved cruises.

Q       How many times have you been on cruises?

A       One.

Q       Just one?

A       Just one.  And he loved it.

Q       Carnival?

A       It was.

Q       Great.  What was the name of the ship?

A       I don't remember.

Q       Where did it port?  Home port?

A       I believe -- don't hold me to it -- but I believe it was Mobile, Alabama.  And we went with a huge family group.

Q       Same family group is the one that was on this cruise?

A       I'm not sure every one of them because, you know, it was previous and I don't know exactly how many went.  But it was most of the same people.

Q       Did Chad have any reason to go down to the

Brittney Reeves
September 18, 2024

ship's medical center during that cruise?

A       No, sir.

Q       Did anybody in your traveling party?

A       Not that I know of.

Q       Did anybody need to seek medical care at any foreign ports of call?

A       Not that I know of.

Q       So from beginning to end, pleasant experience. No complications or injuries or anything like that?

A       Right.

Q       No criticisms at all about how the cruise went?

A       No, sir.

Q       And before we get to the subject cruise, had you and Chad ever had reasons to travel out of the country before the subject cruise?

A       Not to my knowledge.

Q       Do you all go on vacation?

A       We do.

Q       How often?

Brittney Reeves
September 18, 2024

A        Once a year or so.  Family vacations.  We roll together.

Q        Is there particular time of the year that you go?

A        Somewhere between the end of All-Stars for baseball and the start of school.

Q        So that's got to be like what -- that's got to be around August?

A        School starts first or second week in August, so it's end of July-ish.

Q        Do you go to the same place every time?  Or different locations?

A        Different locations.

Q        So this past July, did you go on vacation?

A        This past July we did go on vacation.

Q        Where'd you guys go?

A        We went to New York State.

Q        Any particular place in New York State that you stayed in?

A        We went to see a Yankees game, so we stayed in New York City.  And then right the next day after the

Brittney Reeves
September 18, 2024

Yankees game after we saw Judge hit that homerun, we went to upstate New York to a camp.

Q       So you saw a Yankees game.  He spent some time in New York State and then you came home?

A       Yeah.  We went to Niagara Falls and just hung around the cabin, cooked, did kayaking, have fun, you know, let the kids have fun.

Q       Did Chad kayak as well?

A       He got into a kayak right there around the little island.

Q       And prior to that New York vacation, the year before that, did you guys go on vacation then?

A       That was the cruise.

Q       That would've been the cruise.  Okay.  So between the time of the cruise and the New York vacation, any other vacations?

A       Nothing that would've been considered like the whole family vacation, you know.  Nothing that I can remember.  We might've gone to Great Wolf Lodge with my parents for, you know, one night or so.  But I don't remember exactly about that time frame, if that would've

Brittney Reeves
September 18, 2024

been before or after the cruise.

Q       And I think you said your son plays baseball.  Right?

A       He does.

Q       Does he do travel baseball?

A       No, sir.  Too young.

Q       And your daughter?

A       She does travel softball.

Q       Does that require you guys to travel outside of the state?

A       We go down to North Carolina.  It's about an hour and a half, two hours from the house.

Q       Does Chad go with you?

A       He hasn't recently because just happens he is his shift to work or he's getting off after we leave in the mornings.  Or -- I'm hoping he can go this weekend.

Q       Any future vacations planned?

A       We've been looking, but nothing planned. Nothing on the books yet.

Q       So let's talk about -- let's finally talk

Brittney Reeves
September 18, 2024

about the subject cruise.  Who booked this cruise?

A    Well, it was Chad's sister's idea.  She's kinda the family coordinator.

Q    And remind me which sister that is -- Toni Arrington.

A    Toni.  Toni.  You got it.  Did you talk to her yesterday?

Q    I did not.  One of my colleagues did.

A    Oh, okay.  You would've got the impression that she's the family coordinator.

Q    So Toni is the coordinator.  She's the one who planned the trip?

A    Yes.

Q    Is she the one who picked this cruise?

A    Yes, sir.  And then she went through a travel agent who kinda set everything up for us.

Q    Did you do any research about this cruise before booking it?  Strike that.

A    Well, I talked to the --

Q    Let me ask it a little bit more broadly so I don't have to ask 15 questions about this.  Did you do

Brittney Reeves
September 18, 2024

any research about the cruise from the moment Toni Arrington raised the idea until the time you got onto the ship?

A       Not that I know of.

Q       And then you had said something about you talked to -- and then I cut you off.  What were you going to talk about?

A       I had talked to the travel agent, and I wanted to do something special for the kids.  So we did the Dr. Seuss theme party room.  So when they got in there it was special for them.

Q       Do you know if Chad did any research about the cruise from the moment Toni raise the idea until the time you got on the ship?

A       I would highly doubt it if he did.  But I don't know for certain.  He's pretty much go with whatever Toni says.

Q       And we've already talked about who attended, so that knocks out a lot of those questions. You've done this before, right, having been on a cruise previously?

Brittney Reeves
September 18, 2024

A        Twice.  Yes.

Q        And are you familiar with the concept that there's a contract that's entered into between you and the cruise lines that outlines all of the relationship and all of the conditions of the cruise itself?  It's called a passenger ticket contract.

A        Was that with the -- I know that there was some legal jargon.

Q        So, if according to Carnival's records, you would've received that passenger ticket contract, and it electronically acknowledged having read it and reviewed it and approved the terms and conditions on June the 26th of 2023 at 10:33 p.m. at night.

Would you have any reason to dispute the accuracy of Carnival's records?

A        No, sir.

Q        So this cruise started on July the 8th of 2023, out of Port Canaveral.  Correct?

A        Correct.

Q        And how soon before the cruise had you all arrived to Florida?

Brittney Reeves
September 18, 2024

A    The night before.

Q    How did you get from Virginia to Florida?

A    Chad drove.

Q    Did anyone accompany you in the car other than you and Chad and your kids?

A    I don't believe so.  But I'm not 100 percent sure.

Q    Was there a caravan of cars, meeting the whole family left and all drove down together?

A    Oh, yes.

Q    So when did you guys leave on July the 7th? What time of the day?

A    I don't remember.

Q    Early morning, like the crack of dawn?

A    I believe it was somewhere around that morning.  I don't know.  I can look -- well, I can't look on Life360.

Q    So you left in the morning.

A    Yes.

Q    You drove the entire day to Florida?

A    We drove the entire day to Florida.

Brittney Reeves
September 18, 2024

Q      And Chad did all the driving?

A      Yes, sir.

Q      Do you recall what time it was when you arrived to Florida, specifically to the hotel you are staying?

A      I don't know the specific time.  All I know it was that evening and it was dinnertime 'cause we were all starving, wondering what we were gonna have.

Q      Where did you guys stay?

A      At a resort townhouse type thing that Toni found.

Q      Was it in the Port Canaveral area?

A      It was maybe an hour from Port Canaveral?

Q      Was it in Orlando?

A      I'm not real sure.  My geography down there is not probably the best.

Q      So you stayed in a hotel about an hour away from the port.  During the time from the moment Chad got up on the morning of July the 7th until you guys arrived to the hotel that night, did he make any complaints at all about how he was feeling?

Brittney Reeves
September 18, 2024

A       Not that I remember.

Q       Did he demonstrate any unusual signs or symptoms to you?

A       No.

Q       So he was his normal, typical self throughout the entire drive?

A       Yes, sir.

Q       And what about that evening before going to bed?  Did he make any complaints at all about how he was feeling?

A       No, sir.

Q       So next morning you guys wake up and you head to the port.

A       Yes, sir.  Well, we get up and the kids were hungry.  We were all hungry again.  Story of our life with growing kids.  Everybody likes to eat, especially my son, and so they wanted IHOP, which was right there next to where we were staying.  So we went to IHOP for breakfast, and my son got a cheeseburger.

Q       You wake up, you're going to IHOP. Did Chad have breakfast that morning?

Brittney Reeves
September 18, 2024

A    He did.

Q    Did he eat like normally?

A    Yes, sir.

Q    Did he make any complaints about how he was feeling at all?

A    No, sir.  Not that I remember.

Q    Did you notice anything different or unusual about him?

A    No, sir.

Q    And did you guys drive from the hotel to the port?

A    Yes, sir.

Q    He drove?

A    He drove.  I slept.

Q    So according to Carnival's records, you all boarded the vessel at 12:46 p.m. just after lunch.  Did you eat anything?  Any further meals -- meaning did you have lunch before you got on the ship?

