CHAD REEVES,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Plaintiff

vs.

CARNIVAL CORPORATION
a Panamanian Corporation,

Defendant

CASE NO. 1:24-cv-21295-RAR

_______________________________/

The deposition of TONI ARRINGTON was held on Tuesday, September 17, 2024 commencing at 10:00 a.m. Via Zoom before Eric Leichter, Notary Public.

REPORTED BY: Eric Leichter

EXHIBIT D

APPEARANCES:

ON BEHALF OF THE PLAINTIFF:

JOSHUA P. PADRON, ESQUIRE
The Haggard Law Firm
330 Alhambra Cir
Coral Gables, FL 33134-5004
305-446-5700
jpp@haggardlawfirm.com

ON BEHALF OF THE DEFENDANT:

ASHLEY GENOESE, ESQUIRE
GrayRobinson, P.A.
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
561-268-5727

INDEX

Deposition of TONI ARRINGTON

September 17, 2024


| Examination by: | Page |
| --- | --- |
| MS. GENOESE | 4 |

PROCEEDINGS,

Whereupon,

TONI ARRINGTON,

called as a witness, having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

EXAMINATION BY MS. GENOESE:

Q Good morning. My name is Ashley Genoese. I represent the Defendant in this matter, Carnival Corporation. Could you please state your full name for the record?

A Sure. Toni Reeves Arrington.

Q Have you ever been known by any other names?

A Maiden name, Toni Lee Reeves.

Q And is Toni your full first name?

A Yes.

Q Ma'am, have you ever had your deposition taken before?

A No, ma'am.

Q So, let me just go over some brief ground

rules for this deposition. It's basically a question-and-answer session. I'll be asking you specific questions, and all I ask is that you answer to the best of your ability. If you don't know the answer to a question, please say so. Both me and the other attorney here do not want you to have to guess on anything.

A Okay.

Q As you could see, there's a virtual court reporter here. He is taking down all of the words that we say. So, for that reason, please respond with a verbal yes or no as opposed to an uh-huh or an uh-uh that we typically use in conversation.

A Okay.

Q If at any time you need a break, please just let me know. I don't think this will go too terrible long, but if you do need a break, we could take one at any time. I just ask that if there's an unanswered question, that you answer the question on the table before we take that break.

A Yes, ma'am.

Q And finally, if you do not understand my question, please let me know and I'll do my best to rephrase it. Otherwise, if you provide an answer, I'll assume that you fully understood the question. Is that fair?
A Yes, ma'am.
Q Have you reviewed anything before your deposition today?
A Can you rephrase as far as like --
Q Sure.
A What do you mean?
Q Sure. Have you looked at any documents? Have you looked at any materials before this deposition that you're here for today?
A No, ma'am.
Q Have you spoken to anyone about this case?
A Other than my brother, my sister, sister-in-law, we did meet with the attorney last night just to go over what the deposition would be.
Q Your brother is Chard Reeves. Correct?
A Correct.

Q And sister-in-law's name?
A Brittney Reeves.
Q And did you say another sister, or did I --
A Another sister, Brittany Bowman.
Q What is your date of birth?
A April 14, 1981.
Q And where were you born?
A In Lynchburg, Virginia.
Q Do you currently live in Virginia?
A Yes, ma'am.
Q Where in Virginia?
A I live in Red House, Virginia.
Q Have you lived in any other states?
A No, ma'am.
Q Safe to say no other countries as well?
A No, ma'am.
Q Are you presently married?
A Yes.
Q To whom?
A Todd Arrington.
Q Have you ever previously been married?

A No.
Q Any children?
A Three.
Q What are their names and ages?
A Brayson Arrington is 19; Brennan Arrington, 16; and Baylor Arrington, 13.
Q Do you have any other family that lives near you?
A A lot. What do you describe as near?
Q Within the same town. Within 15, 20 minutes. You tell me.
A Okay. So, my parents live next door. My brother lives a quarter of a mile down the road. My sister lives about 15 minutes away. And then extended family -- most all extended family lives within 20, 30 minutes.
Q Do you guys get together for family events often?
A All the time.
Q Ma'am, what is your educational background, starting with any high school that you may have

completed?
A Graduated high school. Received diploma in nursing and then went on to get my bachelor's degree in nursing.
Q What institution did you receive your diploma in nursing?
A Lynchburg School of Nursing.
Q And your bachelor's degree?
A University of Phoenix.
Q Do you currently have any certifications?
A Other than -- CPR.
Q Do you hold a nursing license?
A Yes.
Q And what type of nurse are you?
A Registered nurse.
Q Is that valid?
A Yes.
Q And when did you receive that license?
A 2004.
Q Any other schooling, degrees, or certifications?

A No, ma'am.
Q Are you currently employed?
A Yes.
Q What is your employer?
A Sentara Health Plans.
Q And when did you start working there?
A September 2017.
Q What's your position at Sentara?
A Currently a team coordinator for government programs.
Q Do you use your nursing license in that position?
A Yes, ma'am.
Q Do you treat patients in that position?
A No, ma'am.
Q When's the last time you have treated patients with your nursing license?
A In 2017 when I left my previous job.
Q What was that?
A Centra Home Health.
Q Were you a traveling home health nurse

then?

A Yes.

Q Is your husband employed?

A Yes.

Q What does he do?

A He's an engineering technician for Hurt & Proffitt engineers.

Q Does he have any medical experience or training?

A No, ma'am.

Q And I'm required to ask this next question of everybody I depose, so I hope you take no offense. But have you ever been arrested?

A No, ma'am.

