**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-cv-21295-RAR**

CHAD REEVES,

Plaintiff,

v.

CARNIVAL CORPORATION
a Panamanian Corporation,

Defendant.
______________________________________/

**DEFENDANT'S PROPOSED VERDICT FORM**

WE, the jury, find:

Count I: Negligent Medical Care and Treatment Via Employees or Actual Agents

1. Was Dr. Reddy Desai an agent of Defendant Carnival Corporation and was acting within the scope of his employment at the time and place of the incident?

YES ____________ NO ____________

**Answer Question 2.**

2. Was Dr. Brent Leonards an agent of Defendant Carnival Corporation and was acting within the scope of his employment at the time and place of the incident?

YES ____________ NO ____________

**If your answers to Question 1 and 2 is NO, then your verdict is for Defendant Carnival Corporation on Count I and you should not proceed further in Count I and should skip to Count II. If your answer to either Question 1 or Question 2 is YES, answer Questions 3 and 4.**

3. Was there negligence on the part of Dr. Reddy Desai that was a legal cause of injury to Chad Reeves?

YES ____________ NO ____________

**Answer Question 4.**

4. Was there negligence on the part of Dr. Brent Leonards that was a legal cause of injury to Chad Reeves?

YES ____________ NO ____________

**If your answers to Questions 3 and 4 is NO, then your verdict on Count I is for Defendant Carnival Corporation. If your answer to either Questions 3 or 4 is YES, then your verdict on Count I is for Plaintiff, Chad Reeves. Proceed to Count II.**

<u>Count II: Negligence (Vicarious Liability of Carnival Based Upon Apparent Agency)</u>

5. Was Dr. Reddy Desai an apparent agent of Defendant Carnival Corporation and was acting within the scope of his apparent authority at the time and place of the incident?

YES ____________ NO ____________

**Answer Question 6.**

6. Was Dr. Brent Leonards an apparent agent of Defendant Carnival Corporation and was acting within the scope of his apparent authority at the time and place of the incident?

YES ____________ NO ____________

**If your answers to Questions 5 and 6 is NO, then your verdict is for Defendant Carnival Corporation on Count II and you should not proceed further in Count II, and should skip to Question 9 only if you found in favor of Plaintiff on Count I. If your answer to either Question 5 or 6 is YES, answer Question 7.**

7. Was there negligence on the part of Dr. Reddy Desai that was a legal cause of injury to Chad Reeves?

YES ____________ NO ____________

**Answer Question 8.**

8. Was there negligence on the part of Dr. Brent Leonards that was a legal cause of injury to Chad Reeves?

YES ____________ NO ____________

**If your answers to Questions 7 and 8 is NO, then your verdict is for Defendant Carnival Corporation on Count II. If your answers to Questions 7 or 8 is YES, then your verdict on Count II is for Plaintiff Chad Reeves. Only answer Question 9 if you found in favor of Plaintiff Chad Reeves on Count I and/or Count II. If you found in favor of Defendant Carnival Corporation on both Count I and Count II, your verdict is for Defendant Carnival Corporation and you should not answer any more questions and sign and date this verdict form.**

Defendant's Affirmative Defense: Comparative Negligence

9. Was there negligence on the part of Plaintiff Chad Reeves that was a legal cause of his injuries?

YES ____________ NO ____________

**If your answer to Question 9 is YES, state the percentage of any negligence that you charge to the parties:**

Chad Reeves ____________%

Carnival Corporation ____________%

**Answer Question 10.**

10. What is the total amount of damages sustained by Plaintiff Chad Reeves?

a. Past Medical Expenses $________________

b. Future Medical Expenses $________________

c. Pain and Suffering $________________

d. Lost Income $________________

e. Loss of Earning Capacity $________________

TOTAL: $________________
(Add 10(a-e).)

SO SAY WE ALL, this __________ day of _________________, 2025.

______________________________
FOREPERSON