Exhibit "A"

**Kim A. Klancke, MD, FACC**
**290 Oak Drive**
**Ormond Beach, FL 32176**

KIM A. KLANCKE, MD FACC
290 OAK DRIVE
ORMOND BEACH, FLORIDA 32176

August 20th, 2024

CARDIOVASCULAR and INTERNAL MEDICINE REPORT

RE: CHAD REEVES (DOB: 10/28/1985)

To whom it may concern:

I have been asked to review the medical care that Mr. Chad Reeves received on a Carnival Cruise Lines ship from 7/8/23 to 7/9/23. It is my opinion that care provided caused harmed to this patient. There was a failure to transfer him in a timely fashion to a facility that could provide an appropriate level of care. The antithrombotic therapy with provided was inadequate (Lovenox). There was a delay in administering the thrombolytic therapy (Alteplase). Had these failures not occurred Mr. Reeves ventricular function would be better today. He would have a better long-term outlook. He would be less likely to need advanced therapies like ICD placement and cardiac transplantation. He would be more likely to return to full duty as a fire fighter.

I am a physician licensed to practice medicine in the State of Florida. I practiced interventional and general cardiology for 37 years in Daytona Beach, Florida. I am presently the Medical Director of the Daytona Heart Group. I am board certified in Cardiology and Internal Medicine. I am a graduate of Princeton University and the Medical University of Cincinnati. I completed my post graduate training at the Medical University of South Carolina where I did my Internal Medicine Residency, Cardiology Fellowship and served as Chief Medical Resident. For 3 decades I managed patient like Mr. Reeves. I have extensive knowledge in diagnosing and providing emergency care to patients with acute ST segment myocardial infarction (STEMI). A copy of my CV is attached.

To develop the opinions expressed in this report I have reviewed the following records: Complete Carnival Clinic Record for 7/8/23 to 7/9/24, Human Eye Center, CMG Stroobants Cardiovascular Center, Centra Medical Group, Physicians Treatment Center, Cardiac Clinic of Dr. Kakkar, HCA Florida Orange Park Hospital, Central Virginia Family Physicians, CMG Brookneil Records, CMG Stoobants Southside Records, CMG Stoobants Lynchburg Records, HCA Florida Osceola Hospital Records and Ortho Virginia Radiology. These are the records received to date.

On 7/8/23, Mr. Reeves was a 38-year-old, 280-pound fire fighter with no known medical problems or cardiovascular issues. He was taking no medications. On 7/8/23, he abruptly developed 8/10 chest pain that was associated with diaphoresis. He took aspirin and promptly presented to the Carnival Clinic at 18:57. The Clinic immediately obtained an EKG that was diagnostic for an anterior wall STEMI. His initial troponin was normal which confirms an early presentation. 28 minutes later at 19:25, as part of his STEMI therapy, he received Lovenox 100 mg sq as a one-time dose. This dose will have a duration of action of about 12 hours and have a suboptimal peak activity level. The standard dosing when used in the STEMI therapy is 0.3 mg/Kg as an initial IV bolus to achieve immediate, full

anticoagulation. The bolus is then followed by 1 mg/Kg sq every 12 hours for a minimum of 48 hours to prevent the clot from forming and recurring. The etiology of Mr. Reeves STEMI was a blood clot that was obstructing flow in the left anterior descending coronary artery (LAD). A thrombolytic will dissolve the clot but ongoing use of an antithrombotic, like Lovenox, is necessary to prevent the thrombus from simply reforming. The antiplatelet therapy given was inadequate to prevent thrombus formation in this setting.

Mr. Reeves had his thrombolytic, (Alteplace) started at 21:05. Thrombolytics are known to be significantly more effective when given as early as possible in the course of STEMI management. The best outcomes are achieved when the national goal of a "30-minute door to needle time" is achieved. There is at least a 90-minute delay in thrombolytic therapy in this case. Establishing reperfusion in a STEMI is a medical emergency and restoring flow limits the size of the myocardial infarction. The principle is that "time is muscle" which refers to the principle that any delay in restoring flow leads to more heart muscle death and more cardiac dysfunction.  The thrombolytic is the medication that opens the artery to restore flow and works in conjunction with the Lovenox that is the medication that keeps the artery open after flow is re-established. The Alteplase should have been started at 19:25 along with the Lovenox. The hour and a half delay simply created a needless period of ongoing heart muscle cell death.

Mr. Reeves should have been transferred immediately with his life-threatening problem to a facility that could provide an appropriate level of care. This would be a facility with at least a PCI capable cardiac catheterization lab. Ideally cardiothoracic surgery and mechanical support capability would be available. Frist line therapy for STEMI is primary percutaneous intervention (PCI). The approach used here is "facilitated PCI" which is used when it anticipated there will be more than a 2-hour delay in mechanically opening the artery with PCI. The thrombolytic therapy is a stop gap measure and the transfer is still done emergently to a facility that can provide an appropriate level of care. This care includes PCI if there is evidence of failure to reperfuse. If there is initial reperfusion but subsequent re-occlusion with recurrent infarction, emergent PCI is performed at that point. Transfer, as an emergency, should have been in progress as soon as the diagnosis of a STEMI is made and certainly by 19:25. This would allow for appropriate mechanical reperfusion as his clinical course unfolds.

It is my opinion that had Mr. Reeves received earlier Activase, appropriate Lovenox therapy and timely transfer to a PCI capable facility, the severity of his cardiac injury would have been significantly reduced. Based on the resolution of his chest pain for 3-4 hours in the early morning hours of 7/9/23 he likely had some reperfusion from the Alteplace. However, by 08:15 AM when he is off Lovenox therapy, his ischemic pain is back and this likely reflects recurrent thrombosis of the LAD. He clearly would benefit from emergency PCI at that point. He would in fact benefit from emergency PCI any time after 21:00 on 7/8/23 if there was ongoing chest pain after appropriate use of Alteplace and Lovenox.

Mr. Reeves did ultimately undergo a profoundly delayed PCI about 24 hours after the onset of his STEMI. The indication was recurrent ischemic chest pain and he likely had some benefit from the intervention. He is however, left with a severe ischemic cardiomyopathy. The last cardiovascular assessment I have dates to 9/20/23. At that time, he had Stage C1 Heart Failure with NYHA Class II symptoms. His ejection fraction was 30%-35% which is severe ventricular dysfunction. Any incremental gain from earlier reperfusion of his STEMI would result in an ejection fraction that would avoid ICD

therapy. He may eventually need therapies that include cardiac transplantation. He should not return to work as an active-duty fire fighter.

The opinions expressed above are based on the records sent to date. All opinions are to a reasonable degree of medical certainty.

KIM A. KLANCKE, MD FACC