Exhibit "A"

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-cv-21295-RAR**

CHAD REEVES,

       Plaintiff,

v.

CARNIVAL CORPORATION
a Panamanian Corporation,

       Defendant.

_____/

**DEFENDANT CARNIVAL CORPORATION'S**
**EXPERT WITNESS DISCLOSURE**

Defendant, CARNIVAL CORPORATION, by and through its undersigned counsel, hereby serves its Expert Witness Disclosure and states as follows:

1.      **Dr. Nure Khoury [Shipboard Administration and Standard of Care]**
     **357 Almeria Avenue**
     **Coral Gables, Florida 33134**

Dr. Nure Khoury is a physician who served as the Fleet Medical Director for Carnival Cruise Lines from 2018-2020. He has also worked as Carnival's Crew Medical Manager from 2016-2017, in addition to serving two years on various Carnival vessels as a Senior Physician. Dr. Khoury is expected to testify consistently with his summary report and any deposition testimony. He reserves the right to alter or supplement his report based upon ongoing discovery and investigation. Carnival Corporation also reserves the right to ask Dr. Khoury to respond to any issues raised by Plaintiff's experts. His opinions are based upon his knowledge, training and experience, along with his review of Plaintiff's Complaint, the Carnival medical chart, Plaintiff's medical records, diagnostic images, as well as deposition testimony completed in the case. Further information concerning his opinions are provided in his summary report, along with a copy of his Curriculum Vitae, fee schedule and Testimonial History attached herein as Composite Exhibit A.

2. **John F. Setaro, M.D. [Interventional Cardiology]**
**Cardiovascular Medicine**
**Yale University School of Medicine**
**333 Cedar Street**
**New Haven, CT 06520-8017**

Dr. John Setaro is a General and Interventional Cardiologist who also serves as an Associate Professor of Cardiovascular Medicine at Yale University School of Medicine. Dr. Setaro is expected to testify consistently with his summary report and any deposition testimony. He reserves the right to alter or supplement his report based upon ongoing discovery and investigation. Carnival Corporation also reserves the right to ask Dr. Setaro to respond to any issues raised by Plaintiff's experts. His opinions are based upon his knowledge, training and experience, along with his review of Plaintiff's Complaint, the Carnival medical chart, Plaintiff's medical records, diagnostic images, as well as deposition testimony completed in the case. Further information concerning his opinions are provided in his summary report, along with a copy of his Curriculum Vitae attached herein as Composite Exhibit B

3. **Richard Miller, Captain, USN[Ret] [Maritime Logistics]**
**PHAROS**
**Missions Critical Solutions**
**18842 SW 55 Street**
**Miramar, FL 33029**

Richard Miller is a retired U.S. Navy Captain, former ship captain and shipping operations executive. Prior to founding PHAROS, Rick was a cruise line operations executive, leading the nautical & Safety Operations Team for the world's largest cruise line. Richard Miller is expected to testify consistently with his summary report and any deposition testimony. He reserves the right to alter or supplement his report based upon ongoing discovery and investigation. Carnival Corporation also reserves the right to ask Richard Miller to respond to any issues raised by Plaintiff's experts. His opinions are based upon his knowledge, training and experience, along with his review of Plaintiff's Complaint, the Carnival medical chart, Ship Logs, Ship Position Request at time of Death, as well as deposition testimony completed in the case. Further information concerning her opinions are provided in his summary report, along with a copy of his Curriculum Vitae and Fee schedule attached herein as Composite Exhibit C

4. **Captain Rick Kenin  [USCG Logistics]**
**97 Strawberry Hill Road**
**Acton, MA 01720**

Captain Rick Kenin served over thirty (30) years in the United States Coast Guard as a maritime response practitioner, coordinator, and leader. In addition to piloting over 5000 hours of rescue helicopter and fixed wing aircraft rescue missions, he has commanded two Coast Guard air stations and also served as Chief of Staff of the Seventh Coast Guard District overseeing Search and Rescue Operations. Captain Kenin is expected to testify consistently with his summary report and any deposition testimony. He reserves the right to alter or supplement his report upon ongoing discovery and investigation. Carnival Corporation also reserves the right to ask Captain Kenin to

respond to any issues raised by Plaintiff's experts. His opinions are based upon his knowledge, training and experience, along with his review of Plaintiff's Complaint, the Carnival medical chart, the ship logs, as well as deposition testimony completed in the case. Further information concerning his opinions are provided in his summary report, along with a copy of his Curriculum Vitae and fee schedule and billing attached hereto as Composite Exhibit D.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 12, 2024, a copy of the foregoing was served via e-mail to the recipients listed on the Service List below.

Respectfully submitted,

GrayRobinson, P.A.
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/Michael Drahos*
Michael J. Drahos
Florida Bar No. 0617059
*michael.drahos@gray-robinson.com*
W. Cooper Jarnagin
Florida Bar No. 117767
*cooper.jarnagin@gray-robinson.com*
Ashley Genoese
Florida Bar No. 1019357
*ashley.genoese@gray-robinson.com*

**SERVICE LIST**
**CASE NO. 1:24-cv-21295-RAR**

Philip D. Parrish, Esq.
Philip D. Parrish PA
7301 S.W. 57th Court
Suite 430
Miami, FL 33143
Telephone: 305-670-5550
Facsimile: 305-670-5552
*phil@parrishappeals.com*

Todd J. Michaels, Esq.
Joshua P. Padron, Esq.
The Haggard Law Firm
330 Alhambra Circle
Coral Gables, FL 33134
Telephone: 305-446-5700
Facsimile: (305) 446-1154
*tjm@haggardlawfirm.com*
*jpp@haggardlawfirm.com*

*Attorneys for Plaintiff*

# DR. NURE KHOURY

I am the Vascular Neurology Fellow at Tulane University Medical Center and a Board Certified Neurologist.  Prior to this, I was the former Chief Resident of Neurology at Larkin Community Hospital in Miami, Florida.  I have also had the pleasure of working in multiple roles in maritime medicine with Carnival Corporation from 2015 to 2020.  During my time at Carnival, I served as a shipboard physician and senior shipboard physician from 2015 to 2016 evaluating, diagnosing, and treating all medical cases presented as well as engaging in complex decision-making for advanced treatment and evacuation of patients by land and air.

In 2016 I was promoted to Crew Medical Manager, and was responsible for overseeing medical operations and healthcare to Carnival's 35,000 crew members, including providing logistical and operational support to fleet shipboard physicians at times where healthcare management needs exceeded the care that was possible aboard the vessel. From 2018 -2020, I served in the role of Fleet Medical Director for Carnival Cruise Line serving as the primary operational facilitator for medical emergencies across the company's fleet of twenty-seven (27) ships sailing throughout the world.

Per your request, I have reviewed the following materials relating to Chad Reeves:

1.  Plaintiff's Complaint;
2.  Carnival Medical Chart;
3.  Deposition of Dr. Reddy Desai;
4.  Deposition of Captain Mario Imbimbo;
5.  Medical Records from JetICU;
6.  Medical Records from HCA Florida Osceola Hospital

### FACTUAL TIMELINE

Chad Reeves (37 yo M) presented to the medical center of the Carnival *Freedom* on July 8, 2023 at approximately 7:00 PM complaining of chest pain on a scale of 8/10.  He reported having first experienced chest pain earlier in the morning that was associated with sweating and nausea and had taken 3 tablets of baby Aspirin.  He claimed the pain returned at approximately 6:30 PM which he described in the center of his chest but denied any radiation to his jaw or arm. EKG showed ST elevation in leads V2, V3, V4 and AVL with reciprocal depression in leads V2, V3, V4 with Q waves in lead aVL.  Given the distance to shore and surrounding weather conditions, Dr. Desai chose to administer Alteplase after receiving informed consent from the patient.  Alteplase was administered initially 15 mg IV bolus and then 50 mg IV infusion over 30 min and later 35 mg IV infusion over 60 minutes, along with clopidogrel 300 mg, simvastatin 40 mg, metoprolol 50 mg, pantoprazole 80 mg IV.

Throughout the course of admission in the medical center Mr. Reeves remained hemodynamically stable without any support, apart from Oxygen via nasal cannula 2-3 litres/min. He periodically complained of mild chest discomfort in response to which he received Morphine 10 mg IV on three occasions. His EKG showed improvements with loss of reciprocal ST depression in leads 2,3 and aVF and decreased ST segment in leads V2, V3, V4 and appearance of Q waves in Leads V2,V3,and aVF. He was eventually transported by JetICU via air ambulance in stable condition on July 9 from Nassau and arrived to HCA Florida Osceola Hospital at 3:19 PM.  According to HCA records Mr. Reeves stated that his pain had improved over the course of

the night and he reported only 1/10 chest discomfort at the time of admission. Vital signs were stable (B/P 129/79) with normal heart rate and regular sinus rhythm. He was admitted to the CVICU and started on a heparin drip with a plan for LHC the following morning. However, while in the ICU he started to have chest pain that was worse than what it was on arrival prompting a transfer to the cardiac cath lab at 7:13 PM for emergent catheterization. Following a successful PCI and thrombectomy he was discharged on July 14 in stable condition with instructions to follow up with his primary care physician.

### OPINIONS

1.      The medical staff aboard the Carnival *Freedom* met the standard of care at all times during their care and treatment of Mr. Reeves.

2.      Mr. Reeves was timely and appropriately examined and evaluated by Drs. Leonards and Desai. All diagnostic testing and all medications ordered/given while Mr. Reeves was in the ship's Medical Center were timely and appropriately administered.

3.      I agree with Dr. Desai that Mr. Reeves was not a candidate for an emergent at sea medical evacuation and his decision to ultimately administer t-PA was the best option. Given the circumstances the optimal course of action was to keep Mr. Reeves in the Medical Center under the continued monitoring and treatment of the ship's medical staff until the *Freedom* reached Nassau. No other alternative transport options would have been medically or logistically prudent, particularly given the weather conditions at the time.

4.      All of my opinions expressed herein are within a reasonable degree of medical probability. I reserve the right to supplement my opinions following review of Plaintiff's expert reports and further discovery.

Sincerely,

Dr. Nure Khoury, M.D.

# Nure Bassam Khoury M.D.

357 Almeria Ave. Coral Gables FL. 33134 | (630) 313 0336 | NureKhouryMD@gmail.com

NPI 1295267037

Florida Medical License #153505

## Professional Experience

**Vascular Neurology Fellow | Tulane University | New Orleans, Louisiana** 2023 - 2024 ACGME accredited formal vascular neurology training fellowship. Performance of all duties and training pertaining to vascular and stroke neurology training fellowship. Inclusive of assessment, treatment and planning of neurological care for patients in inpatient and outpatient settings.

**Chief Resident | Larkin Community Hospital | Miami, Florida** 2020 - 2023 Performance of all duties pertaining to resident physician including assessment and treatment of patients. Diagnosis and treatment of patients in inpatient and outpatient settings with clinical rotations including, neurocritical care, neuroradiology, vascular neurology, movement disorders etc.

