Exhibit "B"  Page 1 of 3

Case 1:24-cv-21295-RAR   Document 39-2   Entered on FLSD Docket 02/21/2025
Document 39-2

7/8/23 11:13 AM

GR000050

| | | |
|---|---|---|
| Rate: | 102 | . Age and gender not entered, assume  50 yo male for purpose of ECG interpretation |
| | | . Sinus rhythm.........................................normal P axis, V-rate  50- 99 |
| PR | 126 | . Ventricular trigeminy............................trigeminy string>6 w/ V complexes |
| QRSD | 97 | . Probable anterolateral infarct, acute.........................ST >0.15mV, V2-V6,I,aVL |
| QT | 347 | |
| QTcB | 453 | |

--AXIS--

| | |
|---|---|
| P | 70 |
| QRS | 4 |
| T | -15 |

12 Leads; Standard Placement

- ABNORMAL ECG -
>>> ACUTE MI <<<
Unconfirmed Diagnosis



Device:            Speed: 25mm/sec          Limb: 10.0mm/mv        Chest: 10.00mm/mv                    F 60~ 0.15-100 Hz          110C  CL          P?

PHILIPS
REORDER # M2481A

Rate:        92    . Age and gender not entered, assume  50 yo male for purpose of ECG interpretation
                   . Sinus rhythm.............................................normal P axis, V-rate 50- 99
PR          133    . Ventricular premature complex.......................V complex w/ short R-R interval
QRSD         96    . Probable anterolateral infarct, acute........................ST >0.15mV, V2-V6,I,aVL
QT          355
QTcB        441

--AXIS--
P            68
QRS          15                                           · ABNORMAL ECG -
T            -7                                           >>> ACUTE MI <<<
12 Leads; Standard Placement                             Unconfirmed Diagnosis



Device:            Speed: 25mm/sec        Limb: 10.0mm/mv      Chest: 10.00mm/mv            F 60- 0.15-100 Hz        110C  CL          P?

PHILIPS

Case 1:24-CV-21295-RAR   Document 39-2   Entered on FLSD Docket 02/21/2025   Page 2 of 3

GR000051

Case 1:24-cv-21295-RAR   Document 39-2   Entered on FLSD Docket 02/21/2025   Page 3 of 3

I

GR000052

REEVES CHAD

CABIN - 2403

```
Rate:        91   . Age and gender not entered, assume  50 yo male for purpose of ECG interpretation
                  . Sinus rhythm.....................................normal P axis, V-rate  50- 99
PR          128   . Low voltage, precordial leads....................precordial leads <1.0mV
QRSD         92   . Abnormal R-wave progression, early transition....................QRS area>0 in V2
QT          361   . Repol abnrm suggests ischemia, diffuse leads.................ST-T neg, ant/lat/inf
QTcB        444

--AXIS--
P            74
QRS           0                                  - ABNORMAL ECG -
T           -11
12 Leads; Standard Placement                     Unconfirmed Diagnosis
```



Device:            Speed: 25mm/sec      Limb: 10.0mm/mv      Chest: 10.00mm/mv              F 60~ 0.15-100 Hz        110C  CL          P?

PHILIPS