Exhibit "C"

# Video Deposition of Govardhan Reddy Desai M.D.

# Chad Reeves vs. Carnival Corporation

# October 18, 2024



**Fernandez & Associates**
court reporters

Rivergate Plaza, Suite 714
444 Brickell Avenue
Miami, FL 33131

service@fernandezCR.com
305-374-8868

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21295-RAR

CHAD REEVES,

    Plaintiff,

vs.

CARNIVAL CORPORATION,
a Panamanian Corporation,

    Defendant.
--------------------------/

Via Video Conference,
Friday, 10:07 a.m.,
October 18, 2024.

AUDIO-VIDEO RECORDED

DEPOSITION

OF

GOVARDHAN REDDY DESAI

Taken on behalf of the Plaintiff
Pursuant to a Notice of Taking
Virtual Deposition

---

APPEARANCES:

    THE HAGGARD LAW FIRM, P.A., by
    JOSHUA P. PADRON, Esq., of counsel
    Attorneys for Plaintiff

    GRAY ROBINSON, by
    MICHAEL J. DRAHOS, Esq., of counsel
    Attorneys for Defendant

    ALSO PRESENT:  ANDY CLARKE, Videographer

I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| GOVARDHAN REDDY DESAI | | | | |
| (By Mr. Padron) | 4 | -- | | |

EXHIBITS

| PLAINTIFF | PAGE |
|---|---|
| One | 14 |
| Two | 25 |
| Three | 26 |
| Four | 68 |
| Five | 74 |
| Six | 78 |
| Seven | 85 |

3

THE VIDEOGRAPHER:  We are on the video record.  This is the beginning.  The time is 10:07 a.m.

This is the video deposition  of Dr. Govardhan Reddy Desai commencing today, Friday, October 18, 2024, in the case styled Chad Reeves vs. Carnival Corporation, a Panamanian corporation.

We are meeting via Zoom.  The court reporter is Doreen Strauss.  The videographer is Andy Clarke with Champion Legal.

Will counsel please state their appearances for the record?

MR. PADRON:  Good morning.  Joshua Padron on behalf of the plaintiff, and we're on TEAMS today, not on Zoom.

MR. DRAHOS:  Michael Drahos on behalf of the defendant and Dr. Desai.

THE VIDEOGRAPHER:  Court Reporter, please swear in the witness.

THEREUPON,

GOVARDHAN REDDY DESAI

was called as a witness, and, after having been duly remotely sworn on oath, was examined and testified as follows:

---

---

                         DIRECT EXAMINATION

BY MR. PADRON:

        Q     All right.  Thank you.  Good morning,
Dr. Desai.  How are you?

        A     I'm good, sir.  Thank you.  How  about you?

        Q     Doing well, thank you.  Doctor, my name is
Joshua Padron.  I represent Chad Reeves in this matter.

              If you could, go ahead, give us your name
again, the proper pronunciation, if you could spell it for
us too.

        A     My last name, Desai, D-E-S-A-I, and my first
name, Govardhan.

        Q     How do we spell that?

        A     G-O-V-A-R-D-H-A-N.

        Q     And Desai?

        A     D-E-S-A-I.

        Q     Dr. Desai, what is your date of birth?

        A     September 10th, 1981.

        Q     Doctor, have you ever given a deposition
before?

        A     No, sir.  This is the first time.

        Q     Let me go through a few ground rules, and
actually before I even get there, I know that you are on
video right now, and before we got started, there was some
connectivity issues.  I know your attorney, Mr. Drahos, is

there next to you.

I'd ask that either you or Mr. Drahos, if there's any connectivity issues, that you immediately let me know if my question comes in jumbled up or something happens that you didn't catch it.

A     Unfortunately, the (inaudible) is going on, maybe some announcements for five or ten minutes.

(Thereupon, loudspeaker audio going on in the background.)

MR. PADRON:  What?  Can wee -- let's go off the record.

THE VIDEOGRAPHER:  Going off the video record.  The time is 10:09 a.m.

(Thereupon, a brief recess.)

THE VIDEOGRAPHER:  We are back on the video record.  The time is 10:10 a.m.  You may proceed.

Q     All right.  Doctor, looks like we got interrupted there.  Where are you right now?

A     We're in Saint Thomas Port.

Q     And are you on a Carnival vessel right now?

A     Yes.

Q     What vessel are you on?

A     I'm on Carnival Venezia.

Q     All right, and Doctor, I was saying if there are any connectivity issues, I ask that you or Mr. Drahos, who is sitting next to you, please let me

know.  That way there's no problems later on with the transcript.  All right?

A    Sure.

Q    Mr. -- Dr. Desai, as you saw, you were sworn in to tell the truth, the whole truth, and nothing but the truth.  That's all we're looking for here today.  Okay?

A    I agree.

Q    This is being video recorded, and that's just in the event that, for whatever reason, you're unavailable for trial, parts of this trial could be played at trial. You understand?

A    I understand.

Q    So that's what I'm going to get to next.  I can see you, I can see the head nod or the head shake, but Miss Strauss is over here writing down everything that we're saying, so I'm going to need a verbal response. Otherwise, a head nod won't be written down or a head shake won't be written down.  Okay?

A    Sure, I understand, okay.  I agree for what you're saying.

Q    So please don't think I'm being annoying or difficult if I ask you and if you give me an "uh-huh" or you nod your head, I might prompt you with, "Was that a yes or is that a yes," because again, we need to have a clean record for Miss Strauss.

A    I understand.

Q    For the same reason I was talking about, the deposition being recorded, that it could be shown to the jury, please don't look at me like I'm crazy if I start asking you to describe something to the jury.  It's because even though they're not here right here, they might be watching this later on at trial.  It could be six, eight people watching this.

So I might ask you to explain something to them.  Obviously they're not here now, but they could be later on.

A    No problem.

Q    Throughout the deposition, you're going to hear Mr. Drahos make objections.  I would ask that unless he specifically advises you not to, not to answer one of my questions, that you go ahead and answer anyways.  Okay?

A    Okay.

Q    Is that a yes?  For the same reason that we're trying to keep a clean record, I'd ask that we take turns speaking, so I'll ask my question.  There might be an objection, and then you can go ahead and answer.  All right?

A    All right.

Q    It's not my intent to get into anything that is attorney-client privileged.  I'm going to ask you in

8

just a moment, you know, how long you met with your attorneys, how many times you met with him, but I don't want to get into any of the contents of those conversations.  Okay?

A     Okay.  So you want me to give details --

MR. DRAHOS:  No, no.  He's going to ask you questions.

THE WITNESS:  Okay.

MR. DRAHOS:  He's just going over the --

THE WITNESS:  Okay.

Q     Doctor, this isn't meant to be a marathon.  I do think this might take a few hours, but if at any point you need a break, whatever, ten minutes, thirty minutes; you know, if we're going, it's lunchtime and you're hungry, you want to eat, let me know.  We're happy to accommodate.

I'd like to push through if we can.  I don't think it will be all day, but I do think it will be a few hours, but again, if at any point you need a break, let us know.  It can be five minutes, thirty minutes.  Whatever you need, we'll be sure to accommodate you.

A     Understood.  Thank you.

Q     Doctor, is there anyone else in that room with you right now besides Mr. Drahos?

A     No; only Mr. Drahos and me.

Q    Do you have any documents in front of you right now?

A    Yeah, the document -- I mean the case summary of the big chart.

Q    So the case summary, that's --

A    I mean, yeah, medical reports of the big chart.

Q    And that's a 40-page document, correct?

A    Yes, exactly.

Q    Okay.  Do you also -- I see it.  Thank you. Do you also have in front of you a 14-page document that includes x-ray results, EKGs, and so forth?

A    Yes.

Q    Okay, and that on my end is a 14-page document.  Is that what you have as well?

A    I think so, yeah.  I have all the x-ray reports, EKG reports, and yeah, the medical reports.

Q    Okay.  Let me just share my screen here.  So this is -- okay, let's go back.  So this is the 40-page document that you have for case summaries, correct?

A    Yeah, exactly.

Q    Okay.  Aside from this, you also have in front of you what I have here as Document Two, but this is a 14-page document that includes this first guest consultation form.

A    Yeah, I've got it, yeah.

Q    Followed by the x-ray report, and that ends with Page 14 is the Jet ICU document?

A    Yes, I agree.  I have those 14 pages.

Q    Okay.  Do you have anything else in front of you right now?

A    No, except the water bottle, nothing else.

Q    Except the what?

A    Water bottle.

Q    Okay.  Beside reviewing those two documents, those 54 pages of records, have you reviewed anything else in preparation for today's deposition?

A    No.

Q    Did you meet with Mr. Drahos before today's deposition?

A    Like four days back, on Monday.

Q    Okay.  Was that via phone, on Microsoft TEAMS, on Zoom?

A    No.  In person, like three, four hours we met in person.

Q    Okay, on Monday?

A    Yes, on the 14th of this month.

Q    And you went through, the only two documents that you reviewed during those four hours were the 54 pages of records that we just spoke about.  Is that right?

A     Yes, and briefly how --

MR. DRAHOS:  No.  You don't need to talk about what we talked about.  He's only asking about what you reviewed.

THE WITNESS:  Yes, sir.

Q     Doctor, did you review any other, any depositions or deposition transcripts in this case?

A     No.

Q     Have you spoken with Mr. Kagumbi or any of the other nurses in this matter?

A     No.

Q     Did you speak with Dr. Leonards about this case before today's deposition?

A     No.

Q     Besides the four-hour meeting with Mr. Drahos on Monday, October 14th, preparing for today's deposition, did you have any other meetings with Mr. Drahos?

A     I spoke also like twice, I think, twice or thrice before, like months back.

Q     How long were those conversations?

A     Maybe ten, fifteen minutes.

Q     Okay.  Have you spoken with any other attorneys from Mr. Drahos's law firm about this matter?

A     I don't think so.

Q     Did you speak with any other medical crew or

anyone in administration from Carnival in preparation for today's deposition?

A     No, sir.

Q     Doctor, is there any reason why you are not ready to go forward with the deposition here today?

A     Excuse me, for today?

Q     Is there any reason why you are not ready to go forward with the deposition here today?

A     No.

Q     Doctor, who is your current employer?

A     Carnival Cruise Lines.

Q     What is your title with Carnival Cruise Lines?

A     I'm (inaudible) physician, senior physician.

THE COURT REPORTER:  I'm sorry, I'm sorry. Can you start your answer over?

MR. PADRON:  Doreen, you just muted yourself.

THE COURT REPORTER:  Okay.  Can he start the answer over?  Thank you.

THE WITNESS:  I'm recorded with Carnival Cruise Lines as a senior physician on a contract basis.

MR. PADRON:  Can we go off the record?

THE VIDEOGRAPHER:  Going off the video record.  The time is 10:19 a.m.

(Thereupon, a brief recess.)

THE VIDEOGRAPHER:  We are back on the video record.  The time is 10:32 a.m.  You may proceed.

Q    Thank you.  Doctor, so I guess what I'll do is I'll keep my video on documents and then back off for documents.

THE VIDEOGRAPHER:  You will be on the video for that.

MR. PADRON:  Okay.  For what?

THE VIDEOGRAPHER:  Right now you're in the portion being recorded because that's where the doctor is going to be.

Q    Doctor, what is your title with Carnival Cruise Lines?

A    Senior physician.

Q    How long have you been a senior physician with Carnival Cruise Lines?

A    More than five years.

Q    When did you start with Carnival?

A    Seven years ago, in 2017.

Q    When you started in 2017, did you start as a senior physician?

A    No.  I started as a (inaudible) physician.

THE COURT REPORTER:  What kind, what kind of physician?  Can you repeat that answer?

THE WITNESS:  Ship physician initially, and

then was promoted after two years to senior physician.

Q   So in 2017, hired as a ship physician; sometime in 2019, promoted to the senior physician, which is still the position that you hold today.  Correct?

A   Yes.

Q   Doctor, go through your schooling with me, if you could.

A   You want me to start from medical graduation, or earlier than that?

Q   From when you started medical school, or --

A   At --

Q   -- actually, I might be able to make it -- Doctor, I'm sorry.  I might be able to make this easier.

A   Okay.

Q   Let me pull up your CV.  All right.  Can you see my screen, Doctor?

A   Yes, I can see it.

Q   All right.  So let's go ahead and mark this as Exhibit One.  Doctor, this is your curriculum vitae?

(Thereupon, Plaintiff's Exhibit Number One was marked for identification.)

A   Yes, it's mine.

Q   And let's go through, I guess, just the academic details portion, if you could walk me through, I guess, starting here with the Bachelor of Medicine,

Bachelor of Surgery.

A     Yes.  I joined medical school in 2002, October, and then completed in 2008 in December, okay.  It is a six-years course, five and, four and a half years course before graduation, plus one-year internship so we be awarded an MBBS and graduation after completion of our internship.

THE COURT REPORTER:  I'm sorry.  I'm having -- I'm sorry.  Can he repeat that?  And just, and if you could --

THE WITNESS:  I started --

THE COURT REPORTER:  Thank you.

THE WITNESS:  Okay.  I started my graduation -- I mean I joined the medical school in 2002, October, and then I completed my graduation in 2008, December, so it is like four-and-a-half-years course, plus one year internship, so I will be awarded graduation and an MBBS degree after completion of one-year internship, so it's certifying the years course.  And after that?

Q     Yes.

A     After that, I work with emergency in critical care for four years, and then I joined post graduation, which is like a residency, in 2014, in June, and then I ended my residency in 2017.

After finishing my residency in emergency

medicine, then I joined Carnival, and this emergency medicine, I've done three years residency in emergency medicine, which is run by, through George Washington University, Washington, in collaboration with the Indian university of where the faculty is from (inaudible)--

THE COURT REPORTER:  I'm sorry, the faculty is from where?  The faculty -- I'm sorry, the faculty is from where, Doctor?

THE WITNESS:  GWU, George Washington University, Washington, emergency medicine.

Q    And Doctor, so with these licenses, are you licensed to practice medicine in the United States?

A    No, not exactly.  Because I did not finish my USMLE, I'm not licensed to practice in USA, but the fact that this is like a collaborative course, like a team collaboration with the Indian university with the George Washington University, all the same deal, curriculum, syllabus, are designed by the GW University and the faculty were coming --, because emergency medicine was is a new branch, so it's just an upcoming branch in India.

So the United States has an understanding with or a (inaudible) with our university back home in India, but it is designed with the standards of the United States, but we know in advance that still it is not -- I'm not licensed to practice in the USA.

So we are run through GWU faculty in Indiana, so I'm licensed in India, but not in the United States.

Q    What are you missing to be able to practice in the United States?

A    I have to write the USMLE exams, and then I could do the residency in the United States itself, so if I'm not in the United States -- I mean in a university that is located in the United States, if I do a residency, then only I can take part to practice in the United States.

Q    Okay.  So the residency that we see here on your CV, those three years, that was not in the United States; that was in India?

A    Yes.

Q    With professors or physicians from George Washington?

A    Yes, in collaboration between Indian university and the GW University, so every month, one team went.  They would fly into India and they were training us.

Q    Okay, and then before you can start your Bachelor of Medicine, Bachelor of Medicine and Bachelor of Surgery, is there any schooling prior to that that you have to go to?

A    I have to do two years course in biology,

Plus One, they call it Plus One and Plus Two.  After my high school graduation, (inaudible) graudation, we need to do like a pre-medical school, two years course with biological courses, science, basic sciences.

Q    Okay.  So just to be clear, so you graduate high school, and it's two years of those basic sciences.  Then you start at the Kurnool and get your Bachelor of Medicine and Bachelor of Surgery.  Is that right?

A    Yeah, yeah.  After the basic two years, science and basic science, that is when we complete an exam which will be connected nationwide, and it's a highly competitive exam.  Only if we can crack the exam, like here in the United States, then only you can get into the medical school.

Q    Okay, and then after that, what is this MRCEM from in front of UK?

A    That is like a certification from the United Kingdom, UK, which is called like a membership of Royal College of Emergency Medicine.

When I joined Carnival, I finish only one part.  It was three parts of the exam, but now I am complete with all three parts, and I'm licensed to practice in the UK also with the certification.

Q    When did you complete that licensing or certification?

A    Like two years back.

Q    So sometime in 2022?

A    Yes.  It's a three-part course.  I mean, I have done only one part when I joined Carnival, and I finished.

Because of pandemic, it was delayed because I couldn't get the exam dates, but I completed in 2022.  I was supposed to complete in 2019, but because of pandemic, I couldn't get the dates.

Q    Understood, and Doctor, on July 8th of 2023, for this incident that we're here about on the Carnival Freedom, you at that time were already senior physician, correct?

A    Yes, sir.

Q    Doctor, do you remember when you first boarded this Carnival Freedom for, I guess, your tour of duty?

A    I don't exactly remember, but I was there only for one month, like four weeks, so maybe the beginning of July, maybe.

Q    Okay.  So I know it sounds like different physicians have different tours on each vessel.  For a senior physician, is it one-month tours, or is it four-month tours?  What is it typically?

A    Usually it's four months, but because I took

a long vacation that time, I was called to cover somebody just for one month, I was on Freedom.  I just came from vacation for one month, and I again went back to India.

Q    Do you recall when you, when the first time that you stepped on the Freedom for this tour would have been?

MR. DRAHOS:  Object to the form.

A    I don't exactly remember, but somewhere in June, end.

Q    Okay.

A    If you want, I can tell you.

Q    Where would I look to confirm when you would have joined the Carnival Freedom crew?

A    Well, the CPS app, right, I can check my complete schedule.

Q    What was that, a CBS, Charlie, Bravo --

A    C -- no; P for pig, CPS.

Q    Okay, and what exactly does that CPS application do?

A    It usually shows scheduling, our past dates and when I signed on the ship, when I signed off the ship, and which ship I was on which date, I can see.

Q    Okay.  Was this the first ship that you have been on with Captain Imabambu?

A    I think so.

Q    Captain Imbimbo, I'm sorry.

A    Yeah, I think first time.

Q    What about with Dr. Leonards?

A    First time.

Q    So you would have joined this, I guess this vessel three months into the four-month regular duration that a doctor would be there?

MR. DRAHOS:  Object to the form.

A    Are you asking me about other doctors?

Q    Yes, yes.

A    I was there just for a month, as I mentioned.

Q    Do you know know, if at the end of that month, did both you and Dr. Leonards go to different vessels, or did Dr. Leonards stay?

A    When I signed off, he was still there.

Q    When you signed on, did you have a meeting with Dr. Leonards about the vessel and how the medical center was going to run?

A    Usually whenever I sign on, yeah, we'll have a meeting with all the team, everybody.

Q    Who is everybody?

A    Like nurses and doctor.

Q    Do you ever meet with the captain once you, you know, in this instance when you joined for the month, did you have a sit-down meeting with the captain?

A    I don't remember.  I didn't have any special meeting, so I don't remember.

Q    If you did, would that be logged anywhere?

A    Usually when we sign on, we will introduce ourselves to the captain.  Apart from that, I don't think I have met him.

Q    Typically -- I know this was a different situation since you were only there for a month, but when you're going, when you're signing for your typical four-month period, do you have a more in-depth conversation with the captain on expectations and logistics while you're going to be on the cruise?

A    Yeah.  I mean, usually we introduce, I mean as I'm a senior officer and I respond to the captain, and so I will introduce myself to the captain once I'm on the ship.

And apart from that, we usually meet for business meetings once in a week.

Q    And Doctor, when you joined the Carnival Freedom for this trip, you were the senior physician.  Was there any other physician that outranked you?

A    No, apart from Dr. Brent and me, no other physician.

Q    Did Dr. Leonards -- who was the chief medical officer --

A   It's me.

Q   -- that you --

A   It is me.

Q   So what were your duties as the chief medical officer, the senior physician for the Carnival Freedom on July 8th, 2023?

A   You're talking about this particular case, or in general?

Q   In general.

A   In general, as a lay physician or as a senior physician, I will like head up the departments for the nursing, nurses and the other doctor so if anything important happens inside the medical center, I'm the responsible person as head of the department.

And the team will update me if there is anything that I need be told of.

Q   Doctor, do you typically have a scheduled shift that you would work?

A   Yes, during the daytime, between hours (inaudible).

THE COURT REPORTER:  I'm sorry.  Can you repeat your answer?

Q   Doctor, you were cutting out.

A   During the clinical hours, we work like morning three hours and afternoon three hours.  During

that time, both the doctors will be present, and after six p.m., the night call, on-call shift will start.  They work an all-night, each doctor.

Q    Okay.  So looking at this specific cruise, your schedule on July 8th, 2023, that's the day that the vessel would have disembarked.  What would your scheduled hours have been?

A    On that July 8th, I work until 6:00.  After that, Dr. Brent, the EMRS, was on call, so I was called for this case later, around 8:30 I think, as per records.

Q    Okay.  So Dr. Leonards was the --

A    First, yeah, first doctor for --

MR. DRAHOS:  Let him ask the questions before you answer.  You may assume he's going to ask you that, but he might have asked you is Dr. Leonards a Yankee fan, so just wait for the question.

MR. PADRON:  And Andy, you're unmuted, just so you know.

THE WITNESS:  Sorry?

Q    No.  The video, the videographer was unmuted for a second.

So Doctor, since Dr. Leonards was the on-call when Mr. Reeves would have first presented to the medical center, Dr. Leonards would have had the first interaction with Mr. Reeves, not you.  Is that right?

A     Yes, that's correct.

Q     And I believe -- so let's look at what we'll mark as Exhibit Two.  Tell me when you can see my screen.  Can you see my screen?

(Thereupon, Plaintiff's Exhibit Number Two was marked for identification.)

A     Yeah, I can see.

Q     Okay.  So I believe, according to these records, the first entry that you have is at 8:45 p.m.  Is that correct?

A     Yeah, correct.

Q     Now, do you know when you first -- is that the first time that you became aware of the medical emergency, or is that just the first time that you checked into the medical center that night?

A     Usually I will document later.  I think they call me around 8:30.

Q     Okay, and so up until you, we see you here at 8:45, had you been part of the treatment or evaluation process of Mr. Reeves?

A     Yes.

Q     Okay.  How were you involved before 8:45?

A     I was involved only after 8:30, I think.

Q     Okay, so, and that might have been a poorly-worded question on my end.

So you were not at all involved in the the initial, you know, the 6:45, seven, up until 8:30 or 8:45, you were not involved with the treatment plan, correct?

MR. DRAHOS:  Object to the form.

A     Yes.

Q     Okay.  When you do get involved at either 8:30 or 8:45, at that point is it already known or confirmed that Mr. Reeves was suffering from a STEMI?

A     I'm not sure because the first EKG doesn't show STEMI.  Only they call me after the second EKG shows STEMI.

Q     Okay.  Let's go to, let me go to Exhibit Three, which is going to be, it says here Document Two, but this is that 14-page document that you reviewed, and I'd like -- the times seem to be a little off on these, on these records.

What I have on my screen right now, and let me try and spin it around for us, is this -- so this is not.  This is July 9th at eight a.m., correct?

(Thereupon, Plaintiff's Exhibit Number Three marked for identification.)

A     Yeah.

Q     Is this showing a sign of STEMI?

MR. DRAHOS:  Object to the form.

A     It is showing, but compared to the first EKG

-- I mean the first STEMI, this is much less.  That means he's responded to the thrombolysis, TPH.

Q   Okay, but at eight a.m. on July 9th, 2023, the EKG that we're looking at here was still indicating that Mr. Reeves was suffering from a STEMI, correct?

MR. DRAHOS:  Object to form.

A   But much, much improved than the beginning one.  I can say the thrombolysis worked.

Q   Okay, and understanding that this is still -- is it yes or no that this was showing a sign of a STEMI?

MR. DRAHOS:  Object to the form.

A   Yes.

Q   And Doctor, can you explain just for the members of the jury what exactly a STEMI is, S-T-E-M-I?

A   S-T, (inaudible).

THE COURT REPORTER:  I'm sorry, I'm sorry, can you start -- I'm sorry.  Can he repeat that answer? I'm sorry, Mr. Padron, can he repeat that answer?

MR. PADRON:  Sure.

THE WITNESS:  S-T, evaluation, myocardial infarction, and the patient is timed for the waves in the EKG.

Q   And Doctor, just for me, is that essentially a heart attack?

A   Yes.

Q      Are there different types of heart attacks?

A      Yes, sir.

Q      What are the different types of heart attacks?

A      Non-STEMI, like end-STEMI, STEMI, and we have like stable angina, unstable angina, many different presentations.  Not every chest pain is a STEMI.

Q      And is STEMI the most serious version of a heart attack?

A      Yes.

MR. DRAHOS:  Object to the form.

THE WITNESS:  Yes, the STEMI is the most and serious one.  That (inaudible).

THE COURT REPORTER:  I'm sorry, can he repeat that last, can he repeat the last part of that answer?

THE WITNESS:  STEMI is the most serious heart attack, and that needs to be treated immediately and taken to the cath lab or thrombolysis.

Q      Doctor, here I still have on the screen for you a second EKG.  This is July 9th, 2023, at four in the morning.  Is this EKG showing signs of STEMI?

MR. DRAHOS:  Object to the form.

A      Yes.

Q      This is another EKG, July 9th, 2023, at 12:15 in the morning.  Does this EKG show signs of a STEMI?

MR. DRAHOS:  Object to the form.

A     Yes.

Q     And next we have here an x-ray.  What is the significance of this x-ray?  What can you tell me this is showing us?

MR. DRAHOS:  Object to the form.

A     Normal (inaudible), I mean with minor changes of fibrosis; otherwise normal for his age.

THE COURT REPORTER:  What kind of fibrosis, Doctor?

Q     Pulmonary fibrosis, okay.

MR. DRAHOS:  Just a second.  Madam Court Reporter, are you having trouble with his accent, or hearing him?

THE COURT REPORTER:  He speaks with an accent, and with the medical terms, if he could say them a little slower so I can get them more clearly with the multi-syllables, I'd appreciate it.

MR. DRAHOS:  Okay, understood, but I don't want to go through the remainder of the deposition with him constantly repeating medical concepts and --

THE COURT REPORTER:  We're off the record -- excuse me.  We're off the record now because I cannot speak and, you know, write at the same time.  Can we go off the record, please?

30

MR. PADRON:  Yes.  Let's go off the record.

THE VIDEOGRAPHER:  Going off the video record.  The time is 10:57 a.m.

(Thereupon, a brief recess.)

THE VIDEOGRAPHER:  We are back on the video record.  The time is 11:08 a.m.  You may proceed.

Q     Thank you.  All right.  So Doctor, we're back on the record.  I still have Exhibit Three on the screen. We're looking at a second x-ray that was taken.  Can you tell me what we're looking at here?

MR. DRAHOS:  Object to the form.

A     This is a plain chest x-ray.

Q     Okay.  Nothing of significance, medical significance here, correct?

A     Yeah.

Q     Then we continue to go down on Page Eight of Exhibit Two.  So the time here says July 8th, 2023, at 11:13 a.m., right?

A     Yes.

Q     How do we know what time this was actually taken?  Because obviously I don't believe that Mr. Reeves was even on the ship at that time.

A     Yeah.  he was not in the a medical center definitely at that time.

Q     So do we know what time this EKG was actually

done?

A   By seeing the records and by seeing the first and second and third EKG, I think it was taken around, later, around 11 p.m. or 12 p.m., like that.

Q   Okay, so, all right, so let's put a pin in this. We're going to come back. So you're talking about this Three up top here, correct?

A   Yes.

Q   And if we keep on going here, there's a Two, even though -- and this one says July 8th, 2023, at 10:43 a.m., and then the next one, we have a One on July 8th, 2023, at 9:39 a.m.

So your understanding is that this Number One that's dated July 8th, 2023 at 9:39 a.m. was the first EKG of Mr. Reeves, correct?

MR. DRAHOS:  Object to the form.

A   Yes.

Q   And --

A   So if we presume that he has come after nine p.m. and this first EKG showing 9:39, that means it's like this EKG should have been taken around seven.

Q   So, okay, around seven p.m., this EKG is taken?

A   Seven to 7:15, around, yeah. It usually takes ten, fifteen minutes, yeah.

Q    What does this EKG show?

MR. DRAHOS:  Object to the form.

A    It shows some changes in the EKG waves, but still not typical of STEMI, but we can say he has some chest pain.

Q    So with what we're looking at here combined with the chest pain, are you able to make a diagnosis?

A    Not exactly the same like STEMI, so it is not normal EKG, but not STEMI; pre-STEMI we can say.

Q    Pre-STEMI?

A    Yeah.

Q    And what does that mean?

A    It can go into STEMI phase later, it can or it cannot, it may or it may not.  It can progress to STEMI.

Q    And Doctor, did you see this in real time, or this was something that Dr. Leonards was looking at?

MR. DRAHOS:  Object to the form.

A    Dr. Brent is testing, because this is the first EKG, which I was not involved.

Q    And Doctor, if you could, I guess what's your background in cardiology?  Are you a specialist in cardiology?

A    No, sir.  I'm an emergency physician.

Q    Is Dr. Leonards a specialist in cardiology?

MR. DRAHOS:  Object to the form.

A    I don't think so.

Q    While you're on the vessel, do you have access to a cardiologist or an expert that you could look at this EKG with to help give more information on?

MR. DRAHOS:  Object to the form.

A    Yes.  If we thought if we need help, we can reach the cardiologist.

Q    At any time?

A    Yes.

MR. DRAHOS:  Object to the form.

Q    So Doctor, do you know if when Dr. Leonards saw an irregular EKG, and I believe you said pre-STEMI, did Dr. Leonards reach out to a cardiologist for course of treatment advice?

MR. DRAHOS:  Object to the form.

A    No.  After this one and after the second EKG, I think they called me, they involved me, and because of STEMI, so we did whatever is best, like we have thrombolysis TPA.  We thrombolyse him after the consent, so we know what we are doing, so we didn't feel it necessary to reach a cardiologist.

MR. DRAHOS:  Just listen to the question he's asking and answer what is asked.

Q    So Doctor, this one that I'm trying to kind

of put a time on these, so 9:39 a.m., are we going to say that is -- is that 6:40 p.m., or is that seven p.m.?  Do we know?

MR. DRAHOS:  Object to the form, calls for speculation.

A    Seven to 7:15 p.m., I suppose.

Q    Okay.

A    Because --

Q    And how do we know that the first EKG was done between seven and 7:15 p.m.?

A    I'm just guessing by the time he came to the medical center.

Q    Okay.  So to see what time he came to the medical center, we would have to go to Exhibit Two, and I want to see -- so the first entry that would be the earliest entry made was at 6:45 p.m. on July 8th.

Would that be the time that Mr. Reeves would have first presented at the medical center, at 6:45 p.m.?

MR. DRAHOS:  Object to the form.

