UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21295-RAR

CHAD REEVES,

        Plaintiff,

v.

CARNIVAL CORPORATION
a Panamanian Corporation,

        Defendant.

_____/

**DEFENDANT CARNIVAL CORPORATION'S RESPONSE
TO PLAINTIFF'S DAUBERT MOTION [DE 36]**

Defendant, CARNIVAL CORPORATION, by and through its undersigned counsel, hereby provides this Response to Plaintiff's Daubert Motion [DE 36] as follows:

1.       This is a maritime medical malpractice matter arising from an incident that occurred aboard the *Carnival Freedom*, on July 8, 2023. [DE 1, ¶7] Plaintiff contends that the shipboard medical staff aboard the *Freedom* deviated from acceptable care standards during their treatment of his cardiac emergency by failing to properly assess, timely diagnose, and appropriately treat his condition. [Id. at ¶ 22]. Additionally, Plaintiff also contends the shipboard medical staff was negligent in failing to obtain consultations with appropriate specialists and immediately evacuate him from the vessel for appropriate care in a timely manner. [Id.] Defendant disagrees and contends that the ship's medical staff saved Plaintiff's life with timely and prudent decision making and treatment.

2.       On February 7, 2025 Plaintiff filed a *Daubert* Motion seeking to preclude Defendant's medical experts, Drs. Nure Khoury and John Setaro, from offering opinions at trial concerning the possibility that other EKG strips were created and discarded during the care and

treatment rendered to Plaintiff while a patient in the medical center of the Carnival *Freedom*.  [DE 36]

3.      There is significant dispute between the parties regarding the time the subject EKG strips were printed out, and more importantly, when the diagnosis of Plaintiff's STEMI heart attack was made by the medical staff aboard the *Freedom*.  [See DE 37, pg. 9-12.] Nevertheless, as represented in its Response to Plaintiff's Omnibus Motion in Limine, Defendant has no intention of advancing an argument or eliciting testimony from any witnesses to suggest that multiple EKG strips were created and discarded during the care and treatment rendered to the Plaintiff in the medical center of the Carnival *Freedom*.  Id. This includes defense experts, Drs. Khoury and Setaro, who will not be offering the proposed opinions at trial raised in Plaintiff's Motion. [DE 36]

## CONCLUSION

In light of the foregoing, Defendant CARNIVAL CORPORATION would respectfully request entry of an Order denying Plaintiff's Daubert Motion as MOOT.

Respectfully submitted,

GrayRobinson, P.A.
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/ Michael Drahos*
       Michael J. Drahos
       Florida Bar No. 0617059
       michael.drahos@gray-robinson.com
       W. Cooper Jarnagin
       Florida Bar No. 117767
       cooper.jarnagin@gray-robinson.com
       Ashley Genoese
       Florida Bar No. 1019357
       ashley.genoese@gray-robinson.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

*/s/Michael Drahos*

## SERVICE LIST
## CASE NO. 1:24-cv-21295-RAR

Todd J. Michaels, Esq.
Florida Bar No. 568597
tjm@haggardlawfirm.com
Joshua P. Padron, Esq.
Florida Bar No. 1018674
jpp@haggardlawfirm.com
THE HAGGARD LAW FIRM
330 Alhambra Circle
Coral Gables, FL 33134
Telephone: (305) 446-5700
Facsimile: (305) 446-1154

Philip D. Parrish, Esq.
Florida Bar No. 541877
phil@parrishappeals.com
7301 S.W. 57th Court, Suite 430
South Miami, FL 33143
Telephone: (305) 670-5550
Facsimile: (305) 775-5155

*Attorneys for Plaintiff*