**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-cv-21295-RAR**

CHAD REEVES,

        Plaintiff,

v.

CARNIVAL CORPORATION
a Panamanian Corporation,

        Defendant.

_____/

**DEFENDANT CARNIVAL CORPORATION'S RESPONSE**
**TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON**
**COMPARATIVE NEGLIGNENCE [DE 33]**

Defendant, CARNIVAL CORPORATION, by and through its undersigned counsel, hereby provides this Response to Plaintiff's Motion for Partial Summary Judgment on Comparative Negligence [DE 33] as follows:

1.      This is a maritime medical malpractice matter arising from an incident that occurred aboard the *Carnival Freedom*, on July 8, 2023. [DE 1, ¶7] Plaintiff contends that the shipboard medical staff aboard the *Freedom* deviated from acceptable care standards during their treatment of his cardiac emergency by failing to properly assess, timely diagnose, and appropriately treat his condition. [Id. at ¶ 22]. Additionally, Plaintiff also contends the shipboard medical staff was negligent in failing to obtain consultations with appropriate specialists and immediately evacuate him from the vessel for appropriate care in a timely manner. [Id.] Defendant disagrees and contends that the ship's medical staff saved Plaintiff's life with timely and prudent decision making and treatment.

2.      On May 1, 2024 Defendant filed its Answer and Affirmative Defenses. [DE 5]

3.      On February 7, 2025 Plaintiff filed a Motion for Partial Summary Judgment on Comparative Negligence.  [DE 33]

4.      Defendant hereby gives notice of withdrawing Affirmative Defenses B, C, F, G, J, K and L with prejudice and confirms that it will not advance comparative fault arguments against the Plaintiff at trial.

## CONCLUSION

In light of the foregoing, Defendant requests entry of an Order denying Plaintiff's Motion for Partial Summary Judgment on Comparative Negligence [DE 33] as MOOT.

Respectfully submitted,

GrayRobinson, P.A.
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/ Michael Drahos*
     Michael J. Drahos
     Florida Bar No. 0617059
     michael.drahos@gray-robinson.com
     W. Cooper Jarnagin
     Florida Bar No. 117767
     cooper.jarnagin@gray-robinson.com
     Ashley Genoese
     Florida Bar No. 1019357
     ashley.genoese@gray-robinson.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

*/s/Michael Drahos*

## SERVICE LIST
## CASE NO. 1:24-cv-21295-RAR

Todd J. Michaels, Esq.
Florida Bar No. 568597
tjm@haggardlawfirm.com
Joshua P. Padron, Esq.
Florida Bar No. 1018674
jpp@haggardlawfirm.com
THE HAGGARD LAW FIRM
330 Alhambra Circle
Coral Gables, FL 33134
Telephone: (305) 446-5700
Facsimile: (305) 446-1154

Philip D. Parrish, Esq.
Florida Bar No. 541877
phil@parrishappeals.com
7301 S.W. 57th Court, Suite 430
South Miami, FL 33143
Telephone: (305) 670-5550
Facsimile: (305) 775-5155

*Attorneys for Plaintiff*