**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-cv-21295-RAR**

CHAD REEVES,

        Plaintiff,

v.

CARNIVAL CORPORATION
a Panamanian Corporation,

        Defendant.

_____/

**DEFENDANT CARNIVAL CORPORATION'S REPLY TO PLAINTIFF'S RESPONSE**
**IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE**
**REGARDING COAST GUARD COMMUNICATIONS**

Defendant, CARNIVAL CORPORATION, by and through its undersigned counsel, hereby provides this Reply to Plaintiff's Response in Opposition to Defendant's Motion in Limine to preclude evidence of, or reference to, alleged conversations with the U.S. Coast Guard, and in further support thereof would state as follows:

1.      Defendant is seeking an Order from the Court precluding evidence of, or reference to, alleged conversations with the U.S. Coast Guard during the time period in question. [DE 31]

2.      In his Response, Plaintiff does not dispute that statements purportedly made to family members by the U.S. Coast Guard are hearsay and does not suggest any hearsay exceptions apply.  Instead, Plaintiff suggests the Court should defer ruling on Defendant's Motion until the time of trial, "so that, in the event Plaintiff presents witnesses who testify to contacting the Coast Guard, any appropriate evidentiary objection can be made and ruled upon at that time."  [DE 37]

3.      Plaintiff's Response misses the point.  Defendant's Motion specifically seeks an Order from the Court precluding evidence of, or reference to, hearsay statements purportedly made

by the U.S. Coast Guard.  This is exactly the type of issue that warrants a ruling *in limine* as the proposed out of court statements are clearly inadmissible hearsay.  See <u>Harrell v. Carnival Corp.</u>, No. 19-22667, 2021 WL 5759335 (S.D. Fla. Dec. 3, 2021).

Respectfully submitted,

GrayRobinson, P.A.
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/ Michael Drahos*
Michael J. Drahos
Florida Bar No. 0617059
michael.drahos@gray-robinson.com
W. Cooper Jarnagin
Florida Bar No. 117767
cooper.jarnagin@gray-robinson.com
Ashley Genoese
Florida Bar No. 1019357
ashley.genoese@gray-robinson.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 26, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

*/s/Michael Drahos*

**SERVICE LIST**
**CASE NO. 1:24-cv-21295-RAR**

Todd J. Michaels, Esq.
Florida Bar No. 568597
tjm@haggardlawfirm.com
Joshua P. Padron, Esq.
Florida Bar No. 1018674
jpp@haggardlawfirm.com
THE HAGGARD LAW FIRM
330 Alhambra Circle
Coral Gables, FL 33134
Telephone: (305) 446-5700
Facsimile: (305) 446-1154

Philip D. Parrish, Esq.
Florida Bar No. 541877
phil@parrishappeals.com
7301 S.W. 57th Court, Suite 430
South Miami, FL 33143
Telephone: (305) 670-5550
Facsimile: (305) 775-5155

*Attorneys for Plaintiff*