# EXHIBIT "A"



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | January 2, 2024 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Was compliant with HEP.  Bronchitis appears to have passed.  States he enjoyed his holiday vacation and is feeling much better and feels ready to continue with rehab.

**Objective**
Resting heart rate:  89 bpm
Resting blood pressure: 108/68 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Today's session focused on power and muscular endurance.  Short rest periods were used for the dumbbell work to increase muscular endurance and to provide a cardiorespiratory challenge. See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, band GH primer, deep core warm up
- Superset, 5 rounds X 5 reps each, 30 seconds between exercises, 1 minute between rounds
    - Wall balls
    - Step jump
    - Med ball slam
- 20-18-16-14-12-10-8-6-4-2: RPE 6/10
    - Bench press, add weight each set
        - 45, 65, 75, 85, 95, 105, 115, 125, 135, 145
    - Goblet squats, add weight each set
        - 15, 20, 25, 30, 35, 40, 45, 50, 55, 60
    - Inverted rows, BW
    - Kettlebell swing, 35 pounds
- Farmer carry, 50 pounds each hand.  250 yards
- Treadmill walk
    - 10:00  cooldown
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 147 bpm, average heart rate was 126 bpm, 84 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  102 bpm
Blood pressure: 104/66 mmHg
Pulse ox: 97%

REEVES 01742



# Athletic Training Treatment Notes



## Assessment

The patient performed well, keeping rest periods short on circuit and was able to respond to questions despite being out of breath.  His biggest limiting factor appeared to be upper body strength-endurance. Future resistance training sessions should continue to challenge this aspect of fitness.

## Plan

Pt. will report to station 1 gym tomorrow morning for a lighter session and then will report to the training center in the afternoon for ladder training with station 1C.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01743



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | January 3, 2024 afternoon | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no residual fatigue from this morning's session.

**Objective**
Resting heart rate:  86 bpm
Resting blood pressure: 102/66 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.
Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for
iOS.  Pt. participated in facilities training with shift 1C. See heart rate graph below for further details.
- Setting ladder and ventilate, enter, search with a partner in full PPE, breathing through an SCBA
    - Patient carried and set a 24 foot extension ladder (75 pounds)
    - Climbed ladder into a second story window
    - Sounded the floor with a tool and searched a room
    - Descended ladder
- RPE 5/10 overall, 6/10 when setting the ladder

Intra-activity heart max was 167 bpm, average heart rate was 131 bpm, 27 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  98 bpm
Blood pressure: 108/72 mmHg
Pulse ox: 96%



REEVES 01744



## Athletic Training Treatment Notes

**Assessment**
Pt. was able to perform all tasks with an acceptable level of competency according to station 1C Captain. The largest heart rate spikes were seen while the patient set the ladder and got it into a good climbing angle for VES operations.  Future sessions should include more work with heavy objects while in PPE.

**Plan**
Pt. will report to station 1 tomorrow morning for his next rehab session.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01745



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | January 3, 2024 morning | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports soreness in arms following yesterday's resistance training session, otherwise "feels good" and is excited to participate in ladder training this afternoon.

**Objective**
Resting heart rate:  83 bpm
Resting blood pressure: 98/64 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Today's session was kept light to minimize fatigue for ladder training later today. See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, band GH primer, deep core warm up
- 30 minutes of steady state cardio, keeping heart rate between 120 and 135 bpm
  - 10:00 Treadmill, self selected speed and incline, RPE 3/10
  - 20:00 Elliptical, self selected intensity, RPE 3/10
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 135 bpm, average heart rate was 122 bpm, 47 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  102 bpm
Blood pressure: 106/70 mmHg
Pulse ox: 96%



REEVES 01746



## Athletic Training Treatment Notes

**Assessment**

Pt. had no issues with the given work load and was able to maintain conversation while on the treadmill and elliptical.  Today's workload was at his initial cardiology imposed limits, which early in the rehab process caused significant fatigue and high (6+) RPE levels.  Today's level of 3/10 and his ability to easily maintain conversation at this workload shows significant improvement in cardiac function and physical ability.

**Plan**

Pt. will report to the training center this afternoon for ladder training with shift 1C.


John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01747



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | January 4, 2024 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports some soreness in the arms from two days ago.

**Objective**
Resting heart rate:  84 bpm
Resting blood pressure: 100/62 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.
Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for
iOS.  Heart rate tracking was lost when the Polar app was closed out, resulting in 2 heart rate graphs for
this session, one for the initial Tabata interval and one for the rest of the session.  See heart rate graphs
below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, band GH primer, deep core warm up
1. Jump rope Tabata interval (20s on, 10s off X 8)
2. 30 seconds rest
3. 60 seconds each: plank, left side plank, right side plank
4. 30 seconds rest
5. Jump rope 1 minute
6. 30 seconds rest
7. 60 seconds each: C – sit hold, squat hold
8. 30 seconds rest
9. Jump rope 1 minute
10. 30 seconds rest
11. Repeat 3 – 10 at 30 seconds each
12. Jump rope Tabata interval
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 149 bpm, average heart rate was 124 bpm, 22 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  98 bpm
Blood pressure: 108/72 mmHg
Pulse ox: 96%

REEVES 01748



# Athletic Training Treatment Notes



### Assessment
Pt. struggled with the coordination aspect of jumping rope but was able to adequately elevate his heart rate to create a training effect.  This type of training will be beneficial for increasing his ability to perform repetitive short bouts of intense work with minimal rest between bouts.

### Plan
Pt. will report to station 1 tomorrow morning for his next rehab session.


John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01749



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | January 5, 2024 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports not pain or respiratory distress this morning. Discussed future rehab plans involving wearing full PPE and moving heavy loads.

**Objective**
Resting heart rate:  85 bpm
Resting blood pressure: 96/62 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was lost when the Polar app was closed out, resulting in 2 heart rate graphs for this session, one for the initial Tabata interval and one for the rest of the session.  See heart rate graphs below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, band GH primer, deep core warm up

Warm up, 3 rounds of the following:

- Dead bugs                              X 10 each side    4.  Face pulls                      X 20
- Groin stretch/ thread the needle       X 10 each side    5.  Tricep extensions              X 20
- Bridge walkouts                 X 3 - 5

1A. Bench press
        Warm up sets: 2 X 10, keep weight very light and focus on form. 45, 85
        Work sets:       4 X 8 - 12,        Set 1: 105  2: 115  3: 125 4: 125
1B. Deadlift or hip thrust
        Warm up sets: 2 X 10, keep weight very light and focus on form. 50, 140
        Work sets:       4 X 8 - 12, Set 1: 150  2: 170  3: 190 4: 190

2. Farmer carry  200 yards, 45 pounds
3A. Plank                     2 X 60 seconds
3B. Single leg bridge       2 X 20 each side

- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 129 bpm, average heart rate was 105 bpm, 45 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  98 bpm
Blood pressure: 106/62 mmHg
Pulse ox: 96%

REEVES 01750



## Athletic Training Treatment Notes



**Assessment**

Pt. performed all exercises with good form.  The workloads seemed like an adequate challenge for his strength and strength-endurance.  The patient would benefit from future sessions involving functional activities with heavy loads while wearing full PPE.

**Plan**

Pt. will report to station 1 Monday morning for his next rehab session.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01751

 Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | January 8, 2024 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports not pain or respiratory distress this morning.

**Objective**
Resting heart rate:  88 bpm
Resting blood pressure: 104/68 mmHg
Pulse ox: 98%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was lost when the Polar app was closed out, resulting in 2 heart rate graphs for this session, one for the initial Tabata interval and one for the rest of the session.  See heart rate graphs below for further details.
- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, band GH primer, deep core warm up

2 rounds of the following:
- Bird dogs                X 10 each side
- Side lunge and touch    X 5 each side

1A. Squat
    Warm up sets: 2 X 10, keep weight very light and focus on form. 45, 65
    Work sets:      4 X 8 - 12,        Set 1: 95  2: 115  3: 125 4: 135
1B. Row
    Warm up sets: 2 X 10, keep weight very light and focus on form.
    Work sets:      4 X 8 - 12,        Set 1: 35  2: 45  3: 55 4: 60

2.   Walking lunges      100 yards total, bodyweight only. Rest as needed, but try to finish as fast as possible.
    3A. C-sit rotation    2 X 10
    3B. Suitcase carry    2 X 50 yards each side
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 137 bpm, average heart rate was 120 bpm, 42 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  108 bpm
Blood pressure: 112/68 mmHg
Pulse ox: 96%

REEVES 01752



## Athletic Training Treatment Notes



### Assessment
Pt. performed all exercises with good form.  The workloads seemed like an adequate challenge for his strength and strength-endurance.

### Plan
Pt. will report to station 1 tomorrow morning for his next rehab session.


John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01753



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | January 9, 2024 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports not pain or respiratory distress this morning.  Feels mild soreness in his hamstrings.  Pt. wanted to attend a product demonstration this morning at the training center.

**Objective**

Resting heart rate:  86 bpm

Resting blood pressure: 102/66 mmHg

Pulse ox: 98%

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was difficult to maintain early in the session due to the sensor moving whent he pt. put on his turn out coat.  When the sensor was adjusted, heart rate monitored improved. See heart rate graphs below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, band GH primer, deep core warm up
- As many rounds as possible in full PPE, on air until the low air alarm went off:
    - 10 wall balls, 10 pound ball
    - 10 rotational med ball slams, 10 pound ball
    - Farmer carry, 100 yards, 30 pound dumbbells
    - Suitcase carry, 25 yards each side, 60 pound dumbbell
    - Walk 1 lap around the bay
    - 14:33 until low air alarm
    - RPE 7/10
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 146 bpm, average heart rate was 130 bpm, 23 minutes total duration

Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)

Heart rate:  104 bpm

Blood pressure: 110/68 mmHg

Pulse ox: 97%

REEVES 01754



## Athletic Training Treatment Notes



**Assessment**

Pt. performed all exercises without any unexpected difficulty.  His time of 14:30 to low air could be improved with training.

**Plan**

Pt. will report to station 1 tomorrow morning for his next rehab session.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01755



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | January 10, 2024 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports not pain or respiratory distress this morning.

**Objective**
Resting heart rate:  85 bpm
Resting blood pressure: 104/66 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.
Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS. See heart rate graphs below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, band GH primer, deep core warm up
- As many rounds as possible in full PPE, on air until the low air alarm went off:
- 20-18-16-14-12-10-8-6-4-2:
    - Push ups
    - Butterfly sit ups
    - Air squat
    - Rows, 35 lbs
- Jump rope, 1 minute on 1 minute off X 8 rounds
- Treadmill walk 10 minutes, self selected pace and incline, keeping HR between 130 - 135
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 140 bpm, average heart rate was 119 bpm, 52 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  102 bpm
Blood pressure: 110/64 mmHg
Pulse ox: 96%

REEVES 01756



# Athletic Training Treatment Notes



### Assessment
Pt. performed exercises with good form and expected heart rate response.

### Plan
Pt. will report to station 1 tomorrow morning for his next rehab session.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01757



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | January 11, 2024 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain or respiratory distress this morning.

**Objective**
Resting heart rate:  88 bpm
Resting blood pressure: 108/64 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was lost briefly when the pt. went to the bathroom.  See heart rate graphs below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, band GH primer, deep core warm up
- As many rounds as possible in full PPE, on air until the low air alarm went off:
- 25 KB swings, 35 lbs, 5 push ups
- 20 KB swings, 35 lbs, 10 push ups
- 15 KB swings, 35 lbs, 15 push ups
- 10 KB swings, 35 lbs, 20 push ups
- 5 KB swings, 35 lbs, 25 push ups
- 3 max sets:
    - Plank – 1:13, 1:01, 1:04
    - inverted row – 10, 10, 9
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 134 bpm, average heart rate was 112 bpm, 39 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  102 bpm
Blood pressure: 110/70 mmHg
Pulse ox: 96%

REEVES 01758



# Athletic Training Treatment Notes



**Assessment**

Pt. performed exercises with good form and expected heart rate response.  Today's session was kept relatively light in preparation for the occupational fitness circuit tomorrow at station 4

**Plan**

Pt. will report to station 4 tomorrow afternoon for his next rehab session.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01759



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | January 12, 2024 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress.  He feels "excited but a little nervous" about running the occupational fitness course at station 4.  His crew also participated.

**Objective**

Resting heart rate:  88 bpm

Resting blood pressure: 98/62 mmHg

Pulse ox: 97%

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate monitoring was lost immediately as the event started due to the strap

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, band GH primer, deep core warm up
- 1. Manual Roof Ventilation - Time starts when the Instructor/ timer says GO. The participant will strike the tire 20 times with the 10 pound sledgehammer. Someone will be designated before the start of the event to count the strikes out loud for the participant. The head of the hammer must be raised above the participant's helmet for the strike to count. Any strike that does not begin with the head of the hammer above the helmet will not be counted. After the 20th strike is counted, the participant will place the hammer back inside the tire and walk to the next event.
- 2. Dry line drag - The participant will drag a sled with no extra weight past the far cone and back. The entire sled must go past the far cone and the starting line before moving onto the next event.
- 3. Ladder raise - The participant will raise a 24 foot extension ladder, extend it 6 rungs, and set it at a good climbing angle. The feet of the ladder must be on the designated spot, the halyard must not be tangled on the participant, and the ladder must be stable before moving on to the next event.
- 4. Crawl/ search 1 - The participant will crawl 31 feet with one 90 degree turn and go under a table. If the participant stands before reaching the hose bundle for the next event, they must repeat this obstacle.
- 5. High rise pack carry - The participant will carry a bundled 50 foot section of 2 ¾ inch hose to the top of the hose tower and place the hose bundle in the designated spot.
- 6. Hoist - The participant will use the hand over hand method to hoist an 18 pound kettlebell up the tower. They must tap any part of the kettlebell with one hand before lowering back to the ground using the hand over hand method. Once the kettlebell is back on the ground, the instructor/ timer will tell the participant to pick up the hose bundle and carry it back down to ground level, where it will be placed back in its original position.
- 7. Crawl/ search 2 - The participant will crawl 31 fee, under a table, and make a 90 degree turn. If the participant stands before reaching the last cone, they must repeat this obstacle.

REEVES 01760



## Athletic Training Treatment Notes

- 8. Charged line drag - The participant will drag the same sled from event #2 which will now have a 45 pound bumper plate on it past the far cone and back. The entire sled must go past the far cone and the starting line before moving onto the next event.
- 9. Equipment carry - The participant will carry two 30 pound dumbbells to the far cone and back then place the dumbbells back on the ground in the designated spot before moving to the last event.
- 10. Victim rescue - The participant will drag a hose dummy past the far cone and back. The entire hose dummy must go past the far cone before returning to the start position. Once the entire dummy is past the starting line, time stops.
- Time – 7:05, RPE 8/10
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Heart rate:  103 bpm
Blood pressure: 108/70 mmHg
Pulse ox: 96%

**Assessment**
Pt. held a steady pace throughout the course, not stopping for any extended break.  All tasks were performed with good technique and at a level acceptable to his battalion chief and station captain.  His time of 7:05 places him 58th out of 84 total participants, which is just under half of the department.  The individuals that have thus far volunteered to participate in this event have been mostly made up of the more fit members of the department.  It is likely than several of the individuals that will never voluntarily perform the course would be beaten by MFF Reeves.  I estimate that his true rank if every member of the department participated would be closer to the 50th percentile rather than the 30th he currently sits at.

**Plan**
Pt. will report to station 1 on Tuesday, 1/16 for his next rehab session.


John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01761



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | January 16, 2024 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain this morning.  His throat is feeling a little irritated after spending a lot of time in cold dry air the last few days.

**Objective**

Resting heart rate:  89 bpm
Resting blood pressure: 98/64 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.
Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart tracking was lost momentarily during a set of chest supported rows when the heart rate monitor shifted up as the pt. laid down.  See heart rate graphs below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, band GH primer, deep core warm up
- 20-18-16-14-12-10-8-6-4-2
    - Box jumps (quiet as possible)
    - Supine chest pass, 10 lb
    - Air squats
    - Chest supported row, 20 lb dumbbells
    - Crunches
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 136 bpm, average heart rate was 118 bpm, 44 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  97 bpm
Blood pressure: 100/64 mmHg
Pulse ox: 97%

REEVES 01762



## Athletic Training Treatment Notes



### Assessment

Pt. performed well on all exercises, maintaining a constant pace throughout. Box jumps elicited the highest heart rate responses. This is to be expected as the oxygen demands involved with the high-power outputs are quite high. However, the supine chest pass, which is also a repetitive, high power movement caused a slight decrease in heart rate, showing that orthostatic positioning still has a greater effect on the pt.'s heart rate than the actual activity. Another increase was seen with air squats, followed by a leveling off or slight drop with chest supported row and finally a significant drop with the crunches, which were done in the supine position. At no time did the pt. report light-headedness or dizziness, nor did he show signs of either. His heart rate response seems adequate to accommodate both activity level and positional changes without compromising blood flow and thereby oxygen delivery to the heart, brain, and working tissues.