A    Not that I remember.  I mean, by the time we ate breakfast it was, you know, pretty late in the morning comparatively to what we normally do.

Brittney Reeves
September 18, 2024

Q      So I'm handing you what we're going to mark as Exhibit A to the deposition.

(Defense Exhibit A was marked for identification.)

MR. DRAHOS:  This is what we call a movement report.  It tracks all the times that our guests get on and off of the ship.  So this is your movement report.  And I may refer to this from time to time throughout the deposition.  So once your lawyer has -- I'm sorry.  I only brought two.

MR. PADRON:  That's all right.  Sorry.  I was just marking down.

MR. DRAHOS:  There should be three in there though.

MR. PADRON:  Maybe.

MR. DRAHOS:  Oh, you know what.  That's right.  We don't have any exhibits -- I'm going to write A on the bottom of this here so we can give it to the court reporter later.  Okay.

Q      So you see that there?  This -- you're welcome to look at it at any point in time.

Brittney Reeves
September 18, 2024

A       Okay.

Q       Who knows if I'm going to ask about it. But the point is, we have you guys getting on the ship at 12:46 p.m.

Does that sound about right to you?

A       Sounds about right.

Q       And so from the time Chad --

A       We -- that's probably us getting down there to like the baggage check-in.

Q       Yeah.  But you're literally getting onto the ship right there standing --

A       Okay.

Q       -- by the register.

A       Okay.

Q       So from the time the Chad had gotten up until the time you literally walked onto the ship at 12:46, did he make any complaints at all about how he was feeling?

A       Yes, sir.

Q       When did you first hear him say anything about how he was feeling?

Brittney Reeves
September 18, 2024

A       At some point in between breakfast and the time we got to the port, he woke me up.

Q       So during the drive?

A       During the drive.

Q       He woke you up, and what did he say?

A       He thought he had indigestion.

Q       So can you tell me in as best you can how he described that?

A       I don't honestly remember how he described it.  He just explained it to me as indigestion type feeling.

Q       Has he ever complained to you about that before?

A       Occasionally at night he'll have indigestion if you eat something greasy like pizza for dinner.  But it's not very often.  It's nowhere near what I have.  But --

Q       But this particular instance, he actually woke you up to tell you?

A       To see if I had TUMS or anything?

Q       So that's what I'm getting at.

Brittney Reeves
September 18, 2024

A       Yes.

Q       Did he wake you up because he was feeling such a way that he had to share with you?  Or did he wake you up for some purpose?  It sounds like to get TUMS?

A       'Cause I keep a bottle of 'em in the van.

Q       Did he take any?

A       I believe he did.

Q       How many?

A       I mean I can't say for certain, but maybe one or two.

Q       Other than indigestion, did he describe how he was feeling in any other way?

A       No, sir.  Not that I remember.

Q       Did his complaints concern you at all?

A       But we had just ate breakfast too, so it wasn't a, you know, like -- it didn't trigger anything that I remember, you know, being like oh my gosh, you know.

Q       Do you know what he had for breakfast?

A       I don't remember.  I would assume just

Brittney Reeves
September 18, 2024

normal breakfast foods.

Q      Like pancakes, waffles?

A      I believe it was an omelet.

Q      So other than this interaction where he wakes you up for TUMS, any further comments or discussions with him at all about how he was feeling before he got onto the ship?

A      No, sir.

Q      Did you have an opportunity to observe him physically during this time of breakfast to getting onto the ship?

A      No, sir.  I was sleeping.

Q      How about when you guys were getting onto the ship itself?  Did he require any physical assistance?

A      No, sir.

Q      Did you require any physical assistance?

A      I did.

Q      What assistance did you request?

A      I required him to take my baggage.

Q      So did you have rolling bags?

Brittney Reeves
September 18, 2024

A      No, sir.  It was a 31 tote.  Just a --

Q      Over-the-shoulder type of thing?

A      Just an over-the-shoulder type thing that had my hairdryers and stuff in it.

Q      And he was carrying that?

A      Yes, sir.

Q      Did he complain at all about how he was feeling as you guys were getting onto the ship?

A      He only complained that I didn't carry my own luggage.

Q      And was he sweating or red or anything at all?

A      Not that I remember.

Q      Breathing heavily?

A      No, sir.  Nothing.

Q      So as far as you're aware, other than him complaining of indigestion, he is his normal self?

A      Happy-go-lucky, excited, wanted to get on this voyage.

Q      And what did you guys do during the early hours of this cruise?  So I'm talking about before he

Brittney Reeves
September 18, 2024

starts complaining about anything.  Take me through what you remember you guys doing on the ship.

A       I remember us going to find our room and the kids absolutely thrilled about the Dr. Seuss' hanging from the wall, the ceiling.  I remember us going down to some lower decks to do some area check-in.  By that time we were probably pretty hungry 'cause I remember Trigg wanting a burger.  Guy burgers.  All the family gathered up on one of the top decks just to see what was going on, wave.

Q       And were you guys up there as the ship was sailing away?

A       Yes, sir.

Q       And that occurred at 4:00?

A       About that time.

Q       How long did you all stay up there before you --

A       Trigg really wanted to get in the water, in the pool.  So me and the two kids, the two kids and I, went down to the pool while Chad stayed up with his uncle, aunts, cousins, sisters, talking, waving, you

Brittney Reeves
September 18, 2024

know.  Then about 5:30 or so after I had had my fill of the crowd, we went back down to see if our luggage had finally gotten to our room at that time.

Q       So when is the very first time you can recall Chad making any comments about how he was feeling?

A       When he got to the room.

Q       Around 5:30?

A       Right.  He literally walked in the room.  I was fussing at him 'cause I felt like I was taking care of the kids already and he was, you know, not there at the pool with us and was being a butt.  And was fussing at him, and that's when he started grabbing his chest.

Q       So let's go back a bit.  Before you saw him doing that, did you see him demonstrating any unusual signs or symptoms?

A       No.

Q       Like was he sweating or breathing heavily or anything like that at all?

A       No, not really.

Q       So the very first -- let me just take a

Brittney Reeves
September 18, 2024

quick second.  Let me see if I can get you some.

THE WITNESS:  Sorry.

Q    So was his grabbing his chest the very first time he noticed anything out of the ordinary?

A    Yes, sir.  He thought he had indigestion again.  Was like, I'll get my TUMS.  I've got 'em in the bag you carried all the way up here.

Q    And so you are saying that you were fussing at him.  And I'm trying to get a sense of to what degree are we talking about.  Were you yelling at him?

A    Oh, no.

Q    Or were you just kind of like complaining?

A    I was just like, are you serious?  We haven't even been on the ship like a couple hours.

Q    And you're going to help me with these kids and, you know, that kind of thing?

A    And I'm already -- I'm like I'm going mad with kids.  Like, yeah.  It was just wife banter, I guess.

Q    Was there anyone else in the cabin with you two?

Brittney Reeves
September 18, 2024

A    No, sir.

Q    So he grabs his chest.  Did he say anything?

A    He just said that his chest really hurt. And I was like, is it indigestion?  I'll grab my TUMS. You know, what can I do?  And then it just progressively got worse.

Q    Did he lay down or sit somewhere?  Or what did he do?

A    He sat on the side of the bed, I believe, and just trying to get comfortable.

Q    How long before you all alerted anyone about this?

A    Maybe five minutes, maybe.  I mean, it happened really quick.  It went from possible like, you want me to get my TUMS to something's really wrong.

Q    Tell me.  What does that mean?  Like, in the five minutes span he was gaining progressively worse, or was it a realization that this is not something that's --

A    It was progress -- he was getting

Brittney Reeves
September 18, 2024

progressively worse.

Q       How so?

A       The sweating.  Just turned gray.  Wanted to vomit.  Wanted to use the bathroom.  Nothing relieve the pain that he was feeling, like didn't matter where he sat or --

Q       Who was the first person that you notified of this?

A       I believe I was on the Carnival Hub app, and I sent out a mass help message because of where -- I don't believe we had cell phone service even that we were still right there.  I believe it was just on the Carnival Hub app to everybody, like, something's wrong with Chad.  Get down here.  If I remember correctly.

Q       So this mass message you're talking about was a communication among all of your traveling companions?

A       Yes, sir.  I believe so.

Q       Was it a communication that also went to Carnival?  Or it was just to your people?

A       It was just us.  Just as people.  Like,

Brittney Reeves
September 18, 2024

hey, you know, Toni get down here.  She's a nurse.

Q       Who was the first person to arrive to the cabin?

A       I don't remember.

Q       How long after you sent that message out did somebody arrive?