Q Ever been a party to a lawsuit?

A No, ma'am.

Q So we're here today about an incident with your brother, Chad Reeves, while aboard the Carnival Freedom cruise ship.

Do you remember this incident?

A Oh, yes, ma'am.

Q And you were present on the cruise with Chad Reeves and his family. Is that right?
A Yes.
Q Who was all with you in your group on this cruise?
A Sorry. My family of five, Chad's family of four -- I am so sorry -- my uncle, my aunt, my cousin's family of five, and then two friends.
MS. GENOESE: You need a break at all?
THE WITNESS: No, ma'am. I'm good.
MS. GENOESE: Okay.
Q And when you say your aunt, your uncle, your cousin's family, were these also related to Chad Reeves?
A Yes.
Q Who decided to plan this cruise?
A Me.
Q And was there any purpose or just a family get-together?
A Just a family trip. We take all trips together.

Q Have you all gone on cruises before as a family?
A Yes.
Q What other cruises have you gone on?
A In 2020 -- we went on a Carnival cruise in January of '20.
Q Was Chad there?
A Yes.
Q Do you happen to remember the name of the vessel?
A Not for certain. I think it was Sunshine but I'm not for certain.
Q Any other cruises that you've gone on before as a family with Chad's family?
A No.
Q How often would you say that you go on vacation with Chad Reeves and his family?
A Usually yearly.
Q Would you say that you're particularly close with your brother?
A Yes.

Q And as far as ages with you and your siblings, who's oldest? Who's middle? Who's youngest?

A My sister Brittany is the oldest and then myself, and then Chad's the youngest.

Q So this voyage on the Freedom, that departed from Port Canaveral, Florida. Does that sound right?

A Yes.

Q How did you and your family get there?

A We drove.

Q Would you all drive separately in different cars, the families?

A Yes. So, my family drove a vehicle. Chad's family drove a vehicle. It was a couple vehicles that drove down. And we all -- some of us went at different times.

Q And did you all stay in Florida at any point before the cruise?

A One night.

Q Where did you stay?

A We stayed in a townhome in Davenport, a

family friend's townhome.
Q Did all of the family stay there?
A My family and Chad's family.
Q And then what did you do that night before the cruise?
A We arrived later. I don't remember exact what time we arrived to Florida. And then we got dinner and went back to the townhome.
Q Where did you have dinner?
A I do not -- I don't remember the name of it. It was a sports lounge-type restaurant. But it wasn't like a chain, so I don't remember the name.
Q And that was just local to the town house area?
A Correct. Yes.
Q And did you go with Chad Reeves and his family?
A Yes. We all went together.
Q Did your brother Chad demonstrate any symptoms or complaints of medical issues during that night?

A No.
Q Any symptoms or complaints of medical issues before getting on the ship?
A Not to me. We were not around each other a lot before we got on the ship 'cause we got on it two different times. So my family got on first, so we left the townhome before they did. So, not to me. I did not hear any complaints of any symptoms.
Q So why did you guys decide to go on the cruise at different times?
A It was just our different boarding times. We had picked different boarding times.
Q So when did your family get on the cruise? Or when were you slotted for your boarding time?
A I don't remember the exact time that my boarding time was. I know we were there before lunch.
Q And then do you happen to know when Chad Reeves and his family were boarding?
A They boarded after us. It was sometime just a little after lunch. I do not remember exact time.

Q That's okay. Would it be safe to say after like 12:00 p.m.?

A Yes.

Q So describe the cruise for me for you and your family when you first boarded. What did you guys first do?

A We all -- once we were all -- we kinda had a meeting place where we just kinda said, okay. We're just gonna hang around the pool. So once you get on a ship, you can't really go into your rooms yet. You're waiting for luggage to get loaded. So everyone on the whole ship is kinda hanging out on the decks, the upper decks. So we just sat around the pools. The kids started eating, and we just kinda hung out there, some in the pool, just sitting beside it hanging out.

Q And then you said that Chad Reeves and his family arrived a little after. Did they come and meet you by that pool area to hang out?

A Yes.

Q Did Chad or anyone in his family at that time when they came on the cruise mention to you any

issues of symptoms of medical conditions?
A No.
Q And then so what happened after you all met in the pool area? What next happened on the cruise?
A When it was time for the cruise ship -- so we just stayed -- we just all hung out there until it was time for the cruise ship to leave port. And then we all decided we'd go up to the top deck so that we could kinda watch the ship go off. So we were all up there together. We took pictures. We took a family picture. And we stood up there for quite some time. I don't know how long, but we stood up there for quite some time, just everyone together watching as the ship took off. And then once the ship did take off, we kinda dispersed a little bit just to go roam and see the -- see around.
Q At one point, you got to your cabin. Is that right?
A Yeah. And I don't remember when I went to my cabin.
Q Okay.
A I don't remember if I went to my cabin any

before everything happened. I don't remember.

Q So for what you do remember, up until when you said everything kinda happened, walk me through the next steps that you took on the cruise, the next activities you did, anything that happened up until that point.

A So, like I said, the Carnival -- the ship took off about 3:30. We were all up there. I would estimate that we all were up there for about an hour together. It does take quite some time for the ship to get going. So I would think we were all up there about an hour together. And then we all just left and started walking around. I don't remember what exactly I was doing until about 5:30 when I got the text message. So our family uses the Carnival HUB app. Once we all get on, we all pay. I think it was $5 for every person to have that chat feature. And so our whole entire family used that chat feature, and it was about 5:30 when I got the chat that I needed to come to Chad's room immediately.