**Medical Director | Carnival Cruise Line | Miami, Florida** 2018 - 2020 Oversee all Medical Operations at Carnival Cruise Lines with multiple direct reports including clinical staffing, medical facilities and operations, crew and guest case management, clinical business and also compliance and safety. Responsible for the health of over 40000 crew members and 100000 guests. Provides leadership to more than 300 medical professionals including doctors and nurses spread over 27 ships. Provides strategic focus to shoreside team and also support for shipboard staff. Key achievements:

- Strategic implementation of new partnerships with other stakeholders in the industry
- Innovative approaches to mitigate medico-legal risk in the cruise industry
- Restructuring of recruitment process and shipboard medical manning to improve clinical services, contain costs and increase revenue
- Medical operation guidance and restructuring for fleet wide approach and management of maritime clinical scenarios

**Resident | Larkin Community Hospital | Miami, Florida** 2017 - 2018 Performance of all duties pertaining to PGY1 resident physician including assessment and treatment of patients. Diagnosis and treatment of patients in inpatient and outpatient settings with clinical rotations including, inpatient

medicine, neurology and psychiatry.

**Crew Medical Manager | Carnival Cruise Lines | Miami, Florida** 2016 - 2017 Oversees and manages a team of case managers who are responsible for all crew health onboard the ships and once repatriated back shoreside. Involved in providing best clinical practice care for crew and also cost containment. Gatekeeping for medical referrals and disembarks onboard the ships. Shared the responsibility of the medical operations emergency line.

**Senior Physician | Carnival Cruise Lines | Miami, Florida** 2015 - 2016 Leader of onboard medical team including nurses and doctors that treats all acute and non-acute injuries and illnesses of all guests and crew, totaling approximately 5,000 people. Manage all ICU and Critical Care patients, as well as provide primary care for crew, staff and officers totally 1,500 members. Manage and follow-up appointments for specialist consultation. Oversee all medical operations at sea, including logistics and organization of ship evacuations. Responsible for medical logistics of medical facilities and transfer capabilities in all foreign ports. Train all medical and non-medical personnel. Lecture on various topics to medical and non- medical staff.

**Emergency Physician | Global Medics | Ireland** 2013 -2015 Emergency physician for various hospital groups. Dealing with medical and surgical emergencies including polytrauma, cardiac events and pediatric emergencies.

**Emergency Physician | St. Luke's Hospital | Kilkenny, Ireland** 2012 - 2013 Emergency physician at St. Luke's Hospital, a busy emergency department.

## Education and Associations

*Education*

**Doctor of Medicine | Semmelweis University, Faculty of Medicine | Hungary** 2011

*Professional Affiliations*

**American Academy of Neurology| USA** 2020 - Present

**American College of Occupational and Environmental Medicine | USA** 2017 - Present **Magyar**

Orvosi Kamaràba (Hungarian Medical Chamber) | **Hungary** 2011 - Present

Date 07/01/2024

Nure Khoury, MD
Medical Expert Witness Fee Schedule

Rates:
Initial Consult:
No charge
Document reviews/ research/report writing:
$350 per hour
Sworn Testimony:
$1000/hour - 3 Hour minimum, advanced payment of initial 3 hours to be paid 1 week
before deposition. No cancellations.
Travel time:
Non-business hours - $175 per hour
Business hours M-F 9 to 5 Local - No charge
Travel expenses: Out of town travel time payment and reimbursement as agreed
upon in advance

NURE KHOURY, M.D.

TESTIMONIAL HISTORY

| CASE NAME | CASE NO. | COURT | TYPE | DATE |
|---|---|---|---|---|
| Godwin v. Royal Caribbean | 1:19-cv-24672 | USDC-Miami | Deposition | 9/14/2021 |

# JOHN F. SETARO, M.D.

Reeves/Drahos

**Yale University School of Medicine**
*Section of Cardiovascular Medicine*
*333 Cedar Street; P.O. Box 208017*
*New Haven, Connecticut 06520-8017*
*(203) 785-4129   FAX: (203) 737-2437*



John F. Setaro, M.D.
*Director, Cardiovascular Disease Prevention Center*
*Attending Physician*
*Yale Vascular Center*
*Yale-New Haven Hospital*
*Cardiac Catheterization Laboratory*

Michael J. Drahos, Esq.

GrayRobinson, P.A.

515 N. Flagler Drive Suite 650

West Palm Beach FL 33401

12 November 2024

**Re: Chad Reeves v. Carnival Corporation**

Dear Mr. Drahos:

Thank you for asking me to review the above referenced Matter and prepare a Written Expert Report.

## *Introduction*

The foregoing opinions are offered to a reasonable degree of medical certainty, are based on my education and training and thirty-three years of experience as a General and Interventional Cardiologist (with Board Certifications in General Cardiovascular Medicine, Interventional Cardiology, and a Diplomate Certificate as a Clinical Hypertension Specialist) at a major academic medical center. At present I am Associate Professor of Medicine (Cardiovascular Medicine) at the Yale University School of Medicine. At Yale-New Haven Hospital (and

1

Reeves/Drahos

satellite institutions Greenwich Hospital, West Haven Veterans Administration Medical Center, and Lawrence & Memorial Hospital in New London), I presently serve as Attending Physician in Cardiovascular Medicine, which includes consultative and teaching roles in Outpatient, Emergency Department, Medical and Surgical Hospital Wards, Operating Room, Cardiac Intensive Care Unit, Medical Intensive Care Unit, and Cardiac Catheterization Laboratories. Furthermore, specifically this clinical experience encompasses continuous certification by the American Heart Association in Basic Cardiac Life Support and Advanced Cardiac Life Support, as well as attendance and supervision of cardiopulmonary resuscitation events spanning Medical School, Internship, Residency, Fellowship, and Attending Physician roles in the Field, Outpatient, Emergency Department, Hospital Ward, Operating Room, Medical Intensive Care Unit, Surgical Intensive Care Unit, Cardiothoracic Surgical Intensive Care Unit, Cardiac Intensive Care Unit, and Cardiac Catheterization Laboratory settings.

**_Documents Reviewed_**

Plaintiff's Complaint

Carnival Medical Chart;

JetICU Records;

2

Reeves/Drahos

HCA Florida Osceola Hospital Medical Records;

Dr. Manoj Agrawal Medical Records;

Centra Medical Group – Brookneal Medical Records;

Centra Heart & Vascular Institute Medical Records;

Physicians Treatment Center Medical Records;

Report of Captain Rick Kenin;

Athletic Training Treatment Notes from John Wise

## Images Reviewed

| NO. | FACILITY | DATE OF EXAM | FILMS |
|---|---|---|---|
| 1 | Osceola Regional | 7/11/23 7/10/23 7/9/23 7/11/23 7/9/23 | Echo [Limited] Echo Complete Cardiac Cath XR Chest XR Chest |
| 2 | Lynchburg General Hospital | 11/1/23 8/23/23 8/23/23 3/2/22 3/2/22 9/29/13 | MRI Cardiac Morph US ED Pocus Cardiac Transthoracic XR Chest Decompression/Discectomy MRI Spine Lumbar CR DXR Hand right |

## *Case Summary*

At the time of the events in question on 8 July 2023, Mr. Chad Reeves (b. 28 October 1985) was a 38-year-old firefighter from western Virginia. While on a Carnival Cruise, he suffered chest discomfort and was swiftly diagnosed by medical staff as having an anterior wall ST segment elevation myocardial infarction (STEMI) with reciprocal changes in the inferior ECG leads, which is an

3

Reeves/Drahos

ECG pattern that indicates acute thrombotic closure of the LAD (left anterior descending coronary artery) that nourishes the front region of the left ventricular muscle with oxygenated blood and nutrients. The reciprocal changes are considered to be reflective of a large region of jeopardized heart muscle (myocardium). Mr. Reeves had experienced an episode of COVID one month prior to these events. He had also received COVID vaccines.

If a cardiac catheterization laboratory is available, PCI (percutaneous coronary intervention using balloon and stent to open the occluded artery and restore blood flow) is preferred, with a door to balloon time frame optimally 90 minutes (time of entry to medical care until the time of the first therapeutic balloon inflation in the coronary artery). When both are available, PCI for STEMI is preferable to thrombolytic (clot dissolving) medical therapy because the former has a higher success rate (98-99% versus 50-70% when patients are treated within the 90-minute time limit) with less frequent and severe bleeding complications when contrasted against thrombolytic therapy. However, throughout most of the world (whether at sea or on land), easy and timely access to a cardiac catheterization laboratory usually is not available for STEMI patients, so therefore thrombolytic therapy (using various forms of tPA [tissue plasminogen activator]) remains the global standard of care.

4

Reeves/Drahos

Therefore, Mr. Reeves having reported a brief sentinel episode of chest discomfort at 9 AM that day, then recovery, then a sustained symptom at 6 PM, reporting for medical treatment at 7 PM, he was appropriately administered reteplase in the correct dosing sequence after acquisition of informed consent for treatment. He received the proper adjunctive therapies, including low molecular weight heparin, aspirin, and a second anti-platelet agent clopidogrel, in addition to supplemental oxygen, morphine, the beta-blocker metoprolol, and the lipid-modifying agent simvastatin. His initial troponin measurement (biochemical marker of heart muscle injury) was 0.01 ng/ml, later rising to 3.45 ng/ml. This troponin trend pattern, beginning at a value of essentially zero, suggested that Mr. Reeves had indeed sought medical attention promptly.

Until subsequent coronary angiography is performed, it is sometimes difficult to know if thrombolytic therapy has achieved successful artery opening. In the initial hours of observation aboard ship, Mr. Reeves reported that his chest discomfort was significantly reduced, and the ST elevations on ECG improved, while reciprocal ECG changes resolved. The chest discomfort recurred later in a lesser

Reeves/Drahos

degree, yet he was symptom free after the ship arrived at Nassau where he was transferred by air ambulance (Jet ICU) to Osceola Hospital in Orlando FL.

Initially, Mr. Reeves was observed at Osceola Hospital without acute intervention, yet recurrence of chest discomfort led to cardiac catheterization, coronary angiography, and successful PCI of the LAD, which appeared fully occluded at the time of the procedure.

Inspection of the 2024 medical records and athletic training records show that he is doing well on guideline directed medical therapy, has a moderately reduced left ventricular ejection fraction (37%, a measure of the efficiency of the pumping function of the left ventricle, normal greater than 55%), and has returned full time to his job as firefighter.

### *Specific Opinions*

1.  The standard of care for a confirmed STEMI is to open the occluded artery as soon as possible. As outlined above, the two options are thrombolytic therapy or cardiac catheterization with PCI. Timely administration of thrombolytic therapy offers a 50-70% success rate and was the best (and, realistically, the only) option for Mr. Reeves under these circumstances.