A    If you go from the previous form that the patient has filled, it is 18:27, he came to the medical center, but he was still filling the form, so it takes some time.

So I think it is 18:45 that the first medical account was opened.

Q    Okay.  So where do we -- you said 16:27 was the first time that he would have been --

A    The form, the physician filled later.

Q    And that form is this?

A    This form, yes.

Q    Okay.  So this is something that Mr. Reeves or his family would have filled out?

A    It is 18:27 p.m., six p.m., 27 minutes.

Q    Okay, right, because they didn't put -- obviously everything that's documented in the system is in military time or 24-hour, you know, 12, 13, 1400, so forth.  Is that 6:27 p.m.?

A    Yes.

Q    And then the medical staff would have filled in his blood pressure, his heart rate, respiratory rate, and oxygen saturation, correct?

A    Yes.

Q    And then after this check-in, we'll go back to Exhibit Two, we see -- I guess is this the first time that a nurse would have contacted?  No, because the nurse saw him here.  This is the first entry we see from a nurse, correct?

A    Yes.

Q    And sometime after 6:45 p.m., the EKG would have been conducted?

A     Exactly.

Q     Okay.  So if we go back to Exhibit Three, I'd like to go back down to Page Ten and get this rotated back for us.  Can you see my screen, Doctor?

A     Yes, I can see.

Q     So this EKG could have been done anytime between 6:45 p.m. and 7:15 p.m.  Is that fair?

A     Yes, fair.

Q     And then the next EKG -- this is done at 9:39 a.m., is the first one which we're saying between 6:45 and 7:15 p.m.  The next one is done one hour later, so this would have been between 7:45 p.m. and 8:15 p.m, correct?

A     Yes.

Q     Are you in the medical center at this time for this EKG?

A     I guess so.

Q     Now, this EKG, is this showing STEMI?

A     Yes, it is STEMI.

Q     And is this the first time that you or Dr. Leonards would have diagnosed Mr. Reeves with a STEMI?

A     Yes.

Q     It would have been between, so between 7:45 and 8:15 is the first time that either you or Dr. Leonards diagnoses Mr. Reeves with a STEMI heart attack, correct?

A     That's correct.

Q     Why is there an hour delay between the first EKG and the second EKG?

A     He will be put on continuous EKG monitoring, on the monitor, so we'll be having -- we'll be looking at his EKG continuously every minute.  Only when we suspect deterioration, then we would have entered this.

Q     So at this point, it's a confirmed STEMI heart attack.  Do you or Dr. Leonards reach out to a cardiologist for advice?

MR. DRAHOS:  Object to form.

A     We didn't reach out because we know for sure this is STEMI, and only option that we have, the best care of the patient, get him to the cath lab, or he needs a thrombolysis.

Q     I'm sorry about that.

A     That EKG --

MR. DRAHOS:  Were you asking him to repeat himself?

MR. PADRON:  No.  So what you're asking, you probably couldn't see it, I was disconnected for just a second.

MR. DRAHOS:  You're not asking him (inaudible.)

Q     So Doctor, I'm sorry.  I was disconnected. Let me -- I might have missed your answer.

MR. PADRON:  Actually, Miss Strauss, can you read back my question?  I lost my train of thought.

A       You want me to repeat?

MR. DRAHOS:  No, no.

THE COURT REPORTER:  One second, one second.

(Thereupon, the last question was read back by the court reporter.)

THE WITNESS:  No.

THE VIDEOGRAPHER:  Josh, you're on camera.

Q       Doctor, why are you not reaching out to a cardiologist?

A       We know what EKG, I can do an EKG, and I know what I have to do with this patient, the best care that I can continue with, so it doesn't make any difference whether if I reach a cardiologist or not, the condition still remain the same, the thrombolysis or cath lab.

Q       So what are the treatment options when a patient is suffering a STEMI heart attack?

A       He needs to be taken to cath lab; if not, cath lab is not available within time, then thrombolysis TPA.

Q       What do you mean if a cath lab is not available within time?  What amount of time is it?

A       The area of time as per the guidelines is 120 minutes from the time the patient is in the emergency room

to the cath lab.

And if that is not possible, then the next best option would have been thrombolysis, that which we have on board and we can do it.

If we delay taking him to the cath lab or thrombolysis, that will affect his life.

Q    Right.  Any delay in administering the thrombolysis would negatively affect his life, correct?

MR. DRAHOS:  Object to the form.

Q    Doctor, obviously --

THE COURT REPORTER:  I didn't hear an answer to that question.

MR. PADRON:  There was an objection to form and the doctor said yes.

THE COURT REPORTER:  Is that right, Doctor?

THE WITNESS:  Yes, ma'am.

THE COURT REPORTER:  Thank you.

Q    Doctor, so the first order of treatment, if available, is to get the patient suffering from a STEMI heart attack to a cath lab, correct?

MR. DRAHOS:  Object to the form.

A    Yes, if available.

Q    And obviously that is, in this case that would have been in the best interest of Mr. Reeves, to go to a cath lab so that a TCI could be administered,

correct?

MR. DRAHOS:  Object to form.

A    With all the given circumstances, he being taken to cath lab within that time frame of 120 minutes was next to impossible.

Q    How do you know that?

A    Like I said, I have done multiple air evacs, emergency evacuations, helicopter evacuations.  I know the timeline.

And when we were treating this patient, the weather was not good, and I know the position of the ship, and it definitely takes longer, much longer than that, and it's not safe to put this patient at risk in that weather, and it's not a usual operation.  I mean it is a high risk, given the patient's circumstances.  Unless it is life threatening, we don't do that.

Q    Okay.  So Doctor, let me --

A    And I'm sure that he will not be taken to cath lab within that time frame.

Q    So Doctor, let me go back.  Regardless of that, you would agree that the best interest of the patient is a cath lab and to get a PCI, correct?

MR. DRAHOS:  Object to form, asked and answered.  Go ahead.

A    As I said earlier, either PCI or

41

thrombolysis, so we have the thrombolysis on board, which is the best thing --

Q    Well --

A    -- within the time frame.

Q    Right, but that wasn't -- my question is not, -- or you'd agree that the PCI, the cath lab is what is procedurally the first thing that should be done, right?

MR. DRAHOS:  Object to the form.

A    If it is available --

Q    Right.

A    -- within time.

Q    So then you would agree that if it was available within the time frame, that it would be in the best interest of Mr. Reeves to get to a cath lab so that a PCI could be administered, correct?

MR. DRAHOS:  Object to the form.

A    Given the circumstances, yes, if it is available, that is preferred.

Q    And Doctor, what are, I guess what's the controlling professional organization that you look to for guidelines?  Is it the ACA?  Is it the cardiology association?  What is the controlling association for your profession?

MR. DRAHOS:  Object to the form.

A    I'm sorry, can you make it clear?

Q    Sure.  I'm trying to understand, you know, we're looking at medical procedures, documents, order of treatment.

What would you be looking to, what is controlling in your field for the proper procedural protocol when someone is suffering from a heart attack?

A    We do whatever is the best interest of the patient given the circumstances.

Q    Right, and Doctor, I'm asking this I guess very poorly.  There is different medical associations that govern treatment and protocols for what should be done in different situation, correct?

A    Yes.

Q    What is the association that you look to that governs the way that you operate as a physician?

MR. DRAHOS:  Object to the form.

A    My decision will be in the best interest of the patient.  If he needs immediate, urgent evacuation or life threatening, definitely I'll reach the captain and then the helicopter for the U.S. Coast Guard.

If I think it is not safe for the patient and the best treatment is available with us, then I go with the next step.

Q    Right, Doctor, and again, I might be asking this very poorly.

Is the American Heart Association I guess the governing body that you would look to on how to properly treat a patient who is undergoing a heart attack?

MR. DRAHOS:  Object to the form.

A    Every patient is unique, like I mentioned. We do what is the best under the given time and the given circumstances and the best safety, and saving lives. Whatever is best, we do that.

Q    Right, absolutely, Doctor, and my question, understanding that that is ultimately what your goal is, I want to know what governing body, what health care governing body is going to dictate what that procedure is, what that protocol is.

A    We try to stick to the best guidelines, we follow up to date and American Heart Association guidelines, and given the circumstances, we look into all the options and all the alternatives.  We do whatever is best of that patient.

Q    Doctor, I just realized I said PCI and cath lab without fully understanding or explaining what that is.  So what is --

A    It is --

Q    -- if we're not -- Doctor, Doctor, sorry. Give me a second.

So if we're not on a vessel, so if we're just

on land and you have access to everything that you can, if you could, just explain to me what a cath lab is.

A     Cath lab is the place where they do PCI.  PCI is percutaneous coronary intervention, where it is an invasive procedure where the cardiologist can reach into your heart blood vessels and can remove the blood clot that is causing the heart attack.

Q     Okay, and so when I say PCI, you'd agree that I'm referencing to a percutaneous coronary intervention, correct?

A     Yes.

Q     And the cath lab is essentially the facility that a PCI can be done, correct?

A     Yes.

Q     And in order of, if we're going in order of best practice, when a patient is suffering from a STEMI heart attack, the number one option, if available, is to get the patient to a cath lab so that he could have a PCI, correct?

MR. DRAHOS:  Object to the form.  Josh, you've asked that three times now.  We're having a habit of this in these depositions, so he's going to answer this, this last time, and then we're going to move on.

Q     Is that correct, Doctor?

A     Like I mentioned earlier, yes, if it is

available, that is the best option if we are in the normal hospital situations.

But given the ship scenario and the weather conditions and the safety of the patient, the next best option that we have was thrombolysis, and that we did.

So not every patient is unique and not every patient is treated in the same way.  It depends on the situation and the circumstances and the patient condition and everything, and we can make a decision that is the best under the given circumstances.

And because cath lab was not available and I'm sure that he cannot be taken to the cath lab within the time frame, and if we delay both, both the cath lab and thrombolysis, the mortality rates are high, where if he's had either cath lab or thrombolysis.  If it's not done any of this, there are high chances that he can get worse.  He can deteriorate, or he can succumb to death.

So because I'm sure that he cannot be taken to cath lab, we have in our hands thrombolysis which I can save a life, so I went with thrombolysis, and that was the best thing that I can do at that given time.

Q    Okay.  Doctor, you said that you knew for sure that Mr. Reeves could not be taken to a cath lab?

A    Yes, given the ship's position at the time, because we have a television in every medical center where

46

I can see the ship position and I know how far we are from the land, and the weather was very bad, I can see from my window.

And as I have said, like I have, working for Carnival Cruises or around cruise ships for many years, and I have done it many times, so I am sure what was the best at that time for the patient.  Yes, he couldn't have been taken to the cath lab for at least next four to six hours.

Q    And Doctor, so you made that determination without speaking to the captain of the Carnival Freedom?

A    Exactly.  I didn't reach the captain because I know the weather and I know that I can thrombolyse the earliest, which is good for the patient.

Q    And Doctor, you made that decision without speaking to the Coast Guard, correct?

A    Yes.  Because I did not speak to captain means I did not reach Coast Guard.

Q    And the only way that you would get to the Coast Guard is through speaking to the captain first, correct?

A    Yes, but all this I did not do because this is like delaying the thrombolysis also, so which is not good for the patient.

So I'm aware that that I cannot reach the

cath lab within the specified time so where the patient can worsen, so thrombolysis, we had it, so I want to give it at the earliest, and I did that.  (Inaudible) Coast Guard or captain.

THE COURT REPORTER:  I'm sorry.  Can he repeat the last, can he repeat the last part of his answer, just the last part?

THE WITNESS:  I did not reach Coast Guard or captain because it delays me giving thrombolysis to the patient where the patient can worsen, so I want to thrombolyse because that is our ultimate decision, to thrombolyse the patient because I cannot reach the cath lab.

So the earlier I thrombolyse, the earlier and the better the patient outcomes.  The mortality rate is less.

So I prefer to thrombolyse them than wasting my time reaching captain or Coast Guard.

Q    And Doctor, so once you thrombolyse the patient, is the patient not able to be -- is the PCI procedure then taken off the table?

MR. DRAHOS:  Object to form.

A    No.  He still need to go to PCI, but at a later stage, not immediate.  Unless --

Q    Okay.

A     -- the patient is worsening or unless the patient is like deteriorating, this is the usual procedure through my experience.  I have worked in cardiology and emergency and critical care, these kind of patients will be taken to cath lab at a later stage, like 24 hours, but not more than the next day shift, not in immediate.

But because this patient was stable and he never deteriorated all through the night until we air lifted him the next day morning, his BP, his vitals, his hear rate, everything was stable apart from the pain now and then, which we treated.

Q     So Doctor, I want to make sure I understand your testimony correctly, that even -- you have seen as part of your course of treatment in your years of treating patients --

A     What I --

MR. DRAHOS:  Wait a minute, wait a minute. Let him finish his question, please.

Q     So Doctor --

A     Sorry, sorry.  It's on me.  You can go ahead.

Q     Thank you, Doctor.  So Doctor, even when on land, when giving a patient a thrombolytic and having access to a cath lab that maybe was 30 minutes away or 40 minutes away, you're saying that in even those cases, that you would give the thrombolytic, and then instead of

getting the patient to the cath lab in 30 minutes, you would wait 24 hours until getting him to a cath lab?

MR. DRAHOS:  Object to the form, misstates his testimony.

A    I don't mean exactly like 24 hours, but if this patient was there in the emergency room or in a hospital where there is a PCI or cath lab available, if the patient is stable and if he has sever thrombosis already, he will usually be not taken immediately to the cath lab, to my knowledge, and usually taken the next shift or next day morning.

So it's not likely the emergency that he needs to be taken immediately to the cath lab.

Q    Why is that?

A    Because he was stable, like I mentioned, he was stable.  We were continuously monitoring him.  Every 15 minutes, we documented his BP and heart rate, and he was on continuous monitoring and the cardiac monitoring where we can see his EKGs, his vitals, everything.

This is the working practice.  Even if the cath lab was available, I'm sure he would not be taken to the cath lab immediately.

Q    Okay.  Doctor, let me bring back up Exhibit Three.  Let me know when you can see my screen.  Can you see my screen?

A     Yes, sir.

Q     Okay, and Doctor, looking at the third EKG, which was administered, here it says July 8th, 2023, at 1113 a.m., so that was about 30 minutes after the second one.

We know that the second one was administered between 7:45 p.m. and 8:15 p.m., so this third EKG would have been at around 8:45 p.m.  Is that correct?

MR. DRAHOS:  Object to the form.

A     Yeah, maybe for the thrombolysis, between 8:45 or 9:00, around.

Q     8:45 or 9:00 is when this third EKG would have been administered?

A     I'm not sure because if you go --

MR. DRAHOS:  Object to form.

Q     Because of the timing?

A     -- to the timings, yeah.

Q     Okay.  At what time was the thrombolysis administered?

A     Nine p.m. ship time.

Q     Okay.  So then would this EKG have been done after to see how the thrombolysis was affecting Mr. Reeves?

A     I'm not sure, but if you see the timings, maybe.

Q      What does this EKG show?

A      It is still STEMI, but compared to the previous second exhibit, this is less.  I mean, there are fewer changes.  He has not worsened, I can say it seemed to be.

Q      Okay, and then just so we saw the other EKGs already, but even at 12:15 a.m. on July 9th, at four a.m. on July 9th, and then at eight a.m. on July 9th, all of these EKGs were still showing signs of STEMI heart attack, correct?

MR. DRAHOS:  Object to the form.

A      If you see the eight a.m. EKG, it's almost completely back to normal EKG.  The variations are much, much less.  It's almost completely normal.  That means he was responding to the thrombolysis.

Q      How long did the thrombolysis take to go into effect?

A      It varies from patient to patient.  Not every patient is the same, so for somebody, maybe within one hour, they can be completely normal.  For somebody, may take a few hours.

Q      And Doctor, can you explain to me what the significance of the thrombolytic medication is for?

A      Can you come again, please?

Q      Sure.  So the thrombolytic essentially is a

clot-buster.  Is that right?

A     Yes.

Q     So the hope, when administering the thrombolytic, is that here, since you don't have access to a cath lab to administer PCI, you're hoping that the thrombolytic will bust up whatever clot is clogging the heart ventricle, correct?

A     Yes.  There are a few other conditions where we thrombolyse also apart from heart attack.

Q     Now, in addition to the thrombolytic, were there other -- what other medications are being given to Mr. Reeves at the same time to prevent the clot from reforming or coming back?

A     So as per the AHA guidelines and after the guidelines, the latest, we give them aspirin, 300 milligrams, and Clopidogril, 300 milligrams, which are also blood thinner, and we give them and also by injection, which is also a blood thinner.  All these are standard treatment protocols that we need to give in STEMI.

Q     Okay.

A     And apart from that, we treat it with morphine and methadol for pain, and we also give him Metropolol which controls his heart rate, which is also standard treatment protocol in STEMI.

Q    Doctor, while the thrombolytic is working and is assisting Mr. Reeves, does it mean that the heart is no longer --

A    Nobody --

MR. DRAHOS:  Wait for him.

Q    Sorry.  Doctor, strike that.  So while the thrombolytic is administered, does that mean that the heart will not suffer any further damage?

MR. DRAHOS:  Object to the form.

A    No, not exactly.  Nobody can say, no doctor in the world can say that this thrombolysis has worked or the clot has lysed.

For that, we need a PCI where we can keep going into that blood vessel and can see whether there's a clot or not.

After thrombolysis where the thrombolysis has worked or not, we can say only that --

THE COURT REPORTER:  I'm sorry.  Can you slow down a little, Doctor?  Can you please slow down a little?

THE WITNESS:  Oh, sorry.  So to make sure that thrombolysis has worked, we need to see that, okay, whether the blood clot is there or not, which is possible only with PCI with the cath lab.

So whether the thrombolysis has worked or not, one way we assess, we assess whether the patient is

deteriorating or not, and we assess him by EKG changes.

So as our patient after thrombolysis was not deteriorating, was not worsening, I can't for sure say that the blood clot has lysed or it is taken away, but we can say the patient is not deteriorating.  We presume that it is working, and based on the EKG changes that we have seen, I think the thrombolysis was successful.

And the clot can form again.  Even after thrombolysis, if the clot has lysed, there's a chance again the clot can come, and when he's taken to cath lab, there may be a clot, and we can't say for sure with the thrombolysis, the clot was lysed or not, until he's seen in PCI.

Q    And Doctor, if the clot is not removed or broken down, in the meantime, is the heart being damaged?

MR. DRAHOS:  Object to the form.

A    Like I mentioned, whether this thrombolysis has worked or not, nobody can say for sure, but as the patient was stable, but whatever is best possible.

Like I earlier mentioned, even if he was in a facility where there is a cath lab or PCI available, he will not be taken immediately given the patient is stable.

Q    But Doctor, you just said that without actually getting into the cath lab, using the PCI, you can't confirm if the thrombolytic worked or not.

So even with access to the cath lab, why wouldn't you just to confirm that the thrombolytic has worked?

MR. DRAHOS:  Object to the form.

A       Because PCI is not a simple procedure.  It is an invasive procedure.  Procedure itself can damage the patient, can itself cause mortality, can itself kill the patient, so we outweigh the benefits and risks, and then we do what is best.

Q       Okay.

A       And of course, we were in the middle of the sea and the weather was very bad, and I don't want this patient to deteriorate in the middle, so I don't want to risk him, so we just did what is best.

Q       Doctor, what weather do you recall that night?

A       I could see the thunders and the rough sea waves.

Q       What stands out about July 8th, 2023, that you recall the weather that night?

A       As far as I remember, the family wants him to be taken in a helicopter, if possible, to the cath lab.

But I spoke to them that, given the circumstances, I don't want to put my patient at risk because heli-vac, helicopter evacuation from the ship is a

very risky operation, and the helicopter will not land on the ship.  It will be staying in the air, and they have to lift him in a basket, and that is a risky thing, and there is a chance of patient being scared of all this, and he can deteriorate any time.

And we were two doctors and four nurses on the ship, and in the air in the helicopter, there is normally no personnel apart from the paramedic.

So given the circumstances and the best interest of the patient, and I am sure that he will not be taken to the cath lab anyway within two hours of the time, so I prefer to thrombolyse him, and we thrombolysed him and he was stable throughout the night.

And we arranged the (inaudible), air ambulance as early as possible, but they came because of (inaudible).  They came at four p.m. next day.

THE COURT REPORTER:  I'm sorry.  Wait a minute.  They came because of what, they came because?

THE WITNESS:  We know this patient needs to go to the cath lab, so we arranged for air ambulance because his insurance is not covering Nassau, the next port that we are reaching in the next day morning is Nassau where the insurance doesn't work, and it's very difficult to accept the patient.

In the best interest of the patient, we order

air ambulance.  After we thrombolyse, we can make the decision immediately in the night itself, and, but the air ambulance was there by 12 p.m. the next day morning.

MR. DRAHOS:  Let me just step in for a second.  Doctor, I know you're trying to help, but you have to answer the questions he's asking you, and all the stuff you're talking about, he's going to ask you about it, so let him get to that point.  Just answer what he's asking you now.

THE WITNESS:  So after we thrombolyse, we ordered an air ambulance to take him to the cath lab in the area where it is feasible.

Q    Doctor, do you have any, or do you have a captain's license for a vessel?

MR. DRAHOS:  Object to the form.

A    Sorry, I didn't understand.

Q    Sure.  Like could you captain the Carnival Freedom?  Do you have the proper licensing to do that if needed?

MR. DRAHOS:  Object to the form.

A    You're asking me, or the captain's license?

Q    I'm asking you if you have one.

A    I didn't understand you exactly.

Q    Sure.  Doctor, do you have any sort of license that would allow you to drive or navigate the

Carnival Freedom?

MR. DRAHOS:  Objection.

A    No way.  I'm a medical personnel.  I'm not working on the bridge.

Q    Okay.  Do you have any maritime experience with driving vessels?

A    No.

Q    Similar, when it comes to piloting aircraft, do you have any sort of captain's license to pilot an aircraft?

A    No, sir.

Q    What about a helicopter, can you pilot a helicopter?

A    No.

Q    Any schooling or certificates to pilot a helicopter?

A    No.

Q    Doctor, at the end of the day, you'd agree that part of your duties and responsibilities to your patients, and particularly to Mr. Reeves, is that everything that's being done is in the patient's best interest, correct?

A    Exactly.

Q    That the wellness of your patients while on board is the most important thing to you?

MR. DRAHOS:  Object to the form.

A     Please, can you repeat, please?

Q     Right.  You'd agree that the wellness of your patients while on board the Carnival Cruise Line is the most, of the utmost importance to you?

A     Yeah, part of -- I mean, life is, we give importance to life and nothing else.

Q     Right, and you're going to do everything within your power to make sure that you are treating these patients correctly?

MR. DRAHOS:  Object to the form.

A     Yes.  I'm responsible.

Q     Doctor, can a STEMI heart attack be fatal?

A     Yes, it can be fatal.

Q     Even after a thrombolytic is administered, can a STEMI heart attack still be fatal?

A     Yes, it can, even after PCI.

MR. DRAHOS:  Hey, Josh, is this a good point to take a second break?

MR. PADRON:  Yes, we can take a second break.  Let's go off the record.

THE VIDEOGRAPHER:  We are going off the video record.  The time is 11:52 a.m.

(Thereupon, a brief recess.)

THE VIDEOGRAPHER.  We are back on the video

60

record.  The time is 12:01 p.m.  You may proceed.

Q    Doctor, what is the standard protocol in Carnival Freedom when a passenger presents to the medical center with chest pain?

MR. DRAHOS:  Object to the form. (Inaudible).

A    Not every chest pain patient is same.  Out of many chest pain patients, some may be typical.  Only a few are STEMI.

So it depends on the situation, where we are, and it depends on the age of the patient, depends on the present condition of the patient.  Based on that, we take a decision, whatever is best given that circumstances.

Q    Okay, and so here for Mr. Reeves, what is standard protocol?

When he arrived with chest pains in his condition, what medical staff was told, what is the order that you would expect your staff, your nurses and your doctors to do when he presents to the medical center?

MR. DRAHOS:  Object to the form.

A    So any chest pain patient, we take every chest pain serious, and we do the EKG at the earliest, within ten minutes of the arrival into the medical center. That's the standard protocol.

And if it is atypical or not STEMI, we'll do

61

(inaudible).

THE COURT REPORTER:  I'm sorry, you'll do what, Doctor?  I'm sorry, Doctor, Doctor, Doctor, you said if it's not typical, if it's not STEMI, you'll do what?

THE WITNESS:  We'll assist the patient. We'll repeat the EKG again, and we'll do some lab tests, and we go accordingly.

And sometimes the history, based on the complaints, how they present, also suggests if this is a serious chest pain or not.  Not every chest pain is related to heart.  I mean, only a complete history, the way he presents, what he says, is also we need to consider.

And apart from what he says, we need to do then the EKG.  If the EKG is normal, then we'll repeat it, and based on the presentation, we'll come to a conclusion or decision whether this is really just chest pain or not -- I mean related to heart or not first.

And suppose if it is a STEMI, if we are in port or nearer to the port, the first preference, of course, will be send the patient if the PCI is available in that port.

If not, then coming to this case, like because we were in the middle of the sea, we did whatever is best with thrombolysis.

So not every patient is same, so it depends on all the conditions, where we are, and how the patient presented, and how serious is the chest pain or not, whether it is really related to heart, so many factors, many factor involved.

Q    Doctor, what is the significance of the troponin or troponin levels in a patient that's experiencing chest pains?

MR. DRAHOS:  Object to the form.

A    Troponin is a cardiac enzyme, so if anybody comes with chest pain, all the time EKG may not show immediately.  Sometimes we treat based on the EKG itself and based on how the patient presented.

But troponin, usually the cardiac enzymes will be normal even if it is a STEMI, so we repeat it after four hours later, at least four hours after that. That time it may be eliminated.

So troponin is not -- based on the troponin levels, we don't decide to treat the patient, to thrombolyse or take him to cath lab.

And so we check all the cardiac enzymes, if they're still elevate, at later stage, not in that initial stages.

Q    Okay.  Doctor, let me show you, back on Exhibit Two, I want to show you a line, and I just want to

know what this -- you didn't make this entry.  It was Dr. Leonards'.

It says that, "Immediately took patient to ICU and started ACS protocol."  What is ACS protocol?

MR. DRAHOS:  Object to the form.

A    What he means exactly, I don't know, but ACS is acute coronary syndrome where STEMI is part of it, which is like standard treatment like aspirin, like blood thinners, like Clopidogrel, like Metropolol, pain management, oxygen management.  All of these are involved for any chest pain patient.

So like he will be immediately taken into the ICU, an ICU bed, and he will be attached to the continuous cardiac monitoring, and we will do the EKG immediately. We'll treat him like an emergency patient.  If somebody else is waiting, we'll first treat this patient, and we'll try as humanly as possible, of course, so that's what we mean by protocols, the basis of it.

Q    And it looks here that the nurse who put this, but this was seen -- it says, "Case seen by MD."  Is that medical doctor?

A    Yes.  MD doesn't mean medical (inaudible).

THE COURT REPORTER:  I'm sorry, can you, can you start, can you start your answer over, Doctor?

MR. PADRON:  Right, and maybe let's go off

the record a second.

THE VIDEOGRAPHER:  Going off the video record.  The time is 12:06 p.m.

(Thereupon, an off-the-record discussion.)

THE VIDEOGRAPHER:  We are back on the video record.  The time is 12:08 p.m.  You may proceed.

Q     So Doctor, we see here that, "Case seen by MD."

Are you saying that when we see that, it doesn't technically mean it's a medical doctor, but it would be a physician such as yourself, or in this case either yourself or Dr. Leonards?  Is that correct?

A     Yes.

Q     And I guess he was given almost immediately, within 40 minutes of being there, Simvastatin, 40 milligrams?

MR. DRAHOS:  Object to the form.

Q     Is that a yes?

A     Yes.

Q     What does that medication assist with?

A     It is a cholesterol medication, and for any heart, any serious heart attack patients, we give these, all these medications, cholesterol, to control the heart rate and the blood thinners.

Q     Okay.  What is Clopidogril?

A      That's a blood thinner.

Q      Baby aspirin is also a blood thinner?

A      Yes.  We gave high doses.

Q      What is Enoxaparin?

A      That is also a blood thinner, an injectable form.

Q      What is an injection of Pantoprazole?

A      That is (inaudible) to relieve your stress, too much stomach acid.

THE COURT REPORTER:  I'm sorry, I need you to repeat that answer, Doctor.

THE WITNESS:  Pantoprazole injection which will reduce your stomach acid.

Q      Okay.  How are these dosage amounts determined for each of these medications?

MR. DRAHOS:  Object to the form.

A      Usually the Clopidogrel tablet come in five milligrams which you take, if you take regularly, once a day, but because of the first heart attack when they present, usually we give high doses to lyse the blood clot.

So we give Clopidogrel, 300 milligrams, and aspirin, 300 milligrams.  We give only two aspirin because he normally took two tablets and we gave him two.

Q      Okay, and -- okay.

66

A    So because we give all these blood thinners in high doses, usually to suppress the acid and future ulcers in the stomach, we give that Propanol injection.

Q    Okay.  Doctor, what is the significance of, in this case, Mr. Reeves experiencing chest pain, you know, starting from when he came into the medical center and then throughout the night?  Does it signify anything?

MR. DRAHOS:  Object to the form.

A    The usual presentation of his symptoms would suggest a heart attack, yes, and we treated him accordingly.

Q    And then throughout the night and into the early morning, is there any special attention paid to the chest pain and whether it's increasing or decreasing?

A    He was on continuous monitoring, and the nurse was attending him continuously, and Dr. Brent was there throughout night.  I came again around --

Q    Right.  Doctor --

A    He was continuously monitored and his chest pain was taken care of.

Q    And Doctor, my question is, is the severity of the chest pain and whether it's increasing or decreasing, is that indicative of anything with the medication working or not working, or the heart attack worsening or getting better?

I'm trying to understand what the presence or lack thereof of chest pain means while monitoring Mr. Reeves throughout that night.

MR. DRAHOS:  Object to form.

A    All I can say is he was stable and he was improving.

Q    And I understand that he was stable and improving, but so does it factor in at all whether or not his chest pain is increasing or decreasing throughout the night?

A    We can't say for sure anything, but he was not deteriorating and he was stable, and the complaint of pain, we treat him for the pain.

Q    So if chest pain increases, that does not to you indicate a resurgence in the severity of the STEMI?

MR. DRAHOS:  Object to the form.

A    We don't agree the chest pain had increased. Even if you thrombolyse or you take to PCI, the patient can get chest pain.

Q    Okay.  So you're not looking at the chest pain as an indicator of whether his condition is improving or destabilizing.  Is that correct?

MR. DRAHOS:  Object to the form.