### Plan

Pt. will report to the training center tomorrow morning at 0700 for next rehab session and then to air pack training.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01763



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | January 17, 2024 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain or respiratory distress this morning.

**Objective**
Resting heart rate:  89 bpm
Resting blood pressure: 102/68 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart tracking was lost momentarily when the pt. stepped too far from the phone with the Polar app.  See heart rate graphs below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, band GH primer, deep core warm up
- 5 rounds, 1 minute rest between rounds
  - 50 jump ropes
  - 25 kettlebell swings, 35lb
  - 10 rows each hand, 35lb
  - 10 overhead press with a 10lb axe
  - 10 air squats
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 143 bpm, average heart rate was 117 bpm, 49 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  102 bpm
Blood pressure: 98/66 mmHg
Pulse ox: 97%



REEVES 01764



# Athletic Training Treatment Notes

**Assessment**

The pt. struggled slightly with the cold dry air at the training center, but otherwise was able to complete the session without issues. Jumps and swings elicited the highest heart rate responses, followed by a dip with the rows and overhead press. A slight increase occurred with the air squats and the heart rate recovered quickly during the one minute rest periods. His heart rate response was appropriate for the workload performed and showed good recovery ability.

**Plan**

Pt. will report to station 1 for next rehab session tomorrow morning.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01765



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | January 18, 2024 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain or respiratory distress this morning.

**Objective**
Resting heart rate:  85 bpm
Resting blood pressure: 96/60 mmHg
Pulse ox: 96%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.
Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for
iOS.  Heart tracking was lost momentarily when the pt. stepped too far from the phone with the Polar
app.  See heart rate graphs below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, band GH primer, deep core warm up
- Run the rack, sets of 9
  - Goblet squat, 15 → 60 → 15
  - Chest supported row, 15 → 60 → 15
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 127 bpm, average heart rate was 105 bpm, 52 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  91 bpm
Blood pressure: 104/66 mmHg
Pulse ox: 96%



REEVES 01766

 Athletic Training Treatment Notes

**Assessment**

The pt. performed all exercises well, showing a higher heart rate response with the squats than the row, likely due to the positional differences.

**Plan**

Pt. will report to station 1 for next rehab session Monday morning.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01767



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | January 23, 2024 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress this morning.  His physician has him on a reduced dosage of metoprolol.

**Objective**

Resting heart rate:  84 bpm

Resting blood pressure: 108/72 mmHg

Pulse ox: 97%

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart tracking was lost momentarily when the pt. stepped too far from the phone with the Polar app.  See heart rate graphs below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, band GH primer, deep core warm up
- 5 X 5
  - o Supine chest pass, 10 lbs
  - o Box jumps
  - o Med ball sit ups, 10 lbs
- AMRAP in 15 minutes
  - o Step ups X 5 each side, 24 inch box
  - o Crunches X 20
  - o Squats X 10
  - o Push ups X 10
  - o Suitcase carry X 15 yards each side
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 124 bpm, average heart rate was 107 bpm, 33 minutes total duration

Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)

Heart rate:  97 bpm

Blood pressure: 108/72 mmHg

Pulse ox: 97%

- Afternoon session: in full bunker gear, on air
  - o Up and down the tower as many times as possible until the low air alarm sounds
  - o 12:33 until low air alarm
  - o Went up the tower 4 times
  - o Down 3 times

REEVES 01768



## Athletic Training Treatment Notes

**Assessment**

The pt. performed all exercises well in the morning session.  During the afternoon session, his breathing was too shallow while climbing and descending the tower.  Breathing regulation will be a focus in upcoming training with air packs.

**Plan**

Pt. will report to station 1 tomorrow for his next rehab session.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01769



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | January 24, 2024 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain or respiratory distress this morning.

**Objective**
Resting heart rate:  79 bpm
Resting blood pressure: 108/66 mmHg
Pulse ox: 98%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart tracking was maintained at all times.  See heart rate graphs below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, band GH primer, deep core warm up
- Superset
  - Arnold press, 5-5-3-2-AMRAP (13), Weights: 20, 25, 30, 35, 40, 30
  - Air squat X 5 between sets of Arnold press
- Chest supported row X 100 in as few sets as possible
- Superset
  - Bird dogs        3 X 10 each side
  - OH carry        3 X 20 yards each side, 18 lbs
- Treadmill, 5.0% incline, with air pack
  - 0:00 – 5:00: 3.5 mph
  - 5:00 +: 2.5 mph
  - Low air – 15:07
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 152 bpm, average heart rate was 122 bpm, 34 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  104 bpm
Blood pressure: 104/66 mmHg
Pulse ox: 97%

REEVES 01770



# Athletic Training Treatment Notes



**Assessment**

The pt. performed all exercises well in the morning session. During the treadmill walk he focused on full exhales, which improved his performance and reduced the perceived exertion.

**Plan**

Pt. will report to station 1 Friday for his next rehab session.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01771



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|----------|-------------|-----|------------------|---|---|
| Tx Date | January 26, 2024 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress this morning.  Discussed returning to limited duty on 24 hour shifts so that he can readjust to the schedule before worrying about going into an IDLH environment. Plan was approved by OMD and Deputy Chief of Administration.  His first 24 hour shift will be February 2, 2024.

**Objective**

Resting heart rate:  82 bpm
Resting blood pressure: 110/64 mmHg
Pulse ox: 98%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart tracking was maintained at all times.  See heart rate graphs below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, band GH primer, deep core warm up
- 4 rounds for time:
    - 25 KB swings, 35lb KB
    - 1 Turkish get up, each side, 18lb KB
    - 15 KB swings
    - 2 TGU's each side
    - 10 KB swings
    - 3 TGU's each side
    - Time to complete - 26:51
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 141 bpm, average heart rate was 115 bpm, 44 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  105 bpm
Blood pressure: 118/62 mmHg
Pulse ox: 96%

REEVES 01772



## Athletic Training Treatment Notes



**Assessment**
The pt. performed all exercises with good form.  His heart rate response was as expected given the high intensity of the chosen exercises, able to adjust to the differing positional and physiological demands of the two exercises.

**Plan**
Pt. will report to station 1 Tuesday for his next rehab session and continue with HEP/ home walking program.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01773



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | January 26, 2024 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress this morning.  Discussed returning to limited duty on 24 hour shifts so that he can readjust to the schedule before worrying about going into an IDLH environment. Plan was approved by OMD and Deputy Chief of Administration.  His first 24 hour shift will be February 2, 2024.

**Objective**

Resting heart rate:  82 bpm

Resting blood pressure: 110/64 mmHg

Pulse ox: 98%

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.  No heart rate tracking was utilized for this appointment due to his consistently normal heart rate response during resistance training.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, band GH primer, deep core warm up

Warm up, 3 rounds of the following:

- Dead bugs                          X 10 each side   4.  Face pulls                          X 20
- Groin stretch/ thread the needle      X 10 each side   5.  Tricep extensions              X 20
- Bridge walkouts                  X 3 - 5

1A. Bench press

   Warm up sets: 2 X 10, keep weight very light and focus on form. 45, 85

   Work sets:      4 X 8 - 12,      Set 1: 105  2: 115  3: 125 4: 130

1B. Deadlift or hip thrust

   Warm up sets: 2 X 10, keep weight very light and focus on form. 50, 140

   Work sets:      4 X 8 - 12, Set 1: 150  2: 170  3: 190 4: 190

2. Farmer carry  500 yards, 45 pounds

3A. Plank                          3 X 60 seconds

3B. Single leg bridge      3 X 20 each side

- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 141 bpm, average heart rate was 115 bpm, 44 minutes total duration

Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)

Heart rate:  105 bpm

Blood pressure: 118/62 mmHg

Pulse ox: 96%

**Assessment**

The pt. performed all exercises with good form.

REEVES 01774



# Athletic Training Treatment Notes

**Plan**

Pt. will return to 24 hour shifts on Friday, with limited duty restrictions:  No entering an IDLH environment, no work while wearing an air pack.  He will be assigned to the B1 vehicle and assist the Battalion 1, C shift BC with his duties.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01775



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | February 2, 2024 – Feb. 8 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

Due to the patient's continued progress and return to 24 hour shifts with the limitation of not being allowed into an IDLH environment, documentation will take the form of a training log, with progress notes written in a SOAP format when appropriate.  Heart rate tracking will be used only during occupationally relevant training in gear.

**2/2/2024**

Resting vitals – BP: 102/68; HR: 80; Pulse Ox: 97%

Warm up: Band GH primer, bridges, deadbugs, thread the needle, bird dogs, clamshells, dynamic bretzel

4 rounds:

- Overhead carry, 25lb dumbbells
- Bulgarian split squat X 10 each side, 30lb dumbbells
- Turkish get ups X5 each side, 18lb kettlebell

Cool down vitals – BP: 104/68; HR: 98; Pulse Ox: 97%

Notes:  No difficulty with any exercises, no angina or respiratory distress.  RPE 6/10

**2/5/2024**

Resting vitals – BP: 106/74; HR: 81; Pulse Ox: 98%

Warm up: Band GH primer, bridges, deadbugs, thread the needle, bird dogs, clamshells, dynamic bretzel

1A. Bench – warm up sets: 45lb X 10, 60lb X 5, 75lb X 5, 95lb X 5

       Work sets: 105lb X 3, 120lb X 3, 135 X AMRAP – 12 reps

1B. Squat – warm up sets: 45lb X 10, 95lb X 5, 115lb X 5, 135lb X 5

       Work sets: 155lb X 3, 185lb X 3, 205 X AMRAP – 11 reps

2A. Back extension on ball 3 X 15

2B. Inverted row 3 X 10

3A. DB bench 3 X 10, 60lbs

3B. Rear delt fly 3 X 20, 5lbs

4A. Burpees 10 – 8 – 6 – 4 – 2

4B. Suitcase carry, 5 X up and down 2 flights of stairs, 35lbs

Cool down vitals – BP: 112/70; HR: 100; Pulse Ox: 97%

Notes:  No difficulty with any exercises, no angina or respiratory distress.  RPE 7/10

**2/6/2024**

Resting vitals – BP: 104/68; HR: 78; Pulse Ox: 96%

Warm up: Band GH primer, bridges, deadbugs, thread the needle, bird dogs, clamshells, dynamic bretzel

Done with a partner:

- Farmer carry: 170lbs with a trap bar, 125 yards, 100 yards, 75 yds, 50 yds, 25 yds
- Wall balls: 10lb ball, 20 – 16 – 12 – 8 – 4
- Alternating between jumping rope and planking while partner does farmer carry and wall balls

Cool down vitals – BP: 108/64; HR: 98; Pulse Ox: 96%

REEVES 01776



# Athletic Training Treatment Notes

Notes:  No difficulty with any exercises, no angina or respiratory distress.  RPE 7/10

**2/8/2024**

Resting vitals – BP: 98/62; HR: 78; Pulse Ox: 97%

Warm up: Band GH primer, bridges, deadbugs, thread the needle, bird dogs, clamshells, dynamic bretzel

- Treadmill walk in gym clothes, breathing through an SCBA
- 0:00 – 5:00, 3.5 mph, 5.0% incline
- 5:01 + minutes, 2.5 mph, 5.0% incline
- 22:55 to low air alarm

Cool down vitals – BP: 108/64; HR: 98; Pulse Ox: 96%

Notes:  No angina or respiratory distress.  He was able to focus more on the exhale which increased his time to low air from 15:07 to 22:55.  RPE 6/10

**2/9/2024**

Pt. transitioned to a structured strength and conditioning program:  5/3/1 basic program, 2 days per week with conditioning done on his own at home or at work.  The goal of this phase of rehab is to make him self sufficient with exercise for the rest of his life.

| Day 1 | | Week 1 | | Week 2 | | Week 3 | | Week 4 | |
|---|---|---|---|---|---|---|---|---|---|
| SL deadlift | | Reps | | Reps | | Reps | | Reps | |
| | 40% | 5 | 20 40% | 5 | 40% | 5 | 40% | 5 | |
| | 50% | 5 | 25 50% | 5 | 50% | 5 | 50% | 5 | |
| | 60% | 5 | 30 60% | 5 | 60% | 5 | 60% | 10 X 2 | |
| | 65% | 5 | 35 70% | 3 | 75% | 5 | | | |
| | 75% | 5 | 45 80% | 3 | 85% | 3 | | | |
| | 85% 5 or AMRAP | 55 | 90% 3 or AMRAP | | 95% 1 or AMRAP | | | | |
| Arnold press | | Reps | | Reps | | Reps | | Reps | |
| | 40% | 5 | 15 40% | 5 | 40% | 5 | 40% | 5 | |
| | 50% | 5 | 25 50% | 5 | 50% | 5 | 50% | 5 | |
| | 60% | 5 | 35 60% | 5 | 60% | 5 | 60% | 10 X 2 | |
| | 65% | 5 | 40 70% | 3 | 75% | 5 | | | |
| | 75% | 5 | 45 80% | 3 | 85% | 3 | | | |
| | 85% 5 or AMRAP | 50 | 90% 3 or AMRAP | | 95% 1 or AMRAP | | | | |
| Chest supported row | | 3 X 10 | 50 | 3 X 20 | | 3 X 20 | | | |
| Bench dips | | 3 X 15 | | 3 X 20 | | 3 X 20 | | | |
| Back extensions | | 3 X 10 | | 3 X 10 | | 3 X 10 | | | |
| Suitcase carry | | 3 X 25 yards | 45 | 3 X 25 yards | | 3 X 25 yards | | | |

REEVES 01777



# Athletic Training Treatment Notes

| Curls | | 3 X 15 | 50 | 3 X 10 | | 3 X 10 | |

| Day 2 | | Week 1 | | Week 2 | | Week 3 | | Week 4 | |
|---|---|---|---|---|---|---|---|---|---|
| Squat | | Reps | | Reps | | Reps | | Reps | |
| | 40% | 5 | 40% | 5 | 40% | 5 | 40% | 5 |
| | 50% | 5 | 50% | 5 | 50% | 5 | 50% | 5 |
| | 60% | 5 | 60% | 5 | 60% | 5 | 60% | 10 X 2 |
| | 65% | 5 | 70% | 3 | 75% | 5 | | |
| | 75% | 5 | 80% | 3 | 85% | 3 | | |
| | 85% | 5 or AMRAP | 90% | 3 or AMRAP | 95% | 1 or AMRAP | | |
| Bench | | Reps | | Reps | | Reps | | Reps | |
| | 40% | 5 | 40% | 5 | 40% | 5 | 40% | 5 |
| | 50% | 5 | 50% | 5 | 50% | 5 | 50% | 5 |
| | 60% | 5 | 60% | 5 | 60% | 5 | 60% | 10 X 2 |
| | 65% | 5 | 70% | 3 | 75% | 5 | | |
| | 75% | 5 | 80% | 3 | 85% | 3 | | |
| | 85% | 5 or AMRAP | 90% | 3 or AMRAP | 95% | 1 or AMRAP | | |
| Chin ups | | 3 max sets | | 3 X 20 | | 3 X 20 | | | |
| Dumbbell bench | | 3 X 10 | | 4 X 8 | | 4 X 10 | | | |
| Rear delt fly | | 3 X 20 | | 4 X 15 | | 4 X 15 | | | |
| Farmer carry | | 3 X 50 yards | | 3 X 50 yards | | 3 X 50 yards | | | |
| Side lunge | | 3 X 10 | | 3 X 10 | | 3 X 10 | | | |

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01778



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | March 6, 2024 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain this morning. He is slightly congested due to allergies, but feels ready to work. His cardiologist signed his return to duty papers on 3/2/2024. Today will be his final occupational assessment before full return to duty.

**Objective**

Resting heart rate:  77 bpm
Resting blood pressure: 106/72 mmHg
Pulse ox: 98%
The pt. completed a VES drill, limited visibility search, hose deployment and attack, firefighter down, and multi-victim rescue consecutively with no rest and while working as part of a team. His only delay moving between tasks occurred with a bottle change after the firefighter down scenario, which took less than 3 minutes before he was back in action.

Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  102 bpm
Blood pressure: 110/68 mmHg
Pulse ox: 97%

**Assessment**
He was able to quickly and efficiently complete each task at or above the expectations of Chief Shealy and Captain Mendel. Several firefighters present commented on the pt.'s outstanding performance and said they were unsure whether many people in the department could have done that volume of work without rest. I believe that he is ready for full return to duty with no restrictions.