A       Not long.

Q       Can you give me an estimate?

A       A few minutes.  Maybe three, four, five minutes or so.  Not long.  It all happened so quick after that.

Q       And so did Toni arrive to the cabin?

A       She did.

Q       Was she the only one in the traveling group that has medical?

A       She is not.

Q       Who else?

A       Chad's cousin Chris has some medical background and has also had a heart attack previously.

Q       How old is Chris?

A       I don't know right off the top of my head.

Brittney Reeves
September 18, 2024

He's older than I am.  That's --

Q    So you don't recall who came first, but do you recall --

A    I think it was a group.  Like they came in groups.  Like each family group, you know, 'cause we had kinda dispersed at that point.  And it was more -- it wasn't just like one particular person.  It was just groups.

Q    Who was the first person to notify anybody affiliated or associated with Carnival?

A    Chad's sister Toni.

Q    And what did she do to notify any other parties?

A    She called down to the clinic.

Q    Do you know what number she dialed?

A    I don't know.

Q    Did she speak to anyone?

A    She did.

Q    Who did she speak to?

A    I don't know.

Q    Do you know what she said?

Brittney Reeves
September 18, 2024

A        I mean, I can't tell you verbatim, but it was in nurse lingo, you know, doing the 38-year-old or, you know, showing signs of a heart attack.  Giving whoever was on the phone with her the details of what symptoms he was having.

Q        How long after that phone call did somebody arrive?

A        Nobody came.

Q        Ever?  How did Chad get from the cabin to the medical center?

A        Oh, I'm sorry.  They said for him to walk down to the medical center.  Toni said no; he can't walk.  And then that's when I believe one person brought a wheelchair.

Q        So he was taken by wheelchair down to the medical center?

A        Yes, sir.  Yes, sir.

Q        The person in the cabin who approached with the wheel --

A        But I don't -- I'm sorry.  What?

Q        The person who approached with the

Brittney Reeves
September 18, 2024

wheelchair, did that person have any medical knowledge

or --

A       Not to my knowledge.

Q       Did you accompany Chad down to the medical

center?

A       Yes, sir.

Q       Who else went with him?

A       Toni.

Q       What happened to the rest of the family?

A       I don't know.

Q       Where were your kids at the time?

A       I don't know.

Q       So you and Toni present to the medical

center with Chad.  Who spoke first on your family's

behalf to anyone inside there?

A       Toni.

Q       Who did she speak to?

A       I don't remember.

Q       And was Toni the spokesperson, so to speak,

because she has the medical knowledge?

A       Yes, sir.

Brittney Reeves
September 18, 2024

Q      Did Chad communicate to anyone at all?

A      I mean, if he was asked a question.

Q      So from your observation, when Chad first presented to the medical center, did he appear to be better or worse or the same that he was in the cabin?

A      The same.

Q      Do you know who Toni spoke to when she was reporting Chad's history in the medical center there?

A      I don't remember.

Q      Do you know the names of anybody who was working in the medical center?

A      I don't.

Q      It was reported to the nurse during the triage -- do you know what a triage is?  It's the initial interview when you first went -- that you had given three tablets of baby aspirin to Chad at some point in time that day.

A      Mm-hmm.

Q      When did you give him that?

A      I did not.  So when the family was notified and everybody started coming to the room, Swanberg,

Brittney Reeves
September 18, 2024

Chris --

Q       The guy who had the prior heart attack?

A       Yes.  He had them.  And so Toni recommended giving him the aspirin.

Q       So did he take those three tablets of baby aspirin?

A       As far as I know.

Q       Do you know what time it was that he had taken them?

A       Somewhere around 5:30 -- between 5:30 and 6:00.

Q       Did he have any type of reaction to it at all -- positive, negative or otherwise?

A       He never has before.  No, sir.

Q       So was Toni the one who is speaking to the medical staff like on Chad's behalf the entire time? I'm trying to get a sense of --

A       If she -- yes.  If she was there, she was speaking.

Q       Did you ever have any discussions with any of the medical staff privately?

Brittney Reeves
September 18, 2024

A        Yes.

Q        How about during this first stage when you first start coming in?  Did you speak to anybody separately from Toni and your husband?

A        Not that I remember.

Q        So I know you told me you don't know anyone's names.  Can you describe for me how many doctors and how many nurses were in the medical center?

A        I remember there being the Indian doctor. Then there looked to be a Chinese doctor.  I don't want to characterize anybody, but I don't know how else to describe their --

Q        Well, let's talk roles first.  So two separate doctors?

A        I remember there being two or three doctors.

Q        And how many nurses?

A        Three possibly.

Q        Was the medical center open when you arrived?

A        No, sir.

Brittney Reeves
September 18, 2024

Q        Was the door closed and somebody had to unlock it?

A        Yes, sir.

Q        Was there anyone on the other side of the door meeting people in the medical center already?

A        I believe so.  When they -- yes.

Q        So when the door was opened by whoever it was on the other side, you know who that person was?  A doctor or a nurse?

A        I believe it was a nurse.

Q        Now the doctors that you recall, you told me that one of them was Indian.  Is there any other physical description you can provide for me of that person?

A        Bald, dark skin.

Q        Anything else about that person that you can recall appearance wise?

A        No, sir.

Q        And then you made mention of I think you said a Chinese doctor.  Any other physical appearance that you can describe for me about that person?

Brittney Reeves
September 18, 2024

A       Dark hair.

Q       Anything else about the way they looked?

A       No, sir.  Not really.

Q       So was there any delay once you got into the medical center, or did they go right into providing treatment for him?

A       They went right -- they immediately took him to the room to the left and started asking questions.

Q       Was there any other patients in the medical center at the time?

A       No, sir.

Q       Did you go into the observation room with Chad?  Were you waiting in the waiting room?

A       I went in with him.

Q       Did Toni go too?

A       Yes, sir.

Q       So what can you recall?  Was it a doctor or a nurse that took him in for questions?

A       I don't remember.

Q       Tell me what you remember about the first

Brittney Reeves
September 18, 2024

hour or so that you're in the medical center.

A        I remember them --  I was more the observer 'cause I really didn't know what was going on.  I was just really scared.  I remember them giving him morphine or nitro.  I believe it was a nitro.  Connecting all the pads for the EKGs.  It was such a tight quarters.  People were on top of each other.  I remember the EKG coming back, and I think they were doing blood work for the troponin levels.

Q        Do you recall the doctor rendering any kind of a diagnosis?

A        I don't remember.

Q        Did somebody in the medical center tell you that they believed your husband was having a heart attack?

A        I don't remember.  I mean, with Chad's extensive medical background and Toni's too, I mean, we just kinda knew, you know, something was going on.  It wasn't just indigestion.

Q        So Chad's extensive medical background that you make mention of, does that mean from your

Brittney Reeves
September 18, 2024

observation he was able to communicate back and forth with the doctors and understand the medical information that was being relayed to him?

A        Yes, sir.

Q        So there came a particular point in time when a decision was made to administer what we call TPA thrombolysis.  It's like a clot-busting medication. Are you familiar with it?

A        No, I'm not.  I mean I found out what it was that day.  Toni had to explain it to me.

Q        Toni explained it to you.  So was Toni a part of the decision about whether or not to administer it?

A        She was there with me when I signed the papers.

Q        And let me go ahead and hand you what we'll mark as Exhibit 2.

(Defense Exhibit 2 was marked for identification.)

MR. DRAHOS:  You have a copy of that one page?  It's Bates stamped 58?

Brittney Reeves
September 18, 2024

MR. PADRON:  It's not Bate stamped.

MR. DRAHOS:  Yours isn't Bate stamped?

MR. PADRON:  No.

THE WITNESS:  I know you said Toni was the witness.

MR. PADRON:  Let me see if I have that note.

Q      So I'm handing you what will mark as Exhibit B in the deposition.  It's a two-page document dated July 8, 2023.  Bates stamped 58 and 59.  This, ma'am, was a consent form that was signed prior to initiating TPA. This was part of his records.

A      All right.  Yep.

Q      Do you recall?  Is that your signature there, down there on the bottom?

A      It is.

Q      And it was signed also by Toni Arrington?

A      Yes, sir.

Q      And the two doctors.  Correct?  Well, I'll represent to you that these are the two doctors that sign this there.

Brittney Reeves
September 18, 2024

Do you recall this conversation?

A        Yes, sir.  I agree.

Q        Is this your handwriting on this document?

A        No, sir.

Q        What you remember about this particular discussion?