Q So, right up until about 5:30 -- do you

have those messages still?
A No. I don't -- no.
Q So --
A I didn't -- I don't even know if they save those Carnival messages.
Q So from what you remember, what was the message that you received at 5:30, and was it directly to you or was it like a broadcast to a family chat?
A So it was a broadcast to the family chat, and, of course, I don't remember exactly what it said, but from what I recall, it said, Toni, come quick. Chad's having a heart attack.
Q And who was that messaging --
A That was from his wife, Brittney. So they were in there -- they had gone to their cabin with their children.
Q Do you remember about how far you were from their cabin? Did it take you a while to get over there?
A It did not take me long. I would say within minutes. I do not remember where I was exactly, but within minutes, I was there.

Q And so when you arrived to the cabin, tell me what you observed?
A When I arrived to the cabin, initially, Chad was sitting on the side of the bed, very gray in color, profusely sweating. Just said that his chest was tight. It felt really heavy. And that's when I went back out in the hallway to call for help.
Q When you went back into the hallway to call for help, do you mean just yelling for help, or did you pick up a phone, or what did you do?
A Well, there was a cleaning lady in the hallway, so I screamed and asked her, how do I get help? How do I get help? She told me what to dial on the phone, so I went back into the cabin, and that's when I called down there. And -- yes. So that's when I called. I called then, and then after I had called, we were waiting, and that's when he needed to go to the bathroom, Chad.
Q So going back a little bit, when you first arrived to the cabin, you saw your brother and you described for me what you saw. Did anyone say anything

to you? I mean, did Chad's wife say anything to you? Did Chad himself say anything? Did you ask any questions?

A Of course, I asked like what kind of pain it was. He described the pain. And then she -- you know, she was very anxious but she did say that he had just come down. He was laying on the bed and all of a sudden, these symptoms presented.

Q Did you make any -- as a nurse, did you make any nursing assessment of him while you were there?

A Oh, yes. It was a very classic signs of what a heart attack was, I mean, very textbook for what a heart attack was. And then once other family arrived, I started saying, you know -- I asked my brother -- my cousin's husband, please go get a aspirin. He was able to get that.

Q So, did Chad take the aspirin when he returned with that?

A Yes.

Q Do you know how many he took and what the dosage was?

A I know they were 81-milligram aspirins because that's what he takes. I cannot be certain the amount at this point. I do not know.

Q And this was all while you were waiting for someone to come out to the cabin. Right?

A Correct.

Q And when you said that he takes the 81-milligram aspirin, is that Chad who normally takes it, or is that your cousin?

A My cousin's husband. He -- so I knew he had -- I knew he had some.

Q Does he just always have that medication around? That's something he normally takes?

A He had previously had a heart attack.

Q Do you know if your brother ever had any previous heart attacks?

A No, he has not.

Q Had your brother ever complained to you or told you about instances where he had symptoms similar to a heart attack before the cruise?

A No.

Q So while you were waiting, anything else that happened that you haven't told me about yet until personnel came?

A So while we were waiting -- well, I'll step back just a little bit. So when I made the phone call to the emergency room, whatever -- there's the doctor's office there -- a lady answered the phone, and I was kind of panicking. And I said that, you know, my brother's having a heart attack. He's 37 years old. I need someone immediately. And she said, on, no, no, no. Sorry but the clinic is closed. You have to come in the morning. And I started screaming like, I cannot wait till in the morning. Like he needs immediate help. And she started telling me about how much everything was gonna cost because it was after hours and we'd have to get the doctor, and I screaming again saying, I don't care what it costs. My brother's having a heart attack. He has to have help now. So then she says, well, tell him to walk on down. I said, he cannot walk. He is laying on a bed. He cannot walk. He cannot talk. He cannot walk. And then finally, after much discussion,

she finally said, we'll just come and get him. So, in the time of waiting for them to bring a wheelchair to pick him up, we had given those aspirins. He had gotten up and gotten to the bathroom with our help. We had cool rags on him and we had a fan blowing on him.

Q Did you assist him in helping to get up to go to the bathroom?

A Yes.

Q Any issues in the bathroom?

A No. No -- I mean, he was extremely gray. Lots of pain. But he had to have a bowel movement.

Q Did he successfully have a bowel movement?

A Yes.

Q And then when you returned from the bathroom, where did you help him get to?

A Just he laid on the bed.

Q I know there was a lot going on at the time, but if you can estimate. How long did it take for Carnival to get up there?

A If I -- I mean, just on estimation, four to five minutes.

MR. PADRON: Was that four to five or 45? I didn't hear it.
A Four to five minutes.
Q Thank you. So, four or five minutes?
A Four or five. Right. Four or five minutes.
Q Thank you.
A Uh-huh.
Q And so, who arrived from Carnival that you remember? What did they look like? What did they have with them?
A I don't remember what they looked like. I do remember it was a lady with a wheelchair.
Q One lady?
A Yes.
Q And did you go with Carnival and your brother in the wheelchair to leave the cabin?
A Yes.
Q And where did you go?
A We went down to -- I believe it was the deck zero -- to the hospital/clinic, whatever they call

it.

Q I call that the medical center, so that's what I --

A Okay.

Q -- am refering to, just so --

A Okay.

Q -- you know when we speak of that. So, when you went down to the medical center, who else was with you besides Chad?

A His wife, Brittney.

Q Anyone else with you all?

A Not initially.

Q So what happened once you got to the medical center?