6

Reeves/Drahos

2. Cardiac catheterization with PCI offers optimal results when the affected artery is opened within 90 minutes of the presentation of the STEMI event. However, when accounting for time of transfer, along with necessary hospital administration and patient work up, Mr. Reeves would have needed to be delivered to a hospital capable of performing such services within 30-60 minutes of his presentation to the ship's medical center. In other words, assuming Mr. Reeves' STEMI occurred within close proximity to his arrival to the ship's Medical Center at 6:57 PM (sustained symptoms began at or after 6 PM), he would have needed to be delivered to a shoreside cardiac catheterization laboratory by 7:30 PM in order to have any chance of opening his artery within 90 minutes of his presentation to the door of the ship-board medical facility.  Catheterization with PCI performed within 2-4 hours of a STEMI may provide some benefit but will still result in decreased left ventricular function. Cardiac catheterization with PCI performed after 4-6 hours of STEMI presentation is expected to result in significantly lessened benefit with regard to future left ventricular pumping function.

3. It cannot be stated within a reasonable degree of medical probability that the thrombolytic treatment Mr. Reeves received on board ship did not work. In this instance it was timely and appropriately given, with correct pharmacologic adjuncts, and it was perfectly reasonable for the ship's medical staff to give the

7

Reeves/Drahos

medication time to take effect. Reciprocal changes in the inferior leads improved, with some mitigation in the elevation of ST segments in the anterior ECG leads. Moreover, most importantly, Mr. Reeves' became transiently pain free with an occasional need for morphine for milder recurrent chest discomfort. He was ultimately delivered in stable condition to Osceola Regional Medical Center, where physicians opted to administer medication and monitor his condition in lieu of immediate cardiac catheterization and PCI. It was only after he subsequently developed recurrent chest discomfort at Osceola that the plan of care was altered such that he was taken to the cardiac catheterization laboratory where a total complete occlusion of the proximal LAD artery was confirmed and treated using PCI. It is not entirely clear, nor can it ever be stated within reasonable probability, whether the thrombolytic therapy given aboard the ship worked initially and the vessel re-thrombosed (as it sometimes happens in the first couple of days post STEMI) or whether it never really opened at all. However, it is undisputed that he was not immediately taken to the cardiac catheterization laboratory upon arrival to Osceola Regional Medical Center. Hence, to the extent any experts for the Plaintiff were to attribute any purported loss of heart function to a delay in catheterization, it would be impossible to definitively attribute such purported damages exclusively to Carnival.

8

Reeves/Drahos

4. In this instance, given the multiple restrictive considerations (time, geography, distance, weather), it cannot be stated within a reasonable degree of medical probability that cardiac catheterization with PCI would have resulted in any better outcome than the thrombolytic therapy he received aboard the Carnival vessel, whereas in fact the thrombolytic therapy created the opportunity for earlier artery opening compared against a delayed cardiac catheterization and PCI. Medical records received from Mr. Reeves' current treating physicians indicate that his ejection fraction under good medical therapy is up to 37%. He is also back to work and fully capable of performing as a firefighter without restriction. This would be considered a good outcome in response to a timely cardiac catheterization with PCI or thrombolytic therapy.

5. Had I been consulted on the date in question by the ship's medical staff, I would not have recommended Mr. Reeves be airlifted from the vessel. First, the stress and trauma associated with a helicopter hoist at sea is significant and could have caused a serious cardiac arrhythmia (such as ventricular tachycardia or ventricular fibrillation) in and of itself. Regardless, given the significant distance between the ship and the shore at the time, along with the storm conditions and estimated delays outlined by (Ret.) Captain Rick Kenin in his expert report, there was no chance that Mr. Reeves could have been delivered to a shoreside cardiac catheterization laboratory in enough time to

Reeves/Drahos

result in any additional therapeutic benefit beyond what he was already receiving via thrombolytic therapy. Instead, the far more medically prudent option was to keep him in the ship's medical center under the close observation of two medical physicians until he could be safely transported to shore the following morning in stable condition via an air ambulance.

6. If Mr. Reeves were my patient, I would advise him that he is most fortunate to be well and employed, as is his current situation, considering the above circumstances. He was treated appropriately throughout the course of the voyage, and I do not believe there is any basis to attribute any damages to any action or inaction or purported delays on the part of the ship's medical staff.

**_Basis of Opinions_**

The foregoing opinions are offered to a reasonable degree of medical certainty, are based on my education and training and thirty-three years of experience as a General and Interventional Cardiologist (with Board Certifications in General Cardiovascular Medicine, Interventional Cardiology, and a Diplomate Certificate as a Clinical Hypertension Specialist) at a major academic medical center.

Reeves/Drahos

As noted above, in summary my pertinent clinical experience encompasses continuous certification by the American Heart Association in Basic Cardiac Life Support and Advanced Cardiac Life Support, as well as attendance and supervision of cardiopulmonary resuscitation events spanning Medical School, Internship, Residency, Fellowship, and Attending Physician roles in the Field, Outpatient, Emergency Department, Hospital Ward, Operating Room, Medical Intensive Care Unit, Surgical Intensive Care Unit, Cardiothoracic Surgical Intensive Care Unit, Cardiac Intensive Care Unit, and Cardiac Catheterization Laboratory settings, in the years 1980 to the present (2024). In addition, the above opinions may be amended or modified if added information becomes known, or to respond to questioning upon cross-examination.

Best regards,

John F. Setaro, M.D., F.A.C.C.
Associate Professor of Medicine (Cardiovascular)
Yale University School of Medicine

11

**CURRICULUM VITAE [revised 1 Jan 2018]**

**Name:**          **John F. Setaro. M.D., F.A.C.C., F.S.C.A.I.**

**Rank:**          **Associate Professor of Medicine**
**Director, Cardiovascular Disease Prevention Center**
**Yale University School of Medicine**

**Section:**          **Cardiovascular Medicine**

**Education:**   Boston University/ Boston University School of Medicine
BA/MD Liberal Arts/Medical Education Program          1983

**Career:**   Intern, Internal Medicine, Yale-New Haven Hospital          1983-84
Resident Physician, Internal Medicine, Yale-New Haven          1984-86
Research Fellow, Nuclear Cardiology, Yale School of Medicine &
West Haven Veterans Affairs Medical Center; Clinical and
Research Fellow in Hypertension and Preventive Cardiology          1986-88
Clinical Fellow in Cardiovascular Medicine          1988-90
Clinical and Research Fellow in Interventional Cardiology          1990-92
Assistant Professor of Medicine (Cardiovascular)          1992-98
Director, Yale Cardiovascular Disease Prevention Center          1992-
Attending Physician, Yale-New Haven Hospital          1992-
Attending Physician, Yale Cardiac Catheterization Laboratory          1992-
Attending Physician, West Haven Veterans Affairs Hospital          1992-
Attending Physician, W. Haven VA Catheterization Laboratory          1992-
Attending Physician, Greenwich Hospital          2005-
Attending Physician, Greenwich Hospital Cardiac Cath Lab          2005-
Attending Physician, Lawrence & Memorial Hosp. New London          2006-
Attending Physician, Lawrence & Memorial Hosp. Cath Lab          2006-

**Board Certification:**

American Board of Internal Medicine          1987
Cardiovascular Disease          1991
Certified Clinical Hypertension Specialist,
American Society of Hypertension          1999
Interventional Cardiology          2003

**Professional Honors or Recognition:**

A)          National Institutes of Health Preventive Cardiology Academic Award          1992-3
Fellow, American College of Cardiology          1995
Fellow, Society for Cardiovascular Angiography and Interventions          2006
Member, Sigma Xi Society for Scientific Research
Member, American Heart Association Council on High Blood Pressure Research
Member, American Heart Association Council on Clinical Cardiology
Member, Laennec Society
Member, American Medical Association
Member, American Association for the Advancement of Science

1

Member, New England Lipid Study Group
Member, American Society of Hypertension
Member, American Society for Preventive Cardiology

B)     Society of School Librarians International *Honor Book*
For Hyde MO, **Setaro JF**. *Alcohol 101: An Overview for Teens*     1999

New York Public Library Award *Best Books for the Teen Age*
For Hyde MO, **Setaro JF**. *Medicine's Brave New World:*
*Bioengineering and the New Genetics*     .     2002

New York Public Library Award *Best Books for the Teen Age*
For Hyde MO, **Setaro JF**. *Drugs 101: An Overview for Teens*     2003

National Science Teachers Association/Children's Book Council
*Outstanding Science Trade Books for Students K-12*
For Hyde MO, **Setaro JF**. Smoking 101: An Overview for Teens     2006

Connecticut Magazine Cited Top Docs for Women (Cardiology) List     2006

Connecticut Magazine Cited Top Doctors (Cardiology) List     2009

New Haven Living Magazine Best Doctors (Cardiovascular Disease)     2017

**Professional Service:**

Past District Representative, American College of Cardiology, Connecticut Chapter
Member, Fellowship Selection Committee, Cardiovascular Medicine, Yale School of Medicine
Grant Reviewer, The Donaghue Foundation
Affiliated Faculty Member, Rudd Center for Food Policy and Obesity, Yale University
Global Cardiovascular Advisor, Americares, Stamford CT
Co-Founder, Hypertension Education Foundation Annual Yale Grand Rounds of Medicine Moser
    Memorial Lecture and Visiting Professorship

**Editor-in-Chief**
Connecticut Cardiologist. The Newsletter of the American College of Cardiology Connecticut
Chapter (2000-2008)

**Editorial Board Member:**
Journal of Clinical Hypertension
The Medical Roundtable     .

**Editorial Reviewer:**
American Heart Journal
American Journal of Cardiology
American Journal of Preventive Medicine
Archives of Internal Medicine
Blood Pressure Monitoring
Case Reports in Medicine
Catheterization and Cardiovascular Diagnosis
Clinical Cardiology

2

European Heart Journal
Journal of the American College of Cardiology
Journal of Clinical Epidemiology
Journal of Clinical Hypertension
International Journal of cardiology
The Medical Roundtable
Yale Journal of Biology and Medicine


**CLINICAL ACTIVITIES**

**Coronary Care Unit Attending Physician (Yale-New Haven Hospital)**

**Cardiology Consult Attending Physician (Yale-New Haven Hospital, Greenwich Hospital)**

**Clinical and Interventional Cardiac Catheterization Laboratory (Yale-New Haven Hospital, West Haven VA Medical Center, Greenwich Hospital, Lawrence and Memorial Hospital)**

**Outpatient Clinical Cardiology/Cardiovascular Disease Prevention (Yale Shoreline Office Branford Office, Greenwich Hospital Office)**

**Outpatient Clinical Ambulatory Blood Pressure Monitoring Service (Greenwich Hospital Office)**

**Subject Matter Expert, Catheterization Laboratory, Corporate Contracting, Yale-New Haven Health System Corporation, Northeast Purchasing Consortium**


TEACHING ACTIVITIES
**Physician Associate**
Director, Cardiovascular Medicine Course, Master's Degree Program
Faculty Thesis Advisor, Yale Physician Associate Master's Degree Program