A    Not only -- I mean taking only one into consideration, we cannot decide, so we see a patient as a

whole, not only the pain.

And of course, we understand if it is serious pain or night pain or chest pain, normal pain, so based on that, we -- but for this given patient, he was not deteriorating.  He was stable, and this pain was not worse than the initial presentation.

Q     Doctor, I want to show you what we'll mark as Exhibit Four.  Let me know when you can see my screen.

(Thereupon, Plaintiff's Exhibit Number Four was marked for identification.)

A     I can.

Q     So this was given to me in discovery.  Have you ever seen this document?

A     Yes.

Q     Okay.  What is the significance of this document?

MR. DRAHOS:  Object to the form.

A     Each patient needs to be disembarked based on the priorities.  That shows us the priority where we need to go.  This is like a disembarkation guidance for us.

Q     What are the different -- what does a Category Four mean versus a Category Five and a Category Six?  Could you break that down for me?

A     Category Four, Five, Six means where we need to deviate the ship, I am aware of that the split of

(inaudible) operation of the ship.

Q    But so that's what those different categories mean?

A    Like we, if we just speed up the ship and take the patient to the local, the next duty port, that is called a Category Four.  It falls under Category Four.

And helicopter evacuation or in the middle of the sea, that is Category Five.

And Category Six is deviation of the ship and (inaudible).

THE COURT REPORTER:  I'm sorry, deviation on the ship, and then what was the other thing, Doctor?

THE WITNESS:  Changing (inaudible) so   we may not be able to reach the next port.  We will divert the ship to some other port, to the nearest hospital.

Q    Doctor, so how do you determine what category your patient goes into?

A    It depends on the patient.  Every patient is different.

So suppose, for example, if there is a patient of stroke, brain stroke, we immediately call the first maritime, find the options for the helicopter evacuation because we cannot treat brain stroke on board.

We can thrombolyse, but we need a CT scan of the brain, which is not one on board, so, and there is a

time figure, like four hours, we need to be there, so I need a helicopter immediately.

So it all depends from patient to patient and what is the case.

Q    Okay.  So why was Mr. Reeves considered a Category Four patient instead of a Category Five patient?

A    I don't want to put him at risk.  As I said, I was sure that he will not be taken to cath lab within 120 minutes either.

And also it is a very risky operation, given the weather conditions, and even there are times patient can get scared and heart attack can worsen and he can deteriorate.

So instead of that, the next best option we have thrombolysis, and we did that in the best interest of the patient, putting everything into consideration, so thrombolysis was the best decision at the time.

Q    And Doctor, is there any reason why, even after administration the thrombolysis, why, if the weather improved, you would not --

A    Sorry.  I lost you.

MR. DRAHOS:  Yes.  We can't --

MR. PADRON:  Hello?  Can you hear me now?

MR. DRAHOS:  Yes, you're cutting out, you're cutting out when you get any of that.

MR. PADRON:  Okay.

THE COURT REPORTER:  And can I ask again, can I ask again for the witness to please slow down?

MR. PADRON:  Yes.

Q     Did you hear that, Doctor?

A     Yes.

Q     Are we still cutting out?

A     No.  We can hear now.

Q     Okay.  So Doctor, why -- what was your main concern in not putting Mr. Reeves into Category Five medical disembarkment via helicopter?

MR. DRAHOS:  Object to the form, and asked and answered.

A     Well, I want -- I don't want to put my patient at risk, given the weather conditions, and it is a risky operation, as I mentioned.

And as he was stable and we could treat him for that time, and he was not really in a life-threatening condition, like he was not deteriorating, so taking into consideration all these risks, and we thought he is better with us.  We have doctors available, and we can take care of him.

Q     Doctor, were you aware that the Coast Guard has a medical physician that you can speak to when making these decisions?

MR. DRAHOS:  Object to the form.

A    Yes.  I have done multiple times helicopter evacuations.  I am aware of it.

Q    You did not reach out to that Coast Guard physician to help make that final determination, correct?

A    Yes.

MR. DRAHOS:  Object to the form.

Q    Yes, you did; or yes --

A    No.

Q    -- you did not?

A    I did not, I did not contact Coast Guard.

Q    And Doctor, is there any reason -- did the weather improve that night?

MR. DRAHOS:  Object to the form, time frame.

A    All I can say is given the concentration of the thrombolysis, the weather was bad, so we thrombolysed him, and after that, I'm not sure.

Q    So after you administered the thrombolysis, you are no longer considering a Category-Five-type disembarkment.  Is that correct?

A    Yes, because the patient was stable.

Q    Okay.  So as you sit here today, you can't tell me if the weather was such that at two in the morning on July 9th, you would have felt more comfortable calling the Coast Guard to come and helicopter, medi-vac

Mr. Reeves off the ship.  Is that right?

MR. DRAHOS:  Object to the form.

A     Can you repeat, please?

Q     Sure, that as you sit here today, you don't recall what the weather was like at two in the morning, or three in the morning July 9th, and whether that would have played any factor in your decision not to medi-vac Mr. Reeves at that point in time, correct?

A     As far as I can say, we thrombolysed the patient and he was stable, and after doing my notes and once the patient is stabilized, I think I went to rest, so I don't know what is the weather.

And we had a plan already before ten p.m. that we are air lifting him to air ambulance to take him to the cath lab next day, so unless he deteriorates, I have no change in plans, so I'm keeping him, as I mentioned earlier, with my medical team in my medical center, safe.

Q     Doctor, where are you getting the information that the decision was made at ten p.m. to -- that he was going to be medi-vac'd in the morning when he arrived at port?

A     I'm not sure.  It is not written in the notes, but when I came in the morning, 5:00, I wrote in my notes that I had objected to the family about the air

ambulance arrangements.

That means we had already spoken to the Jet ICU and the air ambulance is arranged.  We know the approximate timings when they are going to come.

Q    Doctor, let me show you what we'll mark as Exhibit Five.  Let me know when you can see my screen.  Can you see my screen?

(Thereupon, Plaintiff's Exhibit Number Five was marked for identification.)

A    Yes, sir.

Q    Okay.  So I have this labeled as Desai E-mail One, and it appears, and correct me if I'm wrong, this is an e-mail that you sent.  Are you Freedom Senior Doctor?

A    Yes, sir.

Q    And you sent this on July 9th, 2023, at 3:26 in the morning?

A    Yes, I see it.

Q    And you sent this to Jet ICU OPS.  That is the company that came and medically disembarked Mr. Reeves, correct?

A    Yes.

Q    Who is Jared Wayt?

A    He's part of HOC, health operations center.

Q    Okay.  Who is Carlos Elcoro?

A    I'm not sure; maybe Jet ICU.

Q    And this obviously was the health operations center, correct?

A    Yes.

Q    Freedom Doctor, would that go to Dr. Leonards?

A    Yes.

Q    Freedom Medical Center, who would get that?

A    Nursing staff.

Q    And the Freedom Lead Nurse, lead nurse?

A    Yeah, the head nurse.

Q    Okay, and in this e-mail at 3:27 in the morning, July 9th, you wrote here that, "We have a 37 years old male, Mr. Reeves, Chand, with acute STEMI," an acute heart attack.

Then you write that he received thrombolysis with Alteplase but is still in pain with EKG showing ST elevation.

Now, what is the significance of those two lines, and why are you giving them that information?

MR. DRAHOS:  Object to the form.

A    Because I want him to be taken to the cath lab at the earliest possible time in a safe manner, so I'm arranging for an air ambulance the next day.  The moment we reach port, we want the air ambulance for this patient to be taken to cath lab.

Q     And is that because even after the thrombolysis with Alteplase, he was still in pain and still had ST elevation?

A     No.

MR. DRAHOS:  Object to the form.

THE WITNESS:  Not exactly.  Even if he is pain free and even the ST elevation is not there, even if the EKG is normal, if he's not pain free, he's still a candidate to be taken to cath lab.

Q     Okay, and you're doing this because you wanted to get him to the cath lab as soon as possible?

A     Exactly.

Q     Now, knowing that you want to get him to the cath lab as soon as possible, why are you not requesting or speaking with the Coast Guard, the captain, to see what other options are available to you at 3:27 in the morning on July 9th?

MR. DRAHOS:  Object to the form, asked and answered.

A     Like I mentioned earlier, he is stable.  He is better stay with us than to be air lifted, which is a risky operation.  You don't want to put his life at risk, and we already had a plan to -- unless he deteriorates, the plan is to take him to, via air ambulance to the cath lab, not by helicopter.  I don't want to put my patient at

risk.

Q    Did Mr. Reeves and his family not ask you to be put on the helicopter earlier?

A    As far as I remember, they were requested, yes, they were asking.

Q    So they were asking to be medi-vac'd out via helicopter, and you denied them?

A    Yes, because taking into consideration of all the risks and benefits, yes, I felt he is safe with us.

Q    And did you ever make a statement to Miss Reeves or to his family that you were -- the vessel was too far for the Coast Guard to come and do a medi-vac?

A    I can't recall word by word what I spoke with them once I was called.  Once I saw the EKG and options, I explained them about the cath lab and the thrombolysis that we have on board, and again the weather conditions and how this affect the operation.

I spoke with them, I explained and discussed, and then I took the consent for thrombolysis, and then we thrombolysed.

So for sure I've explained them what is best after considering the consequences in this area for consent.

Q    Doctor, I want to show you what we'll mark as Exhibit -- I think we're on Exhibit Seven.  Is that right?

MR. DRAHOS:  I have Six.

THE COURT REPORTER:  Yes, I believe it should be Six.

(Thereupon, Plaintiff's Exhibit Number Six was marked for identification.)

Q    Okay.  So Doctor, let me show you what we'll mark as Exhibit Six.  Can you see my screen?

A    I can see.

Q    So this was another document given to me in discovery.  Can you see this fine, or do you need me to zoom in?

A    I can see.

Q    Okay.  So looking here at 2.2, Category Five disembarkations, this I believe is part of your HESS policies and procedures.  Have you reviewed this before?

A    Yes, I have reviewed.

Q    Okay.  So essentially, I guess when you jump from a Category Four to a Category Five, the main difference is that a Category Five is going to involve a significant operational disruption, correct?

A    Exactly.

Q    And obviously there you'd have to speak with the captain and the regional HOC, which is the health operations center?

A    Yes.

79

Q    Okay.  If we go down, it said that, The pertinent information that will assist with the decision making process should be available for discussion with shoreline personnel, a clinical synopsis.  Correct?

A    Correct.

Q    The prognosis and risks to patient with and without Category Five disembarkation, correct?

A    Correct.

Q    What was the prognosis and risks to Mr. Reeves without a Category Five disembarkation?

MR. DRAHOS:  Object to the form.

A    The prognosis, as we discussed, it's a serious heart attack, STEMI, which needs to be treated either with cath lab or thrombolysis.

Given the circumstances, suppose if I don't have thrombolysis, definitely this is a Category Five.  I would call for a helicopter.

But we have thrombolysis, and given the circumstances like weather conditions and the distance where we are from the shore, giving thrombolysis or thrombolysing the patient is much safer than considering helicopter evacuation, because every hour delay, thrombolysis or cath lab, can lead to mortality rates, bad mortality rates, so the earlier the thrombolysis, the best for the patient.

80

Q     And Doctor, was there anything preventing you from administration the thrombolysis while simultaneously coordinating a Category Five disembarkation?

MR. DRAHOS:  Object to the form.

A     Not really.  After giving thrombolysis, I can still consider him, but because patient was stable and it is best he to be in our hands than to be in the helicopter, so we just continued with our management.

Q     We see here something that should be taken into account is fitness to fly.  You know, did you make any determination on whether Mr. Reeves was fit to fly or not?

A     In life threatening situations, of course we fly whatever is the condition if we don't have an option to treat on board.

But because we have thrombolysed him on board and he's stable and he's improving, we did not consider him to be air lifted via helicopter because he was stable, and we already had a plan to take him to cath lab via air ambulance, and he was not the right candidate, definitely, to be taken via helicopter, which is risky for him because it's not an easy operation.

It's a very risky operation, and the weather was not favorable.

Q     And Doctor, I'm just asking, under Fitness to

Fly, so because of what you just told me, did you never even get to this point?  You never made a determination whether or not Mr. Reeves was fit to fly?

MR. DRAHOS:  Object to the form.

A     This patient was stable, and it literally is putting him at risk.  Taking him via helicopter is risky, so the best decision for this patient was to be with us in the medical center until we get air ambulance.

Q     Right.  I understand that that's your opinion, that that was --

A     Yes, but if it was needed.  I considered.  No, I did not speak to Coast Guard.

Q     No, no, and my question to you is, is this a determination that you make on whether he's fit to fly or not, or is that something that the Coast Guard makes with the information you give them?

A     No.  I mean, Coast Guard will ask whatever is needed, but ultimately fitness will be given by me, yes, by the ship physician.

Q     So did you make that determination for Mr. Reeves, on whether or not he was fit to fly?

Or because you weren't considering the helicopter disembarkation, you never made that determination of Mr. Reeves?

A     It's a dynamic decision.  The conditions can

change.  They can deteriorate, they can improve, so I just present that, when I speak to the Coast Guard, I'll present all these at time or that point of time, that's it.  I'll review status at that time.

Q    Okay, and Doctor, I'm just -- I need to know if you can make that determination or not.  Did you ever decide one way or another whether Mr. Reeves was or was not fit to fly?

MR. DRAHOS:  Object to the form.

A    As I mentioned earlier, he was stable, and we didn't change our decision.  We did not feel that he would be taken -- he needs to be off the ship immediately. Considering all the risk factors and benefits, yes, he is better to stay with us.

Q    Okay.

A    He was not deteriorating.

Q    Right, and Doctor, I'm just trying to figure out how to ask, how else to word this.  I understand that he was -- so if a patient is stable, does that mean that patient is fit to fly?

MR. DRAHOS:  Object to the form.

A    Yes, I presume so.

Q    So on July 8th and July 9th, Mr. Reeves would have been fit to fly.  Is that correct?

MR. DRAHOS:  Object to the form?

A     Yes, he is fit to fly.

Q     Okay.  Doctor, even though Mr. Reeves, as you described and under your diagnosis, was stable, that doesn't mean that the STEMI heart attack was over.  Is that right?

MR. DRAHOS:  Object to the form.

A     Sorry, can you repeat?

Q     So Mr. Reeves, you've said multiple times here today that Mr. Reeves was stable that night, correct?

A     Yes.

Q     Just because Mr. Reeves was stable, does that mean that the STEMI was done?

A     No.  I don't know what you are talking about. No.  He still needs to go to cath lab.  That's what I mentioned earlier.

Q     Okay.  Doctor, are you familiar with the term "Golden Hour"?

A     From time they come to the medical center for heart attack, 120 minutes to cath lab, and 90 minutes for thrombolysis.

Q     What is the significance of those 90 minutes o 120 minutes --

A     So if --

Q     -- when someone is suffering a STEMI?

A     -- so if the patient is -- cannot be taken to

the cath lab between 120 minutes and the thrombolysis is in my hands, so to prevent further mortality, I have to prevent -- to improve the prognosis, thrombolysis is the next option.  That's what we did.

Because if I delay thrombolysis, the patient can deteriorate anytime, so the earlier we thrombolyse him, the better, so when we don't have availability of the cath lab, definitely we thrombolyse.  If we can't, we have to do it at the earliest, and that is within the 90 minutes, and that's what we did.

Q    You'd agree that whether it's treatment with the PCI or through, with the thrombolysis, that the key is to get the patient immediate medical attention to preserve heart function?

MR. DRAHOS:  Object to the form.

A    Yes, sir, either PCI or thrombolysis, whichever is the earlier, and depending on availability.

Q    Doctor, besides having a cath lab on board, is there any other medication or medical equipment that you believe you needed to adequately treat Mr. Reeves?

A    Apart from cath lab, no, I don't.  We have anything, like we can give a shock if we need.  We have defibrillator.  We have AED.

There are then medications provided if he deteriorates until we can air lift him or we can call for

a helicopter, we can manage.  We have all the medications, but no cath lab.

Q    Doctor, at any point in time, did you not believe that you could provide the level of care that Mr. Reeves needed?

MR. DRAHOS:  Object to the form.

A    No.  We didn't go to that stage.

Q    Doctor, aside from these case summaries that we looked at in Exhibit Two, and the documents with the EKG, Exhibit Three, are there any other logs or records that you keep that you would have put any notes regarding Mr. Reeves and his treatment that night?

A    No.  Whatever is there in that 40 pages of records, that's all.  We don't write anything in person, I mean personally.

Q    I want to show you another e-mail that you sent.  This will be Exhibit Seven.  Can you see my screen?

(Thereupon, Plaintiff's Exhibit Number Seven was marked for identification.)

A    Yes.

Q    Okay.  So this e-mail was sent Sunday, July 9th, at 12:39 p.m. to Freedom Senior Doctor.  Is this -- so this was coming from Freedom Medical Center.

So Doctor, are you using, I guess, a different computer to send this e-mail that it's coming

from Freedom Medical Center?

A     This is a patient disembarkation notification, so any patient that we medically refer, whatever category, from Category One to Category Seven, any patient, if we make a medical referral, which in disembarkation gets a notification e-mail, so that the shore people, care-taking people can follow with the patient even off the ship, so they just copy us.

Otherwise this is actually like notification to inform that this patient is getting off the ship on medical, for medical reasons.

Q     And what I'm trying to understand, did you send this e-mail?  Because I see here a signature --

A     Normally it's sent by some of the nurses, one of the nurses, not me.

Q     It's signed by you.

A     Maybe they copied that.

Q     Okay.  It was not sent by you --

MR. DRAHOS:  Wait, wait.

A     No, no.  It may not be sent by me, but this form is prepared by me, so that we will stay open.

The medical records, if you go to the file in the last page, you'll find that information, the last page, so that when the nurses send e-mail, my name or whoever has prepared the patient disembarkation

notification, the name comes automatically, but it doesn't mean that I have sent this e-mail.

Q    Okay.

A    The e-mail is sent by the nurses from the medical center, but my name automatically comes.  That is from the medical records.

Q    Okay, and it's sent to you, I guess, so you have in your records, Freedom Captain.  I think that's self-explanatory.  Was that the --

A    On that, there is by default.

MR. DRAHOS:  Okay.  Let him finish his question.

Q    What do you mean, that's by default?

A    So as I said, there are some notifications, when we go to our medical records, and once you just press that notification e-mail, that automatically pops out to wherever it needs to go, so we don't need to add there. As a senior doctor, it will see.  That automatically comes --

Q    Okay.

A    -- so for the printed remainder set of e-mail.

Q    So when we see here Freedom Captain --

A    Yes.

Q    -- that sounds pretty self-explanatory, but

is that the Captain of the Freedom on July 9th, 2023, that receives that e-mail?

A    Should have.  This is after the patient left the ship, so we notify that this patient left the ship for medical reasons.

Q    Doctor, you've done medical disembarkations from the vessel using a helicopter before.  Is that right?

A    Yes.

Q    So you've used a helicopter to come and medi-vac the patient?

A    Yes.

Q    Have you also seen times where, instead of a helicopter, that a vessel can come and pick up a patient?

A    You mean you're asking did I do helicopter evacuations?

MR. DRAHOS:  No.

Q    No.  I'm asking, so you've done helicopter evacuations.  What I'm asking, have you ever done, instead of a helicopter, where a vessel comes and does a medical disembarkment by way of a different vessel?

MR. DRAHOS:  Let it go.

A    I mean, apart from the helicopter, we disembark patient from the ship with a different vessel, you're asking?

Q    Yes.  What different methods can you do

besides a helicopter while the vessel is under way?

A     Well, depending on the situation, if we're just nearby the land and if the hospital is nearby, sometimes we disembark even to pilot boat and cutter boat.

Q     Have you ever, when you recommended a medical disembarkment, have you ever seen, at your recommendation a Carnival cruise ship change the port that they were going to go to in order to address the needs of your patient?

A     Yes, I have done that before.  I mean we speeded up the ship, yes, we diverted the ship.

Q     So when a medical disembarkment is requested by you while the vessel is under way, tell me the different options that you and the captain have to get the patient the care that they need.

MR. DRAHOS:  Object to the form.

A     We do whatever is best for the patient.  If you want me to go give an example, just a few days back, we arranged for a patient to disembark.

We called the Coast Guard.  We diverted the ship towards the land, and the Coast Guard helicopter came.

So we do whatever is best for the patient. We don't think of any other reason.  We just think in the best interest of a patient, and we do whatever is needed.

Q     Right, and Doctor, I'm more, if you can kind of give me a list of -- you know, that's a great example, that you can divert the ship to turn closer to land and the helicopter to come out.  Is there -- you know, I guess what else like that is there?

MR. DRAHOS:  Object to the form.

A     In the last three to four weeks, I have disembarked two stroke patients via helicopter, where one time we just went back towards near to reach the land and the Coast Guard came.

And the next time we speeded up the ship to the nearest land, it took like four hours, and the Coast Guard came and picked up the patient.  Both were helicopter evacuations, and both were stroke, brain stroke, so this happened just in the last two or three weeks.

Q     Have you ever had to do anything like what you just described for a patient suffering from a heart attack?

MR. DRAHOS:  Object to the form.

A     Maybe many years back, like three or four years back, I have done once, but because the patient was deteriorating and he needs the cardiologist and critical care at the earliest.

So we did whatever we can, but still the

patient was not stable, so we speeded up the ship.

Q    Doctor, did you ever receive a call from the Coast Guard advising that they were able to come pick up Mr. Reeves?

A    No.

Q    Doctor, once the thrombolytic was administered to Mr. Reeves, what are the different either complications or scenarios?  What is it that you as his treating physician are looking for to make sure that he does not destabilize?

A    Like heart failure, which is common for heart attack patients, there you can fall.  You can go into shock.  Your symptoms keep on worsening like sweating, your BP going low, and none of this was seen, many heart failure recorded deaths.

Q    Okay.  What else besides heart failure, and as you said, sweating, the blood -- the heart rate dropping --

A    Shortness of breath, breathing difficulties, and apart from that, from the injection that we give thrombolysis, he can bleed from anywhere, so we look into all this, any risks that he had, because thrombolysis itself can deteriorate the patient, it can cause stroke. It can cause bleeding from anywhere in the body.

Q    After thrombolysis is administered, could

Mr. Reeves still have -- or does that mean that the heart attack is done?

A   No, until he's taken to cath lab and whether it is seen that whether if there is a clot or not and whether he needs a stent or not, no, it's not done.

Q   Doctor, let me share my screen again so we can look at Exhibit Two together.  Can you see my screen?

A   Yes.

Q   So we see here on July 8th, 2023, at 8:45 p.m., that Nurse Nanork put, "Done CXR as ordered before thrombolytic treatment."  What does that mean?

A   Chest x-ray was done before we thrombolyse the patient.

Q   Okay, and it was reviewed by Dr. Desai and sent ashore to radiology study.  Where were these images sent?

A   Any x-ray we do on board, we generally send it for radiologist reporting.

Q   That is routine practice with x-rays?

A   Yes.

Q   That is not routine practice with EKGs?

A   Yes, but if we cannot read or if we have a doubt, of course we always reach the cardiologist on land. We can send them.

Q   Okay.  Here at 9:00, it shows that the guest

was being prepared for thrombolytic treatment, and they double checked with you on the Alteplase kit.  Is that correct?

A    Yes.

Q    So at 9:00, the thrombolytic had not been, had not been administered yet.  Is that correct?

MR. DRAHOS:  Object to the form.

A    We usually do the job and document later, so patient safety is important, so we deliver the treatment on the timeline, so time is constant here.  So we first give the injection and then document later.

Q    So how do we know at exactly what time the thrombolytic treatment was given?

A    As the nurse clearly mentioned, we gave it at 9:00.  Where this is done, we can adjust the time.  We can go back and put the time, 9:00.

Q    You can go back and adjust the time?

A    Yes, not everything, but for this note, suppose if I'm documenting at 9:30, I can put the time 9:00 and document the case, but sometimes we may forget and we just document.

But in this case, it's clear, I mean, the nurse has done practicum, she documented it at 9:00, which is the time that we gave.

Q    And, well, here the first initial Alteplase

of IV push, 50 milligrams, was at 21:05 p.m.

A     Yes.

Q     So is that the first time it was actually administered, at 9:05 p.m.?

A     Yes.

Q     Okay.  Then 30 minutes later, a second dose of Alteplase was given?

A     No; within 30 minutes.  The next dose should be given, or 30 minutes later, so the second dose was started at 21:07, two minutes after the first was.

Q     Okay.  So why was it given two minutes after instead of waiting 30 minutes?

A     No.  The first 50 mg was given as a bolus, as a stat push.

Q     Okay.

A     Then the next 35 -- next 50 mg which should be given over 30 minutes, and that 30 minutes time, I mean for next 30 minutes, it is started at 21:07, so it will end at 20 -- 21:37.

Q     I understand.  Okay.

A     And if you ask why we don't send EKG related to cardiologist for reading, because it is time sensitive. When you (inaudible).

THE COURT REPORTER:  I'm sorry, I'm sorry. Can you start that over, the last part over, Doctor?

THE WITNESS:  Oh, sorry.  For that earlier question, like we send x-rays for radiologist reporting and but not EKGs to the cardiologist, because this is time sensitive.  We need to act immediately if I see STEMI on EKG.  I do not wait or I can't wait for the cardiologist tell me to thrombolyse this patient.

So the more time delay, the more damage to the patient, so I need to act immediately, so that EKG, I will read it and I make the decision myself, and I do not wait for cardiologist.

Q    Okay.  Doctor, here we see a note from you that says that Mr. Chad is in medical center around seven p.m. with chest pain, eight out of ten, that started an hour ago.

He had profuse sweating, then vomiting and one bowel movement, denied shortness of breath, radiation of pain.

It mentioned that he had mild chest pain like two out of ten this morning about nine a.m. and it subsided spontaneously.  Then he was fine until six this evening.

Is this information that you gathered from Mr. Reeves?

A    Yes.

Q    Here you wrote that on initial EKG, it showed

ST elevation in leads V Two, V Three, V Four, and AVL and reciprocal ST depression in Leads Two, Three, and AVF with Q waves in Lead AVL.  What does this mean?

A     This initial EKG, actually I'm referring to the second EKG, that which was seen by me but for the first time after I was called about 8:00, where I can see STEMI for sure on second EKG.

Q     So when you say here initial EKG, you are not referring to, if we go to Exhibit --

A     Not this one; the next one.

Q     -- Exhibit Three --

A     The second one.

Q     -- you're not referring to the one marked as One; you're referring to the one marked as Two?

A     Yes, sir.  This is the time when we decided to thromobolyse.

Q     And that was -- well, this is a note in retrospect that you entered at ten a.m. -- at ten p.m.  I apologize.

A     Yeah.  That should be around 8:30, I mean the EKG sheet indicates, it may be, or 8:00, I mean, which I was called, so usually came 7:00, so it may be around 7:45, 8:00, based on the case you're telling me.

Q     So Doctor, what is the reasoning for the hour or over-an-hour delay between the second EKG and the

97

administration of the thrombolytic?

A    I think that's why the guidelines are made and then given certain timeline.  I mean, we cannot track immediately.  We need to talk to the patient.  We need to explain.  We need to consider if I want to thrombolyse the patient.

There are certain checklists that I have to go through, whether this patient is a candidate to be thrombolysed or not, and I have to check whether he has any risk factors for bleeding, and I have to speak to the family.  I have to take consent, and I have to reassess the patient.  Many things are involved.

So I think you can see the following, that 14 pages that I've taken signature from the family, and I've taken all -- I have ruled out all the risk factors of bleeding, so all this takes time.

Q    Is there a reason that you waited for the second EKG --

A    Like I mentioned --

Q    -- instead of, instead of taking steps --

A    -- like I mentioned --

MR. DRAHOS:  Wait.

Q    -- instead of taking steps to either prevent or lessen any impact of a heart attack after the first EKG?

A     This first EKG, as I mentioned, is not STEMI, typical STEMI, but we already gave him aspirin, Clopidogrel, and Exoxaparin, all the medication, what is needed per ACS protocol that was mentioned, discussed earlier.

But he is on still continuous monitoring in the ICU, and the moment we noticed ST elevations, that's when we printed EKG, and that's when we can start thrombolysis.  The first EKG is not STEMI, still.  It was (inaudible).  You can say (inaudible) STEMI.

THE COURT REPORTER:  I'm sorry.  Can you repeat the last thing you said?

THE WITNESS:  Evolving STEMI or pre-STEMI, we can see that in the first EKG.

Q     And when you say pre-STEMI or evolving STEMI --

A     Yeah, it can progress to STEMI, this first EKG.

Q     What is the likelihood that it's going to progress or not progress?

MR. DRAHOS:  Object to form.

A     It depends from patient to patient.  25 percent of the people can progress to STEMI.

THE COURT REPORTER:  What percent, what percent?

THE WITNESS:  It differs from patient to patient and the size of the block, so like one third of the patients can go to STEMI.

Q    So if we can, and I know this is going to be difficult, but I want to try, can you show what the difference is between the second EKG and the first EKG that allows you to confirm that it is a STEMI?

A    If you see V Two, V Three, those leads, I mean, you don't see that elevation or ST elevation.  You see actually a steady pressure in the first EKG.  You see elevations only in the second EKG.

Q    Okay, so hold on.  If you guide my mouse here, we're looking at the first EKG here.

A    Yes.

Q    And I'm looking at V One, V Two, V Three here in the middle?

A    Yes.

Q    So along this grid -- well, is there -- what's the significance of this One, Two, Three?  What's Two again?  What is the significance of these, each line?

A    Every lead is significant with three EKG in total, along with the patient, so if some leads show some changes, the other leads may show those appropriate changes, and it depends on the area of the heart that is affected.  If you talk about V Two, V Three, it happens in

the anterior part of the heart.

Q    Okay, and the anterior part of the heart is where a STEMI occurs?

A    Yes, I mean, in this case, V Two, V Three, V Four, the anterior part of the heart.

Q    Okay.  So here, what about these lines in Two and Three points us to a STEMI?

A    Yes.  The changes in V Two, V Three, V Four, represents STEMI, and the Leads Two, Three, shows that it was changes, depression.

Q    Doctor, when you wrote here, "On initial EKG," you meant the --

A    Second EKG.

Q    -- the EKG -- okay, and then you mention here, "History and EKG suggestive of acute MI with ST elevation"?

A    Yes, sir.

Q    So that is, in other words, that is the STEMI heart attack that we've been talking about?

A    Yes.

Q    Okay.  You go on to say that, "As we are at sea with no access to cath lab for PCI, fibrinolysis with Alteplase is considered after giving loading dose of aspirin, and Clopidogrel, 300 milligrams, and Simvastatin 40 milligrams, morphine, four plus four milligrams, later

two milligrams and Pantoprazole, 80 milligrams IV."