**Plan**
The pt. will return to full duty on Truck 1 today. The patient should continue the healthy lifestyle changes he has made over the last several months and follow up with AT as needed for further cardiorespiratory or strength training.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01779



# Athletic Training Evaluation

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Eval Date | August 7, 2023 | Body part(s) | Cardiorespiratory system | | |
| Injury Date | July 8, 2023 | Work related | Yes | Station | 1 |
| MOI | Myocardial infarction | | | | |
| Other Tx: | ED, Cardiology, life vest, medication | | | Light duty | No |

**Subjective**
Pt. reports to athletic training with goals of returning to full duty and improving quality of life. He sustained a myocardial infarction while on a cruise in the Caribbean. There was a significant delay getting him to a hospital. His initial ejection fraction was 25% and reached 30% before leaving the hospital. He was prescribed a life vest, but insurance has denied it several times. He has the life vest and was told to wear it until his ejection fraction is 35% or higher, but is no longer wearing it after several instances of the device malfunctioning and attempting to shock him when no shock was warranted. His last echocardiogram showed an ejection fraction of "just under 35%" according to a short phone conversation with the cardiology nurse. He has been trying to reach out to his cardiologist about the life vest and a new medication that his PCP put him on, but has not heard back from him yet. He is frustrated by the lack of communication with cardiology and the perceived lack of forward progress. He has been walking 2 – 2.5 miles on his own everyday with his neighbor and would like to increase his workload. PMH of cauda equina syndrome requiring emergency surgery last year. Pt. states it is not currently an issue and has no low back pain.

**Objective**
Resting heart rate:  87 bpm
Resting blood pressure: 104/66 mmHg
Pulse ox: 97%

Observation:  Bilateral toe out when walking, slight anterior pelvic tilt.

Palpation: Not TTP on spine or surrounding muscles.  Slight tenderness on B psoas muscles.

ROM: Restricted B hip extension, B trunk rotation.  All other hip and spine motions WNL during AROM.
RROM: 4/5 B, no pain hip ABD, all others 5/5 no pain
Transverse abdominus activates properly, but fatigues quickly (<10s)

Special Tests:
Straight leg raise (-), Well leg (-), SI compression (-), SI distraction (-)
VO2 → Balke-Ware test: Not conducted due to current exercise restrictions.

Exercise interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.
Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.

REEVES 01780



# Athletic Training Evaluation

- 10 minutes grocery carry and spinal mobility.  Pt. completed as many rounds as possible of 25 yard grocery carries using a 20 pound dumbbell in each hand.  After each carry the patient performed 10 repetitions of spinal flexion, extension, rotation, and side bending.  6 rounds were completed.  Heart rate never rose above 136 bpm.
- 10 minutes treadmill walking, 3.4 mph starting at 0% incline, increasing incline 1% per minute until reaching 5%.  Heart rate was monitored continuously and reached 136 bpm at 8 minutes.  Pt. chose to decrease speed and incline to 3.0 mph and 3% at that time.  5 minutes of slow walking on flat ground reduced heart rate to 120 bpm after getting off the treadmill.

Intra-exercise heart max was 136 bpm, average heart rate was 124 bpm
Post exercise vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  105 bpm
Resting blood pressure: 100/66 mmHg
Pulse ox: 95%

## Assessment
Pt. does not appear experiencing any residual symptoms of cauda equina syndrome, but weak hip ABD and external rotators combined with weakness of the deep core warrants further strengthening interventions to prevent a recurrence of LBP during the cardiac rehabilitation process.  Decreased cardiac output and deconditioning will be addressed with walking, mobility work, and supervised activities of daily living.

## Plan
Pt. will meet with athletic training 2 X week for mobility work and light cardiovascular exercise within the restrictions provided by cardiology and the department OMD to address deficits from the MI and to maintain a healthy low back.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01781



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|----------|-------------|-----|------------------|---|---|
| Tx Date | August 9, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest, medication | | | Light duty | No |

**Subjective**
Pt. reported to station 1 today "feeling like a million bucks". He states that after his appointment on 8/7 he felt "tired but in a good way" He walked 2 miles with his neighbor yesterday and spent some time in his garden before coming to station 1. He still has not heard back from his cardiologist at all. He reports no pain, shortness of breath, or angina. Pt. was able to speak with the department OMD after his appointment regarding the life vest and next steps. He expressed his frustration with cardiology, insurance, and life vest. It was suggested that he ask his PCP to order an echocardiogram in preparation for his August 22 follow up with cardiology.

**Objective**
Resting heart rate: 89 bpm
Resting blood pressure: 102/66 mmHg
Pulse ox: 98%
Exercise interventions. Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.
- Figure 4 stretch, butterfly stretch, band assisted hamstring stretch, 60 seconds each
- 10 minutes grocery carry and spinal mobility. Pt. completed as many rounds as possible of 25 yard grocery carries using a 20 pound dumbbell in each hand. After each carry the patient performed 10 repetitions of spinal flexion, extension, rotation, and side bending. 6 rounds were completed. Heart rate never rose above 136 bpm.
- 12 minutes of 30 seconds going up and down 2 six inch steps, 10 sit to stands in a chair. Pt. did these activities until his heart rate reach 130, then walked at a slow pace on flat ground until heart rate reached 120 bpm, then activity resumed. 8 rounds were completed. Longest heart rate recovery was 3 minutes 30 seconds, shortest was 2 minutes.

Intra-exercise heart max was 136 bpm, average heart rate was 121 bpm, 30 minutes total duration
Post exercise vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate: 107 bpm
Resting blood pressure: 98/64 mmHg
Pulse ox: 96%

**Assessment**
Pt. tolerates low level mobility drills, walking, and simulated activities of daily living well. He may benefit from longer work sessions which may also reduce the amount of time he is walking without medical supervision at home.

REEVES 01782



# Athletic Training Treatment Notes

**Plan**

Pt. will continue to meet with athletic training 2 X week for mobility work and light cardiovascular exercise within the restrictions provided by cardiology and the department OMD to address deficits from the MI and to maintain a healthy low back.  Frequency will be slowly increased to 5 X week once he is cleared for and begins light duty.  The pt. will reach out to his PCP to schedule an ECG and follow up with cardiology on August 22.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01783



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | August 15, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest, medication | | | Light duty | No |

**Subjective**

Pt. reported to station 1 gym "feeling good and ready to work." He has continued walking at home with his neighbor. He has been released to light duty and plans to start next week. He has a follow up appointment with cardiology on Friday August 18th where he is hoping to get further clarification about the life vest and any restrictions. His PCP has placed restrictions of "light cardio" and not lifting more than 10 lbs.

**Objective**

Resting heart rate:  72 bpm
Resting blood pressure: 100/66 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  He was instructed to walk slowly each time his heart rate reached 136 bpm, until it came back down to 120 bpm, at which point he resumed his activity. Heart rate tracking was lost 4 times during warm up stretching but continuous monitoring occurred during other activities.  See heart rate graph below for further details.

- Figure 4 stretch, butterfly stretch, band assisted hamstring stretch, supine knee to chest, knee falouts, 60 seconds each
- 15 minutes grocery carry, stair step, and sit to stand.  Pt. completed as many rounds as possible of 25 yard grocery carries using a 10 pound dumbbell, 10 steps on a 6 inch step, 25 yard carry, and 10 sit to stands in a chair
- 15 minutes: grocery pick up, put on shelf, 10 yard walk, with 10 lb simulated grocery bag
- 15 minutes cool down walk at comfortable pace
- Repeat of warm up stretches

Intra-activity heart max was 138 bpm, average heart rate was 118 bpm, 60 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  107 bpm
Resting blood pressure: 102/68 mmHg
Pulse ox: 95%

REEVES 01784



# Athletic Training Treatment Notes



## Assessment

Pt. tolerated longer work session well.  His heart rate responded as expected to increased work loads and was able to recover quickly during rest periods.  He experienced no angina and can likely tolerate a higher workload when allowed to by cardiology.

## Plan

Pt. will continue to meet with athletic training 2 X week for mobility work and light cardiovascular activity within the restrictions provided by cardiology and the department OMD to address deficits from the MI and to maintain a healthy low back.  Pt. will be seen by cardiology on 8/18/2023 and adjustments will be made to the current plan of care as needed.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01785



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | August 18, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest, medication | | | Light duty | No |

**Subjective**

Pt. reported to station 1 gym after his appointment with cardiology at Stroobant's Cardiovascular Center in Lynchburg.  He seems frustrated that they are not planning to do another echocardiogram until October, but seems optimistic about his new care team at the Lynchburg location.

**Objective**

Resting heart rate:  72 bpm
Resting blood pressure: 100/66 mmHg
Pulse ox: 98%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was lost once due to the patient moving too far away from the phone running the Polar app and once during a vasovagal response to rapid positional change during the cool down. He was instructed to walk slowly each time his heart rate reached 136 bpm, until it came back down to 120 bpm, at which point he resumed his activity. Heart rate tracking was lost 4 times during warm up stretching but continuous monitoring occurred during other activities.  See heart rate graph below for further details.

- Figure 4 stretch, butterfly stretch, band assisted hamstring stretch, supine knee to chest, knee falouts, 60 seconds each
- 15 minutes grocery carry, stair step, and sit to stand.  Pt. completed as many rounds as possible of 25 yard grocery carries using a 10 pound dumbbell, 10 steps on a 6 inch step, 25 yard carry, and 10 sit to stands in a chair
- 15 minutes treadmill walk starting at 0% incline and 3.2 mph, Incline was increase 1% each minute until reaching 6% at which point his heart rate reached 136 bpm.  Incline was then decreased 1% each minute.
- Spinal mobility: 50 repetitions each of spinal flexion/extension, rotation, and sidebending
- Repeat of warm up stretches

Intra-activity heart max was 137 bpm, average heart rate was 118 bpm, 60 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  102 bpm
Resting blood pressure: 102/68 mmHg
Pulse ox: 97%

REEVES 01786



# Athletic Training Treatment Notes



## Assessment

Pt.'s heart rate response to the same workload he has performed recently is consistent with potential improvements in cardiovascular efficiency. He tolerated activity well and rated them as a 6/10 on the modified Borg scale at the most intense period. It took longer to reach the target heart rate of 136 bpm than previously and his heart rate was able to recover more quickly during active rest periods. He did have a vasovagal response to rapid positional change when standing up from a stretch during the cool down. He became light headed described a sensation of "tunnel vision" and was helped to a seated position. By the time vitals were taken, they had returned to baseline and the patient was awake, alert, and oriented. The pt. will likely benefit from more frequent and/or longer activity sessions until such a time that more intense activity can be conducted. In the future, the patient will be reminded to stand more slowly to avoid another vasovagal response.

## Plan

Pt. will continue to meet with athletic training 2 X week for mobility work and light cardiovascular activity within the restrictions provided by cardiology and the department OMD to address deficits from the MI and to maintain a healthy low back. Pt. will be seen by cardiology on 8/18/2023 and adjustments will be made to the current plan of care as needed.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F

REEVES 01787



# Athletic Training Treatment Notes

Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01788

 ## Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | August 21, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest, medication | | | Light duty | No |

**Subjective**

Pt. reported to station 1 gym with a medication list. Pt. is currently taking sacubitril valsanton 24mg, Jardiance 10mg, atorvastatin 80mg, torsemide 20mg, metoprolol succinate 50mg, aspirin 81mg, and brilinta 90mg. Pt. appeared excited to complete the activities for the day.

**Objective**

Resting heart rate:  79 bpm
Resting blood pressure: 92/68 mmHg
Pulse ox: 96%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  The target heart rate range if 136 BPM was reached while walking on the treadmill. He was instructed to walk slowly each time his heart rate reached 138 bpm, until it came back down to 120 bpm, at which point he resumed his activity.  See heart rate graph below for further details.
- Figure 4 stretch, butterfly stretch, band assisted hamstring stretch, supine knee to chest, knee falouts, 60 seconds each
- 25 minutes treadmill walk starting at 0% incline and 3.2 mph, Incline was increase 1% each minute until reaching 6% at which point his heart rate reached 136 bpm.  Incline was then decreased 1% each minute.
- 10 minutes grocery carry, stair step, and sit to stand.  Pt. completed as many rounds as possible of 25 yard grocery carries using a 10 pound dumbbell, 10 steps on a 6 inch step, 25 yard carry, and 10 sit to stands in a chair
- Spinal mobility: 50 repetitions each of spinal flexion/extension, rotation, and sidebending
- Repeat of warm up stretches

Intra-activity heart max was 138 bpm, average heart rate was 118 bpm, 60 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  102 bpm
Resting blood pressure: 94/62 mmHg
Pulse ox: 96%

REEVES 01789



## Athletic Training Treatment Notes



### Assessment

Pt. heart rate responded to the activities performed in a way that is consistent with recent improvements and an increase in activity duration. He was able to remain in the target heart rate range longer and more consistently during activity today. Pt. heart rate returned to 120 bpm during active rest in a time that is consistent with the previous session. Pt. rated the activities at a 6/10 on the modified Borg Scale. Pt. did not experience any adverse effects during or after the activities performed today.

### Plan

Pt. will continue to meet with athletic training 2 X week for mobility work and light cardiovascular activity within the restrictions provided by cardiology and the department OMD to address deficits from the MI and to maintain a healthy low back.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01790



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | August 23, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | No |

### Subjective
Pt. reported to station 1 today stating that he experienced chest discomfort that woke him up.  He took ibuprofen which partially alleviated the pain.  He planned to go to cardiology as soon as they opened this morning, but opted not to as his chest pain had mostly gone by the time he woke.  He rated pain at 1/10.  Pt.'s discomfort is worse with deep breaths (6/10) and is partially alleviated by leaning forward.  A paramedic at station 1 performed a 12 lead EKG and found no acute changes compared to baseline.

### Objective
Resting heart rate:  88 bpm
Resting blood pressure: 90/54 mmHg
Pulse ox: 99%

### Assessment
Signs and symptoms consistent with possible pericarditis/ infection.

### Plan
Pt. was advised to contact cardiology and today's session was canceled pending further assessment by cardiology.  Pt. called and obtained an appoint with Stroobant's cardiovascular in Lynchburg for 1330 today for blood work, EKG, and imaging.  Will follow up with AT after he receives the results.


John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01791



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | August 29, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | No |

## Subjective

Pt. was admitted to the hospital after his follow up with cardiology and being seen at the ED.  He was diagnosed with a viral infection that led to pericarditis.  He was discharged from Lynchburg General Hospital on Friday 8/25/23.  His symptoms have alleviated and we was cleared to return to light physical activity.  After a discussion with the department OMD yesterday, it was determined that he would perform activity at or slightly below the level he has been doing based on the patient's presentation.  Today, the pt. presented to station 1 with a positive attitude regarding the continuation of supervised cardiorespiratory endurance activities in the fire house and walking on his own.  He did however state that he is stressed and frustrated due to an ongoing battle with his insurance regarding his hospital stay in Florida and the life vest which he is no longer using.

Pt. continues to have a primary long term goal of full return to duty, but today set 3 short term goals:

1.  Improve body fat percentage to 25% or better in 60 days.
2.  Run a 10 minute mile by the end of the year.
3.  Complete an air conservation drill by the end of the year.

## Objective

Resting heart rate:  83 bpm
Resting blood pressure: 122/72 mmHg
Pulse ox: 97%
Body fat percentage (Lange skinfold calipers, 3 site method): 28.9%
Weight: 252 pounds

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.  Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  He was instructed to walk slowly each time his heart rate reached 130 bpm or until his rating of perceived exertion reached a 4/10 on the modified Borg scale, until heart rate came back down to 120 bpm or RPE was less than 2, at which point he resumed his activity.  Heart rate tracking was difficult to obtain during the warm and tracking was lost 2 times during activity, likely due to the hair on the patient's chest growing back.  His heart rated spike drastically while speaking of his insurance troubles while resting between activities. See heart rate graph below for further details.

- Figure 4 stretch, butterfly stretch, band assisted hamstring stretch, supine knee to chest, knee falouts, 60 seconds each
- 10 minutes treadmill walk starting at 0% incline and 3.0 mph, Incline was increase 1% each minute until reaching 6% at which point his heart rate reached 130 bpm.  Incline was then decreased 1% each minute.
- Cardio circuit: 60 seconds, 30 seconds off X 3 rounds
    - Overhead press, 10 pounds as many times as possible
    - Sit to stand, bodyweight only, as many times as possible
    - Dumbbell row, 10 pounds as many times as possible

REEVES 01792



# Athletic Training Treatment Notes

- o   Single leg bridge, switching legs at 30 seconds, as many times as possible
- Repeat of warm up stretches

Intra-activity heart max was 133 bpm, average heart rate was 117 bpm, 42 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  92 bpm
Resting blood pressure: 108/64 mmHg
Pulse ox: 97%



## Assessment
Pt. appears to have recovered enough to perform activity at the level of his last full session.
Psychological stress from medical bills may be causing physical stress and may warrant follow up with a mental healthcare provider.

## Plan
Pt. will perform one more supervised activity session this week and move to three next week.  Pt. was encouraged to reach out to mental health services affiliated with the department, but believed it was unnecessary.  Will touch base with patient on mental health at next appointment.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01793



## Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | August 31, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | No |

**Subjective**

Pt. reports feeling a sensation in his chest "similar to running in cold dry air" when he takes a deep breath.  He has no discomfort when breathing normally.  He states the sensation is not as intense as last week and did not wake him up at all last night.  He believes that he can proceed with today's session without difficulty but agreed to inform the AT and paramedic of any breathing discomfort, no matter how minimal.  Pt. said he received a card for Impact First Responders, the mental health agency who works with the department, from his supervisor yesterday.  He has not yet contacted them.