A        He pulled Toni and I into his office and told us that this was what he recommended.

Q        Was this the Indian doctor?  Okay.  Is that a yes, by the way?

A        Yes, sir.  Sorry.

Q        So the Indian doctor pulled you into a room and told you this is what he recommends.

Did he tell you why?

A        He said that they suspected a blood clot and that this would hopefully break it up.

Q        And did Toni have any questions that went unanswered from your observation?

A        I don't remember.

Q        Did you have any questions that went unanswered?

Brittney Reeves
September 18, 2024

A       Not that I know of.

Q       And so this section here but talks about complications, is this your handwriting?

A       No, sir.

Q       Is any part of this document your handwriting other than your signature?

A       No, sir.

Q       So did the doctor give a risk/benefit?

A       I believe he did.

Q       And who made the decision to proceed?  You, Toni or both of you?

A       I did with her guidance.

Q       Did Chad participate in this discussion?

A       No, sir.

Q       Did you confer with Chad before the treatment was administered?

A       I don't remember.

Q       Now, if according to Carnival's record in this document, it would've been signed at 20:37, which is 8:37 p.m. Would you have any reason to dispute the accuracy of that?

Brittney Reeves
September 18, 2024

A        At 8:37?

Q        Yes, ma'am.

A        No. It sounds reasonable.

Q        Really, I'm asking you more just to make sure you don't have -- no, it was 7:00.  And I know because I looked at the clock.  I'm looking for that kind of stuff.

A        I understand.

Q        So you have no reason to dispute that?

A        I was in such disarray.

Q        Understood.  But this being the only time I get a chance to talk to you, I have to try and pin down as many details as I can.  So, if according to Carnival, this document was signed at 20:37, and then the treatment was initiated at 21:00, which would be 9:00 p.m., do you have any reason to dispute the accuracy of that timeline?

A        No. Not to my knowledge.

Q        So is it your contention or Chad's -- your family's contention -- that at some point in time somebody in the medical center said that the TPA didn't

Brittney Reeves
September 18, 2024

work?  Okay.  Tell me about that?  Who said that and what?

A       Don't hold me to this, but I think that the crew there said that it didn't work based on the EKGs that had been run.

Q       When you say the crew there, who are you talking about?

A       The doctor.

Q       The doctor -- the Indian doctor?

A       Yes, sir.

Q       Do you know how long after the TPA was administered that the doctor made that statement?

A       About an hour, I would say.  About an hour.  Whenever the next EKG was run to check.

Q       Tell me what you remember the doctor saying as best you can?

A       I really don't remember.

Q       Did he say it to you, to Toni, or the both of you?

A       It was probably both of us 'cause Toni never left me up until, you know, like wee hours of the

Brittney Reeves
September 18, 2024

morning.  She stayed by my side.

Q      Did he say why it didn't work?

A      No, sir.  Not that I know of.

Q      Did he say what his plan was as a result or in response?

A      No, sir.  Not to my knowledge other than, you know, just getting stable.

Q      So here's where I'm trying to fill in the blanks.  So about an hour after the Indian doctor came to you and Toni and said it didn't work, but what was his plan thereafter?

A      He wanted to keep Chad on the boat for the remainder of the -- the cruise.

Q      Well, let's talk about that.  So he says the TPA didn't work.  Did he say I want to keep him on the ship for the remainder of the cruise?  He said those words?

A      He -- he said that he is stable.  He said he could stay, that that was an option that he could stay and, you know, down there and the family could come visit.

Brittney Reeves
September 18, 2024

Q       That was an option.  But did he give any other options?

A       That he could disembark when we got to Nassau.

Q       Any other options?

A       Not that I remember.

Q       So he said the TPA didn't work, but your husband's in stable condition.  He is free to stay in the medical center or he can get off in Nassau.

A       And get treated in Nassau.

Q       Do you know whether or not you all had private travel insurance for this cruise?

A       We did not that I know of.

Q       How did you feel about those two options?

A       I was freaking out.

Q       Why?

A       'Cause, one, the love of my life is sitting in a bed, and there's nothing I can do.  I had Toni, and I mean, I've heard the golden hour, you know, the work. You go to all these medical things, you know.  This is the signs of a stroke, or this is -- you know -- you

Brittney Reeves
September 18, 2024

hear of the golden hour.

Q      I don't know what you mean by that.

A      That after a heart attack it's best to get treatment within that hour.  And she saying no, we gotta get him off the ship.  We gotta get him off the ship.  We gotta fix him.  And then you've got a doctor who wanted him to stay in Nassau, and you know, like, it's a third-world country.  You don't know what kind of care he would receive.  He doesn't have a passport.  What am I gonna do?  I've got kids on board.  I don't -- it was just so many unknowns.  I didn't, I mean, like I don't know what doctor training goes through, you know, what requirements they have in Nassau.  I've been in Nassau before on another Carnival cruise when I was younger, and I remember the areas that I went through weren't great.  But you just want your husband fixed.

Q      So during this time frame when these discussions are being had, was Chad also actively participating in them?

A      No.

Q      Was he asleep?  What kind of state was he

Brittney Reeves
September 18, 2024

in?

A    So he was in a room to the left.  And when you walked into the clinic, it was like a waiting area. And you had the doctor's office and you had his room to the left.  And then the nurse's area was behind that.  A lot of the hard discussions happened outside of his room.  Whatever you call that clot busting stuff.  But he -- I mean, yeah.  He kinda knew what was going on in and out of it.

Q    So at the time that this latest discussion is being had about you can stay or you can get off in Nassau, who was the first person to raise the idea of a helicopter evacuation at sea?

A    I don't remember who was the first one to do it.  But --

Q    Did the doctor?

A    No, sir.

Q    So somebody on your side.

A    Toni probably or myself or -- we were just like, please, get him off the ship.  Find any way to get him -- you know, we're so close to Florida, like, why

Brittney Reeves
September 18, 2024

can't we just pull off?  Why?  I mean, why can't we just -- it's just -- we're going down the Florida coastline.  Why can't we stop at a port?  Why can't -- you know, what's the Coast Guard for?  What's --

Q       So let's talk about that.  At 9:00 p.m., or I think you said about an hour after, so let's say -- would it be fair to say that this conversation with the doctor was being had at about 10:00 at night?

A       For the disembarkment?

Q       Yeah.  So when he said the TPA didn't work and you could either stay on or get off at Nassau, I asked you what time that was.  He said it was about an hour after the TPA had been given.

A       Yeah.

Q       So if we know the TPA was given at 9, that would mean this discussion had to have been had around 10:00 at night.

A       Probably with the doctor.  But the request to get him off the ship probably started as soon as that -- as soon as we knew it was a heart attack.  As soon as it was confirmed.

Brittney Reeves
September 18, 2024

Q       Who would've been the one to make the request?

A       It was either myself or Toni.

Q       And when you say as soon as those confirmed, are you saying before the TPA had been administered?

A       Yes, sir.  And, I mean, the TPA was an option, you know.  We was like okay, yes.  Let's see if this will work.  But then once we knew that that definitely didn't work, then it became even more pressure to get him off that ship.

Q       So when a heart attack was confirmed --

A       That's when the discussions probably started between Toni and I of --

Q       But do you know that for a fact so that I can confirm this in ink on my notepad when the first discussion was had about evacuating from the ship with the medical staff?

A       With the medical staff?

Q       Yes, ma'am.

A       I don't know.

Brittney Reeves
September 18, 2024

Q       Let's use the TPA as our marker.  So if we know that the informed consent was signed at 8:30, was there any discussion had with the medical staff before 8:30 about evacuating from the ship?

A       I can't confirm.

Q       And then we know after was given, there definitely was a discussion then?

A       Yes, sir.

Q       So let's just kind of play with both timelines then.  At the time the heart attach was confirmed but before the TPA was administered, do you know how far you all were from shore?

A       Not -- I mean, other than we could -- I didn't feel like we could've been that far.  It's --

Q       But you would agree with me you don't know?

A       I don't know.

Q       What we do know is that you were at least four hours from the time that you had left.

A       The doctor said that the helicopters couldn't fly out that far.

Q       When was that discussion had about the

Brittney Reeves
September 18, 2024

reach of the helicopters?

A        After that probably when we were begging and pleading to get him off the ship.

Q        So at the time that you were told about the TPA and the options were being discussed, that's when you know for sure as you're sitting here that that was the first conversation that was had with the medical staff about evacuating at sea?

A        I don't know that it was the first, but I do know that we had several conversations.

Q        When did the doctor say the helicopter can't reach where we are?  During this time after the TPA had failed?