A Once we arrived there, it was close to 6:00 p.m. and they initially got him hooked up to EKG, took labs. We had told him we had given him aspirin already, so, they didn't give him any more aspirin right away that -- or I take that back. He may -- they may have given him more 'cause I don't remember how many we gave him. But we did let them know we had given them

aspirin. And so they just began working on him right when we got into the -- to this medical center.

Q Did you speak to any of the Carnival medical staff?

A Yes. The doctors, the nurses.

Q What did you say --

A I described to them the symptoms that he presented to us with.

Q And what was the --

A And then -- just that he was -- yeah. Pain, chest pains, heaviness, grayness, profuse sweating. We did tell him he had that bowel movement.

Q Do you happen to remember any of the names of the doctors and nurses you spoke to?

A I do not. Not now.

Q And were you involved in discussing the medical treatment of Chad while he was in the medical center?

A Yes.

Q Did any of the Carnival doctors or nurses ask you for consent for medical treatment of Chad?

A Not just myself. At one point when they wanted to do a treatment later that night, they did ask for my sister-in-law and myself to come into the office so they could explain it. And then she gave the consent for it.

Q Do you remember what that procedure was, that treatment?

A It was a clot-buster medication.

Q Does TPA sound familiar to you?

A I do, but it was -- it was not call -- I mean, it was not called TPA. Back then, I remember the exact name of it, but I don't remember the exact name now. But it was a thrombolytic.

Q So, the doctors and nurses had brought you into the room to discuss the thrombolytic medication, both you and Chad's wife, Brittney. Is that correct?

A Correct.

Q And then you both gave consent for the thrombolytic medication for Chad?

A Correct. And that was about three hours after we had gotten there.

Q So, later in the night, approximately around 9:00 or 10:00? Does that sound about right?
A Yes. Around 9:00.
Q So you had said that at first, you were the one in the medical center but maybe others had joined. Is that correct? Is that my understanding of what you said before?
A Well, throughout the night while we were down there, I mean, the other people in our group, they would come down. They would see him. They would check on us. So, I want to say throughout the night, at least everyone in our party had been down to at least see him, check on him.
Q Would you stay in the medical center the entire time?
A I did not. I stayed until like mid-morning.
Q So from you first went with Chad in the wheelchair down, you were there until mid-morning the next day?
A Correct. Well, I would say like 2:00 to

3:00 a.m. --
Q Okay.
A -- is when I went back up to check on like his children and just to make sure everything was okay.
Q And did you eventually make it back to your cabin to spend the night?
A Honestly, I cannot remember where I slept. I only slept for about two hours before I went back, but I -- I don't know if I slept in my cabin at that point or if I was in the cabin with her children, like if I went in there. I don't remember.
Q Just going back a tiny bit. When you were first there in the medical center before you had left around 2:00 to 3:00 a.m., anything else that you observed the Carnival doctors and nurses treating with Chad?
A Observed them doing multiple EKGs, multiple lab work, routine vital signs.
Q And based on that --
A And then --
Q Sorry. Go ahead.

A I'm sorry. And then administering, you know, medications.
Q And during your time in the medical center, did you observe Chad's condition?
A Yes.
Q And how was he doing?
A Not improved. I mean, I would not say it was improved at all. Pain became manageable at times with morphine. And that's about all that I can recall that I noticed.
Q Did you get to speak to him while he was in the medical center that initial time before you left?
A Yes. I stayed by his side.
Q And what did he say to you?
A He did not talk a lot. A lot of it was just Brittney and I talking. You know, he would ask a question. Like if they were coming in to give something, the -- he would look at me and say, what is that, or, what is that for? He would ask occasionally, you know, what's my blood pressure? He did not open his eyes very much. He just pretty much laid in the dark

room, and occasionally, he would just ask a question about what was happening or he would describe the pain that he was having.

Q You had said that Chad would have asked you questions about some of the medication that he was getting and some of the treatment. Did you ever tell Chad or tell the doctors not to do a particular treatment or take a particular medication?

A No.

Q So when you returned back to the medical center after you got a couple hours of sleep, what did you observe? And if you know what time you returned to the medical center.

A I do not recall the time that I returned. From what I recall, Chad was -- his appearance was pretty much the same, unchanged from when I left. And about that time, I mean, they had pretty much done all the treatment that they could other than just continuing to give him pain medicine. But other than that, there was no other treatments that they could provide for him. So, I mean, I think he was just laying in bed,

appearance pretty much as I had left.

Q And any attempt, did you -- or any time -- sorry -- did you attempt to call the US Coast Guard?

A I did not because we were unable to make phone calls. So the only method of communication that my sister-in-law and I had was through Facebook Messenger or text messages. And at that point, it was all off of her phone because she was the only one -- her and Chad were the only two in our group that had bought the internet package. So, it was just communication back and forth through them. We initially -- I mean, as soon as we knew a definitive diagnosis of heart attack, we began begging for them to fly him, like, please get him back to Florida, please. You know, we know what damage -- heart damage can cause. Like please get him back. And we were continuously told they could not fly a helicopter out. There was nowhere to land it. He was stable. So, later that night -- I don't remember exactly what time the first call went out, but my sister started calling the Coast Guard.

Q I'm going to get back to that, but I'm

going to back up just a little bit. You had said that you were planning to get someone from Carnival to fly out and make your complaints to someone at Carnival. Do you know who you spoke to?

A It was the doctor. We repeatiedly [sic] -- repeatedly asked the doctor over and over.

Q And what did the doctor say?

A He just continued to tell us that the helicopter could not land, they could not come out, we were too far off, there was no way to stop the ship, and that he would be stable until we reached land the next morning.