**Medical Student**
Faculty Mentor, Yale School of Medicine First and Second Year Students
Lecturer and Seminar Leader, 2nd Year Cardiovascular Disease Prevention Module
Discussant, Teaching Rounds, New York Medical College Students, Greenwich Hospital
Coordinator, Hypertension Session, Ambulatory Medicine 4th Year Clerkship

**Resident**
Coronary Care Unit Attending Physician
Cardiology Consult Attending Physician
House Staff Lecture Series
Peer Teaching Advisor
Faculty Mentor, Yale Internal Medicine Residency Training Program
Faculty Mentor, Greenwich Hospital Residency Program
Discussant, Monthly Cardiac Catheterization Conference, Greenwich Hospital

3

Cardiology Rotation Preceptor, Integrative Medicine Residency Program, Integrative Medicine Residency Center at Griffin Hospital and the University of Bridgeport College of Naturopathic Medicine

### Fellow
Coronary Care Unit Attending Physician
Cardiology Consult Attending Physician
Clinical and Interventional Cardiac Catheterization Laboratory (Yale and West Haven VA)
Clinical Cardiology Fellows Lecture Series
Outpatient Clinical Cardiology/Cardiovascular Disease Prevention (Yale Branford Office)
Interventional Cardiology Fellows Lecture Series

### Postgraduate
Graduate Medical Education Lecture Series
Yale Affiliated Programs Lecture Series
Educational Advisor, Heart Disease Reversal Program at Griffin Hospital

## Senior Faculty Mentor to Junior Faculty, Section of Cardiovascular Medicine:
Sarah C. Hull MD MBE

## Postdoctoral Fellows: scholarly work performed under my guidance during past 15 years:
- David J Clark MD
- Philip Stockwell, MD
- Dennis Ko, MD
- Mikhail Kosiborod MD
- David Goldberg MD
- David Drucker, MD
- Habib Samady, MD
- J. Dawn Abbott, MD
- Seth Sokol, MD
- Nasir Azimi, MD
- Gaby Weissman, MD
- Jared Selter, MD
- Zakir Sahul, MD
- Kathleen Stergiopoulos, MD
- Meyeon Park, MD
- Katarzyna Hryniewicz, MD
- Gregory M. Singer, MD
- Seth Lessner, MD
- Ather Ali, M.D.
- Kristen Rake, MD
- Marcin Bujak, MD
- Erik Stilp, MD
- Stephanie Meller, MD
- Brian Agbor-Etang, MD
- Natalya Teslya, MD

## Medical Student MD Thesis Reviewer
Wookie Hong MD

4

**Student Thesis advisor**
- o   Christine O'Neill PA-C


**Bibliography:**

**Peer-reviewed original research**
Schwartz RG, McKenzie WB, Alexander J, Sager P, D'Souza A, Manatunga A, Schwartz PE, Berger HJ, Wackers FJTh, Surkin L, **Setaro J,** Zaret BL. Congestive heart failure and left ventricular dysfunction complicating doxorubicin therapy. Seven-year experience using serial radionuclide angiocardiography.  Am J Med 1987; 82:1109-18.

**Setaro JF**, Zaret BL, Schulman DS, Black HR, Soufer R. Usefulness of verapamil for congestive heart failure associated with abnormal left ventricular diastolic filling and normal left ventricular systolic performance. Am J Cardiol 1990;66:981-6.

Chen CC, Hoffer PB, Vahjen G, Gottschalk A, Koster K, Zubal IG, **Setaro JF,** Roer DA, Black HR. Patients at high risk for renal artery stenosis: a simple method of renal scintigraphic analysis with Tc-99m DTPA and captopril. Radiology 1990; 176:365-70.

**Setaro JF,** Saddler MC, Chen CC, Hoffer PB, Roer DA, Markowitz DM, Meier GH, Gusberg RJ, Black HR. Simplified captopril renography in diagnosis and treatment of renal artery stenosis. Hypertension 1991; 18:289-98.

**Setaro JF,** Chen CC, Hoffer PB, Black HR. Captopril renography in the diagnosis of renal artery stenosis and the prediction of improvement with revascularization. The Yale Vascular Center experience. Am J Hypertens 1991; 4(12 Pt 2):698S-705S.

Black HR, Bourgoignie JJ, Pickering T, Svetkey L, Saddler MC, **Setaro JF**, Textor SC. Captopril Renography: Report of the Working Party Group for Patient Selection and Preparation. Am J Hypertens 1991; 4(12 Part 2):745S-746S.

**Setaro JF**, Remetz M, Perlmutter RA, Zaret BL, Soufer R. Long-term outcome in patients with congestive heart failure and intact systolic left ventricular performance. Am J Cardiol 1992; 69:1212-1216.

Ilia R, Kolansky D, **Setaro J**, Brennan J, Cabin H, Cleman M, Remetz M. Percutaneous transluminal coronary angioplasty in unstable and stable angina pectoris. A comparison of immediate success and complications. Cardiol 1992:81:245-250.

Ilia R, Kolansky D, **Setaro J**, Brennan J, Cabin H, Cleman M, Remetz M. Percutaneous transluminal coronary angioplasty in the elderly. Initial results and complications. Cardiol Elderly 1993:1:29-33.

Ilia R, Kolansky D, **Setaro J**, Brennan J, Cabin H, Cleman M, Remetz M. Clinical and angiographic determinants of initial percutaneous transluminal coronary angioplasty success. Angiology 1993; 677-682.

5

Dey HM, Hoffer PB, Lerner E, Zubal IG, **Setaro JF**, Black HR. Quantitative Analysis of the 99mTc-DTPA captopril renogram. Contribution of washout parameters to the diagnosis of renal artery stenosis. J Nucl Med 1993; 34:1416-1419.

Meier GH, Sumpio B, **Setaro JF,** Black HR, Gusberg RJ. Captopril renal scintigraphy: a new standard for predicting outcome after renal revascularization. J Vasc Surg 1993; 17:280-5; 285-7.

Isaacasohn JI**, Setaro JF**, Nicholas C, Davey JA, Diotalevi LJ, Christianson DS, Liskov E, Stein EA, Black HR. Lovastatin therapy lowers plasminogen activator inhibitor-1 levels in hypercholesterolemic patients. Am J Cardiol 1994;74:735-737.

Caulin-Glaser T, Farrell W, Bunger K, **Setaro JF**, et al. Modulation of circulating cellular adhesion molecules by estrogen in post-menopausal women with coronary artery disease. J Am Coll Cardiol 1998; 31:1555-1560.

Margolin A, Avants SK, **Setaro JF**, Rinder HM, Grupp L. Cocaine, HIV, and their cardiovascular effects: Is there a role for ACE-inhibitor therapy? Drug and Alcohol Dependence 2000; 61:35-45.

Vaccarino V, Berger AK, Abramson J, Black HR, **Setaro JF**, Davey JA, Krumholz HM. Pulse pressure and risk of cardiovascular events in the Systolic Hypertension in the Elderly Program. Am J Cardiol 2001; 88; 980-986.

Clark DJ, Cleman MW, Pfau SE, Rollins SA, Ramahi TM, Mayer C, Caulin-Glaser T, Daher E, Kosiborod M, Bell L, **Setaro JF**. Serum complement activation in congestive heart failure. Am Heart J 2001; 141:684-690.

Masoudi FA, Wang Y, Inzucchi SE, Foody JM, **Setaro JF**, Havranek EP, Krumholz HM. Metformin and thiazolidinedione use in Medicare patients with heart failure. JAMA 2003; 290:81-85.

Patel PB, Pfau SE, Cleman MW, Brennan JJ, Howes C, Remetz M, Cabin HS, **Setaro JF**, Rinder HM. Comparison of coronary artery specific leukocyte-platelet conjugate formation in unstable versus stable angina pectoris. Am J Cardiol 2004; 93:410-413.

Inzucchi SE, Masoudi FA, Wang Y, Kosiborod M, Foody JM, **Setaro JF**, Havranek EP, Krumholz HM. Insulin Sensitizing Anti-Hyperglycemic Drugs and Mortality after Acute Myocardial Infarction: Insights from the National Heart Care Project. Diabetes Care 2005; 28:1680-1689.

Singer GM, **Setaro JF,** Curtis JP, Remetz MS. Distal embolic protection during renal artery stenting: impact on hypertensive patients with renal dysfunction. J Clin Hypertens 2008; 10:830-836.

Singer GM, Remetz MS, Curtis JP, **Setaro JF**. Impact of baseline renal function on outcomes of renal artery stenting in hypertensive patients. J Clin Hypertens 2009; 11:615-620.

Jovin IS, Lei L, Huang Y, Hao Z, Curtis JP, Brennan JJ, Remetz MS, **Setaro JF**, Pfau SE, Howes CJ, Clancy JF, Cabin HS, Cleman MW, Giordano FJ. Cellularity and structure of fresh human coronary thrombectomy specimens: Presence of cells with markers of progenitor cells. J Cell Mol Med 2012; 16:3022-3027.

Bujak M, Stilp E, Meller SM, Cal N, Litsky J, **Setaro JF**, Mena C. Dysautonomic responses during percutaneous carotid intervention. Principles of Physiology and Management. Catheter Cardiovasc Interv 2015; 85:282-291.

### Case Reports, Technical Notes, Letters
Winn HN, **Setaro JF**, Mazor M, Reece EA, Black HR, Hobbins JC. Severe Takayasu's arteritis in pregnancy: the role of central hemodynamic monitoring. Am J Obstet Gynecol 1988; 159:1135-6.

**Setaro JF**. What the news means to you: Study shows blood pressure control vitally important. Cardiac HealthLink, Yale-New Haven Hospital, November 8, 2000. www.ynhh.org/healthlink

**Setaro JF**. Editor's Notes: Can computers help to reduce medical errors? Connecticut Cardiologist. Fall 2000. Vol 6.

**Setaro JF**. What the news means to you: U.S. cholesterol panel backs wide drug treatment. Cardiac HealthLink, Yale-New Haven Hospital, July 1, 2001. www.ynhh.org/healthlink

**Setaro JF**. Editor's Notes: When less is more. Aiming low to prevent cardiovascular disease. Connecticut Cardiologist Fall 2001. Vol 7.

**Setaro JF**. Editor's Notes: Recertification. Securing quality of care or harassing the medical public? Connecticut Cardiologist Fall 2002. Vol 8.

Abbott JD, Curtis JP, Murad K, Kramer HM, Remetz MS, **Setaro JF**, Brennan JJ. Spontaneous coronary artery dissection in a woman receiving 5-Fluorouracil. A case report. Angiology 2003; 54:721-724.

Brown H, Goldberg PA, Selter JG, Cabin HS, Marieb NJ, Udelsman R, **Setaro JF**. Hemorrhagic pheochromocytoma associated with systemic corticosteroid therapy and presenting as myocardial infarction with severe hypertension. J Clin Endocrin Metab 2005; 90:563-569.