Doctor, here you do not mention anything about the weather having any effect on getting to a cath lab.  You only mention being at sea.  Why is that?

MR. DRAHOS:  Object to the form.

A    I agree I did not mention, but I do remember weather was not good, and I spoke with the family, the same thing.

Q    Okay.  Then the next time that we see you, so at 5:12 in the morning, you put another note, and I want to look here.

"His EKG showed improvement with decreased ST elevation and reciprocal ST depression reached baseline." What is the significance of the ST depression reaching baseline?

MR. DRAHOS:  Object to the form.

A    It is for both ST elevation and depression, the reaching baseline, even there is deterioration also, I may follow it, so ST depression and ST elevation, both were reaching the baseline.  Depressions were going up and the elevations were coming down, that's what I mean.  It means he's improving.

And it doesn't mean that I'm not seeing the patient in between.  You saw the e-mails and --

Q    Right.  There's e-mails and there's other

notes that we're going to see.

A    Yeah.  I may -- yeah, but not (inaudible).

THE COURT REPORTER:  I'm sorry, I didn't hear the last -- wait, wait.  I did not hear what the doctor said, the last thing, and I'm asking him again to please slow down.

THE WITNESS:  I may have spent more time with patient, but I may not have written everything.

Q    Doctor, here at 9:15 in the morning, July 9th, 2023, you checked in with the patient, and it says -- what is this morphine, ten milligrams IV?  What does that mean?

A    He complained pain again in the morning, so we have given him morphine for pain, and if you read my note, the pain was minimal, and I just ask if he needs something.  Patient want it, so I gave it, and the pain was two or three, I mean minimal pain.

Q    Okay.  So that's when we see here your 9:28 a.m. note, "Mr. Chad complains of mild chest discomfort, and on asking does he need pain medication, said that he won't deny, said maybe that will help his rest and sleep."

A    Yes, yes.

Q    And that's when you gave him --

A    I just want to put him at ease, so we gave it.  No, pain was minimal.

Q    Does a patient vomiting mean anything one way or another, good or bad?

MR. DRAHOS:  Object to the form.

A    Yeah.  It depends on multiple factors.  For this pain -- for this case right now, it can be due to side effect of morphine also.

Q    Okay.  We have another note from you similar to the first note.  What does a troponin level of 3.45 NG ML mean?

A    The initial troponin was normal.  Perfectly normal level is .04.  The initial was .01, and this is very high.  I mean, the upper acceptable limit is .04, and this is much higher than that, but we already treated him and we have done everything, whatever is possible.

Q    So when he first, when Mr. Reeves first presented and his blood was first drawn, it was .01?

A    Yes.

Q    And then later that night, it was a 3.45?

A    Yes.  Like we said earlier, like we discussed earlier, we don't treat the patient based on troponin intially levels because that enzyme takes time, like four to six hours to elevate.

So we just treated him based on the EKG and history, and we just did to conform the troponin levels, we did the standard practice.

Q    So Doctor, you mentioned here, maybe not in this summary, but in the first summary, that he had chest pain earlier that morning of two out of ten, and then it subsided, and then came back around six p.m.  Do you recall that entry?

A    Yes.

Q    So as you sit here today, and having reviewed all this, that nine a.m. chest pain, was that a heart attack, or what was it?

MR. DRAHOS:  Form.

A    Yeah, like I said, I don't know until he came to the medical center, but if it -- based on the EKG and based on the troponin levels, if you ask me, may not be heart attack because the troponin levels when he came at seven p.m. was normal.

Q    Okay.

A    If it was heart attack, in the morning, nine a.m., the troponin levels (inaudible) should be elevated.

THE COURT REPORTER:  The troponin levels of the what?

THE WITNESS:  If he had heart attack, serious heart attack in the morning, nine a.m., the troponin levels when he came at seven p.m. should be elevated. They were not elevated.

THE COURT REPORTER:  Should be or should not

be?

THE WITNESS:  Should be elevated.

Q    Doctor, we see a note here from you at 12:17 in the morning on July 9th, 2023, that Mr. Chad received Alteplase, 100 milligrams, two vials of 50 milligrams each in total, and you're, I guess, correcting here that there was no facility to charge on the Sea Care, so we charged for Reteplase, which is less costly than Alteplase.

So Doctor, I just want to confirm, because I know part of the records, this is basically saying although his records show that he was charged for Reteplase, he was actually given and treated with Alteplase.  Is that right?

A    Yes, sir.  We gave him Alteplase, the patient is with Alteplase.

Q    What are these entries that we see here, these diagnosis entries, like what -- how is this input? What do these entries mean?

A    So based on the EKG and the patient, we know that it is STEMI, but sometimes it's not 100 percent still until he's taken to cath lab, and the only 100 percent assurance is cath lab, so we put differentials, additional diagnosis, sometimes.

For this case we put additional because his blood sugar was high, and his potassium, which is the

salt, was low.

Q    When was this input?  Is there a way to know what time this was input?

A    It keeps on changing.  I mean, usually you may present with something, and ultimately you may come up with something, so we keep on updating.

Q    Okay.  So this is just the -- this was, when he left, this is put afterwards.  Is that right?

A    On the final conclusion, yes, before he leaves the ship.

Q    Okay.  So Doctor, we see here that at 11:10 in the morning of July 9th, 2023, Mr. Reeves was given Ondansetron.  What is this the significance of that medication?

A    This is given for vomiting.

Q    From what?

A    For vomiting.

Q    For vomiting, okay.

A    Yeah.  He receive morphine, like we just discussed before, around 10:00, it is 9:30 or 10, he receive the morphine.  The side effect of morphine, most common side effect is throwing up, vomiting, for which we gave Ondansetron for.

Q    He was given IV fluids at 9:16 in the morning on July 9th, correct?

A     It was continuing, yeah.

Q     At 9:15 in the morning on July 9th, he was given morphine sulfate, correct?

A     Yes.

Q     Some more fluids at five in the morning on July 9th?  Yes?

A     Yes.

Q     What is KCL 20 MEQ?

A     It is potassium chloride, the salt in the blood.  It was (inaudible).

THE COURT REPORTER:  I'm sorry.  Can you start that answer over, slower, please?

THE WITNESS:  KCL stands for to potassium chloride.  It is like a salt in our blood, like sodium, so it was low for him.

The normal range is 3.5 to 5.5.  For him, it was 3.2, so which is important.  That itself can cause the chest pain and can detriorate the patient, so we gave him a supplement of potassium chloride.

Q     Here at 9:19 p.m. on July 8th, 2023, you administered Midazolam.  What is the significance of that medication?

MR. DRAHOS:  Object to the form.

A     Midazolam is actually a sedative, which will reduce the symptoms.

Q    It is a what, I'm sorry?

A    It is a sedative to calm you down, the same time we were thromboblysing the patient.  At 21:19, I mean, he is being thrombolysed, so the patient felt stressful.

He asked for something to ease him, so we gave this Midazolam, which is a sedative, which him, which calms him down, which brings your stress levels down.

Q    Okay, and then here we see the 9:00 entry for the Reteplase which is the thrombolytic, correct?

A    Yes.

Q    We talked through these with Dr. Leonards. When we see this list here of new medications, is this a list of all the medications that Mr. Reeves was administered while treated at Carnival?

A    Yes, sir.  The moment he came after seven p.m. until he leave the ship, all the medications appear as new medications.

Q    Doctor, we see here that 3.45 troponin level, that was at 11:55 p.m., or what time was this?  I'm sorry.

A    Yes, yes.

Q    I can't read this.

A    Yes, five p.m.  As I said, usually it was .01, which we did immediately at 7:00, and this is, like we said, we repeat after four to six hours, we repeated it at (inaudible).

THE COURT REPORTER:  Can you repeat when?

THE WITNESS:  This is the second time that we repeat it at 11:55, 11:55 p.m.

Q    This task 12 lead EKG, so this would have been an EKG at 21:24, correct?

MR. DRAHOS:  Object to the form.

Q    So Doctor, this might help us with the discrepancy that we have on the EKG printout, correct?

MR. DRAHOS:  Object to the form.

A    Maybe we are missing some EKGs, but all what I can say is the timings can be different, yeah.

Q    These timing can be different than the timings that we had in Exhibit Three?

A    Yes.

Q    Which is going to be the accurate one?

MR. DRAHOS:  Object to the form.

A    All I can say is the first EKG timing would be considered as seven, based on the typical to corroborate the timings, then that's all.

Q    What does, "Chest AP performed," mean?

A    Chest x-ray, anterior/posterior view.

Q    We know an EKG was done at 9:23, according to this entry, correct?

A    Yes, the repeat EKG.

Q    The x-ray was at 10:07 p.m., correct?

A    No.  I think chest x-ray was done before thrombolysis but entered in the system later maybe.

Q    Okay.

A    But we did it before thrombolysis, so around 8:40 by us, the previous notes.

Q    So this one at 9:29 p.m. was when the x-ray was done?

A    No.

MR. DRAHOS:  Object to the form.

THE WITNESS:  If you go to the notes, it was done at around 8:45, before thrombolysis was started, so we just make sure, we do rule out everything before we thrombolyse, so we do chest x-ray.

Q    Okay.  It says here, "Read by MD."  Is it Dr. Leonards, or was it you?

A    Dr. Leonards.

Q    What is this entry, what findings are we looking at here at 11:37 on July 9th?

A    If you see the (inaudible) report, the sugar level was high, which shows (inaudible).

THE COURT REPORTER:  I'm sorry, I'm sorry, I need you to -- the blood sugar --

THE WITNESS:  I'm sorry.

THE COURT REPORTER:  The blood sugar was high, and Doctor, could you please slow down?  You start

slow, but you are not slowing down, if you could please do me that favor.

MR. DRAHOS:  All right, he is.  It's his accent.

THE COURT REPORTER:  I'm sorry?

MR. DRAHOS:  I don't think he can speak slower.

THE COURT REPORTER:  Okay.  I need to go off the record then, I need to go off the record.

MR. PADRON:  Go off the record.

THE VIDEOGRAPHER:  We are going off the video record.  The time is 1:22 p.m.

(Thereupon, an off-the-record discussion.)

THE VIDEOGRAPHER:  We are back on the video record.  The time is 1:24 p.m.  You may proceed.

Q    Doctor, here we see a comment for an entry made on July 9th at 6:02 in the morning, which said that, "Venous blood gas result reported to Dr. Brent and Dr. Desai."

What is the significance of a venous blood gas result?

MR. DRAHOS:  Object to the form.

A    So we do venous blood gas, for this patient, I did venous blood gas because the (inaudible) sugar level was around 219, which is way high, so there is a condition

called D, DKA, diabetic ketoacidosis, which in itself can cause heart attack, so I wanted to rule out that one, so I did venous blood gas.

And the repeat blood sugars were normal and the concept of the other condition, DKA, was ruled out.

Q    Okay.  We see an EKG done at, according to this entry, at 4:30 in the morning on July 9th.  Is that right?

A    Yes.

Q    And we see your note here on July 9th, 2023, at 12:05 p.m.  Is that, is this correct, Doctor, because at this time --

A    Yes.  I want to make sure that he is stable before he leaves the ship and before he's handed over to the air ambulance crew.

Q    Understood, so this is kind of your last examination before handing him over to the air ambulance crew.  Is that right?

A    Yes.

Q    Okay.  Doctor, so when we see here initial pain at nine a.m., that has no significance to your treatment of him, correct?

A    Yes, sir.  Like I mentioned, initial troponin when he came in the evening,7:00, was normal, so the troponin, based on that level, I can say in the morning

chest pain was not significant.

Q    When we look here at the vital signs at 7:03 p.m., is there anything that would lead you to be concerned about this patient?

MR. DRAHOS:  Object to the form.

A    No.  All the vitals were stable.

Q    Doctor, this triage entry, is this the first and only triage entry that we have, correct?

A    Yes, sir.  It's first initial visit.

Q    The first contact with Sony Thomas, the nurse, correct?

A    Yes.

Q    And we know that around this time, the first EKG was performed, correct?

A    Correct.

Q    Was that reviewed -- it says reviewed by MD. It doesn't specify which one.  Do you know if that was you, or if that was Dr. Leonards?

A    If my memory records, I think it was Dr. Brent.

Q    And when it says, "Case forwarded to MD," what does that mean?

A    I mean they call for the doctor.

Q    Okay.  So it's not that there's an actual e-mail or something sent.  It's --

A    No, no.  They'll call via phone.  If the doctor is not in the medical center, they call; and if the doctor is in the medical center, they're informing in person.

Q    Okay.  Doctor, let's go ahead and take a, like a nine-minute break.  Let's come back at 9:40 and we should be wrapping up soon, I think.

MR. DRAHOS:  Okay.  Thank you.

THE VIDEOGRAPHER:  Going off the video record.  The time is 1:31 p.m.

(Thereupon, a brief recess.)

THE VIDEOGRAPHER:  We are back on the video record, the time is 1:40 p.m.  You may proceed.

Q    Doctor, do you know if in your review of the EKGs and all the medical records that you have, if Mr. Reeves -- strike that.

Is it possible to undergo two heart attacks even though the first one isn't over?  Does that make any sense?

MR. DRAHOS:  Object to form.

A    Sorry to put it, you mean a patient can have two heart attacks?

Q    Yes.

A    Yes, he can, anybody can have, yeah.

Q    So for example, Mr. Reeves could have had, is

it possible that he could have had a second heart attack during your -- that time that he was on board?

MR. DRAHOS:  Object to the form.

A    It can happen to anybody, but did he deteriorate?  No.

Q    Doctor, you mentioned earlier that once the thrombolytic is administered, that he needs to get to a cath lab within 24 hours.  Did I understand that correctly?

MR. DRAHOS:  Object to the form.

A    I didn't mean to say that he needs to be taken, taken 24 hours or after 24 hours.  I mean whenever he is stable and whenever feasible, we'll take him.

Q    Okay.

A    After we do that, we'll take him at the earliest, if he is stable, he'll be taken as early as possible.

Q    So there's not a timeline, 24 hours or 48 hours.  It's once the thrombolytic is administered, it's whenever he can get to a cath lab, whether it be 24 hours later, or 72 hours later, that is --

A    Yes, yes, exactly.

MR. DRAHOS:  Object to the form.

Q    Does the prognosis worsen the longer you wait even after the thrombolytic has been administered?

MR. DRAHOS:  Object to the form.

A    For this patient, it did not happen.  In case if it happens, of course, he will be taken to cath lab at the earliest possible time.

MR. PADRON:  Doctor, I have no further questions for you.

MR. DRAHOS:  Thank you.  We will read the transcript.

THE VIDEOGRAPHER:  This concludes the deposition.  The time is 1:43 p.m.

MR. PADRON:  I'm going to be ordering, Doreen, if I could take a PDF and PTX, and then I'll get you the exhibits now.

(Thereupon, the taking of the deposition was concluded at 1:44 p.m.)

CERTIFICATE OF OATH


STATE  OF  FLORIDA   )

COUNTY OF MIAMI-DADE )


        I, the undersigned authority, certify that

GOVARDHAN REDDY DESAI personally appeared remotely before

me and was duly remotely sworn.

        WITNESS my hand and official seal this 11th day

of November, 2024.




Doreen Maria Strauss
Notary Public
State of Florida at Large
 My Commission Expires: 4/7/26
Commission No.  HH 250635

118

CERTIFICATE

STATE OF FLORIDA )

COUNTY OF MIAMI-DADE )

I, Doreen M. Strauss, court reporter and Notary Public, in and for the State of Florida at large, do hereby certify that GOVARDHAN REDDY DESAI was by me first duly remotely sworn to testify the whole truth; that I was authorized to and did report said remote deposition in stenotype; and that the foregoing pages, numbered 1 to 120, inclusive, are a true and correct transcription of my shorthand notes of said remote deposition.

I further certify that said remote deposition was taken at the time and place hereinabove set forth and that the taking of said remote deposition was commenced and completed as hereinabove set out.

I further certify that I am not an attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of party connected with the action, nor am I financially interested in the action.

The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.

IN WITNESS WHEREOF, I have hereunto set my hand this 11th day of November, 2024.

Doreen Maria Strauss

service@fernandezCR.com
305-374-8868

Fernandez & Associates
Court Reporters
444 Brickell Avenue, Suite 714
Miami, Florida 33131
305-374-8868   Fax 305-374-9668

November 11, 2024

Michael Drahos, Esq.
Gray Robinson
515 N. Flagler Drive, Suite 650
West Palm Beach, FL 33401
561-268-5727
michael.drahos@gray-robinson.com

RE:  CHAD REEVES VS. CARNIVAL CURISE LINES

Dear Mr. Drahos,

With reference to the deposition of GOVARDHAN REDDY DESAI taken in connection with the above-captioned case, please find enclosed the transcript of said deposition.

Please arrange to have the witness read your copy of the transcript, denoting any corrections by page and line number on the enclosed errata sheet.  This errata sheet must be signed by the witness and the original forwarded to JOSHUA PADRON, Esq.

If this has not been taken care of, however, in 30 days or by the time of trial, whichever comes first, it shall then be concluded that the reading, subscribing and notice of filing have been waived.

Yours Very Truly,

_Doreen Strauss_

CC: Joshua Padron, Esq.

120

ERRATA SHEET

DO NOT WRITE ON TRANSCRIPT ** ENTER CHANGES HERE
NAME:  GOVARDHAN REDDY DESAI
IN RE:  CHAD REEVES V. CARNIVAL CRUISE LINE
DATE OF DEPOSITION:  OCTOBER 18, 2024


PAGE #      LINE #         CHANGE              REASON


_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Under penalties of perjury, I declare that I have read my
deposition and that it is true and correct subject to any
changes in form or substance entered above.

DATE:
     _____

SIGNATURE OF DEPONENT:
                    _____


(PRINT NAME)
                    _____

**#** 120:5,5

**&** 119:1

**01** 103:11,16 108:23

**04** 103:11,12

**10th** 4:18

**11th** 117:9 118:19

**124cv21295rar** 1

**14page** 9:11,14,24 26:14 (4)

**14th** 10:22 11:16

**24hour** 35:11

**40page** 9:8,19

**8th** 19:10 23:6 24:5,8 30:17 31:10,11,14 34:16 50:3 55:19 82:23 92:9 107:20 (14)

**9th** 26:19 27:3 28:20,24 51:7,8,8 72:24 73:6 74:15 75:12 76:17 82:23 85:22 88:1 102:10 105:4 106:12,25 107:2,6 110:18 111:17 112:7,10 (25)

**able** 14:12,13 17:3 32:7 47:20 69:14 91:3 (7)

**about** 4:5 7:2 10:25 11:3,3,3,12,23 19:11 21:3,9,17 23:7 31:6 37:15 50:4 55:19 57:7,7 58:12 73:25 77:15 83:13 95:19 96:6 99:25 100:6,19 101:3 113:4 (30)

**above** 120:20

**abovecaptioned** 119:11

**absolutely** 43:9

**aca** 41:21

**academic** 14:24

**accent** 29:13,16 111:4

**accept** 56:24

**acceptable** 103:12

**access** 33:4 44:1 48:23 52:4 55:1 100:22 (6)

**accommodate** 8:16,21

**according** 25:8 109:22 112:6

**accordingly** 61:7 66:11

**account** 34:25 80:10

**accurate** 109:15

**acid** 65:9,13 66:2

**acs** 63:4,4,6 98:4 (4)

**act** 95:4,8

**action** 118:14,15

**actual** 113:24

**actually** 4:23 14:12 30:20,25 38:1 54:24 86:9 94:3 96:4 99:10 105:12 107:24 (12)

**acute** 63:7 75:13,14 100:15 (4)

**add** 87:17

**addition** 52:10

**additional** 105:22,24

**address** 89:8

**adequately** 84:20

**adjust** 93:15,17

**administer** 52:5

**administered** 39:25 41:15 50:3,6,13,19 53:7 59:15 72:18 91:7,25 93:6 94:4 107:21

108:14 115:7,19,25 (18)

**administering** 39:7 52:3

**administration** 12:1 70:19 80:2 97:1 (4)

**advance** 16:24

**advice** 33:15 37:9

**advises** 7:15

**advising** 91:3

**aed** 84:23

**affect** 39:6,8 77:17

**affected** 99:25

**affecting** 50:22

**after** 3:21 14:1 15:6,18,19,21,25 18:1,9,15 24:1,8 25:23 26:10 31:19 33:17,17,20 35:18,24 50:4,22 52:14 53:16 54:2,8 57:1,10 59:15,17 62:16,16 70:19 72:17,18 73:10 76:1 77:22 80:5 88:3 91:25 94:10,11 96:6 97:24 100:23 108:15,24 115:12,15,25 (51)

**afternoon** 23:25

**afterwards** 106:8

**again** 4:9 6:24 8:19 20:3 42:24 51:24 54:8,10 61:6 66:17 71:2,3 77:16 92:6 99:20 102:5,13 (17)

**age** 29:8 60:11

**ago** 13:19 95:14

**agree** 6:7,19 10:4 40:21 41:6,12 44:8 58:18 59:3 67:17 84:11 101:6 (12)

**aha** 52:14

**ahead**  4:8 7:16,21 14:18 40:24 48:20 114:5 (7)

**air**  40:7 48:8 56:2,7,14,20 57:1,2,11 73:14,14,25 74:3 75:23,24 76:21,24 80:18,19 81:8 84:25 112:15,17 (23)

**aircraft**  58:8,10

**allnight**  24:3

**allow**  57:25

**allows**  99:7

**almost**  51:12,14 64:14

**along**  99:18,22

**already**  19:12 26:7 49:9 51:7 73:13 74:2 76:23 80:19 98:2 103:13 (10)

**also**  2:6 9:10,11,22 11:18 18:23 46:23 52:9,17,17,18,23,24 61:9,12 65:2,5 70:10 88:12 101:18 103:6 (21)

**alteplase**  75:16 76:2 93:2,25 94:7 100:23 105:5,8,13,14,15 (11)

**alternatives**  43:17

**although**  105:11

**always**  92:23

**am**  10 3:2 5:12,15 12:24 13:2 18:21 26:19 27:3 30:3,6,18 31:11,12,14 34:1 36:10 46:6 50:4 51:7,7,8,12 56:10 59:23 68:25 72:3 95:19 96:18 102:19 104:8,18,22 112:21 118:13,13,14 (37)

**ambulance**  56:15,20 57:1,3,11 73:14 74:1,3 75:23,24 76:24 80:20 81:8 112:15,17 (15)

**american**  43:1,15

**amount**  38:23

**amounts**  65:14

**andor**  118:17

**andy**  2:6 3:8 24:17

**angina**  28:6,6

**announcements**  5:7

**annoying**  6:21

**another**  28:24 78:9 82:7 85:16 101:10 103:2,7 (7)

**answer**  7:15,16,21 12:16,19 13:24 23:22 24:14 27:17,18 28:15 33:24 37:25 39:11 44:22 47:7 57:6,8 63:24 65:11 107:12 (21)

**answered**  40:24 71:13 76:19

**anterior**  100:1,2,5

**anteriorposterior**  109:21

**anybody**  62:10 114:24 115:4

**anyone**  8:23 12:1

**anything**  7:24 10:5,11 23:12,16 66:7,23 67:11 80:1 84:22 85:14 90:17 101:2 103:1 113:3 (15)

**anytime**  36:6 84:6

**anyway**  56:11

**anyways**  7:16

**anywhere**  22:3 91:21,24

**ap**  109:20

**apart**  22:5,17,22 48:10 52:9,22 56:8 61:14 84:21 88:22 91:20 (11)

**apologize**  96:19

**app**  20:14

**appear**  108:16

**appearances**  2:1 3:10

**appeared**  117:7

**appears**  74:12

**application**  20:19

**apply**  118:16

**appreciate**  29:18

**appropriate**  99:23

**approximate**  74:4

**are**  3:1,7 4:4,23 5:14,17,19,21,24 12:4,7 13:1 16:11,18 17:1,3 21:9 28:1,3 29:13 30:5 32:7,22 33:21 34:1 36:14 38:10,17 41:19 45:1,14,16 46:1 51:3,13 52:8,11,16,18 56:22 59:9,22,25 60:9,10 61:19 62:2 63:10 64:5,9 65:14 68:21 70:11 71:7 72:19 73:14,19 74:4,13 75:19 76:14,16 79:20 83:13,16 84:24 85:10,24 87:14 91:7,9 96:8 97:2,7,12 100:21 105:16 109:10 110:17 111:1,11,14 114:12 118:9 (84)

**area**  38:24 57:12 77:22 99:24 (4)

**around**  24:10 25:17 26:18 31:3,4,21,22,24 46:5 50:8,11 66:17 95:12 96:20,22 104:4 106:20 110:4,11 111:25 113:13 (21)

**arrange**  119:12

**arranged**  56:14,20 74:3 89:19 (4)

**arrangements**  74:1

**arranging** 75:23

**arrival** 60:23

**arrived** 60:16 73:21

**ashore** 92:15

**aside** 9:22 85:8

**ask** 5:2,24 6:22 7:9,14,19,20,25 8:6 24:13,14 57:7 71:2,3 77:2 81:17 82:18 94:21 102:15 104:13 (20)

**asked** 24:15 33:24 40:23 44:21 71:12 76:18 108:5 (7)

**asking** 7:5 11:3 21:9 33:24 37:17,19,22 42:9,24 57:6,9,21,22 77:5,6 80:25 88:14,17,18,24 102:5,20 (22)

**aspirin** 52:15 63:8 65:2,23,23 98:2 100:24 (7)

**assess** 53:25,25 54:1

**assist** 61:5 64:20 79:2

**assisting** 53:2

**associates** 119:1

**association** 41:22,22 42:14 43:1,15 (5)

**associations** 42:10

**assume** 24:14

**assurance** 105:22

**attached** 63:13

**attack** 27:24 28:9,17 36:24 37:8 38:18 39:20 42:6 43:3 44:7,17 51:9 52:9 59:13,16 64:22 65:19 66:10,24 70:12 75:14 79:13 83:4,19 90:19 91:12 92:2 97:24 100:19 104:9,14,17,21,22 112:2 115:1 (36)

**attacks** 28:1,4 114:17,22 (4)

**attending** 66:16

**attention** 66:13 84:13

**attorney** 4:25 118:13,14

**attorneyclient** 7:25

**attorneys** 2:3,5 8:2 11:23 (4)

**atypical** 60:25

**audio** 5:8

**audiovideo** 18

**authority** 117:6

**authorized** 118:8

**automatically** 87:1,5,16,18 (4)

**availability** 84:7,17

**available** 38:20,23 39:19,22 41:9,13,18 42:22 44:17 45:1,11 49:7,21 54:21 61:21 71:21 76:16 79:3 (18)

**avenue** 119:2

**avf** 96:2

**avl** 96:1,3

**awarded** 15:6,17

**aware** 25:13 46:25 68:25 71:23 72:3 (5)

**away** 48:23,24 54:4

**baby** 65:2

**bachelor** 14:25 15:1 17:22,22,22 18:7,8 (7)

**back** 5:14 9:19 10:16 11:19 13:1,4 16:22 19:1 20:3 30:5,7 31:6 35:18 36:2,3,3 38:2,6

40:20 49:23 51:13 52:13 59:25 62:24 64:5 89:18 90:9,21,22 93:16,17 104:4 111:14 114:6,12 (35)

**background** 5:8 32:22

**bad** 46:2 55:12 72:16 79:23 103:2 (5)

**based** 54:6 60:12 61:8,16 62:12,13,18 68:3,18 96:23 103:20,23 104:12,13 105:19 109:18 112:25 (17)

**baseline** 101:13,15,18,20 (4)

**basic** 18:4,6,9,10 (4)

**basically** 105:10

**basis** 12:21 63:18

**basket** 56:3

**beach** 119:33401

**became** 25:13

**because** 6:24 7:6 13:10 16:13,19 19:6,6,8,25 26:9 29:23 30:21 32:19 33:18 34:8 35:9,20 37:11 45:11,18,25 46:12,17,22 47:9,11,12 48:7 49:15 50:14,16 55:5,25 56:15,18,18,21 61:24 65:19,23 66:1 69:23 72:21 75:21 76:1,10 77:8 79:22 80:6,16,18,21 81:1,22 83:11 84:5 86:13 90:22 91:22 94:22 95:3 103:21 104:14 105:9,24 111:24 112:11 (67)

**bed** 63:13

**before** 4:20,23,24 10:14 11:13,19 15:5 17:21 24:13 25:22 73:13 78:15 88:7 89:10 92:10,12 106:9,20 110:1,4,11,12 112:14,14,17 117:7 (26)

**beginning** 3:2 19:20 27:7

**behalf** 22 3:13,15

**being** 6:8,21 7:3 13:10 40:3 52:11 54:15 56:4 58:21 64:15 93:1 101:4 108:4 (13)

**believe** 25:2,8 30:21 33:13 78:2,14 84:20 85:4 (8)

**benefits** 55:8 77:9 82:13

**beside** 10:10

**besides** 8:24 11:15 84:18 89:1 91:16 (5)

**best** 33:19 37:12 38:13 39:3,24 40:21 41:2,14 42:7,17,22 43:6,7,8,14,18 44:16 45:1,4,10,21 46:7 54:19 55:9,14 56:9,25 58:21 60:13 61:25 70:14,15,17 77:21 79:24 80:7 81:7 89:17,23,25 (40)

**better** 47:15 66:25 71:20 76:21 82:14 84:7 (6)

**between** 17:17 23:19 34:10 36:7,10,12,22,22 37:1 50:7,10 84:1 96:25 99:6 101:24 (15)

**big** 9:4,6

**biological** 18:4

**biology** 17:25

**birth** 4:17

**bleed** 91:21

**bleeding** 91:24 97:10,16

**block** 99:2

**blood** 35:15 44:6,6 52:17,18 53:14,22 54:4 63:8 64:24 65:1,2,5,20 66:1 91:17 103:16 105:25 107:10,14 110:22,24 111:18,20,23,24 112:3,4 (28)