**Objective**

Resting heart rate:  81 bpm

Resting blood pressure: 104/60 mmHg

Pulse ox: 95%

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  He was instructed to walk slowly each time his heart rate reached 136 bpm or until his rating of perceived exertion reached a 4/10 on the modified Borg scale, until heart rate came back down to 120 bpm or RPE was less than 2, at which point he resumed his activity.  Heart rate tracking was maintained during activity.  A large increase in heart rate was seen when the patient quickly went from a quadruped to kneeling position during the warm up.  Heart rate stabilized after a few seconds.  A large heart rate dip was seen he stepped off the treadmill and immediately sat down.  Pt. was advised to walked slowly to allow his heart rate to fall more gradually. See heart rate graph below for further details.

- Figure 4 stretch, butterfly stretch, 3 way band assisted hamstring stretch, supine knee to chest, knee fallouts, 60 seconds each, groin stretch
- Core exercises to maintain a healthy back:
  - TVA squeeze, 10 X 5 seconds
  - Swiss ball dead bugs, 2 X 10 each side, 30 seconds rest between sets
  - Bird dogs, 2 X 10 each side, 30 seconds rest between sets
- Cardio circuit: As many rounds as possible in 10 minutes
  - Overhead press, 10 pounds X 5 repetitions
  - Sit to stand, 10 pounds X 5 repetitions
  - Dumbbell row, 10 pounds X 5 repetitions
  - Weight carry, 10 pounds X 15 yards
    RPE did not exceed 4/10 while performing the circuit, pt. experienced no angina or respiratory distress during exercise
- 20 minutes treadmill walk starting at 3% incline and 3.0 mph, Incline was increase 0.5% each minute until reaching 5%.  He stayed at this workload until his heart rate reached 136 bpm.  He decreased by 0.5% grade each time his heart rate reached 136 bpm.  A 10 minute cooldown was performed at 0% grade and 2.5 mph

REEVES 01794



# Athletic Training Treatment Notes

- Repeat of warm up stretches

Intra-activity heart max was 136 bpm, average heart rate was 107 bpm, 68 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  104 bpm
Resting blood pressure: 106/62 mmHg
Pulse ox: 96%



**Assessment**

Pt.'s ability to perform physical activity does not appear to be hindered by the recent bout of pericarditis, however the sensation of tightness with deep breaths may indicated that more time of active recovery is needed before progressing intensity of activities.

**Plan**

Pt. will report to station 1 for 3 sessions next week which will remain at the current workload.  More intense activities, including work related activity, will be added as appropriate pending follow up with cardiology and department OMD.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01795



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|----------|-------------|-----|------------------|---|---|
| Tx Date | September 5, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain or respiratory distress today.  He went dove hunting over the weekend and had a successful outing with no issues being out in woods or operating his firearm.  He appears to be in good spirits and wants to push himself with more intense physical activity.  Pt. states he has had no difficulty breathing and no discomfort with deep inhalations.  He slept well last night and feels rested.

**Objective**
Resting heart rate:  80 bpm
Resting blood pressure: 100/64 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.  Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  He was instructed to walk slowly each time his heart rate reached 136 bpm or until his rating of perceived exertion reached a 4/10 on the modified Borg scale, until heart rate came back down to 120 bpm or RPE was less than 2, at which point he resumed his activity.  Heart rate tracking was maintained during activity.  Today's session focused on intermittent bouts of higher intensity activity alternating with lower intensity segments.  The pt.'s heart rate reacted as expected increasing and decreasing appropriately with changes in workload.  As the pt. began to sweat more, later in the session cardiac drift was noted and intensities adjusted accordingly to stay within the target heart rates.  See heart rate graph below for further details.

- Figure 4 stretch, butterfly stretch, 3 way band assisted hamstring stretch, supine knee to chest, knee fallouts, 60 seconds each, groin stretch
- Core exercises to maintain a healthy back:
  - TVA squeeze, 10 X 5 seconds
  - Swiss ball dead bugs, 2 X 10 each side, 30 seconds rest between sets
  - Bird dogs, 2 X 10 each side, 30 seconds rest between sets
- Cardio circuit: 10 – 8 – 6 – 4 – 2 of the following.  30 seconds rest between rounds
  - Overhead press
  - Sit to stand
  - Dumbbell row
  - Romanian deadlift
    RPE did not exceed 3/10 while performing the circuit, pt. experienced no angina or respiratory distress during exercise
- 20 minutes treadmill walk starting at 3% incline and 3.0 mph for 4 minutes.  He alternated between 3.0 mph/ 8% incline and 3.0 mph/ 2.5% incline every two minutes after.  Incline was decreased to 6.0% for the final interval due to cardiac drift.
- Repeat of warm up stretches

Intra-activity heart max was 140 bpm, average heart rate was 112 bpm, 43 minutes total duration

REEVES 01796



# Athletic Training Treatment Notes

Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  104 bpm
Resting blood pressure: 102/66 mmHg
Pulse ox: 96%



### Assessment
Pt. appears to be adapting well to the workloads placed on his heart, despite the recent bout of pericarditis.  He shows no signs or symptoms of pericarditis currently and  his heart rate responds as expected to the prescribed workloads, rising to meet increased work and falling during recovery. He is showing increased ability to tolerate work at a given heart rate, now walking at 8% incline to reach his target heart rate rather than 5% as he did 2 weeks ago.  His motivation remains high.

### Plan
Pt. will perform two more supervised sessions this week at the current workload.  He was advised to wait 5 – 8 hours between formal rehab sessions and his own walks to allow time for recovery.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01797



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | September 6, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress today.  He is mentally stressed about insurance denying his recent hospital stay for pericarditis.  Workers' comp has yet to determine if his case will be considered work related or not.  He has a follow up with his primary care physician in two weeks and with cardiology on 9/20.

**Objective**

Resting heart rate:  86 bpm
Resting blood pressure: 106/68 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.  Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  He was instructed to walk slowly each time his heart rate reached 136 bpm or until his rating of perceived exertion reached a 5/10 on the modified Borg scale, until heart rate came back down to 120 bpm or RPE was less than 2, at which point he resumed his activity.  Heart rate tracking was maintained during activity.  Today's session again focused on intermittent bouts of higher intensity activity alternating with lower intensity segments.  The pt.'s heart rate reacted as expected increasing and decreasing appropriately with changes in workload.  As the pt. began to sweat more, later in the session cardiac drift was noted and intensities adjusted accordingly to stay within the target heart rates.  See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
- Farmer carry with (2) 10 lb dumbbells, 100 meters at a fast walk, 100 meters slow walk with no weight for as many rounds as possible in 15 minutes, 6 rounds completed.
    - RPE did not exceed 3/10 while performing the walk, pt. experienced no angina or respiratory distress during exercise
- 5 minute cooldown walk
- 15 minutes row ergometer alternating between 1 minute fast, 2 minutes slow
    - RPE reached 5/10 during fast intervals and was 1 or 2 on slow intervals, pt. experienced no angina or respiratory distress during exercise
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch.

Intra-activity heart max was 139 bpm, average heart rate was 114 bpm, 42 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  100 bpm
Resting blood pressure: 110/66 mmHg
Pulse ox: 96%

REEVES 01798



## Athletic Training Treatment Notes



**Assessment**

Pt. appears to tolerate intermittent workloads well and finds them more enjoyable than steady state work. His motivation for continued physical progression remains high, but the stress caused by insurance and workers' comp could be cause for concern and may negatively impact his physical recovery.

**Plan**

Pt. will perform one more supervised session this week at the current workload and three next week.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01799



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|----------|-------------|-----|------------------|---|---|
| Tx Date | September 7, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain or respiratory distress today.  He states that he "is a little sore" in his legs from yesterday, but that it "is a good sore" and feels like he did some work.  Pt. has started assisting Battalion Chief Shealy with his duties on C shift which seems to have lifted the pt.'s spirits.  He stated that for the first time since the heart attack he feels "useful" and like he is a firefighter again.

**Objective**
Resting heart rate:  86 bpm
Resting blood pressure: 94/64 mmHg
Pulse ox: 96%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.  Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  He was instructed to walk slowly each time his heart rate reached 136 bpm or until his rating of perceived exertion reached a 5/10 on the modified Borg scale, until heart rate came back down to 120 bpm or RPE was less than 2, at which point he resumed his activity.  Heart rate tracking was maintained during activity.  Today's session again focused on steady state bouts of activity.  Modes of exercise were changed every 10 minutes to keep the session interesting.  See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
- 10 minutes treadmill, self selected pace and incline, keeping heart rate between 130 – 135 bpm and RPE at 4-5/10
- 10 minutes row ergometer, self selected pace, resistance level set to 4, keeping heart rate between 130 – 135 bpm and RPE at 4-5/10
- 10 minutes elliptical, self selected resistance, keeping heart rate between 130 – 135 bpm and RPE at 4-5/10
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch.

Intra-activity heart max was 138 bpm, average heart rate was 124 bpm, 44 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  102 bpm
Resting blood pressure: 102/68 mmHg
Pulse ox: 97%

REEVES 01800



# Athletic Training Treatment Notes



**Assessment**

Pt. continues to show good rehab potential. His new duties assisting his battalion chief seem beneficial to hist mental health and should continue.

**Plan**

Pt. will report to station 1 three times next week for 2 steady state sessions and one interval session.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01801



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | September 12, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress today.  He feels energized after a relaxing weekend with his family.  He heard back from Anthem and has been assigned a patient advocate to help navigate his case.  He seems skeptical, but is happy there has been some progress.

**Objective**

Resting heart rate:  84 bpm
Resting blood pressure: 102/64 mmHg
Pulse ox: 96%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.  Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  He was instructed to walk slowly each time his heart rate reached 136 bpm or until his rating of perceived exertion reached a 5/10 on the modified Borg scale, until heart rate came back down to 120 bpm or RPE was less than 2, at which point he resumed his activity.  Heart rate tracking was maintained during activity.  Today's session again focused on steady state bouts of activity.  Modes of exercise were changed every 10 minutes to keep the session interesting.  Pt. took a water and bathroom break after the elliptical, resulting in a dip in heart rate on the graph.  See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
- 10 minutes elliptical, self selected resistance, keeping heart rate between 130 – 135 bpm and RPE at 4-5/10
- 10 minutes row ergometer, self selected pace, resistance level set to 4, keeping heart rate between 130 – 135 bpm and RPE at 4-5/10
- 10 minutes treadmill, self selected pace and incline, keeping heart rate between 130 – 135 bpm and RPE at 4-5/10
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch, scorpion stretch, butterfly stretch

Intra-activity heart max was 137 bpm, average heart rate was 118 bpm, 51 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  97 bpm
Resting blood pressure: 104/68 mmHg
Pulse ox: 99%

REEVES 01802



# Athletic Training Treatment Notes



**Assessment**

Pt. continues to show good rehab potential and is tolerating the current workload well.  He would likely benefit from increased intensity activity when released to do so by his physician.

**Plan**

Pt. will report to station 1 for two more sessions this week.  Will discuss adding a 4th session next week.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01803



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | September 13, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain or respiratory distress today.  Spoke with the patient further about mental health. He stated that he went through counseling during his first bout of debilitating low back pain 2 years ago and learned several mindfulness techniques that he continues to use.  They have helped him through the MI and recovery.  He states that he understands that stress and a cardiac event can have a profound psychological impact possibly leading to depression.  He is optimistic about his recovery and says his only stress point is insurance.  He spoke with a patient care advocate at Anthem but she was unable to help him as her job is to help patient's navigate healthcare options.  She put in a request for someone to help him with billing.

**Objective**
Resting heart rate:  76 bpm
Resting blood pressure: 104/66 mmHg
Pulse ox: 96%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  He was instructed to walk slowly each time his heart rate reached 136 bpm or until his rating of perceived exertion reached a 5/10 on the modified Borg scale, until heart rate came back down to 120 bpm or RPE was less than 2, at which point he resumed his activity.  Heart rate tracking was maintained during activity.  Today's session again focused on intermittent bouts of higher intensity activity alternating with lower intensity segments.  The pt.'s heart rate reacted as expected increasing and decreasing appropriately with changes in workload.  See heart rate graph below for further details.
- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
- As many rounds as possible of the following in 20 minutes:
  - Simulated ceiling pull at cable crossover, 7.5 lbs X 10 each side
  - Tripod crawl X 7 yards
  - Equipment carry, 10 pounds, X 25 yards
  - Walk, slow pace, 15 yards
    RPE did not exceed 3/10 while performing the circuit.  He was able to carry on a conversation with no difficulty throughout, pt. experienced no angina or respiratory distress during exercise
- 10 minutes treadmill walk, 7% incline, 3 mph
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch.

Intra-activity heart max was 137 bpm, average heart rate was 108 bpm, 50 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  90 bpm
Resting blood pressure: 102/64 mmHg

REEVES 01804



## Athletic Training Treatment Notes

Pulse ox: 96%



**Assessment**

Pt.'s heart rate never went above 120 bpm during the circuit.  The 10lb weight limitation made the circuit to easy.  Pt. would benefit from being allowed to pick up and carry more weight.

**Plan**

Pt. has a follow up with cardiology next week.  AT will attend that appointment and clarify restrictions moving forward.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01805



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | September 14, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress today.  He has been busy with several tasks at LFD and his volunteer department that he feels are important.  He made jokes about his insurance situation and stated "may as well laugh at it."  The department and city HR are helping him in trying to resolve the situation.

**Objective**

Resting heart rate:  82 bpm
Resting blood pressure: 104/68 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  He was instructed to walk slowly each time his heart rate reached 136 bpm or until his rating of perceived exertion reached a 5/10 on the modified Borg scale, until heart rate came back down to 120 bpm or RPE was less than 2, at which point he resumed his activity.  Row ergometer elicited a lower heart rate at the same RPE as before.  Heart rate tracking was maintained during activity.  Today's session again focused on steady state bouts of activity.  Modes of exercise were changed every 10 minutes to keep the session interesting.  See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
- 10 minutes treadmill, self selected pace and incline, keeping heart rate between 130 – 135 bpm and RPE at 5-6/10.  Went to 9% incline to reach target RPE and heart rate
- 10 minutes row ergometer, self selected pace, resistance level set to 4, RPE was at 5-6/10 while rowing, but heart rate stayed between 120 – 128
- 10 minutes elliptical, self selected resistance, keeping heart rate between 130 – 135 bpm and RPE at 5-6/10
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch, scorpion stretch, butterfly stretch

Intra-activity heart max was 138 bpm, average heart rate was 123 bpm, 35 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  96 bpm
Resting blood pressure: 104/60 mmHg
Pulse ox: 96%

REEVES 01806



# Athletic Training Treatment Notes



### Assessment

Pt. continues to show good rehab potential and is requiring higher workloads to reach target heart rates and RPEs for shorter bouts of exercise.  However his overall cardiovascular endurance at higher work levels still needs improvement as shown by the residual fatigue going from the treadmill to the row ergometer.

### Plan

Plan remains unchanged.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01807



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | September 18, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain or respiratory distress today. He continues to have issues with insurance. They have denied one of his medications, Brilinta, causing his pharmacy bill to increase substantially and potentially causing future financial stress. He also has a meeting with a lawyer regarding his workers' compensation case that seems to have him stressed out. However, despite the continued issues with insurance and workers' comp, the patient continues to have a positive outlook about rehab and physical activity.

**Objective**
Resting heart rate:  78 bpm
Resting blood pressure: 100/66 mmHg
Pulse ox: 97%
Activity interventions. Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS. He was instructed to walk slowly each time his heart rate reached 136 bpm or until his rating of perceived exertion reached a 5/10 on the modified Borg scale, until heart rate came back down to 120 bpm or RPE was less than 2, at which point he resumed his activity. Heart rate tracking was maintained during activity. Today's session again focused on intermittent bouts of higher intensity activity alternating with lower intensity segments. The pt.'s heart rate reacted as expected increasing and decreasing appropriately with changes in workload. However, the stair climber proved more difficult than expected with the pt. only able to walk at the level 4 setting before reaching target heart rate and RPE on the machine. See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
- 2 minutes stair climber, level 4
- As many rounds as possible of the following in 10 minutes:
    - Simulated ceiling pull at cable crossover, 7.5 lbs X 10 each side
    - Tripod crawl X 7 yards
    - Equipment carry, 10 pounds, X 25 yards
    - Walk, slow pace, 15 yards
    RPE did not exceed 3/10 while performing the circuit. He was able to carry on a conversation with no difficulty throughout, pt. experienced no angina or respiratory distress during exercise, 7 rounds completed
- 2 minutes stair climber, level 4
- 2 minutes walking on flat ground
- 2 minutes stair climber, level 4
- 15 minutes treadmill walk, 3% incline, 3 mph, dropping to 0% after 10 minutes to cool down
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch.