A        Yes, sir.  And that he's stable.  Just keep him on the ship.  And I was like, no, I gotta get him off.

Q        So this being the only time we get to talk, you and I, I just want to be sure that there's not something I'm missing.  If the doctor was telling you at that time that the ship was outside the range of the Coast Guard, what information or knowledge do you have,

Brittney Reeves
September 18, 2024

if any, to say that the doctor was wrong at that point?

A        I don't have any.  But I mean, it's -- without personally talking to the Coast Guard myself, I am going off of what the doctor has told me.

Q        So somebody talked to the Coast Guard apparently, what you all are saying?

A        Yeah.  So while all this is going down and we're begging and pleading and we're like is there anything -- I mean, Chad's sister even threatened to jump off the ship.

Q        Which one?  Toni?

A        Toni -- to get the Coast Guard to come. She's like if I just jump off the ship, can you get the Coast Guard to come.  The doctor's like, no, don't do that.  And like that's how dire we wanted to get him off.  But Chad's other sister who was at Myrtle Beach with his mom was trying to call the Coast Guard to see what they could do.  And the on -- I mean it's --

Q        I'm going to get to that in just a second.

A        Yeah.

Q        But let me go back before we move on.

Brittney Reeves
September 18, 2024

Other than saying the ship was outside the range of the Coast Guard, were there any other reasons given to you all as to why the doctor didn't feel it was necessary or appropriate?  Let me say it that way.

A       Say it one more time?

Q       Sure.  Other than telling you that the helicopters couldn't reach where you guys were, did the doctor give any other explanations for why he didn't believe a helicopter evacuation was correct?

A       He said that there was no way a helicopter -- nowhere a helicopter could land.

Q       Any other explanations?

A       I don't remember.

Q       What about as it relates to your husband's medical condition?  Did the doctor agree or disagree that your husband's medical condition was such that that type of a reaction was warranted?

A       No, sir.

Q       Have you done any research or studies at all as to what is required for a US Coast Guard helicopter evacuation at sea?

Brittney Reeves
September 18, 2024

A      No, sir.

Q      Have you done any research to see what that experience is like?

A      Recently I have seen videos of people being airlifted off of Carnival -- or I don't wanna say Carnival -- off of a cruise ship in a basket.  And that made me really mad.

Q      Why?

A      Because if Chad's treatment could've gotten done sooner, maybe his heart wouldn't be so damaged.

Q      So going back, you were telling me that somebody on your side of the family -- I think you said it was Brittany?

A      Chad's sister Brittany.

Q      Chad's sister Brittany.

A      Sorry.

Q      Took it upon herself to contact the Coast Guard?  Is that a yes?

A      Yes, sir.

Q      And what prompted her to do that?

A      I assume she knew the urgency of getting

Brittney Reeves
September 18, 2024

him off and getting him treatment because being stable isn't being fixed.

Q       So did you all confer with any doctors that evening?  In other words, you're hearing from this Indian doctor, and he's telling you certain things about your husband's condition.  And you guys are talking about helicopter evacuations and stuff.  Did you all -- whether it be anybody in your traveling party or anybody on behalf of the family on land -- consult with any doctors that night about whether or not this situation warranted, you know, getting the Coast Guard involved?

A       Not that I know of.  Not me personally.

Q       So the urgency from a medical standpoint was based entirely upon Toni's opinion?

A       And Chad's.

Q       So hopefully you can help shed some light on this for me.  Give me a second here as I figure out my own exhibits.  I'll give you this first as Exhibit C.

                (Defense Exhibit C was marked for identification.)

                MR. DRAHOS:  I actually have three copies,

Brittney Reeves
September 18, 2024

so you're welcome to keep that one.

MR. PADRON:  Okay.  There's a red mark on it right there.

MR. DRAHOS:  You want to write a C on it? Or -- yeah.  I'll give you the extra copy.

Q    So I've handed you what we've marked as Exhibit C to the deposition.  This was produced to me in discovery.

Do you know what this is?

A    I don't know who this is.  And I -- it is a call of some sort at 12:43 for 11 minutes.

Q    Do you know -- it looks to me like it's a screenshot of somebody's cell phone.  Is that a yes?

A    It does.  Yes, sir.  Yes.

Q    Do you know whose phone this is a screenshot of?

A    I cannot verify by this picture whose phone it was.

Q    So, I mean, I've represented to you that that number on that screen 305-415-6800 is a Coast Guard number.  Do you know why this was produced in the case?

Brittney Reeves
September 18, 2024

I'm not asking you to tell me anything you may have discussed with lawyer.  But I'm just wondering if you know what this is all about.

A       You're saying that this was the Coast Guard number?

Q       Yes.  Yes.

A       Then I'm assuming that this was somebody on land calling the Coast Guard to see if they could come get Chad.

Q       So do you know of anyone else other than Brittany who may have reached out to the Coast Guard on Chad's behalf?

A       Ashley Reeves.

Q       Remind me who Ashley Reeves is.

A       Chad's cousin's wife.

Q       And you said Brittany and Ashley Reeves were both calling the Coast Guard?

A       Yes, sir.  As far as I know.

Q       I'm sorry.  Brittany's last name is --

A       Bowman.

Q       Why were they both calling the Coast Guard?

Brittney Reeves
September 18, 2024

A      Because they wanted to get Chad help.

Q      So does that mean like if one isn't getting a yes, the other one's going to try?  I'm trying to understand the psychology of what's going on here shoreside.

A      I would think that it's two people who urgently want to get Chad off the ship who are not together.  And I don't know if they're even talking to each other.

Q      So do you know whether or not this is Brittany or Ashley's cell phone that's depicted here in Exhibit C?

A      I cannot tell by this picture whose it's from.

Q      And I'm also going to hand you what we're going to mark as Composite Exhibit D.

                (Defense Exhibit D was marked for identification.)

                MR. PADRON:  My copy or your copy?

                MR. DRAHOS:  You can have that.  I'll put a D on this one.  It's a two-page document that may

Brittney Reeves
September 18, 2024

explain this.  I'm not sure.

Q       But have you ever seen Exhibit D before?

A       Yes, sir.

Q       So do you know whose phone this is a screenshot of?

A       I do know whose phone this is a screenshot of.

Q       Who's phone?

A       This is Chad's sister's.  Brittany.

Q       Brittany's phone.  Okay.  Do you know why this screenshot was taken?

A       To show how many times they tried to get in touch with the Coast Guard?

Q       Do you know when the screenshot itself was preserved?

A       I don't.

Q       So in looking at these numbers up here, and I can, you know, I can check with Brittany if I need to, but it says 2:05.

        Do you see that?

A       Yes, sir.

Brittney Reeves
September 18, 2024

Q      And these are phone calls that, at least according to these documents, were initiated beginning at 11:51 and then ended at 1:04.

You see the other page?  Ends at 1:04.

A      Mm-hmm.

Q      So do you know whether or not this screenshot was preserved at 2:05 a.m.?

A      I do not know.

Q      And these screenshots appear to me like they could be from different phones.  But I'm not entirely sure.

Do you know why these highlights are here?

A      Because after the screenshots were taken, those were highlighted to show that those were the calls that was made possibly.

Q      So the first call that was made according to these screenshots in Exhibit B, is it 11:51 p.m.? And it's to a 1-800 number.

Do you see there?  It's this one here.

A      I don't see 11:58.

Q      11:51.

Brittney Reeves
September 18, 2024

A        11:51.

Q        Yeah.  And then there's one at 11:53.
Those are numbers to Carnival Cruise Lines.  Do you know
who called Carnival Cruise Lines on 11:51?

A        Brittany.  Chad's sister.

Q        Do you know why?

A        You'd have to ask her.

Q        Do you know what was said during those
discussions?

A        No, sir.

Q        Then there's a call made at 11:54 to a 321
number.

         Do you see that there?

A        Right there?

Q        Yes, that one.  Do you happen to know what
number that is?

A        I don't.

Q        It's to the Rodney Chatchom Boat Ramp.  Do
you know why Brittany was calling the Rodney Chatchom
Boat Ramp at 11:54 p.m.

A        No clue.

Brittney Reeves
September 18, 2024

Q        The next call is at 11:56.  Do you see that there?  Yes, that one.  And that's to a Joe Hellibrand.  Do you know who Joe Hellibrand is?

A        I do not.

Q        Do you know why she was calling that individual at 11:56?

A        No, sir.

Q        Then there's another call made at 12:04 to a 321 number.

Do you see that?