Q And was Chad stable at that time?

MR. PADRON: Form.

A I'm not exactly sure what stable would mean 'cause, obviously, like he still had the heart blockage, so he was still receiving heart damage. His vital signs may have been stable, but he was still having pain.

Q Anyone else that you spoke to at Carnival regarding getting Chad off the ship?

A Only staff in the medical center, so nurses

and the doctors there.
Q Okay.
A On Carnival. Yes. That was it.
Q On Carnival, you said?
A Mm-hmm.
Q And so then you had mentioned that there was communications between your sister-in-law via either Facebook Messenger or text messages to your other sister. Is that what you --
A Mm-hmm.
Q -- had said before? Okay. And so, your other sister, this is Brittany Bowman?
A Mm-hmm. Yes.
Q And she was not on the cruise ship?
A Correct.
Q So where was she --
A She was in Myrtle Beach. She had just arrived to Myrtle Beach on vacation.
Q Were you part of the correspondence? I know it wasn't on your phone, but were you part of the correspondence to Brittany Bowman?

A Yes.
Q So what was being said to Brittany?
A So, initially, from the time everything started from like 6:00 p.m.-ish, maybe a little before, that's when the communication started with Brittany Bowman just so that she could relay information to my parents, other family. And it was just a whole night of just keeping her up-to-date on what was going on. And that's when she decided, like if they're not listening to you, I will call the Coast Guard. Initially, I think she'd said, can you all call the Coast Guard? And I said, we can't make phone calls. We don't have capabilities to make a phone call. So, that's when she said she would do it.
Q And to your knowledge --
MR. PADRON: Ms. Genoese, I'm sorry. Can we take a quick two-minute break if there's a good stopping point, not -- you know, at stopping point, let me know.
MS. GENOESE: Oh, we can take a quick break right now.

(Whereupon a short recess was taken.)
Q Okay. Ms. Arrington, before the short break, we were discussing the correspondence between you and your sister-in-law and Brittany Bowman shoreside.
Do you recall that?
A Yes.
Q So, you were discussing a little bit about what Brittany was saying that if Carnival was not going to call the Coast Guard, that she was going to begin calling the Coast Guard. Is that right?
A Correct.
Q Did Brittany tell you why she was doing that?
A I don't know if there was ever like a statement made as to why, you know, she was doing it. We just knew how serious his heart attack was and that time lapse was causing damage.
Q And how did you know that it was causing damage for the time lapse?
A My medical background along with, you know, our personal experience from our parents having heart

attacks.

Q Did both your parents have heart attacks?

A Yes.

Q And at what ages did your parents have heart attacks?

A I do not know. I mean, I've -- I could sit and figure it up, I think. But off the top off my head, I don't know the ages.

Q Was it pretty recent or was it --

A More recent for my dad and then further back for my mom.

Q Does your family have any known heart issues?

A No. Other than the two incidences for my parents.

Q So, in your correspondence with Brittany Bowman, what did she tell you, if anything, about what her status was with getting in contact with the US Coast Guard?

A She was very successful with reaching the Coast Guard. She was very impressed that she actually

spoke with a person when she called. They were very helpful. They -- and they returned her calls. They did tell her that they were ready to go but they would have to have the ship contact them in order to go. They couldn't just go because of her calling. And so we relayed that information to the doctor, and he continued to tell us that we didn't need them. And then I know at one point, the Coast Guard did contact the ship. I do not know who they spoke with but I do know they contacted the ship.

Q How do you know?

A 'Cause early morning --

(THE REPORTER asks Counsel to repeat question.)

MS. GENOESE: I'm sorry?

(THE REPORTER asks Counsel to repeat question.)

Q Yes. Isn't it -- and how do you know?

THE REPORTER: All right. Thank you.

A So early that morning, maybe 1:00, 1:30-ish, the doctor did come back into the room,

speaking to Brittney and myself, and said, did someone call the Coast Guard on me? And I told him -- I said, no, sir. We can't -- he said, did you call the Coast Guard on me? And I said, no, sir. We can't make phone calls. I said, but my family that's offshore, yes. They did call the Coast Guard because we need to get him help. And so I knew that the Coast Guard had contacted the ship, but they told my sister that they were going to contact, and then he had come in and acknowledged the fact that the Coast Guard had notified him that they were aware.

Q And what did the doctor say about that?

A He just continued to tell us that he was stable and he did not need to fly anywhere and he could wait till tomorrow.

Q What other conversation did you have with Brittany Bowman after all this?

A I don't recall anything exactly. Pretty much just updates and then discussing her travel arrangements to get to Florida to meet Chad.

Q So what was the plan for that?

A Well, we knew none of us could leave the ship with him to go back to Florida, so, my sister was going to leave Myrtle Beach and drive to Florida, and my dad called a flight in Virginia Sunday and flew to Orlando. So my dad and my sister were with him in Florida.

Q And when you said that you could not leave the ship to go back with him to Florida, is that because you had the family on board, or is that because someone told you you weren't allowed to leave?

It was pretty much that we had all of the family with them. She didn't -- his wife didn't feel comfortable leaving her smaller children. You know, he was flying back on a jet, so, we just knew that the best option would be to have family meet him there to be with him until we got back.

Q Were you -- and this is going back to when you had returned to the medical center after your couple hours of sleep back in the early morning of July 9th, 2023. Were you there the entire time in the medical center until Chad got discharged?