**Setaro JF** Authors' Response: Pheochromocytoma, steroids, and myocardial infarction (letter). J Clin Endocrinol Metab 2005; 90:3802-3804.

Moser M, **Setaro J**. Authors' Reply: Resistant or difficult to control hypertension (letter). N Engl J Med 2006; 355(18):1934.

Singer GM, **Setaro JF**. Preventive cardiology: Continuing controversy over initial and combination antihypertensive therapy: The ASCOT Trial. Connecticut Cardiologist Winter 2006 www.ccacc.org

7

Azimi NA, Selter JG, Abbott JD, Cabin HS, Huttner A, Copel J, **Setaro JF**. Angiosarcoma in a pregnant woman presenting with pericardial tamponade: A case report and review of the literature. Angiology 2006; 57:251-7.

Singer GM, **Setaro JF**. Preventive Cardiology: Update in Cardiovascular Disease Prevention: Contemporary views on the role of antihypertensive agents in the development or prevention of new onset diabetes. Connecticut Cardiologist Summer 2006 www.ccacc.org

Singer GM, **Setaro JF**. Update in Cardiovascular Disease Prevention:  Perspectives on Statin-related Myopathy. Connecticut Cardiologist Fall 2006 www.ccacc.org

Weissman G, Kwon CC, Shaw RK, **Setaro JF**. Free-wall rupture of the myocardium following infarction: a changing clinical portrait in the reperfusion era: a case report. Angiology 2006; 57(5):636-642.

Singer GM, **Setaro JF**. LDL and HDL Cholesterol: Back to the Future. Connecticut Cardiologist E-Newsletter. Connecticut Chapter of the American College of Cardiology: Spring 2007 www.ccacc.org

Shahabi S, Smith NA, Chanana C, Abbott JD, Copel J, **Setaro JF**. Pregnancy-associated myocardial infarction: A report of two cases and review of the literature. Uppsala J Med Sci 2008; 113(3):325-330.

Stergiopoulos K, Brennan JJ, Matthews R, **Setaro JF**, Kort S. Anabolic steroids, acute myocardial infarction, and polycythemia: A case report and review of the literature. J Vasc Health and Risk Management 2008; 4(6):1475-1480.

Park M, Hryniewicz K, **Setaro JF**. Pheochromocytoma presenting with myocardial infarction, cardiomyopathy, renal failure, pulmonary hemorrhage, and cyclic hypotension: Case report and review of unusual presentations of pheochromocytoma. J Clin Hypertens 2009; 11:74-80.

Meller SM, Fahey JT, Asch W, **Setaro JF**, Forrest JK. Multi-drug resistant hypertension: A case of severe aortic coarctation presenting in late adulthood. J Clin Hypertens 2015:1-4.

Teslya N, McLeod GX, Jayasuriya SN, Howes CJ, Steiner B, **Setaro JF**. Takotsubo stress cardiomyopathy in a patient with influenza. Transient resolution of mitral valve prolapse during acute phase of Takotsubo cardiomyopathy. BMJ Case Reports 2018 (In Press).

**Editorials, Reviews, Multimedia, Chapters, Books:**
**Setaro JF**.  Black HR. Hypertension and neurofibromatosis: secondary causes. Connecticut Medicine 1987; 51:223-225.

**Setaro JF**. Microx for hypertension. Medical Letter 1988; 30:63-64.

**Setaro JF**, Black HR, Moser M. Potassium maintenance in hypertensive patients receiving diuretics: is it indicated in all cases? In: Fortuin N (ed) Debates in Medicine. Chicago, Yearbook Medical Publishers, 1988, 147-158, 162-163.

**Setaro JF**, Black HR. Antihypertensive treatment: monotherapy and beyond. Consultant 1989; 29:88-103.

**Setaro JF**, Moser M. Hypertension evaluation: workup of newly diagnosed disease. Consultant 1990; 30:21-30.

Moser M, **Setaro JF**. Antihypertensive drug therapy and regression of left ventricular hypertrophy: a review with a focus on diuretics. Eur Heart J. 1991; 12:1034-9.

**Setaro JF**, Black HR. Refractory hypertension. N Engl J Med 1992; 327:543-547.

**Setaro JF,** Cabin HS. Right ventricular infarction. Cardiology Clinics. 1992; 10:69-90.

**Setaro JF,** Cleman MW, Remetz MS. The right ventricle in disorders causing pulmonary venous hypertension. Cardiology Clinics. 1992; 10:165-83.

**Setaro JF**. Cardiac physiology. In: Bone R (ed). Pulmonary and Critical Care Medicine, Vol I. St. Louis, Mosby, 1994, p.1-24.

**Setaro JF**. Acute management of valvular heart disease. In: Elefteriades JA (ed). House Officer Guide to ICU Care (2nd edition). New York, Raven Press, 1994, 145-166.

**Setaro JF**. Treatment of drug resistant hypertension. Hospital Medicine April 1995:45-48.

**Setaro JF**, Moser M. Hypertension: what to include in a cost-effective office workup. Consultant 1995; 35:957-964.

**Setaro JF**. Hypertension management: CD-ROM Slide Lecture Series. Medical Editor-in-Chief. Clinical Communications, Inc. Greenwich CT 1996.

**Setaro JF**. Hypertension. In: Zaret BL (ed). The Yale University School of Medicine Patient's Guide to Medical Tests. New York, Houghton-Mifflin, 1997, p. 437-446.

Caulin-Glaser T, **Setaro JF**. Cardiovascular disease. In: Burrow G, Duffy T (eds). Medical Complications During Pregnancy (5th ed.). Philadelphia, WB Saunders, 1999, p.111-133.

Rosenblatt M, **Setaro JF**. Management of periprocedural hypertension. In: Murphy TP, Benenati JF, Kaufman JA (eds.) Patient Care in Interventional Radiology. Fairfax, Virginia: Society of Cardiovascular & Interventional Radiology, 1999, p.165-192.

Hyde MO, **Setaro JF**. *Alcohol 101: An Overview for Teens*. Twenty-First Century Books/Millbrook Press, Brookfield, CT, 1999.

**Setaro JF**, Blum MS (eds.). A Clinical Slide Compendium: A Focus on Lipid Disorders CD-ROM Slide Lecture Series. Greenwich CT, Clinical Communications, Inc., 1999.

**Setaro JF**. The circulatory system. Encarta99 CD-ROM/Encyclopedia. Redmond, WA: Microsoft 1999.

Drucker D, **Setaro JF**. Valvular heart disease. Mitral stenosis. In: Chang JB (ed). Textbook of Angiology. New York: Springer-Verlag, 2000, p.318-321.

9

Samady H, **Setaro JF**. Valvular heart disease. Mitral regurgitation. In: Chang JB (ed). Textbook of Angiology. New York: Springer-Verlag, 2000, p.322-327.

Elefteriades JA, **Setaro JF**. Valvular heart disease. Treatment of mitral valve disease. In: Chang JB (ed). Textbook of Angiology. New York: Springer-Verlag, 2000, p.334-346.

**Setaro JF.** An update on the diagnostic evaluation of the hypertensive patient. J Clin Hypertens 2000; 2:25-32.

Hyde MO, **Setaro JF**. *When the Brain Dies First*. Grolier Press, Danbury, CT, 2000.

Stockwell P, **Setaro JF.** Clinical uses of transesophageal echocardiography. Resident and Staff Physician 2000; 46:39-46.

**Setaro JF**. The hypertensive heart: New observations and evolving therapeutic imperatives. J Clin Hypertens 2001; 3:14-15.

Hyde MO, **Setaro JF**. *Medicine's Brave New World: Bioengineering and the New Genetics*. Millbrook Press, Brookfield, CT, 2001.

Perazella M, **Setaro JF**. Renin-angiotensin-aldosterone system: Fundamental aspects and clinical implications in renal and cardiovascular disorders. J Nucl Cardiol 2003; 10:184-196.

Hyde MO, **Setaro JF**. *Drugs 101: A Guide for Young People and Their Families*. Millbrook Press, Brookfield, CT, 2003.

**Setaro JF**. Congestive heart failure therapy. Questions physicians often ask. Consultant 2003; 43:745-749.

Brewster UC, **Setaro JF**, Perazella MA. The renin-angiotensin-aldosterone system: Cardiorenal effects and implications for renal and cardiovascular disease states. Am J Med Sci 2003; 326(1):15-24.

**Setaro JF**, Abbott BA, Margolin A. HIV, Cocaine, and the Heart. In: Watson RR (ed). AIDS and Heart Disease. New York: Marcel Dekker, Inc., 2004, pp. 55-70.

Moser M, **Setaro JF**. Continued importance of diuretics and beta-adrenergic blockers in the management of hypertension. Med Clin N America 2004:88:167-187.

**Setaro JF,** Caulin-Glaser T. Cardiovascular disease. In: Burrow G, Duffy T, Copel J (eds). Medical Complications during Pregnancy (6th ed.). Philadelphia: Elsevier, 2004.

Sokol SI, Portnay EL, Curtis JP, Nelson MA, Hebert PR, **Setaro JF**, Foody JM. Modulation of the renin-angiotensin-aldosterone system for the secondary prevention of stroke. Neurology 2004; 63:208-213.

Hyde MO, **Setaro JF**. *Smoking 101: An Overview for Teens*. Minneapolis: Twenty First Century Books, 2005.

Singer GM, **Setaro JF**. The ALLHAT (The Antihypertensive and Lipid-Lowering to Prevent Heart Attack Trial) Study: Implications for the management of resistant hypertension. J Clin Hypertens 2005; 7:31-32.

Weissman G, Kwon C, Shaw RK, **Setaro JF**. Myocardial rupture following infarction: A changing clinical portrait in the reperfusion era. Angiology 2006; 57:636-642.

Curtis JP, **Setaro JF**. Stenting in coronary angioplasty. In: Handler C, Cleman M (eds). Classic Papers in Coronary Angioplasty. London: Springer-Verlag Ltd, 2006, pp.116-139.

Singer GM, **Setaro JF**. Management of Hypertension: Implications of JNC 7. In: Foody JM (ed). Preventive Cardiology. Insights into the Prevention and Treatment of Cardiovascular Disease (2nd ed.) Humana Press, 2006, pp.93-112.

**Setaro JF**. Resistant Hypertension. In: Black HR, Elliott W (eds). Clinical Hypertension: A Companion to Braunwald's Heart Disease. Philadelphia, Elsevier/WB Saunders, 2006, pp. 498-511.

Moser M, **Setaro JF.** Resistant or difficult-to-control hypertension. N Engl J Med 2006; 355:385-392.

**Setaro JF**, Moser M. Diuretics. In: Lip G, Hall J (eds). Comprehensive Hypertension. Philadelphia, Mosby/Elsevier, 2007, pp. 949-957.