**board** 39:4 41:1 58:25 59:4 69:23,25 77:16 80:15,16 84:18

**92:17 115:2 (12)**

**boarded** 19:16

**boat** 89:4,4

**body** 43:2,11,12 91:24 (4)

**bolus** 94:13

**both** 21:13 24:1 45:13,13 90:13,14 101:17,19 (8)

**bottle** 10:7,9

**bowel** 95:16

**bp** 48:9 49:17 91:14

**brain** 69:21,23,25 90:14 (4)

**branch** 16:20,20

**bravo** 20:16

**break** 8:13,19 59:19,20 68:23 114:6 (6)

**breath** 91:19 95:16

**breathing** 91:19

**brent** 22:22 24:9 32:19 66:16 111:18 113:20 (6)

**brickell** 119:2

**bridge** 58:4

**brief** 5:13 12:25 30:4 59:24 114:11 (5)

**briefly** 11:1

**bring** 49:23

**brings** 108:7

**broken** 54:15

**business** 22:18

**bust** 52:6

**c** 20:17

**call** 18:1 24:2,9 25:17 26:10 69:21 79:17 84:25 91:2 113:23 114:1,2 (12)

**called** 3:21 18:18 20:1 24:9 33:18 69:6 77:14 89:20 96:6,22 112:1 (11)

**calling** 72:24

**calls** 34:4

**calm** 108:2

**calms** 108:7

**came** 20:2 34:11,13,21 56:15,16,18,18 66:6,17 73:24 74:19 89:22 90:10,13 96:22 104:4,11,14,23 108:15 112:24 (22)

**camera** 38:9

**can** 5:9 6:14,14 7:21 8:17,20 12:16,18,22 13:24 14:15,17 15:9 17:9,21 18:12,13 20:11,14,22 23:21 25:3,4,7 27:8,13,17,17,18 28:14,15 29:4,17,24 30:9 32:4,9,13,13,14 33:7 36:4,5 38:1,12,14 39:4 41:25 44:1,5,6,13 45:9,16,17,17,19,21 46:1,2,13 47:2,5,6,10 48:20 49:19,24,24 51:4,20,22,24 53:10,11,13,14,17,18,19 54:5,8,10,18 55:6,7,7 56:5 57:1 58:12 59:2,13,14,16,17,20 63:23,23,24 67:5,19 68:8,11 69:24 70:12,12,12,23 71:2,2,8,21,24 72:15 73:3,9 74:6,7 78:7,8,10,12 79:23 80:5 81:25 82:1,1,6 83:7 84:6,22,25,25 85:1,17 86:7 88:13,25 90:1,3,25 91:12,12,21,23,23,24 92:7,7,24 93:15,15,17,19 94:25 96:6 97:13 98:8,10,11,14,17,23 99:3,4,5 103:5 107:11,17,18 109:1,11,11,12,17 111:6

**112:**1,25 **114:**21,24,24 **115:**4,20 (183)

**can't** 54:3,11,25 67:11 70:22 72:22 77:13 84:8 95:5 108:21 (10)

**candidate** 76:9 80:20 97:8

**cannot** 29:23 32:14 45:12,18 46:25 47:12 67:25 69:23 83:25 92:22 97:3 (11)

**captain** 20:24 21:1,23,25 22:5,11,14,15 42:19 46:11,12,17,20 47:4,9,18 57:17 76:15 78:23 87:8,23 88:1 89:14 (23)

**captain's** 57:14,21 58:9

**cardiac** 49:18 62:10,14,21 63:14 (5)

**cardiologist** 33:4,8,14,22 37:9 38:11,15 44:5 90:23 92:23 94:22 95:3,5,10 (14)

**cardiology** 32:22,23,25 41:21 48:3 (5)

**care** 15:22 37:12 38:13 43:11 48:4 66:20 71:21 85:4 89:15 90:24 105:7 119:30 (12)

**caretaking** 86:7

**carlos** 74:24

**carnival** 7 3:6 5:19,22 12:1,11,12,20 13:12,16,18 16:1 18:20 19:4,11,16 20:13 22:19 23:5 46:5,11 57:17 58:1 59:4 60:3 89:7 108:14 119:8 120:3 (29)

**case** 3:5 9:3,5,20 11:7,13 23:7 24:10 39:23 61:23 63:20 64:7,11 66:5 70:4 85:8 93:20,22 96:23 100:4 103:5 105:24 113:21 116:2 119:11 (25)

**cases** 48:24

**catch** 5:5

**categories** 69:2

**category** 68:22,22,22,24 69:6,6,8,9,16 70:6,6 71:10 78:13,18,18,19 79:7,10,16 80:3 86:4,4,4 (23)

**categoryfivetype** 72:19

**cath** 28:18 37:13 38:16,19,20,22 39:1,5,20,25 40:4,19,22 41:6,14 43:19 44:2,3,12,18 45:11,12,13,15,19,23 46:8 47:1,12 48:5,23 49:1,2,7,10,13,21,22 52:5 53:23 54:10,21,24 55:1,22 56:11,20 57:11 62:20 70:8 73:15 75:21,25 76:9,11,14,24 77:15 79:14,23 80:19 83:14,19 84:1,8,18,21 85:2 92:3 100:22 101:3 105:21,22 115:8,20 116:3 (76)

**cause** 55:7 91:23,24 107:17 112:2 (5)

**causing** 44:7

**cbs** 20:16

**cc** 119:24

**center** 21:18 23:13 24:24 25:15 30:23 34:12,14,18,22 36:14 45:25 60:4,19,23 66:6 73:18 74:23 75:2,7 78:24 81:8 83:18 85:23 86:1 87:5 95:12 104:12 114:2,3 (29)

**certain** 97:3,7

**certificate** 117:1 118:1

**certificates** 58:15

**certification** 18:17,23,25 118:16 (4)

**certify** 117:6 118:7,10,13 (4)

**certifying** 15:19 118:17

**chad** 4 3:5 4:7 95:12 102:19 105:4 119:8 120:3 (8)

**champion** 3:9

**chance** 54:9 56:4

**chances** 45:16

**chand** 75:13

**change** 73:16 82:1,11 89:7 120:5 (5)

**changes** 29:7 32:3 51:4 54:1,6 99:23,24 100:8,10 120:2,20 (11)

**changing** 69:13 106:4

**charge** 105:7

**charged** 105:7,11

**charlie** 20:16

**chart** 9:4,7

**check** 20:14 62:21 97:9

**checked** 25:14 93:2 102:10

**checkin** 35:18

**checklists** 97:7

**chest** 28:7 30:12 32:5,7 60:4,7,8,16,21,22 61:10,10,17 62:3,8,11 63:11 66:5,14,19,22 67:2,9,14,17,19,20 68:3 92:12 95:13,18 102:19 104:2,8 107:18 109:20,21 110:1,13 113:1 (40)

**chief** 22:24 23:4

**chloride** 107:9,14,19

**cholesterol** 64:21,23

**circumstances** 40:3,15 41:17 42:8 43:7,16 45:8,10 55:24 56:9 60:13 79:15,19 (13)

**clarke** 2:6 3:8

**clean** 6:25 7:19

**clear** 18:5 41:25 93:22

**clearly** 29:17 93:14

**clinical** 23:24 79:4

**clogging** 52:6

**clopidogrel** 63:9 65:17,22 98:3 100:24 (5)

**clopidogril** 52:16 64:25

**closer** 90:3

**clot** 44:6 52:6,12 53:12,15,22 54:4,8,9,10,11,12,14 65:21 92:4 (15)

**clotbuster** 52:1

**coast** 42:20 46:16,18,20 47:3,8,18 71:23 72:4,11,25 76:15 77:12 81:12,15,17 82:2 89:20,21 90:10,12 91:3 (22)

**collaboration** 16:4,16 17:17

**collaborative** 16:15

**college** 18:19

**combined** 32:6

**come** 31:6,19 51:24 54:10 61:16 65:17 72:25 74:4 77:12 83:18 88:9,13 90:4 91:3 106:5 114:6 (16)

**comes** 5:4 58:8 62:11 87:1,5,19 88:19 119:16 (8)

**comfortable** 72:24

**coming** 16:19 52:13 61:23

**85:23,25** 101:21 (6)

**commenced** 118:11

**commencing** 3:4

**comment** 111:16

**commission** 117:4,16

**common** 91:11 106:22

**company** 74:19

**compared** 26:25 51:2

**competitive** 18:12

**complained** 102:13

**complains** 102:19

**complaint** 67:12

**complaints** 61:9

**complete** 18:10,22,24 19:8 20:15 61:11 (6)

**completed** 15:3,15 19:7 118:12 (4)

**completely** 51:13,14,20

**completion** 15:6,18

**complications** 91:8

**computer** 85:25

**concentration** 72:15

**concept** 112:5

**concepts** 29:21

**concern** 71:10

**concerned** 113:4

**concluded** 116:14 119:16

**concludes** 116:9

**conclusion** 61:16 106:9

**condition** 38:15 45:8 60:12,17 67:21 71:19 80:14 111:25 112:5 (9)

**conditions** 45:4 52:8 62:2 70:11 71:15 77:16 79:19 81:25 (8)

**conducted** 35:25

**conference** 11

**confirm** 20:12 54:25 55:2 99:7 105:9 (5)

**confirmed** 26:8 37:7

**conform** 103:24

**connected** 18:11 118:14

**connection** 119:11

**connectivity** 4:25 5:3,24

**consent** 33:20 77:19,23 97:11 (4)

**consequences** 77:22

**consider** 61:13 80:6,17 97:5 (4)

**consideration** 67:25 70:16 71:20 77:8 (4)

**considered** 70:5 81:11 100:23 109:18 (4)

**considering** 72:19 77:22 79:21 81:22 82:13 (5)

**constant** 93:10

**constantly** 29:21

**consultation** 9:25

**contact** 72:11 113:10

**contacted** 35:20

**contents** 8:3

**continue** 30:16 38:14

**continued** 80:8

**continuing** 107:1

**continuous** 37:3 49:18 63:13 66:15 98:6 (5)

**continuously** 37:5 49:16 66:16,19 (4)

**contract** 12:21

**control** 64:23 118:17

**controlling** 41:20,22 42:5

**controls** 52:24

**conversation** 22:11

**conversations** 8:4 11:20

**coordinating** 80:3

**copied** 86:17

**copy** 86:8 119:12

**coronary** 44:4,9 63:7

**corporation** 7,7 3:6,6 (4)

**correct** 9:8,20 14:4 19:13 25:1,10,11 26:3,19 27:5 30:14 31:7,15 35:16,22 36:12,24,25 39:8,20 40:1,22 41:15 42:12 44:10,13,19,24 46:16,21 50:8 51:10 52:7 58:22 64:12 67:22 72:5,20 73:8 74:12,20 75:2 78:20 79:4,5,7,8 82:24 83:9 93:3,6 106:25 107:3 108:9 109:5,8,23,25 112:11,22 113:8,11,14,15 118:9 120:19 (66)

**correcting** 105:6

**corrections** 119:13

**correctly** 48:13 59:10 115:9

**corroborate** 109:19

**costly** 105:8

**could** 4:8,9 6:10 7:3,7,10 14:7,24 15:10 17:6 29:16 32:21 33:4 36:6 39:25 41:15 44:2,18 45:23 55:17 57:17 68:23 71:17 85:4 91:25 110:25 111:1 114:25 115:1 116:12 (30)

**couldn't** 19:7,9 37:20 46:7 (4)

**counsel** 2:2,4 3:10 118:13,14 (5)

**county** 117:4 118:4

**course** 15:4,5,16,19 16:15 17:25 18:3 19:3 33:14 48:14 55:11 61:21 63:17 68:2 80:13 92:23 116:3 (17)

**courses** 18:4

**court** 1 3:7,17 12:15,18 13:23 15:8,12 16:6 23:21 27:16 28:14 29:9,12,15,22 38:5,6 39:11,15,17 47:5 53:18 56:17 61:2 63:23 65:10 69:11 71:2 78:2 94:24 98:11,24 102:3 104:19,25 107:11 109:1 110:21,24 111:5,8 118:6 119:1 (44)

**cover** 20:1

**covering** 56:21

**cps** 20:14,17,18

**crack** 18:12

**crazy** 7:4

**crew** 11:25 20:13 112:15,18 (4)

**critical** 15:21 48:4 90:23

**cross** 2:8

**cruise** 12:11,12,21 13:13,16 22:12 24:4 46:5 59:4 89:7 120:3 (11)

**cruises** 46:5

**ct** 69:24

**curise** 119:8

**current** 12:10

**curriculum** 14:19 16:17

**cutter** 89:4

**cutting** 23:23 70:24,25 71:7 (4)

**cv** 14:15 17:12

**cxr** 92:10

**d** 2:7 112:1

**damage** 53:8 55:6 95:7

**damaged** 54:15

**date** 4:17 20:22 43:15 120:21 (4)

**dated** 31:14

**dates** 19:7,9 20:20

**day** 8:18 24:5 48:6,9 49:11 56:16,22 57:3 58:18 65:19 73:15 75:23 117:9 118:19 (14)

**days** 10:16 89:18 119:30

**daytime** 23:19

**deal** 16:17

**dear** 119:9

**death** 45:17

**deaths** 91:15

8

**december** 15:3,15

**decide** 62:19 67:25 82:7

**decided** 96:15

**decision** 42:17 45:9 46:15 47:11 57:2 60:13 61:17 70:17 73:7,20 79:2 81:7,25 82:11 95:9 (15)

**decisions** 71:25

**declare** 120:19

**decreased** 101:12

**decreasing** 66:14,23 67:9

**default** 87:10,13

**defendant** 8 2:5 3:16

**defibrillator** 84:23

**definitely** 30:24 40:12 42:19 79:16 80:20 84:8 (6)

**degree** 15:18

**delay** 37:1 39:5,7 45:13 79:22 84:5 95:7 96:25 (8)

**delayed** 19:6

**delaying** 46:23

**delays** 47:9

**deliver** 93:9

**denied** 77:7 95:16

**denoting** 119:13

**deny** 102:21

**department** 23:14

**departments** 23:11

**depending** 84:17 89:2

**depends** 45:7 60:10,11,11 62:1 69:18 70:3 98:22 99:24 103:4 (10)

**deponent** 120:22

**deposition** 19,23 3:3 4:19 7:3,13 10:12,15 11:7,13,16 12:2,5,8 29:20 116:10,14 118:8,9,10,11 119:10,11 120:18,19 (25)

**depositions** 11:7 44:22

**depression** 96:2 100:10 101:13,14,17,19 (6)

**depressions** 101:20

**desai** 21 2:9 3:4,16,20 4:4,11,11,15,16,17 6:4 74:11 92:14 111:19 117:7 118:7 119:10 120:2 (19)

**describe** 7:5

**described** 83:3 90:18

**designed** 16:18,23

**destabilize** 91:10

**destabilizing** 67:22

**details** 8:5 14:24

**deteriorate** 45:17 55:13 56:5 70:13 82:1 84:6 91:23 115:5 (8)

**deteriorated** 48:8

**deteriorates** 73:15 76:23 84:25

**deteriorating** 48:2 54:1,3,5 67:12 68:5 71:19 82:16 90:23 (9)

**deterioration** 37:6 101:18

**determination** 46:10 72:5 80:11 81:2,14,20,24 82:6 (8)

**determine** 69:16

**determined** 65:15

**detriorate** 107:18

**deviate** 68:25

**deviation** 69:9,11

**diabetic** 112:1

**diagnosed** 36:20

**diagnoses** 36:24

**diagnosis** 32:7 83:3 105:17,23 (4)

**dictate** 43:12

**didn't** 5:5 22:1 33:21 35:9 37:11 39:11 46:12 57:16,23 63:1 82:11 85:7 102:3 115:11 (14)

**difference** 38:14 78:19 99:6

**different** 19:21,22 21:13 22:7 28:1,3,6 42:10,12 68:21 69:2,19 85:25 88:20,23,25 89:14 91:7 109:11,12 (20)

**differentials** 105:22

**differs** 99:1

**difficult** 6:22 56:24 99:5

**difficulties** 91:19

**direct** 2:8 4:1 118:17

**direction** 118:17

**discomfort** 102:19

**disconnected** 37:20,24

**discovery** 68:12 78:10

**discrepancy** 109:8

**discussed** 77:18 79:12 98:4 103:19 106:20 (5)

**discussion** 64:4 79:3 111:13

**disembark** 88:23 89:4,19

**disembarkation** 68:20 79:7,10 80:3 81:23 86:2,6,25 (8)

**disembarkations** 78:14 88:6

**disembarked** 24:6 68:18 74:19 90:8 (4)

**disembarkment** 71:11 72:20 88:20 89:6,12 (5)

**disruption** 78:20

**distance** 79:19

**district** 1,1

**divert** 69:14 90:3

**diverted** 89:11,20

**dka** 112:1,5

**doctor** 4:6,19 5:16,23 8:11,23 11:6 12:4,10 13:3,10,12 14:6,13,16,19 16:8,11 19:10,15 21:7,22 22:19 23:12,17,23 24:3,12,22 27:13,23 28:19 29:10 30:7 32:16,21 33:12,25 36:4 37:24 38:10 39:10,14,15,18 40:17,20 41:19 42:9,24 43:9,19,23,23 44:24 45:22 46:10,15 47:19 48:12,19,21,21 49:23 50:2 51:22 53:1,6,10,19 54:14,23 55:15 57:5,13,24 58:18 59:13 60:2 61:3,3,3,3 62:6,24 63:21,24 64:7,10 65:11 66:4,18,21 68:7 69:12,16 70:18 71:5,9,23 72:12 73:19 74:5,13 75:4 77:24 78:6 80:1,25 82:5,17 83:2,16 84:18 85:3,8,22,24 87:18 88:6 90:1 91:2,6 92:6 94:25 95:11 96:24 100:11 101:2 102:4,9 104:1

105:3,9 106:11 108:18 109:7 110:25 111:16 112:11,20 113:7,23 114:2,3,5,14 115:6 116:5 (149)

**doctors** 21:9 24:1 56:6 60:19 71:21 (5)

**document** 9:3,8,11,15,20,23,24 10:3 25:16 26:13,14 68:13,16 78:9 93:8,11,20,21 (18)

**documented** 35:10 49:17 93:23

**documenting** 93:19

**documents** 9:1 10:10,23 13:4,5 42:2 85:9 (7)

**does** 20:18 28:25 32:1,12 51:1 53:2,7 64:20 66:7 67:8,14 68:21 82:19 83:11 88:19 91:10 92:1,11 96:3 102:11,20 103:1,8 109:20 113:22 114:18 115:24 118:16 (28)

**doesn't** 26:9 38:14 56:23 63:22 64:10 83:4 87:1 101:23 113:17 (9)

**doing** 4:6 33:21 73:10 76:10 (4)

**done** 16:2 19:4 31:1 34:10 36:6,9,11 40:7 41:7 42:11 44:13 45:16 46:6 50:21 58:21 72:2 83:12 88:6,17,18 89:10 90:22 92:2,5,10,12 93:15,23 103:14 109:22 110:1,7,11 112:6 (34)

**doreen** 3:8 12:17 116:12 117:14 118:6,23 119:22 (7)

**dosage** 65:14

**dose** 94:6,8,9 100:23 (4)

**doses** 65:3,20 66:2

**double** 93:2

**doubt** 92:23

**down** 6:15,17,18 30:16 36:3 53:19,19 54:15 68:23 71:3 79:1 101:21 102:6 108:2,7,7 110:25 111:1 (18)

**dr** 3:4,16 4:4,17 6:4 11:12 21:3,13,14,17 22:22,24 24:9,11,15,22,24 32:17,19,25 33:12,14 36:20,23 37:8 63:2 64:12 66:16 75:5 92:14 108:11 110:15,16 111:18,19 113:18,20 (37)

**drahos** 2:4 3:15,15 4:25 5:2,25 7:14 8:6,9,24,25 10:14 11:2,15,17 20:7 21:8 24:13 26:4,24 27:6,11 28:11,22 29:1,6,12,19 30:11 31:16 32:2,18 33:1,6,11,16,23 34:4,19 37:10,17,22 38:4 39:9,21 40:2,23 41:8,16,24 42:16 43:4 44:20 47:22 48:17 49:3 50:9,15 51:11 53:5,9 54:16 55:4 57:4,15,20 58:2 59:1,11,18 60:5,20 62:9 63:5 64:17 65:16 66:8 67:4,16,23 68:17 70:22,24 71:12 72:1,7,14 73:2 75:20 76:5,18 78:1 79:11 80:4 81:4 82:9,21,25 83:6 84:15 85:6 86:19 87:11 88:16,21 89:16 90:6,20 93:7 97:22 98:21 101:5,16 103:3 104:10 107:23 109:6,9,16 110:9 111:3,6,22 113:5 114:8,20 115:3,10,23 116:1,7 119:5,9 (133)

**drahos's** 11:23

**drawn** 103:16

**drive** 57:25 119:6

**driving** 58:6

**dropping** 91:18

**due** 103:5

**duly** 3:21 117:8 118:7

**duration** 21:6

**during** 10:24 23:19,24,25 115:2 (5)

**duties** 23:4 58:19

**duty** 19:17 69:5

**dynamic** 81:25

**e** 2:7

**each** 19:22 24:3 65:15 68:18 99:20 105:5 (6)

**earlier** 14:9 40:25 44:25 47:14,14 54:20 73:17 76:20 77:3 79:24 82:10 83:15 84:6,17 95:1 98:5 103:19,20 104:3 115:6 (20)

**earliest** 34:16 46:14 47:3 60:22 75:22 84:9 90:24 115:16 116:4 (9)

**early** 56:15 66:13 115:16

**ease** 102:24 108:5

**easier** 14:13

**easy** 80:22

**eat** 8:15

**effect** 51:17 101:3 103:6 106:21,22 (5)

**eight** 7:8 26:19 27:3 30:16 51:8,12 95:13 (7)

**either** 5:2 26:6 36:23 40:25 45:15 64:12 70:9 79:14 84:16 91:7 97:23 (11)

**ekg** 9:17 26:9,10,25 27:4,22 28:20,21,24,25 30:25 31:3,14,20,21,22 32:1,3,9,20 33:5,13,17 34:9 35:24 36:6,9,15,17 37:2,2,3,5,16 38:12,12 50:2,7,12,21 51:1,12,13 54:1,6 60:22

61:6,15,15 62:11,12 63:14 75:16 76:8 77:14 85:10 94:21 95:5,8,25 96:4,5,7,8,21,25 97:18,25 98:1,8,9,14,18 99:6,6,10,11,13,21 100:12,13,14,15 101:12 103:23 104:12 105:19 109:4,5,8,17,22,24 112:6 113:14 (95)

**ekgs** 9:12 49:19 51:6,9 92:21 95:3 109:10 114:15 (8)

**elcoro** 74:24

**elevate** 62:22 103:22

**elevated** 104:18,23,24 105:2 (4)

**elevation** 75:17 76:3,7 96:1 99:9,9 100:16 101:13,17,19 (10)

**elevations** 98:7 99:11 101:21

**eliminated** 62:17

**else** 8:23 10:5,7,11 59:7 63:16 82:18 90:5 91:16 (9)

**email** 74:11,13 75:11 85:16,21,25 86:6,13,24 87:2,4,16,22 88:2 113:25 (15)

**emails** 101:24,25

**emergency** 15:21,25 16:1,2,10,19 18:19 25:14 32:24 38:25 40:8 48:4 49:6,12 63:15 (15)

**employee** 118:14

**employer** 12:10

**emrs** 24:9

**enclosed** 119:11,13

**end** 9:14 20:9 21:12 25:25 58:18 94:19 (6)

**ended** 15:24

**ends** 10:2

**endstemi** 28:5

**enoxaparin** 65:4

**enter** 120:2

**entered** 37:6 96:18 110:2 120:20 (4)

**entries** 105:16,17,18

**entry** 25:9 34:15,16 35:21 63:1 104:5 108:8 109:23 110:17 111:16 112:7 113:7,8 (13)

**enzyme** 62:10 103:21

**enzymes** 62:14,21

**equipment** 84:19

**errata** 119:13,13 120:1

**esq** 2:2,4 119:5,14,24 (5)

**essentially** 27:23 44:12 51:25 78:17 (4)

**evacs** 40:7

**evacuation** 42:18 55:25 69:7,23 79:22 (5)

**evacuations** 40:8,8 72:3 88:15,18 90:14 (6)

**evaluation** 25:19 27:20

**even** 4:23 7:6 30:22 31:10 48:13,21,24 49:20 51:7 54:8,20 55:1 59:15,17 62:15 67:18 70:11,18 76:1,6,7,7 81:2 83:2 86:8 89:4 101:18 114:18 115:25 (29)

**evening** 95:21

**evening700** 112:24

**event** 6:9

**ever** 4:19 21:23 68:13 77:10 82:6 88:18 89:5,6 90:17 91:2 (10)

**every** 17:18 28:7 37:5 43:5 45:6,6,25 49:16 51:18 60:7,21 61:10 62:1 69:18 79:22 99:21 (16)

**everybody** 21:20,21

**everything** 6:15 35:10 44:1 45:9 48:10 49:19 58:21 59:8 70:16 93:18 102:8 103:14 110:12 (13)

**evolving** 98:13,15

**exactly** 9:9,21 16:13 19:18 20:8,18 27:14 32:8 36:1 46:12 49:5 53:10 57:23 58:23 63:6 76:6,12 78:21 93:12 115:22 (20)

**exam** 18:11,12,12,21 19:7 (5)

**examination** 4:1 112:17

**examined** 3:22

**example** 69:20 89:18 90:2 114:25 (4)

**exams** 17:5

**except** 10:7,8

**excuse** 12:6 29:23

**exhibit** 14:19,20 25:3,5 26:12,20 30:8,17 34:14 35:19 36:2 49:23 51:3 62:25 68:8,9 74:6,8 77:25,25 78:4,7 85:9,10,17,18 92:7 96:9,11 109:13 (30)

**exhibits** 2:12 116:13

**exoxaparin** 98:3

**expect** 60:18

**expectations** 22:11

**experience** 48:3 58:5

**experiencing** 62:8 66:5

**expert** 33:4

**expires** 117:4

**explain** 7:9 27:13 44:2 51:22 97:5 (5)

**explained** 77:15,18,21

**explaining** 43:20

**facility** 44:12 54:21 105:7

**fact** 16:14

**factor** 62:5 67:8 73:7

**factors** 62:4 82:13 97:10,15 103:4 (5)

**faculty** 16:5,6,7,7,19 17:1 (6)

**failure** 91:11,15,16

**fair** 36:7,8

**fall** 91:12

**falls** 69:6

**familiar** 83:16

**family** 35:7 55:21 73:25 77:2,11 97:11,14 101:7 (8)

**fan** 24:15

**far** 46:1 55:21 73:9 77:4,12 (5)

**fatal** 59:13,14,16

**favor** 111:2

**favorable** 80:24

**fax** 119:3

**feasible** 57:12 115:13

**feel** 33:21 82:11

**felt** 72:24 77:9 108:4

**fernandez** 119:1

**few** 4:22 8:12,18 51:21 52:8 60:8 89:18 (7)

**fewer** 51:4

**fibrinolysis** 100:22

**fibrosis** 29:8,9,11

**field** 42:5

**fifteen** 11:21 31:25

**figure** 70:1 82:17

**file** 86:22

**filing** 119:17

**filled** 34:21 35:3,7,14 (4)

**filling** 34:22

**final** 72:5 106:9

**financially** 118:14

**find** 69:22 86:23 119:11

**findings** 110:17

**fine** 78:10 95:20

**finish** 16:13 18:20 48:18 87:11 (4)

**finished** 19:5

**finishing** 15:25

**firm** 2:2 11:23

**first** 4:11,21 9:24 19:15 20:4,23 21:2,4 24:12,12,23,24 25:9,12,13,14 26:9,25 27:1

31:2,14,20 32:20 34:9,15,18,24
35:2,19,21 36:10,19,23 37:1
39:18 41:7 46:20 61:18,20
63:16 65:19 69:22 93:10,25
94:3,10,13 96:6 97:24
98:1,9,14,17 99:6,10,13
103:8,15,15,16 104:2 109:17
113:7,9,10,13 114:18 118:7
119:16 (69)

**fit**  80:11 81:3,14,21
82:8,20,24 83:1 (8)

**fitness**  80:10,25 81:18

**five**  2:18 5:7 8:20 13:17 15:4
65:17 68:22,24 69:8 70:6
71:10 74:6,8 78:13,18,19
79:7,10,16 80:3 107:5 108:22
(22)

**fl**  119:33401

**flagler**  119:6

**florida**  1 117:3,15 118:3,6
119:33131 (6)

**fluids**  106:24 107:5

**fly**  17:19 80:10,11,14
81:1,3,14,21 82:8,20,24 83:1
(12)

**follow**  43:15 86:7 101:19

**followed**  10:2

**following**  97:13

**follows**  3:23

**foregoing**  118:1,16

**forget**  93:20

**form**  9:25 20:7 21:8 26:4,24
27:6,11 28:11,22 29:1,6 30:11
31:16 32:2,18 33:1,6,11,16
34:4,19,20,22 35:3,4,5 37:10
39:9,13,21 40:2,23 41:8,16,24
42:16 43:4 44:20 47:22 49:3
50:9,15 51:11 53:9 54:8,16

55:4 57:15,20 59:1,11 60:5,20
62:9 63:5 64:17 65:6,16 66:8
67:4,16,23 68:17 71:12
72:1,7,14 73:2 75:20 76:5,18
79:11 80:4 81:4 82:9,21,25
83:6 84:15 85:6 86:21 89:16
90:6,20 93:7 98:21 101:5,16
103:3 104:10 107:23
109:6,9,16 110:9 111:22 113:5
114:20 115:3,10,23 116:1
120:20 (103)

**forth**  9:12 35:12 118:11

**forward**  12:5,8

**forwarded**  113:21 119:14

**four**  2:17 10:16,19,24 15:4,22
19:19,25 28:20 46:8 51:7
56:6,16 62:16,16 68:8,9,22,24
69:6,6 70:1,6 78:18 90:7,12,21
96:1 100:5,8,25,25 103:21
108:24 (34)

**fourandahalfyears**  15:16

**fourhour**  11:15

**fourmonth**  19:24 21:6 22:10

**frame**  40:4,19 41:4,13 45:13
72:14 (6)

**free**  76:7,8

**freedom**  19:12,16 20:2,5,13
22:20 23:5 46:11 57:18 58:1
60:3 74:13 75:4,7,9 85:22,23
86:1 87:8,23 88:1 (21)

**friday**  3:4

**front**  9:1,11,23 10:5 18:16 (5)

**fully**  43:20

**function**  84:14

**further**  53:8 84:2 116:5
118:10,13 (5)

**future**  66:2

**gas**  111:18,21,23,24 112:3 (5)

**gathered**  95:22

**gave**  65:3,24 93:14,24 98:2
102:16,23,24 105:14 106:23
107:18 108:6 (12)

**general**  23:8,9,10

**generally**  92:17

**george**  16:3,9,16 17:15 (4)

**get**  4:23 6:13 7:24 8:3 18:7,13
19:7,9 26:6 29:17 36:3 37:13
39:19 40:22 41:14 44:18 45:16
46:19 57:8 67:19 70:12,25
75:7 76:11,13 81:2,8 84:13
89:14 115:7,20 116:12 (32)