REEVES 01808



# Athletic Training Treatment Notes

Intra-activity heart max was 137 bpm, average heart rate was 108 bpm, 50 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  77 bpm
Resting blood pressure: 102/66 mmHg
Pulse ox: 94%



### Assessment
Pt.'s heart rate never went above 117 bpm during the circuit.  The 10lb weight limitation made the circuit too easy.  Pt. would benefit from being allowed to pick up and carry more weight.  His resting and recovery heart rates continue their downward trend, indicating improvements in cardiorespiratory endurance.   His heart rate and RPE increased rapidly even with a relatively low workload on the stair stepper, indicating that more stair work would likely be beneficial for his continued improvement with cardiorespiratory endurance.  Stressors from insurance and workers' comp continue to be a concern and may negatively impact physical recovery.

### Plan
Pt. has a follow up with cardiology Wednesday this week.  AT will attend that appointment and clarify restrictions moving forward.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01809

 ## Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | September 20, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain or respiratory distress today.  He went to an appointment with Dr. Junpaparp at Stroobant's Cardiovascular in Lynchburg this morning.  Mr. Reeves discussed his current medications.  Dr. Junpaparp moved his daily metroprolol to the evening.  They discussed implanting a loop recorder or replacing his daily aspirin with Eliquis.  Mr. Reeves asked for a couple of days to consider his options.  His activity restrictions were also discussed.  Dr. Junpaparp verbally raised his lifting limit to 50 pounds and his working heart rate to 80% of age predicted heart rate maximum.  Pt. had an echocardiogram this morning and is awaiting results.

**Objective**
Resting heart rate:  86 bpm
Resting blood pressure: 102/64 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.  Heart rate was monitored continuously with a Polar chest strap and the Cardio Coach software for Windows.  A maximal oxygen uptake (VO$_2$max) test was performed using the Balke-Ware treadmill protocol.  The patient was briefed on proper safety procedures for the test including the need to stay in the middle of the treadmile, to report any pain or respiratory distress, and that he could end the test at anytime by grabbing the handrails and placing his feet on the non-moving parts of the treadmill at which time the AT and interns would remove the mask and reduced the incline to allow for a slow cool down walk.
Heart rate tracking was maintained during activity.
See attached test report for further details.
- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
- Balke-Ware treadmill protocol
  - Stage 9 reached but not completed
  - 9:14 total time
  - VO$_2$max: 30.7 ml/kg/min
- Cool down walk 5 minutes, 1.5 mph, 0% incline
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch.

Intra-activity heart max was 159 bpm, 20 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  95 bpm
Resting blood pressure: 104/72 mmHg
Pulse ox: 96%

REEVES 01810

 ## Athletic Training Treatment Notes

**Assessment**

Pt. was able to complete a $VO_2$max test with no angina or respiratory distress.  He reached volitional fatigue and stopped the test at 9:14.  His score of 30.7 ml/kg/min places him in the bottom 6% of the healthy general population and the bottom 10% compared to the rest of the department based on available departmental $VO_2$max data.  His score is also well below the threshold of 42.0 ml/kg/min recommended by the National Fire Protection Agency (NFPA).  Future rehab sessions should focus on safely increasing $VO_2$max as much as possible through improvements in cardiorespiratory endurance and body composition.

**Plan**

Pt. will contact Dr. Junpaparp to get his new restrictions in writing.  Tomorrow's session will utilize the previous restrictions of 10lbs and 70% of heart rate max.


John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01811



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | September 21, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress today, but reports tightness in his hamstrings. He stated that he was feeling optimistic following his appointment with cardiology yesterday. Dr. Junpaparp call Mr. Reeves with the results of his echocardiogram. She saw no signs of inflammation around the heart, but said that the apex of the heart was not moving as expected. She advised that he start taking the Eliquis in place of the daily aspirin as a protective measure, to which he agreed. She also provided written confirmation of her verbal orders (see attached document).

**Objective**

Resting heart rate: 81 bpm
Resting blood pressure: 106/64 mmHg
Pulse ox: 98%
Activity interventions. Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS. Today's session remained at the previous restrictions' threshold despite updated guidance in order to give the patient an "active rest" day following the high physical stress of $VO_2$max testing yesterday. Heart rate tracking was lost briefly when the pt. went to the bathroom after getting off of the elliptical. Today's session again focused on steady state bouts of activity. Modes of exercise were changed every 10 minutes to keep the session interesting. Core work was added at the end to maintain a healthy spine. See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill, 3 way band hamstring stretch
- 10 minutes stair climber, self selected resistance, keeping heart rate between 130 – 135 bpm and RPE at 5-6/10
- 10 minutes treadmill, self selected pace and incline, keeping heart rate between 130 – 135 bpm and RPE at 5-6/10. Went to 6% incline to reach target RPE and heart rate
- 10 minutes elliptical, self selected resistance, keeping heart rate between 130 – 135 bpm and RPE at 5-6/10
- Core circuit, 2 rounds of:
  - TVA squeeze with ball, 10 X 5 seconds
  - Dead bugs X 10 each side
  - Ball knee to chest, supine X 10
  - Bird dogs X 10 each side
  - Fire hydrants X 10 each side
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch, scorpion stretch, butterfly stretch

Intra-activity heart max was 137 bpm, average heart rate was 116 bpm, 57 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)

REEVES 01812



# Athletic Training Treatment Notes

Heart rate:  95 bpm
Resting blood pressure: 98/64 mmHg
Pulse ox: 95%



### Assessment
Pt. performed well with steady state cardio today, stating that it "felt easy".  He appears physically and mentally ready to increase intensity.

### Plan
Rehab intensity will increase to 80% of age predicted heart rate max next week (147 bpm) and weights will be increased to a maximum of 30 pounds during circuit training.  Following weeks will see an increase to 50 pounds on 1 rehab session per week.  Sessions will remain at 3 per week to give the pt. an opportunity to acclimate to the higher intensity before increasing frequency.


John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01813



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | September 25, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain or respiratory distress today.   He states that he had a relaxing weekend and is ready to do some more intense/ occupationally relevant work in rehab.

**Objective**
Resting heart rate:  76 bpm
Resting blood pressure: 100/66 mmHg
Pulse ox: 98%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Today utilized the new restrictions from cardiology of 80% of age predicted heart rate max (age predicted max: 183 bpm, 80% of HR max 146 bpm) and 50 pound weight limit for lifting.  His heart rate never reached 146 bpm and his RPE never exceeded 5/10 on the modified Borg scale.  Heart rate tracking was maintained during activity.  Two heart rate spikes occurred when the pt. walked around the entire block at fire administration/ station 1 twice due to the steep grade on one side street.  Pt. never stopped moving during the session.  See heart rate graph below for further details.
- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill, 3 way band hamstring stretch
- 20 minutes of walking with an 18 pound vest, face piece, and blast mask on station 1 apron and around the admin/ station 1 building
- 5 minute cool down walk, no vest or face piece.
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch, scorpion stretch, butterfly stretch

Intra-activity heart max was 128  bpm, average heart rate was 105  bpm, 31 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  87 bpm
Resting blood pressure: 104/68 mmHg
Pulse ox: 97%

REEVES 01814



## Athletic Training Treatment Notes



**Assessment**

Pt. performed well with the face piece and blast mask, showing no signs and symptoms of claustrophobia or respiratory distress. Walking on the relatively flat surface of the station 1 apron was "too easy" so two laps were done around the entire block before beginning a cool down walk. He seemed motivated by the used of the facepiece in rehab. Future sessions should incorporate more occupationally relevant activities.

**Plan**

Rehab will continue within the new parameters with two more sessions this week and moving to four next week.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01815

 ## Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | September 27, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress today.  He has been sitting more than usual this week due to being on the interview panel, which frustrates him as he likes to take several short walks throughout the day.  However he understands the importance of his current assignment and feels he is contributing in a positive manner.  His rehab session today and Friday have been moved to 6:30 am to accommodate his current work assignment.

**Objective**

Resting heart rate:  72 bpm
Resting blood pressure: 112/64 mmHg
Pulse ox: 99%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.  Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  He was instructed to walk slowly each time his heart rate reached 147 bpm or until his rating of perceived exertion reached a 7/10 on the modified Borg scale, until heart rate came back down to 120 bpm or RPE was less than 2, at which point he resumed his activity.  Heart rate tracking was maintained during activity.  Today's session again focused completing a set workload in the fastest time possible.  See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill, 3 way band hamstring stretch
- Circuit, wearing a face piece and blast mask.
    - Push ups off knees, 10-9-8-7-6-5-4-3-2-1
    - Tripod crawl, 5 yards
    - Goblet squat, 20 pounds, 10-9-8-7-6-5-4-3-2-1
    - Bear crawl, 5 yards
    - Ceiling pull, 12.5 pounds, 10-9-8-7-6-5-4-3-2-1 each side
    - Walking lunges, 5 yards
    - Dumbbell row, 20 pounds, , 10-9-8-7-6-5-4-3-2-1 each side
- Core circuit, 2 rounds of:
    - TVA squeeze with ball, 10 X 5 seconds
    - Dead bugs X 10 each side
    - Ball knee to chest, supine X 10
    - Bird dogs X 10 each side
    - Fire hydrants X 10 each side
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch, scorpion stretch, butterfly stretch

Intra-activity heart max was 143 bpm, average heart rate was 120 bpm, 37 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)

REEVES 01816



## Athletic Training Treatment Notes

Heart rate:  98 bpm
Resting blood pressure: 110/68 mmHg
Pulse ox: 96%



### Assessment

Pt. performed well with the circuit never actually reaching his heart rate limit set by cardiology.  His primary difficulty with the circuit stemmed from the blast mask, which restricts air flow.  Despite this he was able to work continuously until completion of the circuit.  He is ready to train with an air pack on flat ground without turnout gear or tools as breathing with the positive pressure air system should be easier than training with the blast mask.

### Plan

Rehab will continue within the new parameters with one more session this week utilizing an air pack and walking without turn out gear on a relatively flat surface at station 1's apron.  He will move to four sessions next week.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01817



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | |
|---|---|---|---|---|
| Tx Date | September 29, 2023 | Body part(s) | Cardiorespiratory system | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress today.   He states he is still a little sore in his quads from the circuit on Wednesday and is looking forward to walking with an air pack on.  He is happy that the interview process is over today so that he can return to his normal work schedule next week.

**Objective**

Resting heart rate:  789 bpm
Resting blood pressure: 100/68 mmHg
Pulse ox: 98%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was maintained during activity, except for one instance after the warm up when the pt. went to the bathroom.  An air pack from Engine 1 was used in rehabilitation today.  The session focused on low intensity steady state cardio on the station 1 apron, which has a slight grade resulting in a slightly increased heart rate when going uphill and a decrease when going downhill. See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill, 3 way band hamstring stretch
- 1.25 miles walking on the station 1 apron at a comfortable pace while breathing through an SCBA.
- 5 minute cool down walk, no vest or face piece.
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch, scorpion stretch, butterfly stretch

Intra-activity heart max was 116 bpm, average heart rate was 100  bpm, 41 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  87 bpm
Resting blood pressure: 104/68 mmHg
Pulse ox: 96%

REEVES 01818



## Athletic Training Treatment Notes



**Assessment**

Pt. performed well with the face piece and SCBA, showing no signs and symptoms of claustrophobia or respiratory distress.  Future sessions should incorporate more occupationally relevant activities.

**Plan**

Rehab will move to four sessions next week.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01819



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | November 8, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain today.  His congestion has mostly subsided and he feel much better after taking a couple days off.  He reports that he oversaw the extinguishing of a brush fire in Appomattox County as part of his role as the Fire Chief for Red House Volunteer Fire Department last night, but did not participate in fire suppression in activities.  After today's session the patient said that he felt that he is in better shape than before the heart attack and thinks that he could not have performed as well as he did today back in June.  He asked to complete another VO2 max test before the planned retest in March.

**Objective**

Resting heart rate:  79 bpm

Resting blood pressure: 106/68 mmHg

Pulse ox: 96%

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.  Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was lost several times when the patient went to do push ups and the chest sensor touched the ground.  He was instructed to walk slowly each time his heart rate reached 147 bpm or until his rating of perceived exertion reached a 7/10 on the modified Borg scale.  Today's session focused on occupationally relevant work tasks while wearing an SCBA and full PPE. See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
- As many rounds as possible until the low air alarm sounded on the air pack
    - Cable machine ceiling pull X 10 each side, 17.5 lbs
    - Suitcase carry X 25 yards each side
    - Bear crawl X 15 yards forward and 15 yards backwards
    - 20 seconds of step ups on a 24 inch box
    - 14:21 until low air alarm sounded.
- Cooldown: 5 minute walk without gear, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 148 bpm, average heart rate was 122 bpm, 31 minutes total duration

Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)

Heart rate:  95 bpm

Resting blood pressure: 104/62 mmHg

Pulse ox: 96%

REEVES 01820



## Athletic Training Treatment Notes



### Assessment

Pt. experienced the highest working heart rates during the step ups. Heart rate response for all other activities was similar. He paused once to catch his breath between the third and fourth rounds. Pt.'s heart rate reached 147 once toward end of the fourth round of the circuit, but quickly recovered with slow walking while continuing to breath through the SCBA. While no activity performed today was particularly difficult, the sustained workload was greater than what would be experienced at most working fires. His heart was able to adapt quickly to changes in workload and to recover quickly.

### Plan

Pt. will return to station 1 tomorrow for another rehab session. A second VO2max test using the Balke Ware protocol will be conducted in December to assess improvements that the pt. feels he has made since the first test.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01821



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | November 9, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain today.  He report slight congestion but it is "way better than yesterday."  He plans on taking more time off to hunt and take care off his wife who is recovering after her recent surgery.

**Objective**

Resting heart rate:  75 bpm

Resting blood pressure: 108/66 mmHg

Pulse ox: 97%

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was lost twice when the patient went to do push ups and the chest sensor touched the ground.  His heart rate never reached his limit of 147 bpm.  Today's session focused on muscular and cardiorespiratory endurance. See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
  - 5 X 5 of the following with a 10lb ball:
    - Med ball slams
    - Wall balls
  - 12 – 10 – 8 – 6 – 4 – 2 of the following:
    - Push ups, 2-1-2 tempo
    - 1.5 rep squats
    - Suitcase carry (25 yards each side each time), 35 lbs
  - Calf work
    - Single leg deficit calf raise 3 X 20, no weight
    - Waddle walts 3 X 15 yards
    - Single leg jumps onto a six inch step 3 X 5
    - Eversion with band 3 X 20
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 139 bpm, average heart rate was 112 bpm, 55 minutes total duration

Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)

Heart rate:  92 bpm

Resting blood pressure: 102/68 mmHg

Pulse ox: 95%

REEVES 01822



# Athletic Training Treatment Notes



## Assessment
Pt. performed well with all exercises.  His highest heart rate spike occurred during the wall balls and med ball slam superset.  This was expected due to the high speed of movement and force output involved in the two motions.

## Plan
Pt. will continue his home walking program and return to station 1 Wednesday morning of next week.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01823



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | November 15, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress today.  He participated in confined space entry training yesterday, though only in a support role.  He did not perform any physically strenuous tasks, but stated that it felt good to be a part of the training.  He reports that he was very sore from last weeks calf work in the weaker leg, but it subsided by Sunday evening.

**Objective**

Resting heart rate:  75 bpm
Resting blood pressure: 104/64 mmHg
Pulse ox: 97%

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.  Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was lost twice when the patient went to do push ups and the chest sensor touched the ground.  His heart rate never reached his limit of 147 bpm.  Today's session focused on muscular and cardiorespiratory endurance. See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
    - 5 – 10 – 15 – 20 – 15 – 10 – 5 of the following:
        - Push ups
        - Crunchess
        - Air squat
        - Row ergometer (250m each round)
    - Treadmill, 22 minutes, 10 – 13% incline for 15 minutes, ramp down to 0% after
    - Calf work
        - Single leg deficit calf raise 1 X 20, no weight
        - Waddle walts 2 X 15 yards
        - Eversion with band 3 X 20
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 144 bpm, average heart rate was 118 bpm, 53 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  91 bpm
Resting blood pressure: 108/66 mmHg
Pulse ox: 96%

REEVES 01824



## Athletic Training Treatment Notes



### Assessment

Pt.'s heart rate response to the circuit was low, likely due to a combination of improved fitness and the effects of the beta blockers.  The treadmill walk required a significantly higher incline to reach the target heart rate than before (13% today vs 6% at the onset of cardiac rehab), indicating an improvement in cardiorespiratory fitness.

### Plan

Pt. will continue home exercise program and follow up with AT as his wife's condition and his vacation schedule allows.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01825



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | November 20, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress today.  He continues to be active on his own, walking daily and hunting on his days off.