A        Yes, sir.

Q        And that's to the United States Coast Guard.

Do you know what was discussed during that call?

A        I do not.

Q        And then at 12:08 there's a 904 area code number there.

Do you see that?

A        Yes, sir.

Q        Do you know whose number that is?

A       No, sir.

Q       And then a 321 call made at 12:09 and then 12:11.

Do you happen to know whose numbers those are?

A       No, sir.

Q       Do you know, what is the area code here in Virginia?

A       434.

Q       Is 321 or 904 area codes applicable anywhere in Virginia?

A       Not to my knowledge.

Q       And then at 12:21 a.m. there's a call to a 305 number.  And that's to a Steve Goldstein.

Do you know who Steve Goldstein is?

A       No, sir.

Q       Do you know why Brittany's calling him?

A       No, sir.

Q       And then at 12:45 a.m. there's a 954 number.  That's to a Eduardo Risoto.

Do you happen to know who that is?

Brittney Reeves
September 18, 2024

A       No, sir.

Q       Do you know why she was calling that person?

A       No, sir.

Q       And then another call again at 1:01 a.m. to Steve Goldstein.  Again, you don't know who he is or why she was calling him?

A       No, sir.

Q       To your knowledge, was there any calls initiated by the US Coast Guard to Brittany Bowman -- meaning the US Coast Guard called her?

A       I can't say for certain.

Q       Do you know whether or not the US Coast Guard ever initiated a phone call to Ashley Reeves?

A       I can't say for certain.

Q       So what is your understanding of what if anything Brittany or Ashley accomplished in making these phone calls?

A       I don't know what was accomplished.  It was obviously not getting Chad off that ship.

Q       So what was Chad's condition like, from

Brittney Reeves
September 18, 2024

your observation, at the time these phone calls were
being made?

A      He was in pain.

Q      So based upon the time frames that we're
looking at here, you would agree that those phone calls
began at 11:54 p.m. and ended at approximately 1:01 a.m.
So about an hour.  Correct?

A      Yes, sir.

Q      And that would've been between midnight and
1:00 in the morning?  Would you agree?

A      Yes, sir.

Q      So if according to Carnival's medical chart
it was entered into the chart that at 1:32 a.m., Chad
was sleeping comfortably at the moment.

        Would you dispute the accuracy of that
entry?

A      I wouldn't say it was comfortable.  He got
rest at early morning hours from the amount of pain meds
probably.

Q      So you dispute the description of him
resting comfortably.  But if I was to represent to you

Brittney Reeves
September 18, 2024

that according to Carnival's records Chad was sleeping at the time these phone calls were being made, would you disagree with me?

A       I mean, I couldn't say for sure -- 100 percent sure -- that he was sleeping at the time that those phone calls were made.  But at some point early morning hours I do remember laying at his feet praying and he was asleep.

Q       So did he sleep through the evening?

A       No, sir.

Q       If according to Carnival's records at 7:40 a.m. it's described that he's comfortably lying in bed with the cardiac monitors attached, would you disagree with that description?

A       I would.

Q       Do you disagree that the cardiac monitors were attached? Or that he was not resting comfortably at that point?

A       I don't -- I disagree that he was resting comfortably.

Q       At 7:47 a.m. there's an entry in the chart

Brittney Reeves
September 18, 2024

that indicates that he was asked and denied any chest pain.  Do you recall there being an encounter at 7:47 a.m. wherein he specifically asked are you feeling any chest pain, and he said no, I'm not.

A       I don't remember that.

Q       Does that mean it didn't happen, or you just don't remember that?

A       I don't remember that.

Q       There's an entry in the chart at 9:28 a.m. that indicates that he reported mild chest discomfort. Would you agree or disagree with that description?

A       I would not disagree, but I don't agree either.  I don't remember.

Q       Does that mean you take no position on how accurate that note is?

A       I mean, I take no position.

Q       I'm trying not to sound a lawyer, but I'm just -- it's coming out of my mouth like a lawyer.  What I'm trying to gather here is at 9:28 a.m. our nurse is saying that he's reporting mild chest discomfort.  And then at 10:40 a.m. he also reports that the pain in his

Brittney Reeves
September 18, 2024

chest got better.

Do you have a memory of that encounter, first?

A     I don't have any memory of that encounter. It's --

Q     And so as you sit here, do you think that that's an accurate or inaccurate description of how he was feeling at the time?

A     I honestly don't remember.  That could've honestly been the time that I went to go change clothes and check on the kids.  I mean, I don't remember what time I went back to the room.

Q     So it's also entered into the chart that there was a specific conversation with you at 10:56 a.m. about his transportation options.

A     Uh-huh.

Q     Do you recall that discussion?

A     I don't -- I recall a discussion.  I don't know what time that was.

Q     Do you -- when did you first come to learn that JET ICU was going to be transporting him from

Brittney Reeves
September 18, 2024

Nassau back to Florida?

A       I don't remember.

Q       Who was it that made those arrangements?

A       The doctor.

Q       Carnival?  Or the doctor?  Which one?

A       I know I got the word from the doctor.  I don't know.  He was the only person that really, you know, had communication to me about the travel.

Q       So in other words, did anybody on your side of the family -- Brittany Bowman, Ashley Reeves, Toni Arrington -- anybody play any role in making those arrangements?  Or were those entirely made by Carnival, to your knowledge?

A       Entirely made by Carnival.

Q       Did you agree or disagree with that plan?

A       I agreed with that plan.  It wasn't as quick as I hoped.

Q       In what sense?  What do you mean?

A       I would've liked for him to have been in a basket and gone up in a helicopter close to Florida and gotten treatment that night.

Brittney Reeves
September 18, 2024

Q        So --

A        I mean --

Q        Was there any discussion -- I hate to be indelicate, but I need to ask.  Was there any discussion made that night or had that night about how this was all going to be paid for?

A        Yes.

Q        What do you recall about that?

A        The doctor said he would prefer Chad to get treatment in Nassau because the medical evacuation was gonna be very expensive.  Very expensive.

Q        Anything beyond that?

A        It's not coming to my mind at the moment.

MR. DRAHOS:  We're at the half-hour mark. Do you want to stop and call? Or are you just texting?

MR. PADRON:  Texting.

MR. DRAHOS:  Okay.

THE WITNESS:  I can't talk to him in between.

Q        So once that decision was made of an air ambulance, was there any discussion had about how that

Brittney Reeves
September 18, 2024

was going to be paid for?

A       You mean like between the family?  Or --

Q       Well, first -- the first discussion I recall you told me about was the one with the Indian doctor where he said, look, I'd rather he be treated in Nassau because an air ambulance is going to be very expensive.

A       Right.

Q       At some point in time, you heard that there was going to be different plan -- that he was actually going to be flown back to the United States.  So what happened between the time the doctor said it's going to be very expensive; he should stay in Nassau, and your husband's going to be flown back on a JET ICU private airplane?

A       We begged.  I was like, don't -- we don't want him to get treatment in Nassau.

Q       So you made the request and Carnival followed through with that request?

A       Yes.

Q       Did they at some point in time say, okay --

Brittney Reeves
September 18, 2024

A       Reluctantly followed through with that request.

Q       -- we are going to make this arrangement, but here's how much it's going to cost?  Was there any discussion had about that?

A       They said it could've been the tune of $30,000.

Q       Who said that?

A       The doctor.

Q       When?

A       When we were begging him off the plane -- I mean, get him off the boat.

Q       And so did somebody on your side of the family say, fine, $30,000, fine.  We'll do it?

A       God is good.  We will figure it out.

Q       So do you know whether or not Jet ICU was paid before they took off to fly to Nassau?

A       We had no clue how that transaction went?

Q       Do you know whether or not Jet ICU was paid at any point in time prior to Chad getting onto the plane?

Brittney Reeves
September 18, 2024

A    We did not know until months later about how that was paid.

Q    What is your understanding of how that was paid?

A    It is my understanding insurance paid for it.

Q    Chad's insurance?

A    Chad's insurance.

Q    What was the total amount?

A    Oh, I don't know.  You'd have to ask him.

Q    Why did you not accompany Chad?

A    Chad told me not to.

Q    Did he give a reason?

A    Well, his dad had booked a flight after we figured out the plan.  Chad's dad booked a flight. Chad's sister booked a flight for Chad's dad to meet him in Florida to go down to Florida.  And then Chad's sister Brittany figured out how to get one of her daughters to come to Myrtle Beach to relieve her to take care of Chad's mom so that she could go to Florida to meet Chad's dad and both of them be there when Chad got

Brittney Reeves
September 18, 2024

off the plane.  So he's like there's nothing you can do.