A I cannot state for certain. I believe I was but I cannot be exactly positive.
Q Okay.
A I know that Brittney had stepped out. She went to shower and see her children. And so -- but she was gone for just a short time.
Q What did you observe in the morning hours being done to Chad Reeves, if anything?
A I can't call -- recall anything specific. I know they were -- they continued to check his vital signs. I don't recall how many doses of morphine he continued to get, you know, until that flight crew got there.
Q Were you there when the flight crew arrived?
A Yes.
Q Who else was there in the medical center with the flight crew?
A So just when they arrived, it was -- I can't recall exactly who was there like when they arrived. But by the time they were ready to take Chad,

our whole party was there with him. So we all -- all of us departed with him when he was ready to leave.
Q Do you know about what time that was?
A It was around 1:00 in the -- 1:00 p.m.
Q And what port were you at?
A Nassau.
Q When the flight crew came -- sorry. Strike that. That was a poorly worded question. Was there a sense of urgency when the flight crew came?
MR. PADRON: Form.
A Personally, I believe that the two gentlemen on the flight crew were. I don't -- urgent? I mean, they were trying to progress things to move it along quickly so they could get him to Osceola as fast as possible.
Q And did you feel that there was a need for urgency to get Chad off the ship?
A Yes.
Q Did you have any other conversations with anyone else from Carnival that you have not told me about yet?

A Not that I can recall.
Q Any conversations with the captain or the staff captain of the vessel?
A No, ma'am.
Q Once Chad was disembarked from the vessel, what did you do next?
A Well, we all stood there until the vehicle picked him up. We all told him goodbye. Once he left, then our whole party stayed there in Nassau. We -- we didn't get back on the ship immediately. We stayed there in Nassau and walked down the street to a small little beach area.
Q Was that the whole family or the whole rest of the family?
A Mm-hmm. Yes.
Q Anything else besides going to the beach? Did you do any excursions while you're there at the shore?
A No. Just walked around right there.
Q And do you remember what time you got back to the ship?

A I do not.
Q Do you remember what you did the remainder of that day?
A I do not. I mean, nothing in like exactly specific.
Q What do you remember about the remainder of the cruise and what you did?
A It was a very somber rest of the vacation. A lot of our time was spent on the phone with the doctors. We were messaging, you know, with my sister or -- by this time, I had purchased the internet plan so that I could communicate with my sister and my dad in Orlando as well. Brittney's phone was very busy, so, I felt like I needed to have a way to communicate as well. And so, a lot of our time was spent communicating back and forth with them. When we did stop, we were able to get internet, a little bit better internet, and we were able to FaceTime with Chad some. So a lot of our vacation just spent around making sure we were available when doctors were gonna be around and so that we could hear updates and know what workstation going on.

Q So did you actually get to speak to any of Chad's doctors while he was in the hospital and you were on the cruise ship?
A I don't recall speaking to them myself. I do recall listening in, but I believe that most of the communication was with my dad and my sister.
Q What were they saying?
A They pretty much just provided us updates each day. They told us how his cardiac catherization [sic] went, you know, how he was eating, how he was feeling. That was pretty much our conversations every day.
Q After you and your family had left the cruise, where did you go?
A All of us left the cruise, went straight to Osceola Medical Center, to Chad.
Q And what did you observe when you arrived at the hospital?
A I mean, he was laying in bed when we got there. He was extremely emotional when he -- you know, when his family walked in, when he saw his wife and his

children. He was in fairly good spirits but he was very emotional.

Q Has he always been an emotional guy?

A No.

Q And how long did you stay at the hospital?

A Are you referring to that day, or are you referring to the days following?

Q Sure. We can start with that day.

A That day, I believe -- I want to say we stayed until about 6:00, 7:00.

Q So, it seems from what you just said that you stayed in the area for a bit longer. Is that right?

A Yes. Correct.

Q So --

A 'Cause they would not discharge him, so we had to stay.

Q So who stayed in the area and where did you all stay?

A So my family and Chad's family stayed. My dad and my sister left a couple hours after we had gotten off the cruise. They left to drive on home. My

uncle, aunt, they also left to drive home. And my cousin's family -- I do apologize 'cause my cousin's family, they did not go back over to Orlando, to the hospital. They left from the port and drove straight home. So, we ended up staying until Saturday 'cause Chad wasn't discharged until Friday.

Q So while -- I'm assuming -- so did you go and see Chad during those days in the hospital up until he was discharged?

A Yes. So we stayed until late on the Thursday when we got back, and then my husband and I, we took their two children with us back over to that same townhome that we stayed in the night prior to the cruise that we had already rented that townhome to stay for two nights after the cruise. And, thankfully, my sister and my dad were able to stay in that same townhome while they were in the area. So we took their children, went back to that townhome for that Thursday night. And early Friday morning, I went back to the hospital and stayed the rest of the day until he was discharged.

Q Did you get a chance to speak to any of

Chad's doctors or nurses at the hospital?
A Yes. We spoke to them on Friday.
Q And what did they say about Chad's condition?
A It was a lot going on then that the doctors at Osceola would not let Chad leave the hospital until he was wearing a life vest. And that was due to his heart function, how damaged his -- how bad his heart had been damaged. And so they would not let him discharge until he had that life vest, but his insurance was fighting. They would not pay for that life vest. So, that was an entire day of trying to figure that out until we finally just said, we'll pay. Like just bring it. We'll fight it later. But he's gotta get out o' here 'cause by this time, Chad was getting very emotional, anxious. He was ready to get out. So, we ended up -- did leave on Friday with the life vest.
Q Did the doctors or nurses ever tell you of Chad's prognosis?
A No. I don't recall anything specific.
Q Did they tell you of any precautions that

Chad will need to take?