Singer GM, **Setaro JF**, Black HR. Goal oriented hypertension management in diabetic and non-diabetic patients. In: Carey R (ed). Hypertension and Hormone Mechanisms: Conn's Concepts in Endocrinology Text Series. Humana Press, 2007.

Singer GM, **Setaro JF**. Secondary hypertension: obesity and the metabolic syndrome. J Clin Hypertens 2008; 10:567-574.

Gonzalez-Santos L, Elliott WJ, **Setaro JF**, Black HR. Resistant Hypertension. In: Black HR, Elliott W (eds). Hypertension: A Companion to Braunwald's Heart Disease. Philadelphia, Elsevier/WB Saunders, 2013, pp. 378-384.

**Setaro JF**. Acute management of valvular heart disease. In: Elefteriades JA (ed). House Officer Guide to ICU Care (3rd edition). New York, Raven Press, 2013.

Agbor-Etang BB, **Setaro JF**. Management of Hypertension in Patients with Ischemic Heart Disease. Curr Cardiol Rep 2015;17:119.

**Setaro JF**. Renovascular disease. In: Mena C, Jayasuriya (eds). Peripheral Vascular Disease. A Clinical Approach. Philadelphia: Wolters Kluwer 2018 (In Press).

Agbor-Etang BB, **Setaro JF**. Clinical approach to peri-procedural hypertension. Guide to contemporary management (Submitted) 2018.

**Setaro JF**. History of Cardiac Intervention. Special Issue: Advances in Interventional Cardiology and Vascular Medicine. J Clin Med (Submitted 2018).

11

**INVITED PRESENTATIONS**

4.8.98 Co Chair. NHLBI Sponsored Symposium: Update on the Management of Hypertension. Yale University School of Medicine, New Haven, CT

11.1.99 Ambulatory Blood Pressure Monitoring. Yale Cardiology Network: Cardiovascular Clinical Learning Day. New Haven CT.

8.24.00 Greenwich Hospital Residents Conference: Challenging Cases in Hypertension. Greenwich CT

10.31.00 Resistant Hypertension. Hospital of St. Raphael Medical Grand Rounds, New Haven CT

11.1.00 Faculty Moderator, Roundtable Discussion: Management of Acute Coronary Syndromes. Connecticut Chapter of the American College of Cardiology, New Haven, CT.

11.17.00 Yale University School of Medicine Section of Cardiovascular Medicine Symposium: Is There a Difference? Women and Heart Disease. Lecture: **Setaro JF**: Cardiovascular Disease Prevention in Women: Beyond Estrogen Therapy. Yale University School of Medicine, New Haven CT.

3.13.01 Managing Difficult Hypertension. Yale Health Plan Grand Rounds, Yale University, New Haven CT

3.16.01 Preoperative Evaluation of the Surgical Patient. Norwalk Hosp Resident Teaching Conference. Norwalk CT.

3.21.01 Managing Difficult Hypertension. Norwalk Hospital Cardiology Conference, Norwalk CT

3.26.01 Right Ventricular Myocardial Infarction: Clinical Recognition and Management Bridgeport Hospital Cardiology Conference, Bridgeport CT.

3.30.01 Cardiac Arrhythmia and Sudden Death in Obstructive Sleep Apnea. Northeastern Sleep Society 2001 Symposium on Health Consequences of Sleep Disorders, Yale University, New Haven CT.

5.8.01  Approach to Resistant Hypertension. Grand Rounds of Medicine, Backus Hospital, Norwich CT.

6.7.01  Cardiovascular Disease Prevention in the HIV/AIDS Population. HIV/AIDS Teaching Conference Section of Infectious Diseases, Department of Medicine, Yale University School of Medicine

7.16.01 Management of Acute Coronary Syndromes. Subspecialty Conference St. Mary's Hospital, Waterbury, CT.

12.5.01 Faculty Moderator for First Annual Greater New Haven Cardiovascular Disease Prevention Symposium: Expanding the Scope of Cardiovascular Protection: Treatment of Hypertension and Dyslipidemia in Special Populations. Lecture **Setaro JF**: Treatment of Hypertension in the Setting of Diabetes. New Haven CT.

2.25.02 Role of the Renin-Angiotensin-Aldosterone System in the Treatment of Cardiovascular Disease: A Focus on Hypertension, Diabetic Nephropathy, and Heart Failure. Subspecialty Conference. Bridgeport Hospital, Bridgeport CT.

4.10.02 Co-Director. Pre-Session Course: Troubling Questions in Diabetes and Cardiology. Lecture: **Setaro JF.** Congestive Heart Failure Management. Annual Meeting of the American College of Physicians/American Society of Internal Medicine, Philadelphia, PA.

5.1.02   High Risk Subgroups and Percutaneous Coronary Intervention: Renal Impairment. Interventional Cardiology Research Conference, Yale University School of Medicine, New Haven CT.

5.29.02 Co-Director, Symposium: Update on the Management of Hypertension. Lecture: **Setaro JF.** Combination Therapy and the Management of the Resistant Hypertensive. Sponsored by the NHLBI and the Hypertension Education Foundation, Yale University, New Haven, CT.

9.30.02 Perioperative Management of the Vascular Surgery Patient. Vascular Conference, Departments of Surgery and Diagnostic Imaging, Yale University School of Medicine, New Haven CT.

10.2.02 Hypertension Treatment 2002. Grand Rounds of Medicine, Westerly Hospital, Westerly RI.

10.8.02 Update on Hypertension Treatment. Greenwich Hospital Subspecialty Conference, Greenwich CT.

10.12.02 Plasminogen Activator Inhibitor-1 (PAI-1) and the Pathophysiology of Vascular Disease. Emerging Science of Lipid Management Second Annual Northeast Regional Meeting, Boston MA.

11.4.02 Hypertension Update: Residents Conference. Greenwich Hospital, Greenwich CT.

11.11.02 New Advances in the Treatment of Heart Disease: Post Graduate Education Conference. Milford Hospital, Milford CT

11.27.02 High Risk Subgroups and Percutaneous Coronary Intervention: CABG versus PCI in Multivessel Disease. Interventional Cardiology Research Conference, Yale University School of Medicine, New Haven CT.

12.12.02 Pregnancy and Cardiovascular Disease, Subspecialty Conference, St Mary's Hospital, Waterbury CT

12.13.02 Hypertension. Yale Cardiovascular Fellows Conference, Yale University School of Medicine, New Haven CT.

12.16.02 Pregnancy and Cardiovascular Disease, Subspecialty Conference, Waterbury Hospital, Waterbury CT

1.10.03 Hypertension Update: Cardiothoracic Surgery Teaching Conference, Yale University School of Medicine, New Haven CT.

13

1.17.03 Role of the Renin-Angiotensin-Aldosterone System in Cardiovascular Disease Therapy: Hypertension, Diabetic Nephropathy, and Heart Failure. Subspecialty Lecture. Fairhaven Community Health Care Center, New Haven CT

1.17.03 Pregnancy and Cardiovascular Disease, Yale Cardiovascular Fellows Conference, Yale University School of Medicine, New Haven, CT.

1.27.03 Renin-Angiotensin-Aldosterone System in Treatment of Cardiovascular Diseases: A Focus on Hypertension, Diabetic Nephropathy, and Congestive Heart Failure. Grand Rounds of Cardiology. St. Vincent's Medical Center, Bridgeport CT.

2.8.03 Current Perspectives on Difficult to Manage Hypertension. First Annual Symposium on the Practical Prevention of Cardiovascular Disease. McConnell Heart Health Center. Columbus, Ohio

3.4.03 Goals for Managing Hyperlipidemia and Cardiovascular Risk, Guilford CT.

3.5.03 Lipid Case Presentations: Goals for Managing Hyperlipidemia and Cardiovascular Risk. Waterbury CT.

3.19.03 Current Trends in the Management of Hypertension. Hartford CT.

4.10.03 Faculty Moderator for the Second Annual Greater New Haven Cardiovascular Disease Prevention Symposium. Lecture: **Setaro JF**: Current Goals in Hypertension Therapy and the Role of Combination Treatment. New Haven CT.

5.2.03 Preoperative Evaluation of the Cardiac Patient. Yale Cardiovascular Medicine Fellows Teaching Conference, Yale University School of Medicine, New Haven CT

5.12.03 Sleep Apnea: Cardiovascular Implications. Milford Hospital Post Graduate Education Conference, Milford CT.

5.22.03 Angiotensin Receptor Blocker therapy for Hypertension: New Perspectives. New Haven CT

6.12.03 Diabetes and Hyperlipidemia: Approach to High Risk Patients. Waterbury CT.

7.30.03 History of Coronary Intervention. Yale Interventional Fellows Research Conference. Yale University School of Medicine, New Haven, CT.

8.20.03 Preoperative Cardiac Management of the Surgical Patient. Yale Cardiovascular Fellows Conference. Yale University School of Medicine, New Haven, CT.

9.6.03 Emerging Role of Drug Eluting Stents. Symposium: Update on Therapeutic Approaches to the Heart Failure Patient. Newport RI.

9.24.03 Hyperlipidemia and Diabetes: Strategies for Improving Cardiovascular Outcomes, New Haven CT

14

9.30.03 Cardiovascular Risk Factors. Yale School of Medicine Second Year Cardiovascular Module, Yale University, New Haven, CT.

10.9.03 Contemporary Hypertension Management: JNC 7: The Seventh Report of the Joint National Committee on the Prevention, Detection, Evaluation, and Treatment of High Blood Pressure. Middlesex Hospital Grand Rounds of Medicine, Middletown, CT.

10.9.03 Cardiovascular and Renal Protection: Current Role of Inhibitors of Renin-Angiotensin-Aldosterone System, New Haven, CT.

10.17.03 Review Seminar. Cardiovascular Module, Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

11.4.03. Hyperlipidemia. Didactic Lecture.  Cardiovascular Module, Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

11.6.03. Hypertension. Didactic Lecture. Cardiovascular Module, Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

11.24.03 Preoperative Cardiac Evaluation of the Vascular Surgery Patient. Vascular Surgery Teaching Conference. Yale-New Haven Hospital, New Haven, CT.

1.16.04. Approaching Resistant Hypertension: Contemporary Perspectives. Grand Rounds of Nephrology, Rhode Island Hospital, Providence, RI.

3.2.04 Resistant Hypertension: Current Clinical Management. Grand Rounds of Medicine, Hospital of St. Raphael. New Haven, CT.

3.24.04 Resistant Hypertension Management. Yale Cardiovascular Fellows Conference. Yale University School of Medicine, New Haven, CT.

4.1.04 Young Woman, Four Months Postpartum, with Dyspnea. Grand Rounds of Internal Medicine, Yale University School of Medicine. New Haven, CT.

4.13.04 Faculty Moderator for the Third Annual Greater New Haven Cardiovascular Disease Prevention Symposium. Lecture: **Setaro JF**: Medical Management of Coronary Disease in the Era of High-Tech Intervention: Why Lipid Modification is More Important than Ever. New Haven, CT.