**gets**  86:6

**getting**  49:1,2 54:24 66:25
73:19 86:10 101:3 (7)

**give**  4:8 6:22 8:5 33:5 43:24
47:2 48:25 52:15,17,19,23
59:6 64:22 65:20,22,23 66:1,3
81:16 84:22 89:18 90:2 91:20
93:11 (24)

**given**  4:19 40:3,15 41:17 42:8
43:6,6,16 45:3,10,21,24 52:11
54:22 55:23 56:9 60:13 64:14
68:4,12 70:10 71:15 72:15
78:9 79:15,18 81:18 93:13
94:7,9,11,13,17 97:3 102:14
105:12 106:12,15,24 107:3
(40)

**giving**  47:9 48:22 75:19 79:20
80:5 100:23 (6)

**go**  4:8,22 5:9 7:16,21 9:19
12:5,8,22 14:6,18,23 17:24
21:13 26:12,12 29:20,24
30:1,16 32:13 34:14,20 35:18
36:2,3 39:24 40:20,24 42:22
47:23 48:20 50:14 51:16 56:20
59:21 61:7 63:25 68:20 75:4
79:1 83:14 85:7 86:22
87:15,17 88:21 89:8,18 91:12

93:16,17 96:9 97:8 99:3 100:21 110:10 111:8,9,10 114:5 (61)

**goal** 43:10

**goes** 69:17

**going** 5:6,8,11 6:13,16 7:13,25 8:6,9,14 12:23 13:11 21:18 22:9,12 24:14 26:13 30:2 31:6,9 34:1 43:12 44:15,22,23 53:14 57:7 59:8,22 64:2 73:21 74:4 78:19 89:8 91:14 98:19 99:4 101:20 102:1 109:15 111:11 114:9 116:11 (43)

**golden** 83:17

**good** 3:12 4:3,5 40:11 46:14,24 59:18 101:7 103:2 (9)

**got** 4:24 5:16 10:1

**govardhan** 21 2:9 3:4,20 4:12,14 117:7 118:7 119:10 120:2 (10)

**govern** 42:11

**governing** 43:2,11,12

**governs** 42:15

**graduate** 18:5

**graduation** 14:8 15:5,6,13,15,17,22 18:2 (8)

**graudation** 18:2

**gray** 2:4 119:5

**great** 90:2

**grid** 99:18

**ground** 4:22

**guard** 42:20 46:16,18,20 47:4,8,18 71:23 72:4,11,25 76:15 77:12 81:12,15,17 82:2

89:20,21 90:10,13 91:3 (22)

**guess** 13:3 14:23,25 19:16 21:5 32:21 35:19 36:16 41:19 42:9 43:1 64:14 78:17 85:24 87:7 90:4 105:6 (17)

**guessing** 34:11

**guest** 9:24 92:25

**guidance** 68:20

**guide** 99:12

**guidelines** 38:24 41:21 43:14,16 52:14,15 97:2 (7)

**gw** 16:18 17:18

**gwu** 16:9 17:1

**habit** 44:21

**haggard** 2:2

**half** 15:4

**hand** 117:9 118:18

**handed** 112:14

**handing** 112:17

**hands** 45:19 80:7 84:2

**happen** 115:4 116:2

**happened** 90:15

**happens** 5:5 23:13 99:25 116:3 (4)

**happy** 8:15

**has** 16:21 31:19 32:4 34:21 49:8 51:4 53:11,12,16,21,24 54:4,9,18 55:2 71:24 86:25 93:23 97:9 112:21 115:25 119:30 (22)

**having** 3:21 15:8 29:13 37:4 44:21 48:22 84:18 101:3 104:7

(9)

**he** 7:15 12:18 15:9 21:15 24:15 27:17,18 28:14,15 29:15,16 30:23 31:19 32:4 34:11,13,21,22 35:2 37:3,13 38:19 40:3,18 42:18 44:18 45:12,16,17,17,18 46:7 47:5,6,23 48:7 49:8,9,12,15,15,17,21 51:4,14 54:20,21 56:4,10,13 60:16,19 61:12,12,14 63:6,12,13 64:14 65:24 66:6,15,19 67:5,5,7,11,12 68:4,5 70:8,12 71:17,18,19,20 73:10,15,20,21 75:15 76:2,6,20,20,23 77:9 80:7,18,20 81:21 82:10,11,12,13,16,19 83:1,14 84:24 90:23 91:9,21,22 92:5 95:15,18,20 97:9 98:6 102:13,15,20,20 103:15 104:2,11,14,21,23 105:11,12 106:8,9,19,20,24 107:2 108:4,5,15,16 111:3,6 112:13,14,24 114:24 115:1,2,4,7,11,13,16,20 116:3 (147)

**he'll** 115:16

**he's** 8:6,9 11:3 24:14 27:2 33:23 44:22 45:15 54:10,12 57:6,7,8 74:23 76:8,8 80:17,17 81:14 92:3 101:22 105:21 112:14 (23)

**head** 6:14,14,17,17,23 23:11,14 75:10 (8)

**health** 43:11 74:23 75:1 78:23 (4)

**hear** 7:14 39:11 48:10 70:23 71:5,8 102:3,4 (8)

**hearing** 29:14

**heart** 27:24 28:1,3,9,16 35:15 36:24 37:8 38:18 39:20 42:6 43:1,3,15 44:6,7,17 49:17 51:9 52:7,9,24 53:2,8 54:15 59:13,16 61:11,18 62:4 64:22,22,23 65:19 66:10,24

70:12 75:14 79:13 83:4,19 84:14 90:18 91:11,11,14,16,17 92:1 97:24 99:24 100:1,2,5,19 104:8,14,17,21,22 112:2 114:17,22 115:1 (64)

**helicopter** 40:8 42:20 55:22,25 56:1,7 58:12,13,16 69:7,22 70:2 71:11 72:2,25 76:25 77:3,7 79:17,22 80:8,18,21 81:6,23 85:1 88:7,9,13,14,17,19,22 89:1,21 90:4,8,14 (38)

**helivac** 55:25

**hello** 70:23

**help** 33:5,7 57:5 72:5 102:21 109:7 (6)

**here** 6:6,15 7:6,6,10 9:18,23 12:5,8 14:25 17:11 18:13 19:11 25:18 26:13 27:4 28:19 29:3 30:10,14,17 31:7,9 32:6 35:21 50:3 52:4 60:14 63:19 64:7 72:22 73:4 75:12 78:13 80:9 83:9 86:13 87:23 92:9,25 93:10,25 95:11,25 96:8 99:13,13,15 100:6,11,15 101:2,11 102:9,18 104:1,7 105:3,6,16 106:11 107:20 108:8,12,18 110:14,18 111:16 112:10,20 113:2 120:2 (72)

**hereby** 118:7

**hereinabove** 118:11,12

**hereunto** 118:18

**hess** 78:14

**hey** 59:18

**hh** 117:16

**high** 18:2,6 40:14 45:14,16 65:3,20 66:2 103:12 105:25 110:20,25 111:25 (13)

**higher** 103:13

**highly** 18:11

**him** 8:2 22:6 24:13 29:14,21 33:20 35:21 37:13,17,22 39:5 48:9,18 49:2,16 52:23 53:5 54:1 55:14,21 56:3,12,12 57:8,11 62:20 63:15 65:24 66:10,16 67:13 70:7 71:17,22 72:17 73:14,14,16 75:21 76:11,13,24 80:6,16,18,19,21 81:6,6 84:7,25 87:11 98:2 102:5,14,23,24 103:13,23 105:14 107:15,16,18 108:5,6,7 112:17,22 115:13,15 (70)

**himself** 37:18

**hired** 14:2

**his** 29:8,13 35:7,15,15 37:5 39:6,8 47:6 48:9,9,9,18 49:4,17,19,19 52:24 56:21 60:16 66:9,19 67:9,21 76:22 77:2,11 85:12 87:11 91:8 101:12 102:21 103:16 105:11,24,25 111:3 (37)

**history** 61:8,11 100:15 103:24 (4)

**hoc** 74:23 78:23

**hold** 14:4 99:12

**home** 16:22

**hope** 52:3

**hoping** 52:5

**hospital** 45:2 49:7 69:15 89:3 (4)

**hour** 36:11 37:1 51:20 79:22 83:17 95:14 96:24 (7)

**hours** 8:12,19 10:19,24 23:19,24,25,25 24:7 46:9 48:5 49:2,5 51:21 56:11 62:16,16 70:1 90:12 103:22 108:24 115:8,12,12,18,19,20,21 (28)

**how** 4:4,5,13 8:1,2 11:1,20

13:15 21:17 25:22 30:20 34:9 40:6 43:2 46:1 50:22 51:16 61:9 62:2,3,13 65:14 69:16 77:17 82:18,18 93:12 105:17 (28)

**however** 119:30

**humanly** 63:17

**hungry** 8:15

**i'd** 5:2 7:19 8:17 26:15 29:18 36:2 (6)

**i'll** 7:20 13:3,4 42:19 82:2,4 116:12 (7)

**i'm** 4:5 5:22 6:13,16,21 7:4,25 12:14,15,15,20 14:13 15:8,8,9 16:6,7,14,24 17:2,7 18:22 21:1 22:14,15 23:13,21 26:9 27:16,16,17,18 28:14 32:24 33:25 34:11 37:15,24 40:18 41:25 42:1,9 44:9 45:12,18 46:25 47:5 49:21 50:14,24 53:18 56:17 57:22 58:3,3 59:12 61:2,3 63:23 65:10 67:1 69:11 72:17 73:16,23 74:12,25 75:22 80:25 82:5,17 86:12 88:17,18 90:1 93:19 94:24,24 96:4 98:11 99:15 101:23 102:3,5 107:11 108:1,19 110:21,21,23 111:5 116:11 (92)

**i've** 10:1 16:2 77:21 97:14,14 (5)

**icu** 10:3 63:4,13,13 74:3,18,25 98:7 (8)

**identification** 14:21 25:6 26:21 68:10 74:9 78:5 85:19 (7)

**imabambu** 20:24

**images** 92:15

**imbimbo** 21:1

**immediate** 42:18 47:24 48:6

84:13 (4)

**immediately** 5:3 28:17 49:9,13,22 54:22 57:2 62:12 63:3,12,14 64:14 69:21 70:2 82:12 95:4,8 97:4 108:23 (19)

**impact** 97:24

**importance** 59:5,7

**important** 23:13 58:25 93:9 107:17 (4)

**impossible** 40:5

**improve** 72:13 82:1 84:3

**improved** 27:7 70:20

**improvement** 101:12

**improving** 67:6,8,21 80:17 101:22 (5)

**inaudible** 5:6 12:14 13:22 16:5,22 18:2 23:20 27:15 28:13 29:7 37:23 47:3 56:14,16 60:6 61:1 63:22 65:8 69:1,10,13 94:23 98:10,10 102:2 104:18 107:10 108:25 110:19,20 111:24 (31)

**incident** 19:11

**includes** 9:12,24

**inclusive** 118:9

**increased** 67:17

**increases** 67:14

**increasing** 66:14,22 67:9

**indepth** 22:10

**india** 16:20,23 17:2,13,19 20:3 (6)

**indian** 16:4,16 17:17

**indiana** 17:1

**indicate** 67:15

**indicates** 96:21

**indicating** 27:4

**indicative** 66:23

**indicator** 67:21

**infarction** 27:21

**inform** 86:10

**information** 33:5 73:19 75:19 79:2 81:16 86:23 95:22 (7)

**informing** 114:3

**initial** 26:2 62:22 68:6 93:25 95:25 96:4,8 100:11 103:10,11 112:20,23 113:9 (13)

**initially** 13:25

**injectable** 65:5

**injection** 52:18 65:7,12 66:3 91:20 93:11 (6)

**input** 105:17 106:2,3

**inside** 23:13

**instance** 21:24

**instead** 48:25 70:6,14 88:12,18 94:12 97:20,20,23 (9)

**insurance** 56:21,23

**intent** 7:24

**interaction** 24:24

**interest** 39:24 40:21 41:14 42:7,17 56:10,25 58:22 70:15 89:25 (10)

**interested** 118:14

**internship** 15:5,7,17,18 (4)

**interrupted** 5:17

**intervention** 44:4,9

**intially** 103:21

**into** 7:24 8:3 17:19 18:13 21:6 25:15 32:13 43:16 44:5 51:16 53:14 54:24 60:23 63:12 66:6,12 67:24 69:17 70:16 71:10,19 77:8 80:10 91:12,21 (25)

**introduce** 22:4,13,15

**invasive** 44:5 55:6

**involve** 78:19

**involved** 25:22,23 26:1,3,6 32:20 33:18 62:5 63:10 97:12 (10)

**irregular** 33:13

**is** 3:2,2,3,8,8 4:6,17,21,25 5:6,12,15,25 6:8,15,24 7:18,25 8:23 9:14,15,19,19,23 10:3,25 12:4,7,10,12,24 13:2,4,10,12 14:4,19 15:4,16,23 16:3,5,7,7,15,19,23,24 17:8,23 18:8,10,15,17,18 19:23,23,24 21:21 23:3,15 24:15,25 25:9,9,12,14 26:7,13,14,18,18,19,23,25 27:1,9,10,14,21,23 28:7,8,12,16,20,21,24 29:3,4 30:3,6,12 31:13,22 32:8,19,19,25 33:19,24 34:2,2,2,21,24 35:4,6,8,10,12,19,21 36:7,9,10,11,17,18,19,23 37:1,12 38:18,20,22,23,24,25 39:2,15,19,23 40:14,15,22 41:2,5,6,6,9,17,18,21,21,22 42:4,6,7,10,14,21,22 43:1,3,5,6,8,10,10,12,12,13,17,21,21,22 44:2,3,4,4,7,12,16,17,24,25 45:1,6,7,9 46:14,20,23,23 47:11,15,20,20 48:1,2,2 49:7,8,14,20 50:8,12 51:2,3,19,23,25 52:1,4,6,18,24 53:1,2,2,7,22,22,25

54:4,5,6,14,15,19,21,22
55:5,5,9,14,25 56:3,4,7,21,22
57:12 58:20,21,25
59:4,6,15,18,23
60:1,2,7,13,14,17,25
61:9,10,12,15,17,19,21,25
62:1,3,4,6,10,15,18
63:4,7,7,8,16,20
64:3,6,12,18,21,25 65:2,4,5,7,8
66:4,13,21,21,23 67:5,9,21,22
68:2,15,20
69:5,8,9,18,20,25,25
70:4,10,18 71:15,20
72:12,15,20 73:1,11,12,23
74:3,12,18,22,24 75:16,18
76:1,6,7,8,20,21,21,24
77:9,21,25 78:14,19,19,23
79:16,21 80:7,10,14,21
81:5,6,13,13,15,17
82:13,19,20,24 83:1,4,21,24,25
84:1,3,9,12,17,19 85:13,22
86:2,9,10,21 87:4,5,10 88:1,3,7
89:1,3,12,13,17,23,25 90:4,5
91:8,11,25 92:2,4,4,19,21
93:2,6,9,10,15,24 94:3,18,22
95:3,12,22 96:15,17,24 97:8,17
98:1,3,6,9,19
99:4,6,7,18,20,21,24
100:2,18,18,23 101:4,14,17,18
102:11 103:11,11,12,13,14
105:8,10,13,15,17,20,22,25
106:2,7,8,8,13,15,20,22
107:8,9,14,16,17,21,24
108:1,2,4,6,9,12,23
109:2,11,15,17 110:14,17
111:3,12,15,20,25,25
112:7,11,11,13,16,18 113:3,7
114:2,3,10,13,17,25
115:7,13,16,19,21 116:10
120:19 (496)

**isn't**  8:11 114:18

**issues**  4:25 5:3,24

**itself**  17:6 55:6,7,7 57:2 62:12
91:23 107:17 112:1 (9)

**iv**  94:1 101:1 102:11 106:24
(4)

**j**  2:4

**jared**  74:22

**jet**  10:3 74:2,18,25 (4)

**job**  93:8

**joined**  15:2,14,22 16:1 18:20
19:4 20:13 21:5,24 22:19 (10)

**josh**  38:9 44:20 59:18

**joshua**  2:2 3:12 4:7 119:14,24
(5)

**july**  19:10,20 23:6 24:5,8
26:19 27:3 28:20,24 30:17
31:10,11,14 34:16 50:3
51:7,8,8 55:19 72:24 73:6
74:15 75:12 76:17 82:23,23
85:21 88:1 92:9 102:9 105:4
106:12,25 107:2,6,20 110:18
111:17 112:7,10 (40)

**jumbled**  5:4

**jump**  78:17

**june**  15:23 20:9

**jury**  7:4,5 27:14

**just**  6:8 8:1,9 9:18 10:25
12:17 14:23 15:9 16:20 18:5
20:2,2 21:11 24:16,17 25:14
27:13,23 29:12 33:23 34:11
37:20 43:19,25 44:2 47:7 51:6
54:23 55:2,14 57:4,8 61:17
62:25 69:4 80:8,25 81:1
82:1,5,17 83:11 86:8 87:15
89:3,18,24 90:9,15,18 93:21
102:15,24 103:23,24 105:9
106:7,19 110:12 (59)

**kagumbi**  11:9

**kcl**  107:8,13

**keep**  7:19 13:4 31:9 53:13
85:11 91:13 106:6 (7)

**keeping**  73:16

**keeps**  106:4

**ketoacidosis**  112:1

**key**  84:12

**kill**  55:7

**kind**  13:23,23 29:9 33:25 48:4
90:1 112:16 (7)

**kingdom**  18:18

**kit**  93:2

**knew**  45:22

**know**  4:23,25 5:4 6:1
8:1,14,15,20 16:24 19:21
21:12,12,24 22:7 24:18 25:12
26:2 29:24 30:20,25 33:12,21
34:3,9 35:11 37:11 38:12,12
40:6,8,11 42:1 43:11
46:1,13,13 49:24 50:6 56:19
57:5 63:1,6 66:6 68:8 73:12
74:3,6 80:10 82:5 83:13 90:2,4
93:12 99:4 104:11 105:10,19
106:2 109:22 113:13,17
114:14 (62)

**knowing**  76:13

**knowledge**  49:10

**known**  26:7

**kurnool**  18:7

**lab**  28:18 37:13
38:16,19,20,22 39:1,5,20,25
40:4,19,22 41:6,14 43:20
44:2,3,12,18
45:11,12,13,15,19,23 46:8
47:1,13 48:5,23
49:1,2,7,10,13,21,22 52:5
53:23 54:10,21,24 55:1,22
56:11,20 57:11 61:6 62:20
70:8 73:15 75:22,25
76:9,11,14,25 77:15 79:14,23
80:19 83:14,19 84:1,8,18,21
85:2 92:3 100:22 101:4
105:21,22 115:8,20 116:3 (77)

**labeled**  74:11

**lack** 67:2

**land** 44:1 46:2 48:22 56:1 89:3,21 90:3,9,12 92:23 (10)

**large** 117:15 118:6

**last** 4:11 28:15,15 38:6 44:23 47:6,6,7 86:23,23 90:7,15 94:25 98:12 102:4,5 112:16 (17)

**later** 6:1 7:7,11 24:10 25:16 31:4 32:13 35:3 36:11 47:24 48:5 62:16,22 93:8,11 94:6,9 100:25 103:18 110:2 115:21,21 (22)

**latest** 52:15

**law** 2:2 11:23

**lay** 23:10

**lead** 75:9,9 79:23 96:3 99:21 109:4 113:3 (7)

**leads** 96:1,2 99:8,22,23 100:9 (6)

**least** 46:8 62:16

**leave** 108:16

**leaves** 106:10 112:14

**left** 88:3,4 106:8

**legal** 3:9

**leonards** 11:12 21:3,13,14,17 22:24 24:11,15,22,24 32:17,25 33:12,14 36:20,23 37:8 64:12 75:5 108:11 110:15,16 113:18 (23)

**leonards'** 63:2

**less** 27:1 47:16 51:3,14 105:8 (5)

**lessen** 97:24

**let** 4:22 5:3,25 8:15,19 9:18 14:15 24:13 26:12,17 37:25 40:17,20 48:18 49:23,24 57:4,8 62:24 68:8 74:5,6 78:6 87:11 88:21 92:6 (26)

**let's** 5:9 9:19 14:18,23 25:2 26:12 30:1 31:5 59:21 63:25 114:5,6 (12)

**level** 85:4 103:8,11 108:18 110:20 111:24 112:25 (7)

**levels** 62:7,19 103:21,24 104:13,14,18,19,23 108:7 (10)

**license** 57:14,21,25 58:9 (4)

**licensed** 16:12,14,25 17:2 18:22 (5)

**licenses** 16:11

**licensing** 18:24 57:18

**life** 39:6,8 40:15 42:19 45:20 59:6,7 76:22 80:13 (9)

**lifethreatening** 71:18

**lift** 56:3 84:25

**lifted** 48:9 76:21 80:18

**lifting** 73:14

**like** 5:16 7:4 8:17 10:16,19 11:18,19 15:16,23 16:15,15 18:3,12,17,18 19:1,19,21 21:22 23:11,24 26:15 28:5,6 31:4,20 32:8 33:19 36:3 40:7 43:5 44:25 46:4,23 48:2,5 49:5,15 54:17,20 57:17 61:23 63:8,8,8,9,9,12,15 68:20 69:4 70:1 71:19 73:5 76:20 79:19 84:22 86:9 90:5,12,17,21 91:11,13 95:2,18 97:19,21 99:2 103:19,19,21 104:11 105:17 106:19 107:14,14 108:23 112:23 114:6 (80)

**likelihood** 98:19

**likely** 49:12

**limit** 103:12

**line** 59:4 62:25 99:20 119:13 120:3,5 (6)

**lines** 12:11,13,21 13:13,16 75:19 100:6 119:8 (8)

**list** 90:2 108:12,13

**listen** 33:23

**literally** 81:5

**little** 26:15 29:17 53:19,19 (4)

**lives** 43:7

**loading** 100:23

**local** 69:5

**located** 17:8

**logged** 22:3

**logistics** 22:12

**logs** 85:10

**long** 8:1 11:20 13:15 20:1 51:16 (5)

**longer** 40:12,12 53:3 72:19 115:24 (5)

**look** 7:4 20:12 25:2 33:4 41:20 42:14 43:2,16 91:21 92:7 101:11 113:2 (12)

**looked** 85:9

**looking** 6:6 24:4 27:4 30:9,10 32:6,17 37:4 42:2,4 50:2 67:20 78:13 91:9 99:13,15 110:18 (17)

**looks** 5:16 63:19

**lost** 38:2 70:21

**loudspeaker** 5:8

**low** 91:14 106:1 107:15

**lunchtime** 8:14

**lyse** 65:20

**lysed** 53:12 54:4,9,12 (4)

**m** 118:6

**ma'am** 39:16

**madam** 29:12

**made** 34:16 46:10,15 73:20 81:2,23 97:2 111:17 (8)

**main** 71:9 78:18

**make** 7:14 14:12,13 32:7 38:14 41:25 45:9 48:12 53:20 57:1 59:9 63:1 72:5 77:10 80:10 81:14,20 82:6 86:5 91:9 95:9 110:12 112:13 114:18 (24)

**makes** 81:15

**making** 71:24 79:3

**male** 75:13

**manage** 85:1

**management** 63:10,10 80:8

**manner** 75:22

**many** 8:2 28:6 46:5,6 60:8 62:4,5 90:21 91:14 97:12 (10)

**marathon** 8:11

**maria** 117:14 118:23

**maritime** 58:5 69:22

**mark** 14:18 25:3 68:7 74:5 77:24 78:7 (6)

**marked** 14:20 25:5 26:20

68:9 74:8 78:4 85:18 96:13,14 (9)

**matter** 4:7 11:10,23

**may** 5:15 13:2 24:14 30:6 32:14,14 51:20 54:11 60:1,8 62:11,17 64:6 69:14 86:20 93:20 96:21,22 99:23 101:19 102:2,7,8 104:13 106:5,5 111:15 114:13 (28)

**maybe** 5:7 11:21 19:19,20 48:23 50:10,25 51:19 63:25 74:25 86:17 90:21 102:21 104:1 109:10 110:2 (16)

**mbbs** 15:6,17

**md** 63:20,22 64:8 110:14 113:16,21 (6)

**me** 4:22 5:4,25 6:22 7:4 8:5,15,25 9:18 12:6 14:6,8,15,24 21:9 22:22 23:1,3,15 25:3,17 26:10,12,18 27:23 29:4,23 30:10 33:18,18 37:25 38:3 40:17,20 43:24 44:2 47:9 48:20 49:23,24 51:22 57:4,21 62:24 68:8,12,23 70:23 72:23 74:5,6,12 78:6,9,10 81:1,18 86:15,20,21 89:13,18 90:2 92:6 95:6 96:5,23 104:13 111:2 117:8 118:7 (71)

**mean** 9:3,6 15:14 17:7 19:3 22:13,13 27:1 29:7 32:12 38:22 40:14 49:5 51:3 53:2,7 59:6 61:11,18 63:18,22 64:10 67:24 68:22 69:3 81:17 82:19 83:4,12 85:15 87:2,13 88:14,22 89:10 92:1,11 93:22 94:17 96:3,20,21 97:3 99:9 100:4 101:21,23 102:12,17 103:1,9,12 105:18 106:4 108:3 109:20 113:22,23 114:21 115:11,12 (61)

**means** 27:1 31:20 46:18 51:14 63:6 67:2 68:24 74:2 101:22 118:17 (10)

**meant** 8:11 100:12

**meantime** 54:15

**medical** 9:6,17 11:25 14:8,10 15:2,14 18:14 21:17 22:24 23:4,13 24:23 25:13,15 29:16,21 30:13,23 34:12,14,18,21,24 35:14 36:14 42:2,10 45:25 58:3 60:3,17,19,23 63:21,22 64:10 66:6 71:11,24 73:17,17 75:7 81:8 83:18 84:13,19 85:23 86:1,5,11,11,22 87:5,6,15 88:5,6,19 89:5,12 95:12 104:12 114:2,3,15 (66)

**medically** 74:19 86:3

**medication** 51:23 64:20,21 66:24 84:19 98:3 102:20 106:14 107:22 (9)

**medications** 52:11 64:23 65:15 84:24 85:1 108:12,13,16,17 (9)

**medicine** 14:25 16:1,2,3,10,12,19 17:22,22 18:8,19 (11)

**medivac** 72:25 73:7 77:12 88:10 (4)

**medivac'd** 73:21 77:6

**meet** 10:14 21:23 22:17

**meeting** 3:7 11:15 21:16,20,25 22:2 (6)

**meetings** 11:17 22:18

**members** 27:14

**membership** 18:18

**memory** 113:19

**mention** 100:14 101:2,4,6 (4)

**mentioned** 21:11 43:5 44:25 49:15 54:17,20 71:16 73:17

76:20 82:10 83:15 93:14 95:18 97:19,21 98:1,4 104:1 112:23 115:6 (20)

**meq** 107:8

**met** 8:1,2 10:19 22:6 (4)

**methadol** 52:23

**methods** 88:25

**metropolol** 52:24 63:9

**mg** 94:13,16

**mi** 100:15

**miamidade** 117:4 118:4

**michael** 2:4 3:15 119:5

**michaeldrahos@grayrobinso ncom** 119:7

**microsoft** 10:17

**midazolam** 107:21,24 108:6

**middle** 55:11,13 61:24 69:7 99:16 (5)

**might** 6:23 7:7,9,20 8:12 14:12,13 24:15 25:24 37:25 42:24 109:7 (12)

**mild** 95:18 102:19

**military** 35:11

**milligrams** 52:16,16 64:16 65:18,22,23 94:1 100:24,25,25 101:1,1 102:11 105:5,5 (15)

**mine** 14:22

**minimal** 102:15,17,25

**minor** 29:7

**minute** 37:5 48:17,17 56:18 (4)

**minutes** 5:7 8:13,13,20,20 11:21 31:25 35:8 38:25 40:4 48:23,24 49:1,17 50:4 60:23 64:15 70:9 83:19,19,21,22 84:1,10 94:6,8,9,10,11,12,17,17,18 (33)

**miss** 6:15,25 38:1 77:10 (4)

**missed** 37:25

**missing** 17:3 109:10

**misstates** 49:3

**ml** 103:9

**moment** 8:1 75:23 98:7 108:15 (4)

**monday** 10:16,21 11:16

**monitor** 37:4

**monitored** 66:19

**monitoring** 37:3 49:16,18,18 63:14 66:15 67:2 98:6 (8)

**month** 10:22 17:18 19:19 20:2,3 21:11,13,24 22:8 (9)

**months** 11:19 19:25 21:6

**more** 13:17 22:10 29:17 33:5 48:6 72:24 90:1 95:7,7 102:7 107:5 (11)

**morning** 3:12 4:3 23:25 28:21,25 48:9 49:11 56:22 57:3 66:13 72:23 73:5,6,21,24 74:16 75:12 76:16 95:19 101:10 102:9,13 104:3,17,22 105:4 106:12,24 107:2,5 111:17 112:7,25 (33)

**morphine** 52:23 100:25 102:11,14 103:6 106:19,21,21 107:3 (9)

**mortality** 45:14 47:15 55:7 79:23,24 84:2 (6)

**most** 28:8,12,16 58:25 59:5 106:21 (6)

**mouse** 99:12

**move** 44:23

**movement** 95:16

**mrcem** 18:15

**much** 27:1,7,7 40:12 51:13,14 65:9 79:21 103:13 (9)

**multiple** 40:7 72:2 83:8 103:4 (4)

**multisyllables** 29:18

**must** 119:14

**muted** 12:17

**my** 4:6,11,11 5:4 7:16,20,24 9:14,18 13:4 14:16 15:13,15,24,25 16:13 18:1 20:14 25:3,4,25 26:17 36:4 38:2,2 41:5 42:17 43:9 46:2 47:18 48:3 49:10,24,25 55:24 66:21 68:8 71:14 73:10,17,17,24 74:6,7 76:25 78:7 81:13 84:2 85:17 86:24 87:5 92:6,7 99:12 102:14 113:19 117:9 118:9,18 120:19 (60)

**myocardial** 27:20

**myself** 22:15 95:9

**n** 2:7 119:6

**name** 4:6,8,11,12 86:24 87:1,5 120:2,24 (9)

**nanork** 92:10

**nassau** 56:21,23

**nationwide** 18:11

**navigate** 57:25

**near** 90:9

**nearby** 89:3,3

**nearer** 61:20

**nearest** 69:15 90:12

**necessary** 33:22

**need** 6:16,24 8:13,19,21 11:2 18:2 23:16 33:7 47:23 52:19 53:13,21 61:12,14 65:10 68:19,24 69:24 70:1,2 78:10 82:5 84:22 87:17 89:15 95:4,8 97:4,4,5 102:20 110:22 111:8,9 (35)