**Objective**

Resting heart rate:  73 bpm

Resting blood pressure: 106/64 mmHg

Pulse ox: 95%

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was maintained at all times.  His heart rate never reached his limit of 147 bpm. Today's session focused on muscular and cardiorespiratory endurance. See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
  - 100 of each:
    - Bridges
    - Pike pole lifts with cable machine, 17.5lbs (50 each side)
    - Box squats, no weight
    - Face pulls, 12.5 lbs
  - Stair stepper, level 7, 10 minutes
  - 500 yard suitcase carry, switching hands every 50 yards, 35lbs
  - Calf work
    - Single leg deficit calf raise 1 X 20, no weight
    - Waddle walts 2 X 15 yards
    - Eversion with band 3 X 20
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 144 bpm, average heart rate was 118 bpm, 53 minutes total duration

Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)

Heart rate:  87 bpm

Resting blood pressure: 108/66 mmHg

Pulse ox: 95%

REEVES 01826



# Athletic Training Treatment Notes



## Assessment

Pt.'s heart rate response to the circuit was low, likely due to a combination of improved fitness and the effects of the beta blockers.  The stairstepper walk required a significantly higher level to reach the target heart rate than before (level 7 today vs 3 at the onset of cardiac rehab), indicating an improvement in cardiorespiratory fitness.  Pt. would likely benefit from the removal of weight restrictions.  These restrictions will also need to be removed in order to begin more strenuous occupational tasks.

## Plan

Pt. will report to station 1 tomorrow for another session.  Meeting with OMD, pt's BC, pt's Captain, and department Health and Safety BC set for 0900 Tuesday November 28.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01827



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | November 21, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress today.  He continues to be active on his own, walking daily and hunting on his days off. He seemed tired from taking care of his wife after her surgery, but is in good spirits regarding her recovery.

**Objective**

Resting heart rate:  75 bpm

Resting blood pressure: 100/64 mmHg

Pulse ox: 98%

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking inaccurate during the arc trainer, showing a declining heart rate despite an increasing workload and data was lost when the battery was changed.  His heart rate reached 147 bpm while on the treadmill, and incline was reduced.  Today's session focused on steady state cardiorespiratory endurance. See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
- 10 minutes of each at self selected pace/incline/resistance
    - Arc trainer
    - Row ergometer
    - Elliptical
    - Treadmill
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 147 bpm, average heart rate was 128 bpm, 52 minutes total duration

Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)

Heart rate:  98 bpm

Resting blood pressure: 102/64 mmHg

Pulse ox: 96%

REEVES 01828



# Athletic Training Treatment Notes



**Assessment**

Pt. performed well with all exercises and is continuing to progress well, working at higher workloads.

**Plan**

Pt. will continue home exercise program while he is off for Thanksgiving and return to station 1 for rehab on Monday morning.  Meeting with OMD, pt's BC, pt's Captain, and department Health and Safety BC set for 0900 Tuesday November 28.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01829



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | November 27, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain or respiratory distress today.  He continues to be active on his own, walking daily and hunting on his days off.

**Objective**
Resting heart rate:  77 bpm
Resting blood pressure: 102/64 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  His heart rate never reached 147 bpm.  Heart rate tracking was lost 3 times.  Today's session focused on steady state cardiorespiratory endurance. See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
- 10 minutes treadmill, self selected pace and incline, keeping heart rate between 135 and 145 bpm
- Sled drags and core work, 6 rounds
  - 25lbs on sled, 50 yard drags (100 yards on round 6)
  - Core exercises: crunches, V-ups, leg lifts, flutter kicks, supermans, Russian twist
- 10 minutes treadmill, self selected pace and incline, keeping heart rate between 135 and 145 bpm
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 146 bpm, average heart rate was 126 bpm, 42 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  99 bpm
Resting blood pressure: 112/68 mmHg
Pulse ox: 96%

REEVES 01830



## Athletic Training Treatment Notes



### Assessment

Pt. performed well with the high workloads, both steady state and interval based today.  His heart rate adjusted to changes in workload as expected.  Pt. would benefit from strength training and circuit work using higher weights as well as more occupationally relevant activities.

### Plan

Meeting with OMD, pt's BC, pt's Captain, and department Health and Safety BC set for 0900 Tuesday November 28.  Integrate more occupationally relevant movements into rehab.  Confer with physician about removal of the 50lb lifting limit.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01831

 # Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | November 28, 2023 afternoon | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain, respiratory distress, or residual fatigue from this morning's session.

**Objective**
Resting heart rate:  86 bpm
Resting blood pressure: 108/70 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was lost once during the warm up when the patient adjusted the Polar strap. Today's session focused high intensity bouts of physical activity with minimal rest. See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
- Circuit with a 35 lb kettlebell; 10-9-8-7-6-5-4-3-2-1 each side
  - Kettlebell clean
  - Front rack squat
  - Kettlebell pull through
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 152 bpm, average heart rate was 130 bpm, 28 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  109 bpm
Blood pressure: 110/70 mmHg
Pulse ox: 97%

REEVES 01832



# Athletic Training Treatment Notes



## Assessment

This session provided sufficient stimulus to reach and even exceed the maximum working heart rate set by cardiology.  However, the movements in this circuit, while intense, do not accurately replicate the physical demands of the fireground.  While there will be a crossover effect from this type of training to performance on the fireground, the principal of specificity of training necessitates that optimal preparation for return to duty should include movement of heavier loads and force outputs across several occupationally relevant tasks such as victim drags and carries, searching buildings while in full PPE/ SCBA and carrying tools/ equipment, ventilation, hose deployment, and numerous other firefighting tasks that would require the loosening or removal of current restrictions.

## Plan

Pt. will report to station 1 tomorrow morning for another session.  He will take Thursday and Friday off, but continue his home exercise program.  Monday December 4th we will conduct a VO2 max test using the Balke-Ware protocol and he has a follow up appointment with cardiology.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01833



## Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | November 28, 2023 morning | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain or respiratory distress today.  He continues to be active on his own, walking daily and hunting on his days off.

**Objective**
Resting heart rate:  77 bpm
Resting blood pressure: 102/64 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  His heart rate reached 149 bpm while on the treadmill at which point the incline was lowered from 9% to 7%.  Heart rate tracking was maintained at all times.  Today's session focused on building proficiency in the push, pull, squat, and hinge movement patterns in preparation for more intense resistance training and steady state cardiorespiratory endurance. See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
- Circuit 1, 10 rounds of 2 repetitions
  - Bench press, 45 lbs
  - Sumo deadlift, 45 lbs
  - Split stance row, 30 lbs
- Circuit 2, 10 rounds of 2 repetitions
  - Arnold press, 20 lbs
  - Zercher squat, 45 lbs
  - Inverted row, bodyweight only
- 10 minutes treadmill, self selected pace and incline, keeping heart rate between 135 and 145 bpm
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 149 bpm, average heart rate was 110 bpm, 49 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  99 bpm
Blood pressure: 114/70 mmHg
Pulse ox: 96%

REEVES 01834



## Athletic Training Treatment Notes



### Assessment

The weightlifting portion of today's rehab session never caused his heart rate to increase beyond 122 bpm and his RPE was 2-3/10 throughout both circuits.  His form on all exercises was good, requiring only minor cuing during the first few reps.  While the goal of these circuits was movement familiarity, the low RPE and heart rate response indicate that the current weight restrictions are not sufficient to challenge the pt. anymore.  Workloads needed to reach his target heart rate are much higher than at time of initial evaluation and his RPE at the target heart rate is lower now, 6-7/10 rather than 8-9/10, indicating that the patient is ready for higher workloads.

### Plan

Meeting with OMD, Battalion Chief, Station Captain, H&S Officer, and AT to immediately follow this appointment.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01835



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | November 29 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress today.  He is sore, especially in the legs, from yesterday's rehab/training sessions.

**Objective**

Resting heart rate:  78 bpm

Resting blood pressure: 102/64 mmHg

Pulse ox: 98%

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was maintained at all times.  Today's session focused on building proficiency in the push, pull, squat, and hinge movement patterns in preparation for more intense resistance training and steady state cardiorespiratory endurance. See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
- Circuit, 15 rounds of 2 repetitions
    - Bench press, 45 lbs
    - Hip thrust, 45 lbs
    - Bent over row, 45 lbs
- 15 minutes elliptical, self selected intensity, keeping heart rate between 135 and 145 bpm
- 20 minutes treadmill, self selected pace and incline, keeping heart rate between 135 and 145 bpm
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 139 bpm, average heart rate was 116 bpm, 51 minutes total duration

Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)

Heart rate:  96 bpm

Blood pressure: 106/66 mmHg

Pulse ox: 96%

REEVES 01836



## Athletic Training Treatment Notes



### Assessment

The weightlifting portion of today's rehab session never caused his heart rate to increase beyond 112 bpm and his RPE was 2/10 throughout the circuit. His form on all exercises was good, requiring only minor cuing during the first few reps. He performed well with the steady state exercise despite the DOMS from yesterday's sessions. He reported a 4/10 RPE on the elliptical due to soreness/ tightness in his calf muscles, but only a 2/10 RPE on the treadmill. Future sessions at higher workloads should help to overtime prevent the onset of DOMS following strenuous work sessions.

### Plan

Pt. will continue HEP at home and report to Fire Administration on Monday for his second VO2 max test using the Balke-Ware Protocol.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01837



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | October 2, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress today.  His soreness from last week has been gone since Saturday.  He states that he feels "like he can do more physically than he could the day before the heart attack."  His attitude remains positive and he seems motivated by the use of the blast mask and air pack in his rehab sessions.

**Objective**

Resting heart rate:  76 bpm
Resting blood pressure: 106/68 mmHg
Pulse ox: 95%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.  Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was lost twice when the pt went to the bathroom and again when he went to retrieve his face piece from the locker room.  Today's session again focused on intermittent bouts of higher intensity activity alternating with lower intensity segments.  The pt.'s heart rate reacted as expected increasing and decreasing appropriately with changes in workload.  Pt. RPE reached a level of 6/10 by the end of the barbell complex.  See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill, Band GH primer
- 10-9-8-7-6-5-4-3-2-1 of the following with a 45lb barbell:
    - Bent over row
    - Romanian deadlift
    - Push press
    - Squat
- 5 rounds, with a face piece and blast mask
    - Core work (supermans, Russian twist, leg lifts, crunches, bird dogs)
    - Suitcase carry, 25 yards each side, 35 lb kettlebell
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch.

Intra-activity heart max was 128 bpm, average heart rate was 107 bpm, 40 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  96 bpm
Resting blood pressure: 112/70 mmHg
Pulse ox: 96%

REEVES 01838



## Athletic Training Treatment Notes



### Assessment
The pt. tolerated intermittent bouts of intense work with the heavier load well.  He seems adequately challenged within the new restrictions set by cardiology.

### Plan
Educated patient on need to continue monitoring and slowly increasing activity intensity. Pt. will complete 3 more rehab sessions this week.


John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01839



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | September 29, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain or respiratory distress today.

**Objective**
Resting heart rate:  79 bpm
Resting blood pressure: 110/60 mmHg
Pulse ox: 96%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was maintained during activity.  An air pack from Engine 1 was used in rehabilitation today.  The session focused on low intensity steady state cardio on the station 1 apron, which has a slight grade resulting in a slightly increased heart rate when going uphill and a decrease when going downhill. See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill, 3 way band hamstring stretch
- 1.19 miles walking on the station 1 apron at a comfortable pace while breathing through an SCBA and wearing a top coat.  Intra activity RPE stayed in the 2-3/10 range.
- 5 minute cool down walk, no vest or face piece.
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch, scorpion stretch, butterfly stretch

Intra-activity heart max was 114 bpm, average heart rate was 108  bpm, 29 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  90 bpm
Resting blood pressure: 108/64 mmHg
Pulse ox: 95%

REEVES 01840



# Athletic Training Treatment Notes



| 91bpm | 91bpm | 32:00min/mi |
|---|---|---|
| Heart rate | Fat Fit | Pace |

## Assessment

Pt. performed well with the face piece and SCBA, showing no signs and symptoms of claustrophobia or respiratory distress. The addition of a top coat appeared to make no significant difference in heart rate response or RPE. Future sessions should continue to incorporate more occupationally relevant activities.

## Plan

Rehab will continue at 4 sessions per week with two being circuit training and the others being walks with an SCBA. An additional piece of turnout gear will be added each walk, if tolerated.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01841



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | October 4, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress today.  No residual soreness from previous sessions.  He stated that he has a lot of leave time built up that he needs to burn before the end of the year.

**Objective**

Resting heart rate:  79 bpm

Resting blood pressure: 96/58 mmHg

Pulse ox: 96%

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was lost once when the pt. when he went to retrieve his face piece from the locker room.  Today's session again focused on intermittent bouts of higher intensity activity alternating with lower intensity segments.  The pt.'s heart rate reacted as expected increasing and decreasing appropriately with changes in workload.  Pt. RPE reached a level of 6/10 during the circuit and 7/10 during the cardio due to the use of the blast mask.  See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill, Band GH primer
- 10 rounds of:
    - Split squat, 18 pounds, 2 reps each side
    - Dumbbell row, 30 pounds, 4 each side
    - Pistol, band assisted, 1 each side
- 10 rounds of:
    - Ball hamstring curl, 4
    - 1 arm floor press, 35 pounds, 4 each side
    - 1 arm lat pulldown, 37.5 pounds, 4 each side
- 15 minutes steady state cardio, with a face piece and blast mask
    - 5 minutes elliptical, level 3
    - 5 minutes treadmill, 3.1 mph, 3% incline
    - 5 minutes row ergometer, level 4
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch.

Intra-activity heart max was 128 bpm, average heart rate was 107 bpm, 40 minutes total duration

Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)

Heart rate:  90 bpm

Resting blood pressure: 100/64 mmHg

Pulse ox: 96%

REEVES 01842



# Athletic Training Treatment Notes



**Assessment**

The pt. is able to perform resistance training without angina or respiratory distress.  The same RPE levels will illicit lower heart rates while performing the resistance training indicating that lack of strength and stability may be a limiting factor.

**Plan**

Continue with cardiovascular training.  Incorporate strength training into the rehab plan to help with ADLs and occupational tasks.  Scheduled appointments will move to 2 per day when he starts burning his leave time.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01843



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | October 6, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress today.   He still has residual soreness from Wednesday's rehab session in his glutes and legs.

**Objective**

Resting heart rate:  76 bpm

Resting blood pressure: 104/72 mmHg

Pulse ox: 96%

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was unable to be tracked during the session due to technical difficulties with the Polar monitor.  Pulse oximeter was used periodically to track vitals and RPE was recorded after each round of the lifting circuit.  Pt. was able to easily carry on a conversation while walking with the air pack.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill, Band GH primer

| Reps | Dumbbell bench press | Arnold Press | Lat Pulldown | RPE |
|---|---|---|---|---|
| 10 | 15 | 15 | 17.5 | 3 |
| 8 | 20 | 15 | 22.5 | 4 |
| 6 | 25 | 15 | 27.5 | 4 |
| 4 | 30 | 15 | 32.5 | 5 |
| 2 | 35 | 20 | 42.5 | 5 |
| 3 X 2 | 40 | 25 | 47.5 | 7 |

- Air pack walk, wearing turn out top coat and pants
  - Last 24:28 before low air alarm went off
  - RPE 3/ 10 throughout activity
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch.

Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)

Heart rate:  98 bpm

Resting blood pressure: 108/78 mmHg

Pulse ox: 96%

**Assessment**

Pt. completed all repetitions of the lifting circuit with no issues, but did require some cuing with the bench press on the first set and when the weight got heavier.  The addition of the turn out pants seemed to have little to no effect on his performance during the air pack walk.  His time of 24:28 from going on air until the sounding of the low air alarm along with his ability to easily carry on a conversation indicate that he is ready to begin performing more strenuous work with the air pack on.

REEVES 01844



## Athletic Training Treatment Notes

**Plan**
Pt. will report to station 1 for 4 sessions next week.  A helmet will be added on the next air pack walk. Strength and proper movement pattern coaching will continue to be priorities.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01845

 # Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | October 9, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain or respiratory distress today. No residual soreness from previous sessions. He states that he feels stronger and more fit since beginning cardiac rehab.

**Objective**
Resting heart rate: 69 bpm
Resting blood pressure: 106/62 mmHg
Pulse ox: 97%
Activity interventions. Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS. Heart rate tracking was lost once when the pt. when he went to retrieve his face piece from the locker room. Today's session again focused on strength, local muscular endurance, and higher intensity cardio. The pt.'s heart rate reacted as expected increasing and decreasing appropriately with changes in workload. See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill, Band GH primer
- Superset: Goblet squat and dumbbell bench press, 4 X 8 – 12 for both exercises
  - Weights used: 25, 30, 35, 40. All reps completed each set.
  - RPE: 5/10
- Superset: Lat pulldown, 3 X 12 – 20, and single leg bridge, 3 X 15 each side
  - Lat pulldown weights: 32.5, 50, 50
  - Single leg bridge, bodyweight only
  - RPE: 3/ 10
- Superset: Farmer carry, 4 X 50 yards, and Crunches, 3 X 30, wearing a blast mask
  - Farmer carry weight: 25 each set
  - RPE 5/10
- Treadmill walk, 20 minutes
  - 10 minutes, 0 → 8%, ramping to a heart rate target of 140 – 145 bpm, RPE 8/10
  - 5 minutes, 6%, heart rate target 135 – 140 bpm, RPE 6/10
  - 5 minutes, ramping down to 1%, RPE 2/10
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch.