You need to be there for the kids.

Q     And you agreed, obviously.

A     I mean I didn't know what else to do.

Q     So according to Carnival's records, the

paramedics came onboard at 12:30 p.m.

Do you have any reason to dispute that?

A     No, sir.

Q     And the last medical entry in the chart

indicates the time Chad was taken off of this ship he

denied any chest pain.

Do you have any reason to dispute that?

A     I don't remember at the time.  I mean, I

don't know.  I have no reason to dispute it.

Q     So you had made mention of the fact that

there were some photographs taken on the ship.  I think

the one in particular you referenced was a picture that

was taken of the whole family and the paramedics.

I'm handing you what we'll mark as Exhibit E in the

deposition.

(Defense Exhibit E was marked for

Brittney Reeves
September 18, 2024

identification.)

MR. DRAHOS:  Is that the photograph you're telling me about?

A       Yes, sir.  That was all of us.  We were all there to say goodbye to Chad.

Q       And that's Chad in the center there. Right?  I haven't met him yet, but I'm assuming that's him.

A       He is a bald-headed Mr. Clean looking fella.

Q       Are your kids in this picture?

A       Yes, sir.

Q       Where are they?

A       Right here with Cole.

Q       The guy with the hat?

A       Yes, sir.  So my son is being held right here, and my daughter's right here in her beach coverup.

Q       So your son is the one that's being held, and your daughter's the one wearing that pink Justice dress?

A       Yes, sir.

Brittney Reeves
September 18, 2024

Q        Why was this picture taken?

A        'Cause we didn't know if it was the last time we saw Chad alive.

Q        So I'm going to hand you what we're going to make a composite exhibit.

(Composite Exhibit F was marked for identification.)

MR. DRAHOS:  We're going to make this Composite Exhibit F. It's a three-page document.  So do you know when those pictures were taken that are depicted there in Composite F?  You can look through them if you need to.

A        This was taken sometime that night.  I think I sent that to my momma.  I think.

Q        You took these pictures?

A        I took this one, I believe.

Q        And then there's a picture of him eating. I don't know what that is.  Eggs or something.

A        He wouldn't -- he didn't -- he -- it was one of his first meals eaten at the hospital.

Q        Oh, that's in the hospital?  That's not on

Brittney Reeves
September 18, 2024

the cruise ship?

A    That's not on the cruise ship.

Q    Do you know why that picture was taken?

A    Just to show that he was eating because he hadn't been eating very much since -- till we got there.

Q    This first picture on the cruise ship though, what was the point of taking this one?

A    To show my momma what I was having to go through --

Q    And then the third --

A    -- and that he wasn't -- I mean, she was asking how he -- I believe, how he was doing or --

Q    The third picture in there he's wearing looks like a sweater of some sort or quarter-zip.

A    Yeah.  His fire department jacket.

Q    Is that on the cruise ship?

A    I'll be honest.  I don't know what that one is.

Q    There's some --

A    I don't.  Yeah.  I don't know where this one was.

Brittney Reeves
September 18, 2024

Q      There's some -- I'm not going to mark these though.  I'm just curious.  There's some pictures it looks like FaceTime screenshots.  Is this your daughter?

A      Yes, sir.

Q      And who's this here?

A      That's me with wet head.

Q      I was going to say, that doesn't look like you.  When were these taken?

A      Probably after his surgery.  The kids were crying and wanted to see their dad.

Q      After the cruise?

A      No. That was taken like the 9th after his stint.

Q      Right.  Meaning he had gotten off the ship?

A      He had gotten off the ship.  He was at the hospital.

Q      Do you know who preserved these?  Would it have been Chad?

A      It was me.

Q      You did?

A      Yeah.

Brittney Reeves
September 18, 2024

Q        And why were you preserving those?

A        I honestly don't even know.

Q        Now getting back to you.  Let's look at that movement detail report real quick.  So can you confirm for me that that's an accurate accounting of the remainder of your time on the ship?  So it looks like Chad was transferred off on the 9th and you got off the ship at 12:56.  That would've been shortly after he was taken off.

A        Mm-hmm.

Q        And according to Carnival's records, you got back on at 3:36?

A        Mm-hmm.

Q        What did you do in Nassau?

A        We walked forever.

Q        Who's we?

A        All the whole family.  As far as I remember, it was the whole family.

Q        What were you guys doing walking?

A        Just going to see whatever we could to try to make the kids, you know, give them something to do.

Brittney Reeves
September 18, 2024

Q    The following day it indicates here that you got off the ship at 8:00 in Princess Key and you got back on at 2:25.

What did you do on that particular day?

A    That's like a private island.  Right?

Q    Yes.

A    Just went with the family, the whole family, again.  I think that was the one that you got on another boat and it took you to the island.  I remember just sitting there on that chair watching the kids crying.  That's what we did.  We just went to that island and let the kids splash in the water, and when the family was done we went back to the ship.

Q    So I'm sorry to ask this, but it just wasn't clear the way you said that.  You said you were watching the kids crying.  Were you crying? Or the kids were crying?

A    Oh, no.  They were splashing when we got off.

Q    You were crying?

A    I was crying.

Brittney Reeves
September 18, 2024

Q       The next day you got off in Grand Turk looks like at 11:49 a.m. And you got back on at 3:59. What did you do in Grand Turk?

A       I just went with the family.  They went -- Grand Turk.  That was just another let the kids swim.

Q       So let me get back to Chad.  When he was taken off of the ship on July 9th, according to our records he arrived at Osceola Regional at 3:43 p.m. Did you have any discussions with any of the treating physicians on July 9th?

A       No, I did not.  And I wish I did.

Q       Why is that?

A       Just 'cause I wanted to be there.

Q       And so did you at any point in time have any private discussions with any physicians at Osceola Regional about Chad's diagnosis or treatment or anything?

A       Not any private discussions?

Q       At any point in time while you were -- I assume you met up with Chad at Osceola Regional.

A       Oh, yes.

Brittney Reeves
September 18, 2024

Q      At any point in time while he was Osceola Regional did you overhear any physicians or nurses or anyone make any comments that you deemed to be critical of Carnival?

A      No, sir.  Not that I remember.

Q      Now as I understand it, during the time that he was at Osceola Regional, some kind of discussion came up about whether or not he was appropriate to discharge.

A      If he was what?

Q      If he was appropriate for discharge and travel home.  Did you participate in any of those discussions?

A      So his heart function was so low according to the doctor's there that they were scared to release him without a ZOLL LifeVest.  And the doctor said that they have seen it save lives before if the heart just stopped working and that they said that if Chad was to leave the hospital without it, it would -- I don't know Florida laws -- but it would be against medical advice. I don't remember the terminology that they used, but it

Brittney Reeves
September 18, 2024

was not good.  And so went back and forth and back and forth and back and forth and back and forth with insurance that doctors at insurance said that the LifeVest was not necessary.  The doctors at the hospital said it's absolutely necessary and they wouldn't let us leave without it.  And so we had to stay extra at the hospital while insurance and the doctors duked it out until we finally signed paperwork and was like we just wanna go home.  We'll pay for the vest.  But just let us go home.

Q    How much was the vest?

A    $5,600.

Q    Who paid for it?

A    I don't believe that bill has yet to be paid.

Q    So he left with that LifeVest?

A    He -- that was the only way that they would let us leave was with the LifeVest.

Q    And so how did he get home?

A    I drove.

Q    Did anybody else accompany you?

Brittney Reeves
September 18, 2024

A     The family that stayed behind accompanied.

Q     And who was that?

A     Toni.  And I can't remember who else. Brittany probably.

Q     Where were you kids.

A     With me.

Q     So they were in the car as well?

A     Yes, sir.

Q     So you, the kids, Toni and Brittany?

A     They were in another car.

Q     So according to the records, Chad went to see CMG Stroobant.  Does that mean anything to you?

A     Stroobants.

Q     Stroobants.  Okay.  On July the 17th.  Did he receive any other care to your knowledge from the time he was discharged from Osceola Regional until the time he went to CMG Stroobant [sic] on July 17th?

A     Is that the doctor right here?  Is that -- do you know?

Q     It's Dr. Rakesh Jain.

A     Yeah.  That's -- so when we got home from

Brittney Reeves
September 18, 2024

the hospital, that was the first doctor I believe we saw was this Rakesh right here down the road.

Q        And were you at that visit?

A        Yes, sir.  And Toni.