A So they gave us instructions on the life vest. They gave us instructions on following up with his -- with a new cardiologist. And then, obviously, no work until we could following up with the cardiologist at home. And then all the new medications that were added.

Q So when Chad was discharged, you had mentioned that you were there as well. How long did you stay in the area until returning home?

A The following morning is when we left. Saturday morning, we left to return to Virginia.

Q Did you all take the same drive in your cars that you came down with?

A Yes.

Q When did you next see Chad after you had returned to Virginia?

A Every day. I mean, like I usually see him every day, anyway. But I was definitely there the following day, and we ended up getting him an appointment for a new cardiologist on Monday, so I went

to that appointment with him.
Q Do you remember the name of the cardiologist?
A I don't remember the original cardiologist we saw. I know that they were at the Centra -- at the Stroobants medical group/cardiology group, but I do not remember the first one we saw.
Q And did you speak to the cardiologist when you were with Chad at the appointment on that Monday?
A Yes.
Q What did the cardiologist say?
A He was very -- I'm looking for the right word. He wasn't very optimistic about Chad's return to work and how his heart function would improve. He was very, very vague and bleak on that topic, which upset Chad tremendously.
Q Since the cruise, describe for me how Chad's life has been, in your observation.
A So I think everything pretty much has changed for him. A lot in his life has just -- outlooks, perspectives, the way he does things --

everything has changed. I mean, as far as diet, exercise, of course, they have improved. Every little twinge or pain that he has, he's always fearful or anxious that it could be, you know, heart-related or he's calling me saying, hey, what do I do, or he'll make cardiology appointment and, you know, go with -- if it's something that he really thinks. He has congestive heart failure now for life, so, he takes medications every day. Obviously, doctor's appointments that he never was used to, which all of that there causes more medical costs. And then I think -- you know, I think in the back of his mind, he's always just fearful of his job as a professional firefighter. And you've got congestive heart failure and had a heart attack, it's always there that, what if I don't get to go -- you know, continue my career? He does make comments about, you know, making sure things are straight for his family if anything ever happens to his heart. And then just -- I mean, it's the small things in life, but the rest of us, our entire family, are planning to go on a cruise next summer. And, of course, they won't go. And it's

just hard to explain to their children, like the rest of us are going on a cruise but you all can't go. And that's just that fear and trust and anxiety that he has.

Q You had mentioned that he's fearful of his job as a firefighter. Did he -- does he now still work as a firefighter?

A He does. It was many months -- I can't exactly remember what month he was able to go back to full duty. I mean, it was this year, so, I mean, it was many months before he could ever go back full duty to his job. But, you know, having to have physicals every year, knowing he's got congestive heart failure now, I think it's always just on his mind, the what-ifs.

Q How many of his doctor's appointments would you say that you've gone with him after the subject cruise?

A Oh. Three or four maybe.

Q And have you -- did you speak to the doctors that you took -- these doctor's appointments?

A I don't recall exactly. I'm sure I've asked for clarification or -- but I don't recall

specific conversations.
Q And do you know any of the names of his doctors that you went to these appointments with?
A I do not. I know I saw -- I know I went to a nurse practitioner appointment with him and -- but I don't remember their names. No.
Q That was my next question is, did you know what practice they were in?
A Well, I knew -- in -- I think all the ones that I went to were cardiology appointments, but some were doctors and some were nurse practitioners.
Q Do you still go to doctor's appointments with Chad?
A No.
Q Did you ever go to doctor's appointments with Chad before the cruise in July of 2023?
A No. Not unless it was an emergent thing that I had to take him, but no.
Q Do you recall any emergent appointments that you can think of before the cruise that you had to take him to a doctor?

A I took him to the hospital once for snake bite.
Q How long ago was that?
A Maybe 10-plus years.
Q Do you remember going to a doctor visit with Chad in October of 2020 to discuss recent changes in his mental state?
A Yes. Primary care.
Q And what do you remember about that?
A I don't really remember a lot. I remember the provider that I had seen, Kim Altheizer. And she's a friend, so that's why I went with him. But I don't recall like the conversation. I don't recall any bits or specifics of the conversations.
Q Do you recall telling the doctor that family had to take Chad's guns away and lock them away from him during that visit?
A I do not recall that.
Q Do you recall why he went for the visit?
A You said this was what? 2020?
Q October of 2020. Yes.

A I do not recall a specific event or anything.
Q Do you have a general recollection of why you would've gone to this doctor's appointment with him?
A No. So, I mean, I know that like his anxiety -- not anxiety but maybe his feeling of overwhelmness was at that point, or he had the -- a period where that happened, and I was just trying to talk him into seeking help. And I knew she -- I only went because that was my friend that he was seeing.
Q And then to your knowledge, does Chad have -- did Chad have anxiety before the cruise?
MR. PADRON: Form.
A I was gonna say no diagnosis of --
Q You had mentioned that you were trying to encourage him to seek help about that time for his feeling of overwhelmness. Do you happen to know if he did eventually go seek help?
A Well, he took a medication that she prescribed him.
Q Do you know what that medication was?

A I do not.
Q So do you remember a time before the cruise that you did have to take away guns from Chad and lock them away?
A I don't recall a time when anyone did that.
Q Do you recall any other doctor's appointments you went with Chad before the cruise?
A I mean, I've taken him to urgent care before when he fell out of a tree stand. I took him for that snake bite before the cruise. I don't recall of anything.
Q Then when he fell out of the tree stand that you mentioned, when was that approximately?
A I don't -- I couldn't even recall a date.
Q Would you say it was in five, ten-years plus?
A I would say ten-years plus. I know when I took him somewhere, his wife was pregnant, but I'm -- I think that was the snake bite. But like I said, I can't recall.
Q A while ago, it's fair to say?