4.28.04 Lipid Therapy after Revascularization. Yale Interventional Fellows Research Conference. Yale University School of Medicine, New Haven, CT.

7.7.04 History of Coronary Intervention. Yale Interventional Fellows Research Conference. Yale University School of Medicine, New Haven, CT.

8.18.04 Preoperative Cardiac Management of the Surgical Patient. Yale Cardiovascular Fellows Conference. Yale University School of Medicine, New Haven, CT.

9.8.04 Hypertension. Yale School of Medicine Second Year Cardiovascular Module. Yale University, New Haven, CT.

15

9.15.04 Resistant Hypertension: Contemporary Perspectives. Cardiology Conference, Department of Medicine, Norwalk Hospital, Norwalk CT.

9.16.04 Treating Hypertension in 2004: New Guidelines, Special Populations, and Treatment Resistance. Family Practice Group Lecture, St. Vincent's Hospital, Bridgeport, CT.

9.23.04 Heart Disease in Pregnancy. Lecture Series: Maternal-Fetal Medicine Division, Department of Obstetrics and Gynecology, Yale University School of Medicine, New Haven, CT.

10.22.04 Review Seminar I. Cardiovascular Module, Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

11.16.04 Hyperlipidemia. Didactic Lecture.  Cardiovascular Module, Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

11.19.04 Review Seminar II. Cardiovascular Module, Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

3.16.05 Revascularization Strategies for Multivessel Coronary Artery Disease: Percutaneous Intervention versus Bypass Surgery. Yale Interventional Fellows Research Conference. Yale University School of Medicine, New Haven, CT.

3.31.05 Approaching Resistant Hypertension: Clinical Perspectives. Grand Rounds of Medicine. Middlesex Hospital, Middletown CT.

4.4.05 Resistant Hypertension. Cardiology Core Curriculum, Griffin Hospital, Derby CT.

4.27.05 Lipid Therapy after Revascularization. Yale Interventional Fellows Research Conference. Yale University School of Medicine, New Haven, CT.

7.6.05 History of Coronary Intervention. Yale Interventional Fellows Research Conference. Yale University School of Medicine, New Haven, CT.

8.20.05 Preoperative Cardiac Management of the Surgical Patient. Yale Cardiovascular Fellows Conference. Yale University School of Medicine, New Haven, CT.

9.9.05 Resistant Hypertension: The End of History or the Dawn of a New Era? Vascular Biology and Hypertension Seminar, Department of Medicine Grand Rounds, University of Alabama at Birmingham, Birmingham, AL.

10.5.05 Cardiovascular Risk Factors: Hypertension. Yale School of Medicine Second Year Cardiovascular Module, Yale University, New Haven, CT.

10.19.05 A Case of Hypertensive Crisis. Yale-New Haven Hospital Housestaff Clinicopathologic Conference, New Haven CT.

11.9.05 Revascularization Strategies for Multivessel Coronary Artery Disease: Percutaneous Intervention versus Bypass Surgery. Yale Interventional Fellows Research Conference. Yale University School of Medicine, New Haven, CT.

16

12.13.05 Hyperlipidemia. Didactic Lecture.  Cardiovascular Module, Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

12.15.05 Review Seminar.  Cardiovascular Module, Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

1.11.06 Preoperative Risk Assessment for Patients Undergoing Non-Cardiac Surgery. Subspecialty Conference in Cardiology, Greenwich Hospital, Greenwich CT.

2.15.06 Lipid Therapy after Revascularization. Yale Interventional Fellows Research Conference. Yale University School of Medicine, New Haven, CT.

3.6.06 Current Approach to Resistant Hypertension. Cardiology Core Curriculum Conference. Griffin Hospital, Derby CT.

3.7.06 Resistant Hypertension Management. Grand Rounds of Cardiology. Winthrop University Hospital, Mineola NY.

3.11.06 Overview of Resistant Hypertension. CME Satellite Symposium: Resistant Hypertension 2006 and Beyond. American College of Cardiology Scientific Sessions 2006, Atlanta GA.

3.15.06 Clinical Approach to Resistant Hypertension. Cardiology Fellows Conference. Hospital of St. Raphael, New Haven CT.

4.27.06 Cardiovascular Risk factors: Wellness and Prevention Seminar Lecture Series. First Congregational Church, Greenwich CT.

7.7.06 History of Coronary Intervention. Yale Interventional Fellows Research Conference. New Haven CT.

8.9.06 Resistant Hypertension. Residents Teaching Conference. Greenwich Hospital, Greenwich CT.

8.31.06 Yale Grand Rounds of Internal Medicine. 58-Year-Old Woman with Resistant Hypertension. Yale University School of Medicine, New Haven CT.

1.22.07 Clinical Lipid Disorders. Didactic Lecture.  Cardiovascular Module, Yale Physician Masters Degree Associate Program, Yale University School of Medicine, New Haven CT.

1.24.07 Pharmacology of Hyperlipidemia Treatment. Cardiovascular Module, Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

2.9.07 Review Seminar.  Cardiovascular Module, Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

2.13.07 Resistant Hypertension: Contemporary Solutions, Greenwich CT.

2.16.07 Update on Acute Coronary Syndromes: Antithrombotic Therapy. Cardiology Conference. University of Connecticut Medical Center. Farmington CT.

17

3.13.07 Management of Resistant Hypertension. Greenwich Hospital Cardiovascular Lecture Series. Greenwich CT.

4.2.07 Contemporary Management of Resistant Hypertension. Cardiology Core Curriculum Conference. Griffin Hospital, Derby CT

6.27.07 Update on Lipid Treatment. Medical Rounds. Hill Health Center. New Haven CT.

7.11.07 History of Coronary Intervention. Yale Interventional Fellows Research Conference. New Haven CT.

8.10.07 Cardiovascular Disease Prevention. Cardiovascular Medicine Subspecialty Lecture. Greenwich Hospital, Greenwich CT.

8.13.07 Clinical Hypertension. Yale Cardiovascular Fellows Conference. Yale University School of Medicine, New Haven, CT.

1.25.08 Clinical Lipid Disorders. Didactic Lecture. Yale Physician Associate Masters Degree Program. Yale University School of Medicine, New Haven CT.

1.28.08 Contemporary Application of Cardiovascular Disease Prevention Strategies. Cardiovascular Medicine Subspecialty Lecture. Greenwich Hospital, Greenwich CT.

2.1.08 Anti-lipid Treatment. Didactic Lecture. Yale Physician Associate Masters Degree Program. Yale University School of Medicine, New Haven CT.

2.8.08 Anti-anginal and Vasodilator Pharmacotherapy. Didactic Lecture. Yale Physician Associate Masters Degree Program. Yale University School of Medicine, New Haven CT.

2.15.08 Cardiovascular Module Review Seminar. Yale Physician Associate Masters Degree Program. Yale University School of Medicine, New Haven CT.

4.29.08 Progress and Promise in RAAS (Renin-angiotensin-aldosterone system) Blockade, Vascular Biology Working Group, New Haven CT

5.15.08 Resistant Hypertension. American Society of Hypertension Annual Scientific Sessions Satellite Symposium, New Orleans LA.

7.9.08 History of Coronary Intervention. Yale Interventional Fellows Research Conference. Section of Cardiovascular Medicine. Yale University School of Medicine, New Haven CT.

7.14.08 Pre-operative Cardiac Evaluation for Non-Cardiac Surgery. Cardiovascular Medicine Fellows Teaching Conference. Yale University School of Medicine, New Haven CT.

7.24.08 Clinical Hypertension. Cardiovascular Medicine Fellows Teaching Conference. Yale University School of Medicine, New Haven CT.

2.2.09 Clinical Approach to Lipid Disorders. Cardiovascular Medicine Fellows Teaching Conference. Yale University School of Medicine, New Haven CT.

18

2.6.09 Lipid Disorders. Didactic Lecture. Yale Physician Associate Masters Degree Program. Yale University School of Medicine, New Haven CT.

2.6.09 Anti-lipid Therapy Didactic Lecture. Yale Physician Associate Masters Degree Program. Yale University School of Medicine, New Haven CT.

7.28.09 Peri-Procedural Lipid Therapy for Coronary Artery Revascularization: Evolving Solutions. Yale Interventional Fellows Research Conference. Section of Cardiovascular Medicine. Yale University School of Medicine, New Haven CT.

4.20.09 Lipids. Healthy Living Seminar Series. Greenwich Hospital, Greenwich CT

9.8.09 Cardiac Procedures: User's Guide to Echocardiography, Stress Testing, Catheterization, Angioplasty and Stents. Greenwich Hospital Heart Health Education Series, Greenwich CT.

1.6.10 Lipid Disorders. Didactic Lecture Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

1.6.10 Pharmacology of Anti-Lipid Therapy. Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

1.13.10 Pharmacology of Anti-anginal and Vasodilator Therapy. Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

2.12.10 Review Seminar.  Cardiovascular Module, Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

3.5.10 Current Trends in Cardiovascular Risk Reduction. Danbury Hospital Cardiovascular Symposium, Danbury CT

9.21.10 Coronary Bypass Surgery versus PTCA (Percutaneous Transluminal Coronary Angioplasty) for Stable Angina. Cardiovascular Medicine Subspecialty Lecture. Greenwich Hospital, Greenwich CT.

9.23.10 Syncope. Cardiovascular Medicine Subspecialty Lecture. Greenwich Hospital, Greenwich CT.

9.28.10 Pericardial Disease and Cardiac Tamponade. Cardiovascular Medicine Subspecialty Lecture. Greenwich Hospital, Greenwich CT.

10.5.10 New Congestive Heart Failure Treatment Strategies. Cardiovascular Medicine Subspecialty Lecture. Greenwich Hospital, Greenwich CT.

10.14.10 Anti-Arrhythmic Drug Overview. Cardiovascular Medicine Subspecialty Lecture. Greenwich Hospital, Greenwich CT.

10.19.10 Resistant Hypertension. Cardiovascular Medicine Subspecialty Lecture. Greenwich Hospital, Greenwich CT.

12.16.10 Interpretation of Intra-Cardiac Pressure Tracings. Yale Internal Medicine Resident Coronary Care Unit Conference. Yale University School of Medicine, New Haven CT

19

1.3.11 Clinical Lipid Disorders. Didactic Lecture. Cardiovascular Module, Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

1.3.11 Anti-lipid Therapy. Cardiovascular Module, Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

1.13.11 Antianginal and Vasodilator Therapy. Didactic Lecture. Cardiovascular Module, Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

1.13.11 Hypertension Case Conference Ambulatory Component of the Internal Medicine Clerkship. Yale University School of Medicine, New Haven CT

2.18.11 Review Seminar. Cardiovascular Module, Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

5.10.11 Resistant Hypertension: Contemporary Approaches. Grand Rounds of Internal Medicine. Hospital of St. Raphael. New Haven CT

7.28.11 Hypertension Case Conference Ambulatory Component of the Internal Medicine Clerkship. Yale University School of Medicine, New Haven CT

8.9.11 Clinical Approach to Hypertension. Medical Student Conference, Greenwich Hospital, Greenwich CT.

8.26.11 Syncope: Contemporary Clinical Approach. Grand Rounds of Medicine. Greenwich Hospital, Greenwich CT.

9.13.11 Partnering with your physician: Feeling your cardiovascular best: Heart Health Education Series, Greenwich Hospital, Greenwich CT.