**needed** 57:19 81:11,18 84:20 85:5 89:25 98:4 (7)

**needs** 28:17 37:13 38:19 42:18 49:13 56:19 68:18 79:13 82:12 83:14 87:17 89:8 90:23 92:5 102:15 115:7,11 (17)

**negatively** 39:8

**never** 48:8 81:1,2,23 (4)

**new** 16:20 108:12,17

**next** 5:1,25 6:13 29:3 31:11 36:9,11 39:2 40:5 42:23 45:4 46:8 48:6,9 49:10,11 56:16,21,22 57:3 69:5,14 70:14 73:15 75:23 84:4 90:11 94:8,16,16,18 96:10 101:9 (33)

**ng** 103:8

**night** 24:2 25:15 48:8 55:16,20 56:13 57:2 66:7,12,17 67:3,10 68:3 72:13 83:9 85:12 103:18 (17)

**nine** 31:19 50:20 95:19 104:8,17,22 112:21 (7)

**nineminute** 114:6

**no** 1 4:21 6:1 7:12 8:6,6,25 10:7,13,19 11:2,8,11,14 12:3,9

13:22 16:13 20:17 22:22,22 24:20 27:10 32:24 33:17 35:20 37:19 38:4,4,8 47:23 53:2,10,10 56:8 58:3,7,11,14,17 71:8 72:9,19 73:16 76:4 81:12,13,13,17 83:13,14 84:21 85:2,7,13 86:20,20 88:16,17 91:5 92:3,5 94:8,13 100:22 102:25 105:7 110:1,8 112:21 113:6 114:1,1 115:5 116:5 117:16 (76)

**nobody** 53:4,10 54:18

**nod** 6:14,17,23

**none** 91:14

**nonstemi** 28:5

**nor** 118:13,14

**normal** 29:7,8 32:9 45:1 51:13,14,20 61:15 62:15 68:3 76:8 103:10,11 104:15 107:16 112:4,24 (17)

**normally** 56:8 65:24 86:14

**notary** 117:14 118:6

**note** 93:18 95:11 96:17 101:10 102:15,19 103:7,8 105:3 112:10 (10)

**notes** 73:10,24,25 85:11 102:1 110:5,10 118:9 (8)

**nothing** 6:5 10:7 30:13 59:7 (4)

**notice** 22 119:16

**noticed** 98:7

**notification** 86:3,6,9 87:1,16 (5)

**notifications** 87:14

**notify** 88:4

**november** 117:10 118:19

119:4

**now** 4:24 5:17,19 7:10 8:24 9:2 10:6 13:9 18:21 25:12 26:17 29:23 36:17 44:21 48:10 52:10 57:9 70:23 71:8 75:18 76:13 103:5 116:13 (23)

**number** 14:20 25:5 26:20 31:13 44:17 68:9 74:8 78:4 85:18 119:13 (10)

**numbered** 118:1

**nurse** 35:20,20,22 63:19 66:16 75:9,9,10 92:10 93:14,23 113:11 (12)

**nurses** 11:10 21:22 23:12 56:6 60:18 86:14,15,24 87:4 (9)

**nursing** 23:12 75:8

**o** 83:22

**oath** 3:22 117:1

**object** 20:7 21:8 26:4,24 27:6,11 28:11,22 29:1,6 30:11 31:16 32:2,18 33:1,6,11,16 34:4,19 37:10 39:9,21 40:2,23 41:8,16,24 42:16 43:4 44:20 47:22 49:3 50:9,15 51:11 53:9 54:16 55:4 57:15,20 59:1,11 60:5,20 62:9 63:5 64:17 65:16 66:8 67:4,16,23 68:17 71:12 72:1,7,14 73:2 75:20 76:5,18 79:11 80:4 81:4 82:9,21,25 83:6 84:15 85:6 89:16 90:6,20 93:7 98:21 101:5,16 103:3 107:23 109:6,9,16 110:9 111:22 113:5 114:20 115:3,10,23 116:1 (91)

**objected** 73:25

**objection** 7:21 39:13 58:2

**objections** 7:14

**obviously** 7:10 30:21 35:10 39:10,23 75:1 78:22 (7)

**occurs** 100:3

**october** 12 3:5 11:16 15:3,14 120:18 (6)

**off** 5:9,11 12:22,23 13:4 20:21 21:15 26:15 29:22,23,25 30:1,2 47:21 59:21,22 63:25 64:2 73:1 82:12 86:8,10 111:8,9,10,11 114:9 (27)

**officer** 22:14,25 23:5

**official** 117:9

**offtherecord** 64:4 111:13

**oh** 53:20 95:1

**old** 75:13

**oncall** 24:2,22

**once** 21:23 22:15,18 47:19 65:18 73:11 77:14,14 87:15 90:22 91:6 115:6,19 (13)

**ondansetron** 106:13,23

**one** 2:14 7:15 14:19,20 15:16 17:18 18:1,1,20 19:4,19 20:2,3 27:8 28:13 31:10,11,11,13 33:17,25 36:10,11,11 38:5,5 44:17 50:5,6 51:19 53:25 57:22 67:24 69:25 74:12 82:7 86:4,14 90:8 95:16 96:10,10,12,13,14,14 99:2,15,19 103:1 109:15 110:6 112:2 113:17 114:18 (55)

**onemonth** 19:23

**oneyear** 15:5,18

**only** 8:25 10:23 11:3 17:9 18:12,13,20 19:4,19 22:8 25:23 26:10 37:5,12 46:19 53:17,23 60:8 61:11 65:23 67:24,24 68:1 99:11 101:4 105:21 113:8 (27)

**open** 86:21

**opened** 34:25

**operate** 42:15

**operation** 40:14 56:1 69:1 70:10 71:16 76:22 77:17 80:22,23 (9)

**operational** 78:20

**operations** 74:23 75:1 78:24

**opinion** 81:10

**ops** 74:18

**option** 37:12 39:3 44:17 45:1,5 70:14 80:14 84:4 (8)

**options** 38:17 43:17 69:22 76:16 77:14 89:14 (6)

**order** 39:18 42:2 44:15,15 56:25 60:17 89:8 (7)

**ordered** 57:11 92:10

**ordering** 116:11

**organization** 41:20

**original** 119:14

**other** 11:6,10,17,22,25 21:9 22:21,22 23:12 51:6 52:8,11,11 69:12,15 76:16 84:19 85:10 89:24 99:23 100:18 101:25 112:5 (23)

**otherwise** 6:17 29:8 86:9

**our** 15:6 16:22 20:20 45:19 47:11 54:2 80:7,8 82:11 87:15 107:14 (11)

**ourselves** 22:5

**out** 23:23 33:14 35:7 37:8,11 38:10 55:19 60:7 70:24,25 71:7 72:4 77:6 82:18 87:16 90:4 95:13,19 97:15 104:3 110:12 112:2,5 118:12 (24)

**outcomes** 47:15

**outranked** 22:21

**outweigh** 55:8

**over** 6:15 8:9 12:16,19 63:24 83:4 94:17,25,25 107:12 112:14,17 114:18 (13)

**overanhour** 96:25

**oxygen** 35:16 63:10

**p** 2:2 20:17

**pa** 2:2

**padron** 2:2,10 3:12,12 4:2,7 5:9 12:17,22 13:8 24:17 27:18,19 30:1 37:19 38:1 39:13 59:20 63:25 70:23 71:1,4 111:10 116:5,11 119:14,24 (27)

**page** 2:13 10:3 30:16 36:3 86:23,24 119:13 120:5 (8)

**pages** 10:4,11,25 85:13 97:14 118:1 (6)

**paid** 66:13

**pain** 28:7 32:5,7 48:10 52:23 60:4,7,8,21,22 61:10,10,17 62:3,11 63:9,11 66:5,14,20,22 67:2,9,13,13,14,17,19,21 68:1,3,3,3,3,3,5 75:16 76:2,7,8 95:13,17,18 102:13,14,15,16,17,20,25 103:5 104:3,8 107:18 112:21 113:1 (55)

**pains** 60:16 62:8

**palm** 119:33401

**panamanian** 7 3:6

**pandemic** 19:6,8

**pantoprazole** 65:7,12 101:1

**paramedic** 56:8

**part** 17:9 18:21 19:4 25:19 28:15 47:6,7 48:14 58:19 59:6 63:7 74:23 78:14 94:25 100:1,2,5 105:10 (18)

**particular** 23:7

**particularly** 58:20

**parties** 118:13

**parts** 6:10 18:21,22

**party** 118:14

**passenger** 60:3

**past** 20:20

**patient** 27:21 34:21 37:13 38:13,18,25 39:19 40:10,13,22 42:8,18,21 43:3,5,18 44:16,18 45:4,6,7,8 46:7,14,24 47:1,10,10,12,15,20,20 48:1,2,7,22 49:1,6,8 51:18,18,19 53:25 54:2,5,19,22 55:7,8,13,24 56:4,10,19,24,25 60:7,11,12,21 61:5,21 62:1,2,7,13,19 63:3,11,15,16 67:18,25 68:4,18 69:5,17,18,18,21 70:3,3,6,6,11,16 71:15 72:21 73:10,11 75:24 76:25 79:6,21,25 80:6 81:5,7 82:19,20 83:25 84:5,13 86:2,3,5,8,10,25 88:3,4,10,13,23 89:9,15,17,19,23,25 90:13,18,22 91:1,23 92:13 93:9 95:6,8 97:4,6,8,12 98:22,22 99:1,2,22 101:24 102:8,10,16 103:1,20 105:14,19 107:18 108:3,4 111:23 113:4 114:21 116:2 (153)

**patient's** 40:15 58:21

**patients** 48:4,15 58:20,24 59:4,10 60:8 64:22 90:8 91:12 99:3 (11)

**pci** 40:22,25 41:6,15 43:19 44:3,3,8,13,18 47:20,23 49:7 52:5 53:13,23 54:13,21,24 55:5 59:17 61:21 67:18 84:12,16 100:22 (26)

**pdf** 116:12

**penalties** 120:19

**people** 7:8 86:7,7 98:23 (4)

**per** 24:10 38:24 52:14 98:4 (4)

**percent** 98:23,24,25 105:20,21 (5)

**percutaneous** 44:4,9

**perfectly** 103:10

**performed** 109:20 113:14

**period** 22:10

**perjury** 120:19

**person** 10:19,20 23:14 85:14 114:4 (5)

**personally** 85:15 117:7

**personnel** 56:8 58:3 79:4

**pertinent** 79:2

**phase** 32:13

**phone** 10:17 114:1

**physician** 12:14,14,21 13:14,15,21,22,24,25 14:1,2,3 19:12,23 22:20,21,23 23:5,10,11 32:24 35:3 42:15 64:11 71:24 72:5 81:19 91:9 (28)

**physicians** 17:15 19:22

**pick** 88:13 91:3

**picked** 90:13

**pig** 20:17

**pilot** 58:9,12,15 89:4 (4)

**piloting** 58:8

**pin** 31:5

**place** 44:3 118:11

**plain** 30:12

**plaintiff** 5,22 2:3,13 3:13 (5)

**plaintiff's** 14:20 25:5 26:20 68:9 74:8 78:4 85:18 (7)

**plan** 26:3 73:13 76:23,24 80:19 (5)

**plans** 73:16

**played** 6:10 73:7

**please** 3:10,17 5:25 6:21 7:4 29:25 48:18 51:24 53:19 59:2,2 71:3 73:3 102:5 107:12 110:25 111:1 119:11,12 (19)

**plus** 15:5,16 18:1,1,1 100:25 (6)

**pm** 24:2 25:9 31:4,4,20,22 34:2,2,6,10,16,18 35:8,8,12,24 36:7,7,11,12,12 50:7,7,8,20 56:16 57:3 60:1 64:3,6 73:13,20 85:22 92:10 94:1,4 95:13 96:18 104:4,15,23 107:20 108:16,19,22 109:3,25 110:6 111:12,15 112:11 113:3 114:10,13 116:10,15 (56)

**point** 8:12,19 26:7 37:7 57:8 59:18 73:8 81:2 82:3 85:3 (10)

**points** 100:7

**policies** 78:15

**poorly** 42:10,25

**poorlyworded** 25:25

**pops** 87:16

**port** 5:18 56:22 61:20,20,22 69:5,14,15 73:22 75:24 89:7 (11)

**portion** 13:10 14:24

**position** 14:4 40:11 45:24 46:1 (4)

**possible** 39:2 53:22 54:19 55:22 56:15 63:17 75:22 76:11,14 103:14 114:17 115:1,17 116:4 (14)

**post** 15:22

**potassium** 105:25 107:9,13,19 (4)

**power** 59:9

**practice** 16:12,14,25 17:3,9 18:23 44:16 49:20 92:19,21 103:25 (11)

**practicum** 93:23

**prefer** 47:17 56:12

**preference** 61:20

**preferred** 41:18

**premedical** 18:3

**preparation** 10:12 12:1

**prepared** 86:21,25 93:1

**preparing** 11:16

**presence** 67:1

**present** 2:6 24:1 60:12 61:9 65:20 82:2,3 106:5 (8)

**presentation** 61:16 66:9 68:6

**presentations** 28:7

**presented** 24:23 34:18

62:3,13 103:16 (5)

**presents** 60:3,19 61:12

**preserve** 84:13

**press** 87:15

**pressure** 35:15 99:10

**prestemi** 32:9,10 33:13 98:13,15 (5)

**presume** 31:19 54:5 82:22

**pretty** 87:25

**prevent** 52:12 84:2,3 97:23 (4)

**preventing** 80:1

**previous** 34:20 51:3 110:5

**print** 120:24

**printed** 87:21 98:8

**printout** 109:8

**prior** 17:23

**priorities** 68:19

**priority** 68:19

**privileged** 7:25

**probably** 37:20

**problem** 7:12

**problems** 6:1

**procedural** 42:5

**procedurally** 41:7

**procedure** 43:12 44:5 47:21 48:2 55:5,6,6 (7)

**procedures** 42:2 78:15

**proceed** 5:15 13:2 30:6 60:1 64:6 111:15 114:13 (7)

**process** 25:20 79:3

**profession** 41:23

**professional** 41:20

**professors** 17:15

**profuse** 95:15

**prognosis** 79:6,9,12 84:3 115:24 (5)

**progress** 32:14 98:17,20,20,23 (5)

**promoted** 14:1,3

**prompt** 6:23

**pronunciation** 4:9

**propanol** 66:3

**proper** 4:9 42:5 57:18

**properly** 43:2

**protocol** 42:6 43:13 52:25 60:2,15,24 63:4,4 98:4 (9)

**protocols** 42:11 52:19 63:18

**provide** 85:4

**provided** 84:24

**ptx** 116:12

**public** 117:14 118:6

**pull** 14:15

**pulmonary** 29:11

**pursuant** 22

**push** 8:17 94:1,14

**put** 31:5 34:1 35:9 37:3 40:13

55:24 63:19 70:7 71:14 76:22,25 77:3 85:11 92:10 93:16,19 101:10 102:24 105:22,24 106:8 114:21 (22)

**putting** 70:16 71:10 81:6

**question** 5:4 7:20 24:16 25:25 33:23 38:2,6 39:12 41:5 43:9 48:18 66:21 81:13 87:12 95:2 (15)

**questions** 7:16 8:7 24:13 57:6 116:6 (5)

**radiation** 95:16

**radiologist** 92:18 95:2

**radiology** 92:15

**range** 107:16

**rate** 35:15,15 47:15 48:10 49:17 52:24 64:24 91:17 (8)

**rates** 45:14 79:23,24

**re** 119:8 120:3

**reach** 33:8,14,22 37:8,11 38:15 42:19 44:5 46:12,18,25 47:8,12 69:14 72:4 75:24 90:9 92:23 (18)

**reached** 101:13

**reaching** 38:10 47:18 56:22 101:14,18,20 (6)

**read** 38:2,6 92:22 95:9 102:14 108:21 110:14 116:7 119:12 120:19 (10)

**reading** 94:22 119:16

**ready** 12:5,7

**real** 32:16

**realized** 43:19

**really** 61:17 62:4 71:18 80:5

(4)

**reason** 6:9 7:2,18 12:4,7 70:18 72:12 89:24 97:17 120:5 (10)

**reasoning** 96:24

**reasons** 86:11 88:5

**reassess** 97:11

**recall** 20:4 55:15,20 73:5 77:13 104:5 (6)

**receive** 91:2 106:19,21

**received** 75:15 105:4

**receives** 88:2

**recess** 5:13 12:25 30:4 59:24 114:11 (5)

**reciprocal** 96:2 101:13

**recommendation** 89:6

**recommended** 89:5

**record** 3:2,11 5:10,12,15 6:25 7:19 12:22,24 13:2 29:22,23,25 30:1,3,6,8 59:21,23 60:1 64:1,3,6 111:9,9,10,12,15 114:10,13 (30)

**recorded** 18 6:8 7:3 12:20 13:10 91:15 (6)

**records** 10:11,25 24:10 25:9 26:16 31:2 85:10,14 86:22 87:6,8,15 105:10,11 113:19 114:15 (16)

**recross** 2:8

**reddy** 21 2:9 3:4,20 117:7 118:7 119:10 120:2 (8)

**redirect** 2:8

**reduce** 65:13 107:25

**reeves** 4 3:5 4:7 24:23,25 25:20 26:8 27:5 30:21 31:15 34:17 35:6 36:20,24 39:24 41:14 45:23 50:23 52:12 53:2 58:20 60:14 66:5 67:3 70:5 71:10 73:1,8 74:20 75:13 77:2,11 79:10 80:11 81:3,21,24 82:7,23 83:2,8,9,11 84:20 85:5,12 91:4,7 92:1 95:23 103:15 106:12 108:13 114:16,25 119:8 120:3 (57)

**refer** 86:3

**reference** 119:10

**referencing** 44:9

**referral** 86:5

**referring** 96:4,9,13,14 (4)

**reforming** 52:13

**regarding** 85:11

**regardless** 40:20

**regional** 78:23

**regular** 21:6

**regularly** 65:18

**related** 61:11,18 62:4 94:21 (4)

**relative** 118:13

**relieve** 65:8

**remain** 38:16

**remainder** 29:20 87:21

**remember** 19:15,18 20:8 22:1,2 55:21 77:4 101:6 (8)

**remote** 118:8,9,10,11 (4)

**remotely** 3:22 117:7,8 118:7 (4)

| | | |
|---|---|---|
| **remove** 44:6 | **responding** 51:15 | **rough** 55:17 |
| **removed** 54:14 | **response** 6:16 | **routine** 92:19,21 |
| **repeat** 13:24 15:9 23:22 27:17,18 28:14,15 37:17 38:3 47:6,6 59:2 61:6,15 62:15 65:11 73:3 83:7 98:12 108:24 109:1,3,24 112:4 (24) | **responsibilities** 58:19 | **royal** 18:18 |
| | **responsible** 23:14 59:12 | **rule** 110:12 112:2 |
| | **rest** 73:11 102:21 | **ruled** 97:15 112:5 |
| **repeated** 108:24 | **result** 111:18,21 | **rules** 4:22 |
| **repeating** 29:21 | **results** 9:12 | **run** 16:3 17:1 21:18 |
| **report** 10:2 110:19 118:8 | **resurgence** 67:15 | **safe** 40:13 42:21 73:18 75:22 77:9 (5) |
| **reported** 111:18 | **reteplase** 105:8,12 108:9 | **safer** 79:21 |
| **reporter** 3:7,17 12:15,18 13:23 15:8,12 16:6 23:21 27:16 28:14 29:9,13,15,22 38:5,7 39:11,15,17 47:5 53:18 56:17 61:2 63:23 65:10 69:11 71:2 78:2 94:24 98:11,24 102:3 104:19,25 107:11 109:1 110:21,24 111:5,8 118:6,17 (43) | **retrospect** 96:18 | **safety** 43:7 45:4 93:9 |
| | **review** 11:6 82:4 114:14 | **said** 33:13 35:1 39:14 40:7,25 43:19 45:22 46:4 54:23 61:3 70:7 79:1 83:8 87:14 91:17 98:12 102:5,20,21 103:19 104:11 108:22,24 111:17 118:8,9,10,11 119:11 (29) |
| | **reviewed** 10:11,24 11:4 26:14 78:15,16 92:14 104:7 113:16,16 (10) | |
| | **reviewing** 10:10 | |
| **reporters** 119:1 | **right** 4:3,24 5:16,17,19,23 6:2 7:6,22,23 8:24 9:2 10:6,25 13:9 14:15,18 18:8 20:14 24:25 26:17 30:7,18 31:5 35:9 39:7,15 41:5,7,10 42:9,24 43:9 52:1 59:3,8 63:25 66:18 73:1 77:25 80:20 81:9 82:17 83:5 88:7 90:1 101:25 103:5 105:13 106:8 111:3 112:8,18 (53) | **saint** 5:18 |
| **reporting** 92:18 95:2 | | **salt** 106:1 107:9,14 |
| **reports** 9:6,17,17,17 (4) | | **same** 7:2,18 16:17 29:24 32:8 38:16 45:7 51:19 52:12 60:7 62:1 101:8 108:2 118:16 (14) |
| **represent** 4:7 | | |
| **represents** 100:9 | | **saturation** 35:16 |
| **reproduction** 118:16 | **risk** 40:13,14 55:14,24 70:7 71:15 76:22 77:1 81:6 82:13 97:10,15 (12) | **save** 45:20 |
| **requested** 77:4 89:12 | | **saving** 43:7 |
| **requesting** 76:14 | **risks** 55:8 71:20 77:9 79:6,9 91:22 (6) | **saw** 6:4 33:13 35:21 51:6 77:14 101:24 (6) |
| **residency** 15:23,24,25 16:2 17:6,8,11 (7) | **risky** 56:1,3 70:10 71:16 76:22 80:21,23 81:6 (8) | **say** 27:8 29:16 32:4,9 34:1 44:8 51:4 53:10,11,17 54:3,5,11,18 67:5,11 72:15 73:9 96:8 98:10,15 100:21 109:11,17 112:25 115:11 (26) |
| **respiratory** 35:15 | | |
| | **robinson** 2:4 119:5 | |
| **respond** 22:14 | **room** 8:23 38:25 49:6 | |
| **responded** 27:2 | | **saying** 5:23 6:16,20 36:10 48:24 64:9 105:10 (7) |
| | **rotated** 36:3 | |

**says** 26:13 30:17 31:10 50:3 61:12,14 63:3,20 95:12 102:10 110:14 113:16,21 (13)

**scan** 69:24

**scared** 56:4 70:12

**scenario** 45:3

**scenarios** 91:8

**schedule** 20:15 24:5

**scheduled** 23:17 24:6

**scheduling** 20:20

**school** 14:10 15:2,14 18:2,3,6,14 (7)

**schooling** 14:6 17:23 58:15

**science** 18:4,10,10

**sciences** 18:4,6

**screen** 9:18 14:16 25:3,4 26:17 28:19 30:8 36:4 49:24,25 68:8 74:6,7 78:7 85:17 92:6,7 (17)

**sea** 55:12,17 61:24 69:8 100:22 101:4 105:7 (7)

**seal** 117:9

**second** 24:21 26:10 28:20 29:12 30:9 31:3 33:17 37:2,21 38:5,5 43:24 50:4,6 51:3 57:5 59:19,20 64:1 94:6,9 96:5,7,12,25 97:18 99:6,11 100:13 109:2 115:1 (31)

**sedative** 107:24 108:2,6

**see** 6:14,14 9:10 14:16,17 17:11 20:22 25:3,4,7,18 32:16 34:13,15 35:19,21 36:4,5 37:20 46:1,2 49:19,24,25 50:22,24 51:12 53:14,21 55:17 64:7,9 67:25 68:8 74:6,7,17 76:15 78:7,8,10,12 80:9 85:17

86:13 87:18,23 92:7,9 95:4,11 96:6 97:13 98:14 99:8,9,10,10 101:9 102:1,18 105:3,16 106:11 108:8,12,18 110:19 111:16 112:6,10,20 (72)

**seeing** 31:2,2 101:23

**seem** 26:15

**seemed** 51:4

**seen** 48:13 54:7,12 63:20,20 64:7 68:13 88:12 89:6 91:14 92:4 96:5 (12)

**selfexplanatory** 87:9,25

**send** 61:21 85:25 86:13,24 92:17,24 94:21 95:2 (8)

**senior** 12:14,21 13:14,15,21 14:1,3 19:12,23 22:14,20 23:5,10 74:13 85:22 87:18 (16)

**sense** 114:19

**sensitive** 94:22 95:4

**sent** 74:13,15,18 85:17,21 86:14,18,20 87:2,4,7 92:15,16 113:25 (14)

**september** 4:18

**serious** 28:8,13,16 60:22 61:10 62:3 64:22 68:2 79:13 104:21 (10)

**set** 87:21 118:11,12,18 (4)

**seven** 2:20 13:19 26:2 31:21,22,24 34:2,6,10 77:25 85:17,18 86:4 95:12 104:15,23 108:15 109:18 (18)

**sever** 49:8

**severity** 66:21 67:15

**shake** 6:14,18

**shall** 119:16

**share** 9:18 92:6

**she** 93:23

**sheet** 96:21 119:13,13 120:1 (4)

**shift** 23:18 24:2 48:6 49:11 (4)

**ship** 13:25 14:2 20:21,21,22,23 22:16 30:22 40:11 45:3 46:1 50:20 55:25 56:2,7 68:25 69:1,4,9,12,15 73:1 81:19 82:12 86:8,10 88:4,4,23 89:7,11,11,21 90:3,11 91:1 106:10 108:16 112:14 (39)

**ship's** 45:24

**ships** 46:5

**shock** 84:22 91:13

**shore** 79:20 86:7

**shoreline** 79:4

**shorthand** 118:9

**shortness** 91:19 95:16

**should** 31:21 41:7 42:11 78:2 79:3 80:9 88:3 94:8,16 96:20 104:18,23,25,25 105:2 114:7 (16)

**show** 26:10 28:25 32:1 51:1 62:11,24,25 68:7 74:5 77:24 78:6 85:16 99:5,22,23 105:11 (16)

**showed** 95:25 101:12

**showing** 26:23,25 27:10 28:21 29:5 31:20 36:17 51:9 75:16 (9)

**shown** 7:3

**shows** 20:20 26:10 32:3 68:19 92:25 100:9 110:20 (7)

**side**  103:6 106:21,22

**sign**  21:19 22:4 26:23 27:10 (4)

**signature**  86:13 97:14 117:13 118:22 120:22 (5)

**signed**  20:21,21 21:15,16 86:16 119:14 (6)

**significance**  29:4 30:13,14 51:23 62:6 66:4 68:15 75:18 83:21 99:19,20 101:14 106:13 107:21 111:20 112:21 (16)

**significant**  78:20 99:21 113:1

**signify**  66:7

**signing**  22:9

**signs**  28:21,25 51:9 113:2 (4)

**similar**  58:8 103:7

**simple**  55:5

**simultaneously**  80:2

**simvastatin**  64:15 100:24

**since**  22:8 24:22 52:4

**sir**  4:5,21 11:5 12:3 19:14 28:2 32:24 50:1 58:11 74:10,14 84:16 96:15 100:17 105:14 108:15 112:23 113:9 (18)

**sit**  72:22 73:4 104:7

**sitdown**  21:25

**sitting**  5:25

**situation**  22:8 42:12 45:8 60:10 89:2 (5)

**situations**  45:2 80:13

**six**  2:19 7:8 24:1 35:8 46:8 68:23,24 69:9 78:1,3,4,7 95:20

103:22 104:4 108:24 (16)

**sixyears**  15:4

**size**  99:2

**sleep**  102:21

**slow**  53:18,19 71:3 102:6 110:25 111:1 (6)

**slower**  29:17 107:12 111:7

**slowing**  111:1

**so**  6:13,16,21 7:9,20 8:5 9:5,12,16,18,19 11:24 13:3 14:2,18 15:5,15,17,18 16:11,20,21 17:1,2,6,11,18 18:5,5 19:2,19,21 20:25 21:5 22:2,15 23:4,12 24:4,9,11,16,18,22 25:2,8,18,24 26:1,18 29:17 30:7,17,25 31:5,5,6,13,19,22 32:6,8 33:2,12,19,21,21,25 34:1,13,15,22,24 35:1,6,11 36:2,6,11,16,22 37:4,7,19,24 38:14,17 39:18,25 40:17,20 41:1,12,14 43:21,25,25 44:8,18,22 45:6,18,20 46:6,10,23,25 47:1,2,2,10,14,17,19 48:12,19,21 49:12 50:4,7,21 51:6,19,25 52:3,14 53:6,20,24 54:2 55:1,8,13,14 56:9,12,20 57:8,10 60:10,14,21 62:1,1,4,10,15,18,21 63:12,17 64:7 65:22 66:1 67:8,14,20,25 68:3,12 69:2,13,16,20,25 70:1,3,5,14,16 71:9,19 72:16,18,22 73:11,15,16 74:11 75:22 77:6,21 78:6,9,13,17 79:24 80:8 81:1,7,20 82:1,19,22,23 83:8,23,25 84:2,6,7 85:21,23,24 86:3,6,8,21,24 87:7,14,17,21,23 88:4,9,17 89:12,23 90:15,25 91:1,21 92:6,9 93:5,8,9,10,10,12 94:3,9,11,18 95:7,8,8 96:8,22,22,24 97:13,16 99:2,4,12,18,22 100:6,18 101:9,19 102:13,16,18,24

103:15,23 104:1,7 105:7,9,19,22 106:6,7,11 107:14,17,18 108:4,5 109:4,7 110:4,6,11,13 111:23,25 112:2,2,16,20,24 113:24 114:25 115:18 (289)

**sodium**  107:14

**some**  4:24 5:7 32:3,4 34:23 60:8 61:6 69:15 86:14 87:14 99:22,22 107:5 109:10 (14)

**somebody**  20:1 51:19,20 63:15 (4)

**someone**  42:6 83:24

**something**  5:4 7:5,9 32:17 35:6 80:9 81:15 102:16 106:5,6 108:5 113:25 (12)

**sometime**  14:3 19:2 35:24

**sometimes**  61:8 62:12 89:4 93:20 105:20,23 (6)

**somewhere**  20:8

**sony**  113:10

**soon**  76:11,14 114:7

**sorry**  12:15,15 14:13 15:8,9 16:6,7 21:1 23:21 24:19 27:16,16,17,18 28:14 37:15,24 41:25 43:23 47:5 48:20,20 53:6,18,20 56:17 57:16 61:2,3 63:23 65:10 69:11 70:21 83:7 94:24,24 95:1 98:11 102:3 107:11 108:1,19 110:21,21,23 111:5 114:21 (47)