Intra-activity heart max was 128 bpm, average heart rate was 107 bpm, 40 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate: 91 bpm
Resting blood pressure: 108/64 mmHg
Pulse ox: 93%

REEVES 01846



## Athletic Training Treatment Notes



**Assessment**

The patient is adapting well to combined strength training and cardio sessions.

**Plan**

Pt. will perform three more sessions this week.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01847



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | October 10 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress today.  He is sore from yesterday's resistance training and from helping with hose testing.

**Objective**

Resting heart rate:  76 bpm

Resting blood pressure: 108/60 mmHg

Pulse ox: 97%

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS. Pt. was able to easily carry on a conversation while walking with the air pack.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill, Band GH primer
- Air pack walk, wearing turn out top coat, pants, and helmet
    - Last 24:09 before low air alarm went off
    - RPE 3/ 10 throughout activity
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch.

Intra-activity heart max was 111 bpm, average heart rate was 105 bpm, 31 minutes total duration

Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)

Heart rate:  83 bpm

Resting blood pressure: 108/64 mmHg

Pulse ox: 97%



REEVES 01848

 ## Athletic Training Treatment Notes

**Assessment**

His time of 24:28 from going on air until the sounding of the low air alarm along with his ability to easily carry on a conversation indicate that the additional gear made no significant impact on oxygen consumption compared to the previous air pack walk.

**Plan**

Pt. will report to station 1 for 2 more sessions this week. Gloves and boots will be added on the next air pack walk. Strength and proper movement pattern coaching will continue to be priorities.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01849

 ## Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | October 11, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress today.  No residual soreness from previous sessions.

**Objective**

Resting heart rate:  77 bpm

Resting blood pressure: 102/68 mmHg

Pulse ox: 98%

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was lost once when the pt. when he went to retrieve his face piece from the locker room.  Today's session again focused on strength, local muscular endurance, and higher intensity cardio.  The pt.'s heart rate reacted as expected increasing and decreasing appropriately with changes in workload.  See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill, Band GH primer
- Superset: Goblet squat and dumbbell bench press, 4 X 12 – 15 for both exercises
    - Squat weights used: 35, 40, 40, 40.
    - Bench weights used: 30, 35, 35, 40
    - RPE: 6/10
- Superset: Lat pulldown, 3 X 25 – 30, and single leg bridge, 3 X 15 each side
    - Lat pulldown weights: 42.5, 47.5, 50
    - Single leg bridge, bodyweight only
    - RPE: 4/ 10
- Superset: Farmer carry, 4 X 100 yards, and core, 4 X 30s
    - Farmer carry weight: 25 each set
    - Core exercises: C sit rotation, crunches, alternating supermans, leg lifts
    - RPE 6/10
- Treadmill walk, 20 minutes
    - 15 minutes, 0 → 8%, ramping to a heart rate target of 135 – 140 bpm, RPE 7/10
    - 5 minutes, 0%, RPE 2/10
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch.

Intra-activity heart max was 140 bpm, average heart rate was 112 bpm, 56 minutes total duration

Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)

Heart rate:  99 bpm

Resting blood pressure: 104/66 mmHg

Pulse ox: 96%

REEVES 01850



## Athletic Training Treatment Notes



**Assessment**

Increasing the number of reps performed led to a higher RPE within the weight restrictions given by cardiology, allowing for similar RPEs to his cardiorespiratory endurance training, but with lower heart rate responses.  Resistance training should continue to focus on local muscular endurance.

**Plan**

Pt. will attend two more rehab sessions this week and move to two a days next when he begins burning his leave time.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01851



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | October 12, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain or respiratory distress today.  Reported feeling hot during the walk today.

**Objective**
Resting heart rate:  74 bpm
Resting blood pressure: 104/62 mmHg
Pulse ox: 98%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.
Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS. Heart rate tracking was lost at the end of the session when the pt. removed the Polar strap and AT forgot to turn off the Polar app. Pt. was able to easily carry on a conversation while walking with the air pack.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill, Band GH primer
- Air pack walk, wearing turn out top coat, pants, boots, gloves, and helmet
  - 23:37 until low air alarm went off, RPE 4/10
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch.

Intra-activity heart max was 131 bpm, average heart rate was 116 bpm, 46 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  77 bpm
Resting blood pressure: 104/64 mmHg
Pulse ox: 96%





## Athletic Training Treatment Notes

**Assessment**

Pt. performed well during the walk and was able to carry on a conversation without issue.  He needs further acclimatization with the turnout gear due to the heat retaining characteristics of the gear before moving to more strenuous activity in full gear.  Work related activities would likely be best performed without bunker gear first then with pieces being added on over time.

**Plan**

Pt. is off 2 days next week.  He will report to station 1 for rehab sessions on Tuesday, Wednesday, and Friday.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01853



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | October 17, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain or respiratory distress today.  No residual soreness from last week. Feeling some mental and emotional stress about a close friend who is also going through a tough medical situation. Will take Thursday off to be with that friend and his family.

**Objective**
Resting heart rate:  69 bpm
Resting blood pressure: 96/58 mmHg
Pulse ox: 96%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was lost once when the pt. when he went to retrieve his face piece from the locker room.  Today's session again focused on strength, local muscular endurance, and higher intensity cardio.  The pt.'s heart rate reacted as expected increasing and decreasing appropriately with changes in workload.  See heart rate graph below for further details.

- Warm up, 10 each: 3 rounds
    - Clamshells X 15 each side
    - Dead bugs X 5 each side
    - T spine rotation X 5 each side
    - Crawl, 5 yards forward, 5 yards backwards
    - Band pull apart X 20
- Superset
    - Kettlebell swing, 35lbs, 25 – 20 – 15 – 10 – 5
    - Turkish get ups, 15 lbs, 5 – 4 – 3 – 2 – 1 each side
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch.

Intra-activity heart max was 126 bpm, average heart rate was 103 bpm, 24 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  85 bpm
Resting blood pressure: 106/62 mmHg
Pulse ox: 95%

REEVES 01854



## Athletic Training Treatment Notes



### Assessment

Pt. seemed to be restricted more by strength and balance than other factors while completing this session. He was able to tolerate the frequent positional changes from laying on the ground to standing well, indicating that his blood pressure is sufficient to perfuse the brain during strenuous activity that requires positional changes.

### Plan

Pt. will perform an air pack walk in full PPE tomorrow.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01855



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | October 18, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain or respiratory distress today.  He feels slight soreness in his legs and core from yesterday's rehab session.

**Objective**
Resting heart rate:  68 bpm
Resting blood pressure: 98/64 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS. Pt. was able to easily carry on a conversation while walking with the air pack.
- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill, Band GH primer
- Air pack walk, wearing all PPE
    - 22:03 until low air alarm went off, RPE 4/10
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch.

Intra-activity heart max was 124 bpm, average heart rate was 110 bpm, 34 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  85 bpm
Resting blood pressure: 104/60 mmHg
Pulse ox: 97%



REEVES 01856

 Athletic Training Treatment Notes

**Assessment**

The addition of the hood seemed to make no significant difference compared to other walks.  He was able to carry on a conversation during the walking indicating that the workload was low, however he would benefit from continued acclimatization time with the gear.

**Plan**

Pt. will conduct 1 more session this week.


John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01857



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | October 20, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress today.  Pt. reports that he has a headache today and he reports feeling a little down about his friend/coworker who is going through a tough time medically.

**Objective**

Resting heart rate:  62 bpm

Resting blood pressure: 102/64 mmHg

Pulse ox: 96%

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Today's session again focused on higher intensity cardio.  The pt.'s heart rate reacted as expected increasing and decreasing appropriately with changes in workload.  See heart rate graph below for further details.

- Warm up, 10 each: 3 rounds
    - Clamshells X 15 each side
    - Dead bugs X 5 each side
    - T spine rotation X 5 each side
    - Crawl, 5 yards forward, 5 yards backwards
    - Band pull apart X 20
- As many rounds as possible in 15 minutes
    - Kettlebell swing, 35 lbs, X 15
    - Sled drag, 45 lbs, X 50 yards
    - Core work, 30 seconds
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch.

Intra-activity heart max was 148 bpm, average heart rate was 124 bpm, 28 minutes total duration

Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)

Heart rate:  85 bpm

Resting blood pressure: 110/70 mmHg

Pulse ox: 96%

REEVES 01858



## Athletic Training Treatment Notes



**Assessment**

Pt. handled the more intense workload well and continues to be adequately challenged within the parameters set by cardiology.

**Plan**

No changes to current plan.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01859



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | October 23, 2023 - afternoon | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress.  He feels no residual fatigue or soreness from this morning's session and said his wife is doing better but still at the hospital.

**Objective**

Resting heart rate:  79 bpm

Resting blood pressure: 116/78 mmHg

Pulse ox: 97%

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  This session again focused on higher intensity cardio.  The pt.'s heart rate reacted as expected increasing and decreasing appropriately with changes in workload.  Tracking was lost several times when he moved to far away from the phone with the Polar app.  Pt. was instructed to walk slowly when his heart rate exceeded 147bpm in the final round of the circuit.  See heart rate graph below for further details.

- Warm up, 10 each: 3 rounds
    - Clamshells X 15 each side
    - Dead bugs X 5 each side
    - T spine rotation X 5 each side
    - Crawl, 5 yards forward, 5 yards backwards
    - Band pull apart X 20
- As many rounds as possible in 20 minutes
    - 50 yard sled drag, 45 lbs
    - C-sit rotations – done until his partner finished the sled drag
    - 50 yard single arm overhead carry, 20 lbs
    - Bird dogs – done until his partner finished the OH carry
    - 50 yard farmer's carry, 35 lbs
    - Leg lifts  – done until his partner finished the farmer's carry
    - 50 yard suitcase carry, 35 lbs
    - Alternating supermans – done until his partner finished the suitcase carry
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch.

Intra-activity heart max was 149 bpm, average heart rate was 125 bpm, 32 minutes total duration

Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)

Heart rate:  95 bpm

Resting blood pressure: 98/72 mmHg

Pulse ox: 96%

REEVES 01860



## Athletic Training Treatment Notes



**Assessment**

Pt. handled the more intense workload well and continues to be adequately challenged within the parameters set by cardiology.

**Plan**

Pt. is taking tomorrow off.  He will report to station 1 at 0800 on Wednesday for cardiac rehab. Thursday he will have a light morning session then participate in simulated forcible entry training with his crew on Thursday afternoon under the supervision of AT and a paramedic.


John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01861



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | October 23, 2023 - morning | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain or respiratory distress today.  He arrived late after taking his wife to the ED for abdominal pain this morning and dropping his kids off at school.  He was stressed about his wife, but stated "there's nothing I can do for her right now" and hoped that exercise would make him feel better.

**Objective**

Resting heart rate:  75 bpm

Resting blood pressure: 108/72 mmHg

Pulse ox: 94%

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  He was instructed to walk slowly each time his heart rate reached 147 bpm or until his rating of perceived exertion reached a 7/10 on the modified Borg scale.  Heart rate tracking was lost or seemed inaccurate at times given the pt.'s workload and RPE.  The battery was changed on the strap at 15 minutes, which seemed to alleviate the issues.  Today's session again focused on steady state bouts of activity.  Modes of exercise were changed every 10 minutes to keep the session interesting.  See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
- 10 minutes elliptical, self selected resistance, keeping heart rate between 140 – 145 bpm and RPE at 6-7/10
- 10 minutes row ergometer, self selected pace, resistance level set to 4, keeping heart rate between 140 – 145 bpm and RPE at 6-7/10
- 10 minutes treadmill, self selected pace and incline, keeping heart rate between 140 – 145 bpm and RPE at 6-7/10
- 1 minute each: bretzel, band hamstring stretch, figure 4 stretch, scorpion stretch, butterfly stretch

Intra-activity heart max was 143 bpm, average heart rate was 122 bpm, 42 minutes total duration

Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)

Heart rate:  97 bpm

Resting blood pressure: 104/68 mmHg

Pulse ox: 94%

REEVES 01862



## Athletic Training Treatment Notes



**Assessment**

Pt. tolerated exercise well and seemed to be in a better mood after completing exercise.

**Plan**

Pt. will return to station 1 for another rehab session with his assigned crew if he is able after visiting his wife at the hospital.

John R. Wise, MS, LAT, CSCS, ATC, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01863



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | October 26, 2023 - afternoon | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain or respiratory distress.  He has no residual fatigue from this morning's session.

**Objective**
Resting heart rate:  82 bpm
Resting blood pressure: 102/62 mmHg
Pulse ox: 95%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.
Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  He was instructed to walk slowly each time his heart rate reached 147 bpm or until his rating of perceived exertion reached a 9/10 on the modified Borg scale.  Today's session again focused on occupational tasks, forcing doors using the door simulator prop which was located at station 4.  Heart rate monitoring was lost briefly when the pt. walked to the Battalion 1 vehicle to retrieve a tool.  See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
- Forcible entry training with other members of shift 1C while wearing full PPE and an air pack. Training was not conducted on air.
    - Pt. forced the door 4 times with aid of a partner.  He walked
    - RPE never exceeded 6/10
    - Pt. was told to stop and walk during his 4th time through when his heart rate reached 147 bpm.  After his heart rate lowered, he finished forcing the door, reaching 147 again. Session was terminated at that point.

Intra-activity heart max was 150 bpm, average heart rate was 113 bpm, 51 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  99 bpm
Resting blood pressure: 100/64 mmHg
Pulse ox: 94%

REEVES 01864



## Athletic Training Treatment Notes



**Assessment**

The task of forcing a locked door caused a steep rise in heart rate when using the haligan tool to break the simulated locks.  Heart rate also recovered quickly after opening the door and walking around.  This indicates that the heart is able to adjust well to changes in workloads.

Each successive attempt elicited a higher rate response than the previous attempt. This is likely due to either cardiac drift as a result of sweat loss or a lack of strength endurance, possibly both.

**Plan**

Pt. will report to station 1 Monday morning for his next session.  Future sessions will focus on producing high amounts of force over repeated efforts.  Pt. will perform more occupational training with shift 1C next Wednesday.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01865



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|----------|-------------|-----|------------------|---|---|
| Tx Date | October 26, 2023 - morning | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain or respiratory distress today.  He took yesterday off to be with his wife and came in early today so that he could shower before an appointment with his PCP.  Pt. asked if calf work could be added to his rehab plan due to atrophy and weakness in his left calf that has been present for several years following a fracture.

**Objective**
Resting heart rate:  75 bpm
Resting blood pressure: 102/66 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.  Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was lost when the pt. went to the bathroom and went to the locker room to retrieve his face piece.  He was instructed to walk slowly each time his heart rate reached 147 bpm or until his rating of perceived exertion reached a 7/10 on the modified Borg scale.  Today's session again focused on increasing work intensity while wearing an air pack.  No turnout gear was used.  Calf exercises were added to the warm up.  See heart rate graph below for further details.
- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
- Big toe calf raise, bodyweight X 10
- Single leg calf raise, bodyweight, 3 X 15 each side
- Waddle walts X 5 laps
- Air pack walk on the stair stepper, level 3 – 5 based on RPE and heart rate response.  Pt. was instructed to walk around the bay when his heart rate reached 147 bpm, 5 minutes into using the stepper.  He walked until his heart rate reached 125 then continued exercise until the low air alarm went off on his air pack.  14:38 from going on air until low air alarm sounded.

Intra-activity heart max was 147 bpm, average heart rate was 107 bpm, 43 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  79 bpm
Resting blood pressure: 106/60 mmHg
Pulse ox: 95%

REEVES 01866



# Athletic Training Treatment Notes



## Assessment

Pt.' shorter activity time between going on air and the low air alarm going off was expected due to the higher level of work being performed.  Pt. will benefit from continued bouts of higher intensity exercise while wearing an SCBA.

## Plan

Pt. will meet AT and the crew of 1C at station 4 at 1400 today to participate in company training with the forcible entry prop.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01867



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | October 30, 2023 - morning | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports no pain today.  He is congested and feels mucus in his throat when breathes, but otherwise "feels fine."

**Objective**
Resting heart rate:  77 bpm
Resting blood pressure: 102/60 mmHg
Pulse ox: 96%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was lost several times when the patient went to do push ups and the chest sensor touched the ground.  He was instructed to walk slowly each time his heart rate reached 147 bpm or until his rating of perceived exertion reached a 7/10 on the modified Borg scale.  Today's session focused on repeated efforts of strength.  No turnout gear was used.  Calf exercises were added to the warm up.  See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
- Big toe calf raise, bodyweight X 10
- Single leg calf raise, bodyweight, 3 X 15 each side
- Waddle walts X 5 laps
- 10 – 9 – 8 – 7 – 6 – 5 – 4 – 3 – 2 – 1 of the following:
    - Push ups
    - Squats
    - Sled drag (50 yards each round)

Intra-activity heart max was 135 bpm, average heart rate was 121 bpm, 35 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  92 bpm
Resting blood pressure: 104/62 mmHg
Pulse ox: 95%

REEVES 01868



# Athletic Training Treatment Notes



**Assessment**

Pt.'s heart rate never reached 147, but RPE reached 7/10 several times while pulling the sled due to difficulties breathing with the congestion.  Work intensity should remain lower until his congestion has subsided.