Q        And if it's reported by Dr. -- is it King [sic] or Kain [sic]?

A        I don't know.  Your guess is as good as mine on that one.

Q        It was reported by Dr. Kain [sic] that Chad reported feeling well and denying any chest pain on July 17th.

Do you have any different memory?

A        He may have reported that at that direct visit.  But I will tell you that at home that that life vest was very discomforting for him.  And it kept going off.  And every time it went off, it would scare the bejesus out of him thinking it was gonna shock him.  And -- I mean, that might've been at that particular moment, but it wasn't very long after that he was back in the hospital with pericarditis.

Q        So on August the 18th he went back to CMG

Brittney Reeves
September 18, 2024

Stroobant [sic] and reported that he had stopped wearing the LifeVest.

A      Because it kept trying to shock him.  I mean, it literally -- he took it off and like threw it one time.  He was like I'm never wearing this damn thing again 'cause it just -- it scared him so much.  And I don't know if it's --

Q      So on August 18th during this particular visit --

A      They told him, I think, to put it back on and wear it.  And we tried different sizes of LifeVests, 'cause at the same time he was trying to lose weight.  I mean, he had lost a lot actually.

Q      Well, that was my next question.  It was according to the notes they took he reported having lost 40 pounds since July.

Is that accurate with your observation?

A      He's lost a boatload of weight.

Q      And that he was telling them that by that point he was walking three to four miles at a brisk pace every morning.

Brittney Reeves
September 18, 2024

A      He was really trying hard.  It's -- this heart attack really scared him.

Q      So during any of the times that you were present for any visits at CMG Stroobant [sic], did anybody there ever express any comments that you deemed to be critical of Carnival or the ship's medical staff?

A      We didn't talk about Carnival.  We just talked about the condition of his heart, as far as I know.

Q      So according to CMG Stroobant [sic], Chad was placed back to work on light duty on September 20th.  Is that accurate?

A      It sounds right.

Q      And during a particular visit with a healthcare provider on September -- I'm sorry -- October 26th, he apparently told this person that he was capable of doing more on October 26th of 2023, than he was capable of doing a year ago.

Do you agree or disagree with that description?

A      I don't agree or disagree with it.  But I

Brittney Reeves
September 18, 2024

will say that he has really focused on his health since then.  He -- I mean, he really took it to heart -- no pun intended -- but that he needed to try to do all he could do so he could be there for me and the kids.

Q       When was he placed back at work full-time?

A       Sometime earlier this year.  March-ish.

Q       There was a particular episode that occurred on February 20th where he was splitting firewood by hand for several hours and apparently was experiencing calf pain as a result.

Are you aware of that whole encounter, situation?

A       I don't know about the by hand.  But they have a thing where you just put the log in it and it splits it.  It like pushes it into a --

Q       Who is they?

A       Chad and Todd.  So Todd has a woodburning furnace thing that heats the water in their house and stuff.  But they have this thing where you just -- you place the log -- like this long log over in this and it -- one, it's like hydraulic.  You push it and it goes

Brittney Reeves
September 18, 2024

into like a crevice and it splits it for you.

Q      So he's not like taking an axe and chopping it?  He's doing it with this machine?

A      Yeah.  But that incident that you're talking about what his calf muscle just really swore up. It was torn or something.

Q      So the last medical record that I reviewed was dated March 5th of 2024 from CMG Stroobant [sic]. They reported in that record that he was back at work full-time.

A      Which date?

Q      March 5th of 2024.  So about six months ago.

A      So March-ish.  Yeah.

Q      And that he had reported to them that he was exercising six days a week without any chest pain or discomfort.  Is that accurate?

A      You're gonna have to ask him.  I don't really know.

Q      Well, why don't you tell me in your own words what his current status is, from your

Brittney Reeves
September 18, 2024

observations.

A       He does not currently exercise that much a week.

Q       Why not?

A       I mean, we went for a family walk Sunday before last before church.  Trying to get myself healthier.  He works out at work.  So every third day I know he does.

Q       Are there any limitations, physical limitations, that you observed that you could share with me that he has now that he did not have before the cruise?

A       We weren't able to have a garden this year.  He started it but he didn't finish it.  I think he just -- it was too much for him.  You know, picking weeds and stuff like that was just -- too hot.

Q       Anything else?

A       Every now and then he just gets really gray -- like completely flushed.  Like even -- I think it was he worked yesterday.  So what's today?  Wednesday?  So either Sunday or Monday, just coming out of the shower,

Brittney Reeves
September 18, 2024

just completely gray. And I mean, it's a weird gray. It's like an ashy color. And he never used to look gray. But, I mean, you can probably even see here in these pictures -- it's not these -- ah, you can see it here in this one. Completely gray, flushed. He -- the heat just wipes him out. Yeah. He can't physically -- I mean. It's hard to say. He has lost a lot of weight. He is working out at work now, like at this moment. Before that, the six days a week is probably when he was going through PT -- physical therapy. But running the tiller, the garden, you know, things that we used to do together he can't do that to the extend that he did.

Q    So I think there was some kind of parade or something in your husband's honor. What was that all about? Can you tell me about that a little bit, please?

A    My husband has saved people out of cars just on his way home from work. Randomly sees a car on the side of the road and firefighter skills kick in and saved an elderly man and woman from their car. And, I mean, he's got this huge heart of gold and helps anybody and everybody that he can. And that's what makes him a

Brittney Reeves
September 18, 2024

damn good fireman.

Q      So this parade --

A      The parade was all of the firemen from the local fire departments from Appomattox to Pamplin, Brookneal, Phoenix -- all of Lynchburg.  They all came to support him on his way home.

Q      This was returning from the hospital?

A      Florida from the hospital.  From Osceola. They had ladder trucks set up with American flags.  They had, you know, women -- families holding up signs that said, you know, get well soon, Chad.  And all the way -- the first firetruck met us in Phoenix and drove all the way up 727 to our house.  And then it was just firetrucks lined up all down that road.  People at our house.  They had cleaned our house for us.  Done the yard.  Worked in the garden.  Took care of everything for us.  He is very well loved.

Q      Well, that's very nice.  Okay.  So this thing, again, the last time we're going to speak, I always turn the floor over to the witness just because I've been the one asking all the questions.  So is there

Brittney Reeves
September 18, 2024

anything on your mind that you want to share with me that we haven't talked about already that, well, geez, if he'd only asked me that, I would've told him?  Or just something on your mind you think is important for me to consider when I'm evaluating the case and reporting back to my client?

A       The only thing that I'd like to say to you and Carnival -- to Carnival is that the moment that first person steps on that ship, that medical clinic needs to be open and fully functional.  It shouldn't -- no patient should ever hear, sorry, the clinic's closed.  Come back tomorrow.  Because what if -- what if somebody's having a heart attack?  And I don't know if we were too far out for a helicopter or not.  But I was gonna do everything in my power to get him off that ship, to get him care that he needed 'cause I love him so much.  We've been together since ninth grade.  That's more than half my life I've spent with that man.  He is the father or my two kids.  I can't imagine life without him.  And I came so close to losing him that day.  And I know that's not a position, you know, anybody wants to

Brittney Reeves
September 18, 2024

be in.  I don't have anything really else to say other than the moment the first person steps on that ship, that clinic needs to be opened.  And all effort to get somebody off that's in a major medical emergency needs to happen.

Q     Very good, Ms. Reeves.  So if your lawyer has any questions, he has an opportunity to do so now. If not, I've asked everything I can think to ask anyway. Thank you for your time.

MR. PADRON:  I don't.  We're going to read just because I just want to.

MR. DRAHOS:  Got it.  Okay.

THE REPORTER:  All right.  Mr. Padron, are you gonna want a copy?

MR. PADRON:  Yeah.  Please PDF E-Tran.

THE REPORTER:  All right.  Very good.  Just all regular delivery?

MR. PADRON:  Regular delivery is fine.

(Deposition concluded at 11:57 a.m.)

Brittney Reeves
September 18, 2024

State of Maryland

City of Baltimore, to wit:

I, Eric Leichter, a Notary Public of the State of Maryland, Baltimore City, do hereby certify that the within-named witness personally appeared before me at the time and place herein set out, and after having been duly sworn by me, according to law, was examined by counsel.

I further certify that the examination was recorded stenographically by me and this transcript is a true record of the proceedings.

I further certify that I am not of counsel to any of the parties, nor in any way interested in the outcome of this action.

As witness my hand this 18th day of September, 2024.

_____

Eric Leichter

Notary Public

My Commission Expires:

January  13, 2028