A Yeah.
Q Any other changes to Chad's life after the cruise from what you have observed?
A Nothin' that I haven't already mentioned.
Q And are those changes still current to this day?
A Yes.
Q Have you been able to hang out with Chad since the incident outside of his home and outside of doctor's appointments?
A Yes.
Q What kind of things did he do?
A All family functions, going out to eat, go to church together, on ball games, our kids' events, vacation, any -- you know, I mean, we do everything together. Just simple nights at the house, eating together.
Q So none of that has changed since the subject cruise. Is that right?
MR. PADRON: Form.
A Nothing drastically -- no -- has changed

with that.

Q You had mentioned that you'd gone on vacation with Chad. Is that with Chad and his family? Is that right?

A Yes.

Q And that was after the cruise?

A Yes.

Q Where did you go?

A We went to New York this summer.

Q And what did you do in New York?

A We went to New York City for two days, I think. Two days, I think. Went to a Yankees game and just sightseeing around there, 9/11 Memorial. And then we drove north to Adirondack Mountains and stayed in a cabin in the mountains there by a lake for the week. And then we did take two day trips. Went to Cooperstown, which was nearby, and then Niagara Falls to sightsee while we were in New York.

Q How did you get to New York? Did you fly or did you drive up?

A We drove.

Q Did Chad's family also drive up?
A Yes.
Q And did you all stay in the same -- I know you said you were in New York City for two days. Did you stay in the same hotel or area?
A So we -- yes. We all -- we stayed in the same hotel --
Q Do you know --
A -- in New York.
Q -- what hotel that was?
A Hold on. Let's see. Sorry. I don't remember.
Q And then when you stayed in the cabin by the lake, did you all stay together?
A Yeah.
Q How did you find that cabin? Is that, you know, through like an Airbnb or something like that?
A Airbnb. Yes.
Q And how was Chad during this vacation?
A He was himself.
Q And I don't believe I asked you. When was

this vacation to New York?
A It was in June.
Q Of 2024?
A 2024. Yes.
Q Any other vacations that you took with Chad after the subject cruise?
A I'm trying to think. I go a lot, so I'm trying to think. I don't recall any other trips since then.
Q Do you have social media?
A Yes.
Q What kinds of social media do you have?
A Facebook. I've got Instagram too but I don't use that.
Q And did you post photographs from the subject cruise to your Facebook account?
A I'm sorry. Could you repeat that?
Q Yes. Did you post photographs from the cruise in July of 2023 on your Facebook?
A Yes.
MS. GENOESE: Give me one second, please.

THE WITNESS: Okay.

Q Okay. I'm going to share my screen with you, and you'll see a photograph. Can you see that photograph?

A Yeah. That's -- yeah -- my Facebook.

Q This is your Facebook profile?

A Mm-hmm.

Q Show one more. Can you see that photograph on your screen?

A Yes.

Q Is this a photograph that was taken on your phone?

A I do not remember whose phone it was.

Q Okay.

A Very possible it was mine, but I do not remember.

Q Certainly. And so, where was this photo taken?

A This was in the medical clinic.

Q And are these -- the two gentlemen in blue, are those the flight crew, I think we were calling them

before?

A Yes.

Q So, why was this photograph taken?

A It was just our last family picture for that trip.

Q And this was during the time that the paramedic team in the photographs were disembarking Chad Reeves from the vessel. Is that right?

A Correct. They were -- yes. He was getting ready to leave.

Q Do you know who asked for this photograph to be taken?

A I don't.

Q Did you tell the paramedics at any point that this was an emergency situation and that we shouldn't be taking the time to take photographs before getting him to a hospital?

A No.

MR. PADRON: Form.

Q Do you still have the photographs that you took on the cruise?

A Yes.
Q And would you have these on maybe like your phone or your computer or something?
A Yeah.
Q I'm going to ask you to not delete any of the photographs or videos that you have from the cruise just in case we may perform a legal request for them in the future.
A Okay.
Q And then I believe you had mentioned this, but do you have any upcoming vacations planned with Chad and his family?
A Nothing planned with them. No.
Q And any other conversations that you had with anyone from Carnival after you got off the subject cruise?
A Not myself. No.
MS. GENOESE: I don't have any further questions for you at this time. The other attorney on this call may. But I want to thank you for your time today, ma'am.

THE WITNESS: Yes. Thank you.

MR. PADRON: I have no questions. Toni, you're good to go.

THE REPORTER: All right. Mr. Pardon [sic], are you going to want a copy?

MR. PADRON: Yeah. I need just a PDF, E-Tran.

THE REPORTER: All right. Ashley, this is all regular delivery?

MS. GENOESE: Regular is all good.

(Deposition concluded at 11:31 a.m.)

State of Maryland

City of Baltimore, to wit:

I, Eric Leichter, a Notary Public of the State of Maryland, Baltimore City, do hereby certify that the within-named witness personally appeared before me at the time and place herein set out, and after having been duly sworn by me, according to law, was examined by counsel.

I further certify that the examination was recorded stenographically by me and this transcript is a true record of the proceedings.

I further certify that I am not of counsel to any of the parties, nor in any way interested in the outcome of this action.

As witness my hand this 13th day of September, 2024.

Eric Leichter

Notary Public

My Commission Expires:

January 13, 2028