9.14.11 Coronary Artery Disease. Cardiovascular Medicine Subspecialty Lecture. Greenwich Hospital, Greenwich CT.

9.20.11 Coronary Bypass Surgery versus PTCA (Percutaneous Transluminal Coronary Angioplasty) for Stable Angina. Yale Affiliated Hospitals Program Faculty Lecture. Greenwich Hospital, Greenwich CT.

1.6.12 Clinical Lipid Disorders. Didactic Lecture. Cardiovascular Module, Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

1.6.12 Anti-lipid Therapy. Cardiovascular Module, Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

1.13.12 Antianginal and Vasodilator Therapy. Didactic Lecture. Cardiovascular Module, Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

2.14.12 Review Seminar. Cardiovascular Module, Yale Physician Associate Masters Degree Program, Yale University School of Medicine, New Haven CT.

20

4.17.12 Pre-Operative Evaluation of the Cardiac Patient. Department of Medicine Staff Meeting. Greenwich Hospital, Greenwich CT.

11.2.12 The Heart-Brain Connection: The Memory Course Symposium. Bay State Medical Center. Springfield MA

11.15.12 Current Hypertension Management. Resident Subspecialty Lecture Greenwich Hospital. Greenwich CT.

11.19.12 Lipid Management. Resident Subspecialty Lecture Greenwich Hospital

11.20.12 Congestive Heart Failure. Resident Subspecialty Lecture. Greenwich Hospital

11.21.12 Cardiovascular Disease in Pregnancy. Resident Subspecialty Lecture. Greenwich Hospital

12.12.12 Pre-Operative Evaluation of the Cardiac Patient. Resident Subspecialty Lecture. Greenwich Hospital

12.19.12 Percutaneous Coronary Intervention versus CABG. Resident Subspecialty Lecture. Greenwich Hospital

1.4.13 Clinical Lipid Disorders. Didactic Lecture.  Cardiovascular Module, Yale Physician Associate Master's Degree Program, Yale University School of Medicine, New Haven CT.

1.4.13 Anti-lipid Therapy. Cardiovascular Module, Yale Physician Associate Master's Degree Program, Yale University School of Medicine, New Haven CT.

1.11.13 Antianginal and Vasodilator Therapy. Didactic Lecture.  Cardiovascular Module, Yale Physician Associate Master's Degree Program, Yale University School of Medicine, New Haven CT.

2.7.13 Hypertension Case Conference Ambulatory Component of the Internal Medicine Clerkship. Yale University School of Medicine, New Haven CT

2.14.13 Review Seminar. Cardiovascular Module, Yale Physician Associate Master's Degree Program, Yale University School of Medicine, New Haven CT.

3.28.13 Hypertension Case Conference Ambulatory Component of the Internal Medicine Clerkship. Yale University School of Medicine, New Haven CT

5.17.13 Second Annual Update on Interventional Cardiology: Hypertension Management – Renal Denervation Therapy. Department of Internal Medicine, Yale University School of Medicine, New Haven CT.

7.31.13 Resident Conference. Acute Coronary Syndrome. Greenwich Hospital, Greenwich CT.

8.26.13  Resident  Conference.  Approach  to  Clinical  Hypertension.  Greenwich  Hospital, Greenwich CT.

21

8.29.13 Subspecialty Conference. Lipid Management Post-Coronary Intervention or Bypass Surgery. Greenwich Hospital, Greenwich CT

12.12.13 Grand Rounds of Medicine. Lipid Therapy Following Coronary Revascularization. Norwalk Hospital, Norwalk CT.

1.10.14 Clinical Lipid Disorders. Didactic Lecture. Cardiovascular Module, Yale Physician Associate Master's Degree Program, Yale University School of Medicine, New Haven CT.

1.10.14 Anti-lipid Therapy. Cardiovascular Module, Yale Physician Associate Master's Degree Program, Yale University School of Medicine, New Haven CT.

1.24.14 Antianginal and Vasodilator Therapy. Didactic Lecture. Cardiovascular Module, Yale Physician Associate Master's Degree Program, Yale University School of Medicine, New Haven CT.

2.7.14 Review Seminar. Cardiovascular Module, Yale Physician Associate Master's Degree Program, Yale University School of Medicine, New Haven CT.

2.11.14 Heart Health Education Series. Congestive Heart Failure. Greenwich Hospital, Greenwich CT.

2.25.14 Clinical Science Lecture Series. Lipid Therapy after Revascularization: Evolving Perspectives. Lawrence and Memorial Hospital, New London CT.

3.20.14 Hypertension Case Conference Ambulatory Component of the Internal Medicine Clerkship. Yale University School of Medicine, New Haven CT

5.1.14 Hypertension Case Conference Ambulatory Component of the Internal Medicine Clerkship. Yale University School of Medicine, New Haven CT

8.7.14 Subspecialty Conference. Contemporary Approaches to Clinical Hypertension. Greenwich Hospital, Greenwich CT.

8.12.14 Subspecialty Conference. Resistant Hypertension and Hypertensive Crisis. Greenwich Hospital. Greenwich CT.

8.21.14 Hypertension Case Conference Ambulatory Component of the Internal Medicine Clerkship. Yale University School of Medicine, New Haven CT

10.16.14 Hypertension Case Conference Ambulatory Component of the Internal Medicine Clerkship. Yale University School of Medicine, New Haven CT

11.13.14 Hypertension Case Conference Ambulatory Component of the Internal Medicine Clerkship. Yale University School of Medicine, New Haven CT

1.5.15 Clinical Lipid Disorders. Didactic Lecture. Cardiovascular Module, Yale Physician Associate Master's Degree Program, Yale University School of Medicine, New Haven CT.

1.8.15 Anti-lipid Therapy. Cardiovascular Module, Yale Physician Associate Master's Degree Program, Yale University School of Medicine, New Haven CT.

1.26.15 Antianginal and Vasodilator Therapy. Didactic Lecture.  Cardiovascular Module, Yale Physician Associate Master's Degree Program, Yale University School of Medicine, New Haven CT.

2.6.15 Review Seminar. Cardiovascular Module, Yale Physician Associate Master's Degree Program, Yale University School of Medicine, New Haven CT.

4.20.15 History of Coronary Intervention. Yale Interventional Fellows Research Conference. Section of Cardiovascular Medicine. Yale University School of Medicine, New Haven CT.

5.15.15 Fourth Annual Update on Interventional Cardiology: Dysautonomia During Percutaneous Carotid Intervention: Physiology and Management. Department of Internal Medicine, Yale University School of Medicine, New Haven CT.

7.24.15 Grand Rounds of Medicine. Lipid Therapy Following Coronary Revascularization: Evolving Perspectives. Greenwich Hospital, Greenwich CT.

7.27.15 History of Coronary Intervention. Yale Interventional Fellows Research Conference. Section of Cardiovascular Medicine. Yale University School of Medicine, New Haven CT.

12.7.15 Dysautonomic Responses During Percutaneous Carotid Intervention. Principles of Physiology and Management. TAVI & Peripheral Vascular Interventions. 7th Annual International Congress of Cardiology 2015. Shanghai, China.

1.25.16 Clinical Lipid Disorders. Didactic Lecture.  Cardiovascular Module, Yale Physician Associate Master's Degree Program, Yale University School of Medicine, New Haven CT.

2.1.16 Anti-lipid Therapy. Cardiovascular Module, Yale Physician Associate Master's Degree Program, Yale University School of Medicine, New Haven CT.

2.4.16 Antianginal and Vasodilator Therapy. Didactic Lecture.  Cardiovascular Module, Yale Physician Associate Master's Degree Program, Yale University School of Medicine, New Haven CT.

4.9.16 Fifth Annual Symposium Update on Interventional Cardiology. Renal Denervation. Will It Ever Work? Department of Internal Medicine, Yale University School of Medicine, New Haven CT.

4.9.16 Yale Interventional Cardiology Thirty Year Anniversary Lecture. A History 1986-2016. Section of Cardiovascular Medicine. Yale University School of Medicine, New Haven CT.

5.19.16 Subspecialty Conference. History of Coronary Intervention. Greenwich Hospital. Greenwich CT.

10.17.16 Lipid Modifying Therapy Following Catheter or Surgical Coronary Revascularization. Subspecialty Conference. Greenwich Hospital. Greenwich CT.

10.31.16 Syncope: Current Clinical Approach. Subspecialty Conference. Greenwich Hospital. Greenwich CT.

11.3.16 Pre-operative Cardiovascular Evaluation. Subspecialty Conference. Greenwich Hospital. Greenwich CT

11.14.16 Cardiovascular Disease in Pregnancy. Subspecialty Conference. Greenwich Hospital, Greenwich CT.

2.2.17 Hypertension Case Conference Ambulatory Component of the Internal Medicine Clerkship. Yale University School of Medicine, New Haven CT.

2.16.17 Clinical Lipid Disorders. Didactic Lecture.  Cardiovascular Module, Yale Physician Associate Master's Degree Program, Yale University School of Medicine, New Haven CT.

2.16.17 Anti-lipid Therapy. Cardiovascular Module, Yale Physician Associate Master's Degree Program, Yale University School of Medicine, New Haven CT.

2.23.17 Antianginal and Vasodilator Therapy. Didactic Lecture.  Cardiovascular Module, Yale Physician Associate Master's Degree Program, Yale University School of Medicine, New Haven CT.

3.13.17 Resistant Hypertension. Contemporary Approaches. Cardiology Specialty Conference. Bridgeport Hospital. Bridgeport CT.

4.21.17 Sixth Annual Symposium Update on Interventional Cardiology: Women and Cardiovascular Disease. Cardiac Disease in Pregnancy. Department of Internal Medicine, Yale University School of Medicine, New Haven CT.

8.21.17 Subspecialty Conference. Cardiovascular Disease in Pregnancy. Greenwich Hospital. Greenwich CT.

9.11.17 Subspecialty Conference. Approach to Hypertension. Greenwich Hospital. Greenwich CT.

9.27.17 Subspecialty Conference. Management of Dyslipidemia. Greenwich Hospital. Greenwich CT.

10.21.17 Lipid Management: Diet, Exercise, Tablets, or Injections? Symposium: Updates on Cardiovascular Disease for the Internist. Section of Cardiovascular Medicine, Yale University School of Medicine, Old Greenwich CT.

11.13.17 Hypertension in Patients with Ischemic Heart Disease: Genetic Perspectives and Future Directions. Advances in Genomics and Genetics. 8th World Gene Convention 2017 Macau, China.

24