**sort**  57:24 58:9

**sounds**  19:21 87:25

**southern**  1

**speak**  11:12,25 29:24 46:17 71:24 78:22 81:12 82:2 97:10 111:6 (10)

**speaking** 7:20 46:11,16,20 76:15 (5)

**speaks** 29:15

**special** 22:1 66:13

**specialist** 32:22,25

**specific** 24:4

**specifically** 7:15

**specified** 47:1

**specify** 113:17

**speculation** 34:5

**speed** 69:4

**speeded** 89:11 90:11 91:1

**spell** 4:9,13

**spent** 102:7

**spin** 26:18

**split** 68:25

**spoke** 10:25 11:18 55:23 77:13,18 101:7 (6)

**spoken** 11:9,22 74:2

**spontaneously** 95:20

**st** 27:15,20 75:16 76:3,7 96:1,2 98:7 99:9 100:15 101:12,13,14,17,19,19 (16)

**stabilized** 73:11

**stable** 28:6 48:7,10 49:8,15,16 54:19,22 56:13 67:5,7,12 68:5 71:17 72:21 73:10 76:20 80:6,17,18 81:5 82:10,19 83:3,9,11 91:1 112:13 113:6 115:13,16 (31)

**staff** 35:14 60:17,18 75:8 (4)

**stage** 47:24 48:5 62:22 85:7 (4)

**stages** 62:23

**standard** 52:19,25 60:2,15,24 63:8 103:25 (7)

**standards** 16:23

**stands** 55:19 107:13

**start** 7:4 12:16,18 13:18,20 14:8 17:21 18:7 24:2 27:17 63:24,24 94:25 98:8 107:12 110:25 (16)

**started** 4:24 13:20,22 14:10 15:11,13 63:4 94:10,18 95:13 110:11 (11)

**starting** 14:25 66:6

**stat** 94:14

**state** 3:10 117:3,15 118:3,6 (5)

**statement** 77:10

**states** 1 16:12,21,24 17:2,4,6,7,8,10,13 18:13 (12)

**status** 82:4

**stay** 21:14 76:21 82:14 86:21 (4)

**staying** 56:2

**steady** 99:10

**stemi** 26:8,10,11,23 27:1,5,10,14,14 28:5,7,8,12,16,21,25 32:4,8,9,13,15 33:19 36:17,18,20,24 37:7,12 38:18 39:19 44:16 51:2,9 52:20,25 59:13,16 60:9,25 61:4,19 62:15 63:7 67:15 75:13 79:13 83:4,12,24 95:4 96:7 98:1,2,9,10,13,16,17,23 99:3,7 100:3,7,9,18 105:20 (66)

**stent** 92:5

**step** 42:23 57:4

**stepped** 20:5

**steps** 97:20,23

**stick** 43:14

**still** 14:4 16:24 21:15 27:4,9 28:19 30:8 32:4 34:22 38:16 47:23 51:2,9 59:16 62:22 71:7 75:16 76:2,3,8 80:6 83:14 90:25 92:1 98:6,9 105:20 (27)

**stomach** 65:9,13 66:3

**strauss** 3:8 6:15,25 38:1 117:14 118:6,23 119:22 (8)

**stress** 65:8 108:7

**stressful** 108:4

**strike** 53:6 114:16

**stroke** 69:21,21,23 90:8,14,15 91:23 (7)

**study** 92:15

**stuff** 57:7

**styled** 3:5

**subject** 120:19

**subscribing** 119:16

**subsided** 95:20 104:4

**substance** 120:20

**successful** 54:7

**succumb** 45:17

**such** 64:11 72:23

**suffer** 53:8

**suffering** 26:8 27:5 38:18

39:19 42:6 44:16 83:24 90:18 (8)

**sugar** 105:25 110:19,22,24 111:24 (5)

**sugars** 112:4

**suggest** 66:10

**suggestive** 100:15

**suggests** 61:9

**suite** 119:2,6

**sulfate** 107:3

**summaries** 9:20 85:8

**summary** 9:3,5 104:2,2 (4)

**sunday** 85:21

**supplement** 107:19

**suppose** 34:6 61:19 69:20 79:15 93:19 (5)

**supposed** 19:8

**suppress** 66:2

**sure** 6:3,19 8:21 26:9 27:19 37:11 40:18 42:1 45:12,18,23 46:6 48:12 49:21 50:14,24 51:25 53:20 54:3,11,18 56:10 57:17,24 59:9 67:11 70:8 72:17 73:4,23 74:25 77:21 91:9 96:7 110:12 112:13 (36)

**surgery** 15:1 17:23 18:8

**suspect** 37:5

**swear** 3:18

**sweating** 91:13,17 95:15

**sworn** 3:22 6:4 117:8 118:7 (4)

**syllabus** 16:18

**symptoms** 66:9 91:13 107:25

**syndrome** 63:7

**synopsis** 79:4

**system** 35:10 110:2

**table** 47:21

**tablet** 65:17

**tablets** 65:24

**take** 7:19 8:12 17:9 51:16,21 57:11 59:19,20 60:12,21 62:20 65:18,18 67:18 69:5 71:21 73:14 76:24 80:19 97:11 114:5 115:13,15 116:12 (24)

**taken** 22 28:17 30:9,21 31:3,21,23 38:19 40:4,18 45:12,18,23 46:8 47:21 48:5 49:9,10,13,21 54:4,10,22 55:22 56:11 63:12 66:20 70:8 75:21,25 76:9 80:9,21 82:12 83:25 92:3 97:14,15 105:21 115:12,12,16 116:3 118:11 119:11,30 (46)

**takes** 31:25 34:22 40:12 97:16 103:21 (5)

**taking** 22 39:5 67:24 71:19 77:8 81:6 97:20,23 116:14 118:11 (10)

**talk** 11:2 97:4 99:25

**talked** 11:3 108:11

**talking** 7:2 23:7 31:6 57:7 83:13 100:19 (6)

**task** 109:4

**tci** 39:25

**team** 16:15 17:18 21:20 23:15 73:17 (5)

**teams** 3:13 10:18

**technically** 64:10

**television** 45:25

**tell** 6:5 20:11 25:3 29:4 30:10 72:23 89:13 95:6 (8)

**telling** 96:23

**ten** 5:7 8:13 11:21 31:25 36:3 60:23 73:13,20 95:13,19 96:18,18 102:11 104:3 (14)

**term** 83:16

**terms** 29:16

**testified** 3:22

**testify** 118:7

**testimony** 48:13 49:4

**testing** 32:19

**tests** 61:6

**than** 13:17 14:9 27:7 40:12 47:17 48:6 68:6 76:21 79:21 80:7 103:13 105:8 109:12 (13)

**thank** 4:3,5,6 8:22 9:10 12:19 13:3 15:12 30:7 39:17 48:21 114:8 116:7 (13)

**their** 3:10

**them** 7:10 29:16,17 47:17 52:15,17 55:23 75:19 77:7,14,15,18,21 81:16 92:24 (15)

**there's** 5:3 6:1 31:9 53:14 54:9 101:25,25 113:24 115:18 (9)

**thereof** 67:2

**thereupon** 3:19 5:8,13 12:25 14:20 25:5 26:20 30:4 38:6 59:24 64:4 68:9 74:8 78:4 85:18 111:13 114:11 116:14 (18)

**these** 16:11 25:8 26:15,16 34:1 44:22 48:4 51:9 52:18 59:9 63:10 64:22,23 65:14,15 66:1 71:20,25 82:3 85:8 92:15 99:20 100:6 105:16,17,18 108:11 109:12 (28)

**they'll** 114:1

**they're** 7:6,10 62:22 114:3 (4)

**thing** 41:2,7 45:21 56:3 58:25 69:12 98:12 101:8 102:5 (9)

**things** 97:12

**think** 6:21 8:12,18,18 9:16 11:18,24 20:25 21:2 22:5 24:10 25:16,23 31:3 33:2,18 34:24 42:21 54:7 73:11 77:25 87:8 89:24,24 97:2,13 110:1 111:6 113:19 114:7 (30)

**thinner** 52:17,18 65:1,2,5 (5)

**thinners** 63:9 64:24 66:1

**third** 31:3 50:2,7,12 99:2 (5)

**thirty** 8:13,20

**thomas** 5:18 113:10

**those** 8:3 10:4,10,11,24 11:20 17:12 18:6 48:24 69:2 75:18 83:21 99:8,23 (14)

**though** 7:6 31:10 83:2 114:18 (4)

**thought** 33:7 38:2 71:20

**threatening** 40:16 42:19 80:13

**three** 2:16 10:19 16:2 17:12 18:21,22 21:6 23:25,25 26:13,20 30:8 31:7 36:2 44:21 49:24 73:6 85:10 90:7,15,21 96:1,2,11 99:8,15,19,21,25 100:4,7,8,9 102:17 109:13 (35)

**threepart** 19:3

**thrice** 11:19

**thrombolyse** 33:20 46:13 47:11,12,14,17,19 52:9 56:12 57:1,10 62:20 67:18 69:24 84:6,8 92:12 95:6 97:5 110:13 (20)

**thrombolysed** 56:12 72:16 73:9 77:20 80:16 97:9 108:4 (7)

**thrombolysing** 79:21

**thrombolysis** 27:2,8 28:18 33:20 37:14 38:16,20 39:3,6,8 41:1,1 45:5,14,15,19,20 46:23 47:2,9 50:10,18,22 51:15,16 53:11,16,16,21,24 54:2,7,9,12,17 61:25 70:15,17,19 72:16,18 75:15 76:2 77:15,19 79:14,16,18,20,23,24 80:2,5 83:20 84:1,3,5,12,16 91:21,22,25 98:9 110:2,4,11 (66)

**thrombolytic** 48:22,25 51:23,25 52:4,6,10 53:1,7 54:25 55:2 59:15 91:6 92:11 93:1,5,13 97:1 108:9 115:7,19,25 (22)

**thrombosis** 49:8

**thromoblysing** 108:3

**thromobolyse** 96:16

**through** 4:22 8:17 10:23 14:6,23,24 16:3 17:1 29:20 46:20 48:3,8 84:12 97:8 108:11 (15)

**throughout** 7:13 56:13 66:7,12,17 67:3,9 (7)

**throwing** 106:22

**thunders** 55:17

**time** 3:2 4:21 5:12,15 12:24 13:2 19:12 20:1,4 21:2,4 24:1

25:13,14 29:24 30:3,6,17,20,22,24,25 32:16 33:9 34:1,11,13,17,23 35:2,11,19 36:14,19,23 38:20,23,23,24,25 40:4,19 41:4,11,13 43:6 44:23 45:13,21,24 46:7 47:1,18 50:18,20 52:12 56:5,11 59:23 60:1 62:11,17 64:3,6 70:1,17 71:18 72:14 73:8 75:22 82:3,3,4 83:18 85:3 90:9,11 93:10,12,15,16,17,19,24 94:3,17,22 95:3,7 96:6,15 97:16 101:9 102:7 103:21 106:3 108:3,19 109:2 111:12,15 112:12 113:13 114:10,13 115:2 116:4,10 118:11 119:16 (110)

**timed** 27:21

**timeline** 40:9 93:10 97:3 115:18 (4)

**times** 8:2 26:15 44:21 46:6 70:11 72:2 83:8 88:12 (8)

**timing** 50:16 109:12,17

**timings** 50:17,24 74:4 109:11,13,19 (6)

**title** 12:12 13:12

**today** 3:4,13 6:6 12:5,6,8 14:4 72:22 73:4 83:9 104:7 (11)

**today's** 10:12,14 11:13,16 12:2 (5)

**together** 92:7

**told** 23:16 60:17 81:1

**too** 4:10 65:9 77:12

**took** 19:25 63:3 65:24 77:19 90:12 (5)

**top** 31:7

**total** 99:22 105:6

**tour** 19:16 20:5

**tours** 19:22,23,24

**towards** 89:21 90:9

**tpa** 33:20 38:21

**tph** 27:2

**track** 97:3

**train** 38:2

**training** 17:19

**transcript** 6:2 116:8 118:16 119:11,13 120:2 (6)

**transcription** 118:9

**transcripts** 11:7

**treat** 43:3 52:22 62:12,19 63:15,16 67:13 69:23 71:17 80:15 84:20 103:20 (12)

**treated** 28:17 45:7 48:11 66:10 79:13 103:13,23 105:12 108:14 (9)

**treating** 40:10 48:14 59:9 91:9 (4)

**treatment** 25:19 26:3 33:15 38:17 39:18 42:3,11,22 48:14 52:19,25 63:8 84:11 85:12 92:11 93:1,9,13 112:22 (19)

**triage** 113:7,8

**trial** 6:10,10,10 7:7 119:16 (5)

**trip** 22:20

**troponin** 62:7,7,10,14,18,18 103:8,10,20,24 104:13,14,18,19,22 108:18 112:23,25 (18)

**trouble** 29:13

**true** 118:9 120:19

**truly** 119:18

**truth** 6:5,5,6 118:7 (4)

**try** 26:18 43:14 63:17 99:5 (4)

**trying** 7:19 33:25 42:1 57:5 67:1 82:17 86:12 (7)

**turn** 90:3

**turns** 7:20

**twice** 11:18,18

**two** 2:15 9:23 10:10,23 14:1 17:25 18:1,3,6,9 19:1 25:3,5 26:13 30:17 31:9 34:14 35:19 56:6,11 62:25 65:23,24,24 72:23 73:5 75:18 85:9 90:8,15 92:7 94:10,11 95:19 96:1,2,14 99:8,15,19,20,25 100:4,6,8,9 101:1 102:17 104:3 105:5 114:17,22 (52)

**types** 28:1,3

**typical** 22:9 32:4 60:8 61:4 98:2 109:18 (6)

**typically** 19:24 22:7 23:17

**uhhuh** 6:22

**uk** 18:16,18,23

**ulcers** 66:3

**ultimate** 47:11

**ultimately** 43:10 81:18 106:5

**unavailable** 6:9

**under** 43:6 45:10 69:6 80:25 83:3 89:1,13 118:17 120:19 (9)

**undergo** 114:17

**undergoing** 43:3

**undersigned** 117:6

**understand** 6:11,12,19 7:1 42:1 48:12 57:16,23 67:1,7 68:2 81:9 82:18 86:12 94:20 115:8 (16)

**understanding** 16:21 27:9 31:13 43:10,20 (5)

**understood** 8:22 19:10 29:19 112:16 (4)

**unfortunately** 5:6

**unique** 43:5 45:6

**united** 1 16:12,21,23 17:2,4,6,7,8,9,12 18:13,17 (13)

**university** 16:4,5,10,16,17,18,22 17:7,18,18 (10)

**unless** 7:14 40:15 47:24 48:1 73:15 76:23 118:17 (7)

**unmuted** 24:17,20

**unstable** 28:6

**until** 24:8 25:18 26:2 48:8 49:2 54:12 81:8 84:25 92:3 95:20 104:11 105:21 108:16 (13)

**up** 5:4 14:15 23:11 25:18 26:2 31:7 43:15 49:23 52:6 69:4 88:13 89:11 90:11,13 91:1,3 101:20 106:5,22 114:7 (20)

**upcoming** 16:20

**update** 23:15

**updating** 106:6

**upper** 103:12

**urgent** 42:18

**us** 4:8,10 8:19 17:20 26:18 29:5 36:4 42:20,22 68:19,20 71:21 76:21 77:9 81:7 82:14 86:8 100:7 109:7 110:5 (20)

**usa** 16:14,25

**used** 88:9

**using** 54:24 85:24 88:7

**usmle** 16:14 17:5

**usual** 40:14 48:2 66:9

**usually** 19:25 20:20 21:19 22:4,13,17 25:16 31:24 49:9,10 62:14 65:17,20 66:2 93:8 96:22 106:4 108:22 (18)

**utmost** 59:5

**v** 96:1,1,1 99:8,8,15,15,15,25,25 100:4,4,4,8,8,8 120:3 (17)

**vacation** 20:1,3

**variations** 51:13

**varies** 51:18

**venezia** 5:22

**venous** 111:18,20,23,24 112:3 (5)

**ventricle** 52:7

**verbal** 6:16

**version** 28:8

**versus** 68:22

**very** 42:10,25 46:2 55:12 56:1,23 70:10 80:23 103:12 119:18 (10)

**vessel** 5:19,21 19:22 21:6,17 24:6 33:3 43:25 53:14 57:14 77:11 88:7,13,19,20,23 89:1,13 (18)

**vessels** 21:14 44:6 58:6

**via** 11 3:7 10:17 71:11 76:24 77:6 80:18,19,21 81:6 90:8

114:1 (12)

**vials** 105:5

**video** 11 3:1,3 4:24 5:11,14 6:8 12:23 13:1,4,6 24:20 30:2,5 59:22,25 64:2,5 111:11,14 114:9,12 (22)

**videographer** 2:6 3:1,8,17 5:11,14 12:23 13:1,6,9 24:20 30:2,5 38:9 59:22,25 64:2,5 111:11,14 114:9,12 116:9 (23)

**view** 109:21

**virtual** 23

**visit** 113:9

**vitae** 14:19

**vital** 113:2

**vitals** 48:9 49:19 113:6

**vomiting** 95:15 103:1 106:15,17,18,22 (6)

**vs** 6 3:5 119:8

**wait** 24:16 48:17,17 49:2 53:5 56:17 86:19,19 95:5,5,10 97:22 102:4,4 115:24 (15)

**waited** 97:17

**waiting** 63:16 94:12

**waived** 119:17

**walk** 14:24

**want** 8:3,5,15 14:8 20:11 29:20 34:15 38:3 43:11 47:2,10 48:12 55:12,13,24 62:25,25 68:7 70:7 71:14,14 75:21,24 76:13,22,25 77:24 85:16 89:18 97:5 99:5 101:10 102:16,24 105:9 112:13 (36)

**wanted** 76:11 112:2

**wants** 55:21

**washington** 16:3,4,9,10,17 17:16 (6)

**wasn't** 41:5

**wasting** 47:17

**watching** 7:7,8

**water** 10:7,9

**waves** 27:21 32:3 55:18 96:3 (4)

**way** 6:1 42:15 45:7 46:19 53:25 58:3 61:12 82:7 88:20 89:1,13 103:1 106:2 111:25 (14)

**wayt** 74:22

**we'll** 8:21 21:19 25:2 35:18 37:4,4 60:25 61:5,6,6,15,16 63:15,16,16 68:7 74:5 77:24 78:6 115:13,15 (21)

**we're** 3:13 5:18 6:6,16 7:19 8:14,15 19:11 27:4 29:22,23 30:7,9,10 31:6 32:6 36:10 42:2 43:23,25,25 44:15,21,23 77:25 89:2 99:13 102:1 (28)

**we've** 100:19

**weather** 40:11,13 45:3 46:2,13 55:12,15,20 70:11,19 71:15 72:13,16,23 73:5,12 77:16 79:19 80:23 101:3,7 (21)

**wee** 5:9

**week** 22:18

**weeks** 19:19 90:7,16

**well** 4:6 9:15 20:14 41:3 71:14 89:2 93:25 96:17 99:18 (9)

**wellness** 58:24 59:3

**went** 10:23 17:19 20:3 45:20 73:11 90:9 (6)

**weren't** 81:22

**what** 4:17 5:9,21 6:13,19 9:15,23 10:8 11:3,3 12:12 13:3,8,12,23,23 17:3 18:15 19:24 20:16,18 21:3 23:4 24:6 25:2 26:17 27:14 28:3 29:3,4,9 30:10,20,25 32:1,6,12 33:21,24 34:13 37:19 38:12,13,17,22,23 41:6,19,22 42:4,4,11,14 43:6,10,11,11,12,13,20,21 44:2 46:6 48:16 50:18 51:1,22 52:11 55:9,14,15,19 56:18 57:8 58:12 60:2,14,17,17 61:3,4,12,14 62:6 63:1,4,6,17 64:20,25 65:4,7 66:4 67:1 68:7,15,21,21 69:2,12,16 70:4 71:9 73:5,12 74:5 75:18 76:15 77:13,21,24 78:6 79:9 81:1 83:13,14,21 84:4,10 86:12 87:13 88:18,25 90:5,17 91:7,8,16 92:11 93:12 96:3,24 98:3,19,24,24 99:5,20 100:6 101:14,21 102:4,11,11 103:8 104:9,20 105:16,17,18 106:3,13,16 107:8,21 108:1,19 109:10,20 110:17,17 111:20 113:22 (163)

**what's** 32:21 41:19 99:19,19 (4)

**whatever** 6:9 8:13,20 33:19 42:7 43:8,17 52:6 54:19 60:13 61:24 80:14 81:17 85:13 86:4 89:17,23,25 90:25 103:14 (20)

**when** 13:18,20 14:10 18:10,20,24 19:4,15 20:4,4,12,21,21 21:15,16,24 22:4,8,9,19 24:23 25:3,12 26:6 33:12 37:5 38:17 40:10 42:6 44:8,16 48:21,22 49:24 50:12 52:3 54:10 58:8 60:3,16,19 64:9 65:19 66:6 68:8 70:25 71:24 73:21,24 74:4,6 78:17 82:2 83:24 84:7 86:24 87:15,23 89:5,12 94:23 96:8,15 98:8,8,15 100:11 102:18,23 103:15,15 104:14,23

106:2,7 108:12 109:1 110:6 112:20,24 113:2,21 (82)

**whenever** 21:19 115:12,13,20 (4)

**where** 5:17 13:10 16:5,7,8 20:12 35:1 44:3,4,5 45:14,25 47:1,10 49:7,19 52:8 53:13,16 54:21 56:23 57:12 60:10 62:2 63:7 68:19,24 73:19 79:20 88:12,19 90:8 92:15 93:15 96:6 100:3 (36)

**whereof** 118:18

**wherever** 87:17

**whether** 38:15 53:14,22,24,25 54:17 61:17 62:4 66:14,22 67:8,21 73:6 80:11 81:3,14,21 82:7 84:11 92:3,4,5 97:8,9 115:20 (25)

**which** 14:3 15:23 16:3 18:11,18 20:22,22 26:13 32:20 36:10 39:3 41:1 45:19 46:14,23 48:11 50:3 52:16,18,24,24 53:22 63:8 65:12,18 69:25 76:21 78:23 79:13 80:21 86:5 91:11 93:23 94:16 96:5,21 105:8,25 106:22 107:17,24 108:6,6,6,7,9,23 109:15 110:20 111:17,25 112:1 113:17 (53)

**whichever** 84:17 119:16

**while** 22:12 33:3 53:1,6 58:24 59:4 67:2 80:2 89:1,13 108:14 (11)

**who** 5:25 12:10 21:21 22:24 43:3 63:19 74:22,24 75:7 (9)

**whoever** 86:25

**whole** 6:5 68:1 118:7

**why** 12:4,7 37:1 38:10 49:14 55:1 70:5,18,19 71:9 75:19 76:14 94:11,21 97:2 101:4 (16)

**will** 3:10 8:18,18 13:6 15:17 18:11 22:4,15 23:11,15 24:1,2 25:16 37:3 39:6 40:18 42:17 48:4 49:9 52:6 53:8 54:22 56:1,2,10 61:21 62:15 63:12,13,14 65:13 69:14 70:8 79:2 81:17,18 85:17 86:21 87:18 94:18 95:9 102:21 107:24 116:3,7 (45)

**window** 46:3

**within** 38:20,23 40:4,19 41:4,11,13 45:12 47:1 51:19 56:11 59:9 60:23 64:15 70:8 84:9 94:8 115:8 (18)

**without** 43:20 46:11,15 54:23 79:7,10 (6)

**witness** 2:8 3:18,21 8:8,10 11:5 12:20 13:25 15:11,13 16:9 24:19 27:20 28:12,16 38:8 39:16 47:8 53:20 56:19 57:10 61:5 65:12 69:13 71:3 76:6 95:1 98:13 99:1 102:7 104:21 105:2 107:13 109:2 110:10,23 117:9 118:18 119:12,14 (40)

**won't** 6:17,18 102:21

**word** 77:13,13 82:18

**words** 100:18

**work** 15:21 23:18,24 24:2,8 56:23 (6)

**worked** 27:8 48:3 53:11,17,21,24 54:18,25 55:3 (9)

**working** 46:4 49:20 53:1 54:6 58:4 66:24,24 (7)

**world** 53:11

**worse** 45:17 68:5

**worsen** 47:2,10 70:12 115:24 (4)

**worsened** 51:4

**worsening** 48:1 54:3 66:25 91:13 (4)

**would** 7:14 17:19 20:5,12,12 21:5,7 22:3 23:18 24:6,6,23,24 34:14,15,17,17 35:2,7,14,20,24 36:12,20,22 37:6 39:3,8,24 40:21 41:12,13 42:4 43:2 46:19 48:25 49:2,21 50:7,12,21 57:25 60:18 64:11 66:9 70:20 72:24 73:6 75:4,7 79:17 82:11,23 85:11 109:4,17 113:3 (57)

**wouldn't** 55:2

**wrapping** 114:7

**write** 17:5 29:24 75:15 85:14 120:2 (5)

**writing** 6:15

**written** 6:17,18 73:23 102:8 (4)

**wrong** 74:12

**wrote** 73:24 75:12 95:25 100:11 (4)

**x** 2:7

**xray** 9:12,16 10:2 29:3,4 30:9,12 92:12,17 109:21,25 110:1,6,13 (14)

**xrays** 92:19 95:2

**yankee** 24:15

**yeah** 9:3,6,16,17,21 10:1,1 18:9,9 21:2,19 22:13 24:12 25:7,11 26:22 30:15,23 31:24,25 32:11 50:10,17 59:6 75:10 96:20 98:17 102:2,2 103:4 104:11 106:19 107:1 109:11 114:24 (35)

**year** 15:16

**years** 13:17,19 14:1 15:4,19,22 16:2 17:12,25 18:3,6,9 19:1 46:5 48:14 75:13 90:21,22 (18)

**yes** 5:20 6:24,24 7:18 9:9,13 10:4,22 11:1,5 14:5,17,22 15:2,20 17:14,17 19:3,14 21:10,10 23:19 25:1,21 26:5 27:10,12,25 28:2,10,12,23 29:2 30:1,19 31:8,17 33:7,10 35:5,13,17,23 36:5,8,13,18,21 39:14,16,22 41:17 42:13 44:11,14,25 45:24 46:7,17,22 50:1 52:2,8 59:12,14,17,20 63:22 64:13,18,19 65:3 66:10 68:14 70:22,24 71:4,6 72:2,6,8,8,21 74:10,14,17,21 75:3,6 77:5,8,9 78:2,16,25 81:11,18 82:13,22 83:1,10 84:16 85:20 87:24 88:8,11,25 89:10,11 92:8,20,22 93:4,18 94:2,5 95:24 96:15 99:14,17 100:4,8,17,20 102:22,22 103:17,19 104:6 105:14 106:9 107:4,6,7 108:10,15,20,20,22 109:14,24 112:9,13,19,23 113:9,12 114:23,24 115:22,22 (151)

**yet** 93:6

**you'd** 41:6 44:8 58:18 59:3 78:22 84:11 (6)

**you'll** 61:2,4 86:23

**you're** 6:9,20 7:13 8:14 13:9 22:9,9,12 23:7 24:17 31:6 33:3 37:19,22 38:9 48:24 52:5 57:5,7,21 59:8 67:20 70:24,24 76:10 88:14,24 96:13,14,23 105:6 (31)

**you've** 44:21 83:8 88:6,9,17 (5)

**your** 4:8,17,25 6:23 8:1 12:10,12,16 13:12 14:6,15,19 17:12,21 18:7 19:16 22:9 23:4,22 24:5,6 31:13 32:21 37:25 41:22 42:5 43:10 44:6 48:13,14,14 58:19,19,24 59:3,9

60:18,18,18 63:24 65:8,13 69:17 71:9 73:7 78:14 81:9 83:3 87:8 89:6,8 91:13,14 102:18 108:7 112:10,16,21 114:14 115:2 119:12 (61)

**yours** 119:18

**yourself** 12:17 64:11,12

**zoom** 3:7,14 10:18 78:11 (4)

**219** 111:25

**300** 52:15,16 65:22,23 100:24 (5)

**326** 74:15

**327** 75:11 76:16

**345** 103:8,18 108:18

**430** 112:7

**444** 119:2

**500** 73:24

**512** 101:10

**515** 119:6

**600** 24:8

**602** 111:17

**627** 35:12

**640** 34:2

**645** 26:2 34:16,18 35:24 36:7,10 (6)

**650** 119:6

**700** 96:22 108:23

**703** 113:2

**714** 119:2

**715** 31:24 34:6,10 36:7,11 (5)

| | | |
|---|---|---|
| **745** 36:12,22 50:7 96:23 (4) | **1108** 30:6 | **2024** 12 3:5 117:10 118:19 119:4 120:18 (6) |
| **800** 96:6,21,23 | **1110** 106:11 | **2105** 94:1 |
| **815** 36:12,23 50:7 | **1113** 30:18 50:4 | **2107** 94:10,18 |
| **830** 24:10 25:17,23 26:2,7 96:20 (6) | **1137** 110:18 | **2119** 108:3 |
| **840** 110:5 | **1152** 59:23 | **2124** 109:5 |
| **845** 25:9,19,22 26:2,7 50:8,11,12 92:9 110:11 (10) | **1155** 108:19 109:3,3 | **2137** 94:19 |
| **900** 50:11,12 92:25 93:5,15,16,20,23 108:8 (9) | **1201** 60:1 | **4726** 117:4 |
| **905** 94:4 | **1205** 112:11 | **33131** 119:33131 |
| **915** 102:9 107:2 | **1206** 64:3 | **33401** 119:33401 |
| **916** 106:24 | **1208** 64:6 | **250635** 117:16 |
| **919** 107:20 | **1215** 28:24 51:7 | **3053748868** 119:3 |
| **923** 109:22 | **1217** 105:3 | **3053749668** 119:3 |
| **928** 102:18 | **1239** 85:22 | **5612685727** 119:7 |
| **929** 110:6 | **1400** 35:11 | |
| **930** 93:19 106:20 | **1627** 35:1 | |
| **939** 31:12,14,20 34:1 36:9 (5) | **1827** 34:21 35:8 | |
| **940** 114:6 | **1845** 34:24 | |
| **1000** 106:20 | **1981** 4:18 | |
| **1007** 10 3:2 109:25 | **2002** 15:2,14 | |
| **1009** 5:12 | **2008** 15:3,15 | |
| **1010** 5:15 | **2014** 15:23 | |
| **1019** 12:24 | **2017** 13:19,20 14:2 15:24 (4) | |
| **1032** 13:2 | **2019** 14:3 19:8 | |
| **1043** 31:10 | **2022** 19:2,7 | |
| **1057** 30:3 | **2023** 19:10 23:6 24:5 27:3 28:20,24 30:17 31:10,12,14 50:3 55:19 74:15 88:1 92:9 102:10 105:4 106:12 107:20 112:10 (20) | |