**Plan**

Pt. will report to station 1 tomorrow for strength endurance work and has a cardiac MRI scheduled for Wednesday, November 1st.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01869



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | December 4, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain today.  He is congested, but is having no difficulty breathing adequately.  Pt. has a long history of congestion during season changes and allergies. Pt did not feel up to performing a VO2 max test today due to the congestion and getting home late last night.

**Objective**

Resting heart rate:  78 bpm
Resting blood pressure: 100/62 mmHg
Pulse ox: 96%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was maintained at all times.  Today's session focused on circuit training and steady state cardiorespiratory endurance. See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
- Circuit 1, 5 X 5
  - Front rack squat, 35 lbs
  - Single arm push press, 20 lbs
  - Inverted row, bodyweight
- Circuit 2, 20-15-10-5
  - Hand to hand row, 35 lbs
  - Kettlebell swings, 35 lbs
  - Crunches
  - Single leg calf raises
- 20 minutes treadmill, self selected pace and incline
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 128 bpm, average heart rate was 113 bpm, 51 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  96 bpm
Blood pressure: 102/62 mmHg
Pulse ox: 96%

REEVES 01870



## Athletic Training Treatment Notes



**Assessment**

Strength movements with low weight resulted in only small heart rate increases, while the power movement of kettlebell swings was able to cause a higher heart rate response, though still well below the current training cut off.  As the patient progresses with strength work, dedicated power movements that mimic occupational demands such as hammer swings should be incorporated.  A conjugate or daily undulating periodization scheme would be ideal for continued improvements in all aspects of fitness.

**Plan**

Pt. has a follow up appointment with cardiology today.  He was provided a letter asking for loosened restrictions.  Changes to his activity levels will be made based upon updated guidance from cardiology.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01871



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | December 4, 2023 afternoon | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain and reports that his congestion has mostly cleared up since the morning session.  He went to his follow with cardiology this morning.  His blood pressure was very low at the time of his appointment and his doctor lowered his dosage of Metoprolol.  His cardiology team lifted all of his restrictions and provided written instructions saying he may return to full activity.  The pt. appeared excited about this and after discussing this with his battalion chief, we plan to begin firefighting related training next week during C shift.

**Objective**

Resting heart rate:  82 bpm
Resting blood pressure: 112/62 mmHg
Pulse ox: 96%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was lost 3 times when the patient got outside the range of the chest strap's Bluetooth range.  Today's session focused on continuous performance of a high workload. See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
- 20:00, as many rounds as possible:
    - Bent over row X 10
    - Deadlift X 10
    - Push press X 10
    - Goblet squat X 10
    - Sled drag X 50 yards, 45 lbs on sled
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 148 bpm, average heart rate was 109 bpm, 29 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  98 bpm
Blood pressure: 110/64 mmHg
Pulse ox: 96%

REEVES 01872



# Athletic Training Treatment Notes



**Assessment**

Dragging a heavy weighted sled combined with fast kettlebell work resulted in a higher heart rate response than this morning's session.  The pt. reported an RPE of 6-7/10 during the circuit which is consistent with his measured heart rate response.

**Plan**

Pt. will begin a structured weightlifting program tomorrow morning that will focus on strength and power while still continuing to develop muscular endurance and cardiorespiratory fitness.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01873

 ## Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | December 5, 2023 morning | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain but is feeling congested again this morning.  He has no residual soreness from either of yesterday's sessions.

**Objective**

Resting heart rate:  79 bpm
Resting blood pressure: 100/66 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was lost several times when the pt. bumped the heart rate sensor.  Today's session focused on strength and cardiorespiratory fitness.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill, Band GH primer with red theraband
    - Bench press
        - 45lbs X 10
        - 65lbs X 8
        - 85lbs X 8
        - 105lbs X 6
        - 115lbs X 6
        - 135, 155, 165 X 3 each, will use 165 as a 3 rep training max
    - 20:00 AMRAP
        - 10 kettlebell cleans, 35lbs
        - 10 step ups, 24 inch box
        - 10 wall balls, 10lb ball
    - 10:00 treadmill, 7.5%, 3.3 mph
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 155 bpm, average heart rate was 121 bpm, 48 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  104 bpm
Blood pressure: 106/68 mmHg
Pulse ox: 96%

REEVES 01874



## Athletic Training Treatment Notes



**Assessment**

The patient performed the bench press with good form and experienced no pain or discomfort during the lift, even at the highest weight. His heart rate response stayed low even at high loads. The circuit and treadmill elicited high working heart rates, but his RPE stayed at 8 or lower. Today's workload seemed sufficient to challenge his cardiorespiratory fitness and strength.

**Plan**

Pt. will return to station 1 tomorrow for further strength testing and cardio training. Once working 3 rep maxes have been established for the bench, squat, and deadlift a conjugate style strength training plan will be created that will still allow for high intensity cardio and fire training.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01875



## Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | December 6, 2023 morning | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain but is feeling congested again this morning.  He states the congestion is not as bad as yesterday.  He reports light chest and shoulder soreness from bench pressing yesterday.  He took his new dose of Metoprolol 4 hours earlier than usual last night because he was afraid he would forget to take it since he planned on being out late with his wife.

**Objective**

Resting heart rate:  78 bpm
Resting blood pressure: 116/68 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.  Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was maintained throughout the session.  Today's session focused on strength and cardiorespiratory fitness.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill
  - Trap bar deadlift
    - 50lbs X 10
    - 100lbs X 8
    - 120lbs X 8
    - 140lbs X 6
    - 160lbs X 6
    - 190, 210, 220, 230, 250 X 3 each, will use 250 as a 3 rep training max
  - Bar hang and low back stretches to decompress the lumbar spine
  - 30:00 treadmill, increasing intensity at regular intervals to achieve a target HR of > 155 bpm, RPE equal to or less than 9, and a positive talk test
    - 0:00 – 2:00, 3%, 2.5 mph, with diaphragmatic breathing and core bracing
    - 2:01 – 5:00, 10%, 2.5 mph
    - 5:01 – 8:00, 11%, 2.5 mph
    - 8:01 – 11:00, 12%, 2.7 mph
    - 11:01 – 20:00, 13%, 2.8 mph
    - 20:01 – 22:00, 10%, 2.5 mph
    - 22:01 – 28:00, 5%, 2.5 mph
    - 28:01 – 30:00, 1%, 2.5 mph
- Cooldown: bretzel 1 and 2, figure 4 stretch, pec stretch, bar hang

Intra-activity heart max was 164 bpm, average heart rate was 124 bpm, 56 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  102 bpm

REEVES 01876



# Athletic Training Treatment Notes

Blood pressure: 110/68 mmHg
Pulse ox: 95%



## Assessment

The patient performed the trap bar deadlift with good form and experienced no pain or discomfort during the lift, even at the highest weight.  His heart rate response was higher than during yesterday's bench press ramp, but was expected due to the larger amount of working muscles involved in the deadlift and heavier loads lifted.  The treadmill elicited high working heart rates.  HIs RPE stayed at 9 or lower and he was able to perform the talk test even at the highest intensity.  Today's workload seemed sufficient to challenge his cardiorespiratory fitness and strength.

## Plan

Pt. will continue his home exercise program and report back to station 1 for further training on Monday.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01877



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | December 12, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain.  He went to Physician's Treatment Center and was diagnosed with bronchitis and given medication, including prednisone and antibiotics.  He is feeling better today, but still congested.

**Objective**

Resting heart rate:  90 bpm

Resting blood pressure: 108/64 mmHg

Pulse ox: 96%

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was lost for several minutes when the patient went to the bathroom.  Today's session focused on strength.  Long rest periods were utilized in order to maximize load used and total tonnage for the training session and to reduce discomfort from his bronchitis. See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill, band GH primer, deep core warm up
- Bench press and trap bar deadlift, done as a super set with increasing rest periods from set to set (30s initially, 3 minutes for final sets)
    - Bench
        - Warm up sets: 45lbs X 12, 65 X 10, 75 X 8, 85 X 8, 95 X 6, 105 X 6
        - Work sets: 115 X 5, 125 X 3, 135 to failure (13 reps)
    - Trap bar deadlift
        - Warm up sets: 50lbs X 12, 100 X 10, 110 X 8, 120 X 8, 130 X 6, 150 X 6
        - Work sets: 170 X 5, 190 X 3, 200 to failure (12 reps)
- Face pulls, 17.5 lbs, 100 reps in as few sets as possible, complete in three sets
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 126 bpm, average heart rate was 96 bpm, 73 minutes total duration

Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)

Heart rate:  96 bpm

Blood pressure: 110/66 mmHg

Pulse ox: 96%

REEVES 01878



# Athletic Training Treatment Notes



**Assessment**

Pt.'s congestion and bronchitis has hampered forward progress in rehab over the last week.  This combined with frequent vacation days, as he is trying to burn up leave before losing it, may have a negative effect on the overall rehabilitation plan.  We have yet to start occupationally relevant tasks due to a combination of these factors.  However, the patient's strength is improving and increased strength should reduce the difficulty of many fireground tasks.

**Plan**

Pt. will follow directions given by the physician at PTC and follow up with his PCP as needed.  When possible, the rehab plan will continue forward with more intense cardio and occupational tasks.


John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01879



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | December 18, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports no pain.  He has completed the regimen of medications for bronchitis and is breathing much better, though he still feels slightly congested

**Objective**

Resting heart rate:  88 bpm

Resting blood pressure: 106/68 mmHg

Pulse ox: 96%

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Today's session focused on power and muscular endurance.  Short rest periods were used for the power work to maximize rate of force development and short rest periods were used for the dumbbell work to increase muscular endurance and to provide a cardiorespiratory challenge. See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill, band GH primer, deep core warm up
- Power super set
    - Step jumps             5 X 5
    - Supine chest pass       5 X 5
- Superset, run the dumbbell rack
    - Chest supported row X 8 – 12
    - Goblet squat X 12 – 15
    - Weights used: 15, 20, 25, 30, 35, 40, 45, 50, 55, 60, went up and down
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 135 bpm, average heart rate was 115 bpm, 43 minutes total duration

Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)

Heart rate:  98 bpm

Blood pressure: 116/70 mmHg

Pulse ox: 96%

REEVES 01880



# Athletic Training Treatment Notes



**Assessment**

Pt. performed well with both sets of exercises.  He was able to complete the session with no respiratory distress.  He heart rate stayed below 75% of age predicted heart rate maximum despite the high volume of work and short rest periods.  While these exercises do not translate to the fireground, his ability to handle the high workload, especially coming off of a bout of bronchitis, shows that he is ready to try more occupationally relevant tasks.

**Plan**

Pt. will return to station 1 for rehab tomorrow.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01881



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | December 19, 2023 afternoon | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports slight soreness in legs.  Cold air irritated his airway slightly.  He seemed excited to participate in the training.

**Objective**

Resting heart rate:  82 bpm

Resting blood pressure: 110/64 mmHg

Pulse ox: 96%

Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment.  Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Heart rate tracking was difficult to maintain while moving through the burn building due to the heavily reinforced walls.  See heart rate graph below for further details.

- Warm up, two out drill, squats, leg swings
- Participated in fire hose advancement training with Engine 1 and Truck 1 at the training center
  - Hose deployment from Engine 1
  - Donning PPE
    - Donning mask and gloves at the entry point of a building
    - Breathing through SCBA
  - Hose advancement – above grade and below grade
  - Using and applying fire streams via smooth bore and fog nozzles
  - Repacking hose
  - 2 rounds of this training were conducted with the patient taking the nozzle man position both times
    - 1st iteration – full bunker gear, helmet.  No air pack
    - 2nd iteration – full PPE, on air.
- Cooldown: 5 minute walk, toe touches

Intra-activity heart max was 151 bpm, average heart rate was 125 bpm, 24 minutes total duration

Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)

Heart rate:  97 bpm

Blood pressure: 114/68 mmHg

Pulse ox: 96%

REEVES 01882



# Athletic Training Treatment Notes



## Assessment

Pt. did not experience any angina, dyspnea, or other discomfort during the training exercise.  Per his Captain and other members of the crew, he was able to move at a proper fireground speed while advancing the hose through the burn building, communicated well with the rest of the team, and skillfully applied fire streams as he advanced.  The only point of improvement was that his mask up time could have been faster.

From the AT perspective, the pt. showed no signs of claustrophobia and was able to move well and under control even when the metal stairs became wet after the first iteration of the training event.  The difference in heart rate maximum between the iteration with no air pack and the iteration with the air and breathing through the SCBA was 11 bpm according to the Polar strap and mobile app.  This number may be slightly inaccurate due to difficulties maintaining heart rate tracking in the burn building but, available data suggests that the addition of the added weight from the air pack, the physiological stress of breathing  through the SCBA, and the slick surfaces inside the burn building from spraying water on the first iteration did not hinder performance and resulted in only a modest increase in workload on the heart (77% of age predicted heart rate max on 1st iteration compared to 83% on the 2nd.)

 The pt. showed great enthusiasm for the training event and a desire to move forward with occupationally relevant rehab activities.

## Plan

Pt. will report to station 1 for rehab tomorrow and continue HEP during the Christmas holiday.


John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01883



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | December 19, 2023 morning | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**

Pt. reports mild soreness in his glutes and upper back following yesterday's rehab session.  His breathing is "the best its been in weeks" but cold air still bothers him.

**Objective**

Resting heart rate:  84 bpm
Resting blood pressure: 104/66 mmHg
Pulse ox: 97%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  This morning's session was kept light, as we plan to begin training with his crew this afternoon at the training center See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, two out drill, band GH primer, deep core warm up
- 10 rounds of the following:
    - Trap bar deadlift, 150 lbs X 2
    - Push ups off bench X 2
    - Face pulls, 12.5 lbs X 5
    - V – ups X 5
- Treadmill walk, 20:00
    - Target heart rate: 130 – 135 bpm
    - Incline: 5.5%
    - Speed: 3.3 mph
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 145 bpm, average heart rate was 112 bpm, 62 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  96 bpm
Blood pressure: 112/70 mmHg
Pulse ox: 96%

REEVES 01884



## Athletic Training Treatment Notes



**Assessment**

Pt. experienced no difficulties with the above exercises despite the light soreness from yesterday.  He was able to maintain a conversation throughout, even while on the treadmill working between 75% and 80% of age predicted heart rate maximum.  This workload prevented him from carrying on a conversation early in rehab and is a good indicator his progress.

**Plan**

Pt. will meet Truck 1, Engine 1, and AT at training center this afternoon for hose training.

John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01885



# Athletic Training Treatment Notes

| Employee | Chad Reeves | DOB | October 28, 1985 | | |
|---|---|---|---|---|---|
| Tx Date | December 20, 2023 | Body part(s) | Cardiorespiratory system | | |
| Other Tx: | ED, Cardiology, life vest (d/c'ed), medication | | | Light duty | Yes |

**Subjective**
Pt. reports some mild soreness in the arms and some congestion.  He feels good about the training conducted yesterday and is eager to continue after the holidays.

**Objective**
Resting heart rate:  89 bpm
Resting blood pressure: 112/66 mmHg
Pulse ox: 98%
Activity interventions.  Paramedic with cardiac monitor on standby throughout entire appointment. Heart rate was monitored continuously with a Polar chest strap and the Polar heart rate monitor app for iOS.  Today's session focused on power and muscular endurance.  Short rest periods were used for the dumbbell work to increase muscular endurance and to provide a cardiorespiratory challenge. See heart rate graph below for further details.

- Warm up, 10 each: dynamic bretzel, bridge, deadbugs, thread the needle, bird dogs, band GH primer, deep core warm up
- Superset
  - Cable chest flys – run the stack up and down, 12.5 → 37.5 → 12.5 lbs X 12 reps
  - Single leg bridge X 8 each side
- Treadmill walk
  - 10:00 with 45 lb weighted vest at RPE of 7-8/10
  - 10:00 without vest at RPE of 7-8/10
  - 5:00 cooldown
- Cooldown: 5 minute walk, bretzel 1 and 2, figure 4 stretch, pec stretch

Intra-activity heart max was 156 bpm, average heart rate was 119 bpm, 59 minutes total duration
Post activity vitals (taken after 5 minutes of slow walking and 2 minutes of sitting)
Heart rate:  94 bpm
Blood pressure: 108/70 mmHg
Pulse ox: 96%

REEVES 01886



## Athletic Training Treatment Notes



### Assessment
Pt. performed well on all exercises.  He was able to carry on a conversation despite the high workload. The session seems to have challenged both local muscular endurance and cardiorespiratory endurance.

### Plan
Pt. will continue HEP during the Christmas holiday and will resume formal rehab when he returns.


John R. Wise, MS, ATC, CSPS, CSCS, TSAC-F
Athletic Trainer
Employee Performance and Fitness Coordinator
Lynchburg Fire Department
(434) 241-0808
john.wise@lynchburgva.gov

REEVES 01887