**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:24-cv-21295-RAR

CHAD REEVES,

     Plaintiff,

v.

CARNIVAL CORPORATION,
a Panamanian Corporation,

     Defendants.

_____/

## REPLY IN SUPPORT OF PLAINTIFF'S *DAUBERT* MOTION

Plaintiff, CHAD REEVES, by and through undersigned counsel, hereby files his Reply in Support of Plaintiff's *Daubert* Motion and in support thereof states:

In Carnival's Response to Plaintiff's *Daubert* Motion (DE 40), Carnival stated that it does not intend to have its medical experts Dr. Setaro and Dr. Khoury testify to the opinions challenged in Plaintiff's *Daubert* Motion. Accordingly, Plaintiff's *Daubert* Motion is due to be granted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on February 28, 2025. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

THE HAGGARD LAW FIRM
*Counsel for Plaintiff*
330 Alhambra Circle
Coral Gables, Florida 33134
Tel: 305-446-5700/Fax: 305-446-1154
Primary: TJM@haggardlawfirm.com
Secondary: Jbush@haggardlawfirm.com

By:     */s/Todd J. Michaels*
        Todd J. Michaels
        Florida Bar No.: 568597

Philip D. Parrish, P.A.
*Co-counsel for Plaintiff*
7301 SW 57th Court, Suite 430
Miami, Florida 33143
Tel. 305-670-5550/Fax: 305 670-5552
Email: phil@parrishappeals.com
        betty@parrishappeals.com

By:     */s/ Philip D. Parrish*
        Philip D. Parrish
        Florida Bar No. 541877

2

## SERVICE LIST

Michael J. Drahos, Esquire
W. Cooper Jarnagin, Esquire
Ashley Genoese, Esquire
GRAYROBINSON PA
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Telephone: 561-268-5727
Facsimile: 561-268-5747
Michael.drahos@gray-robinson.com
Cooper.jarnagin@gray-robinson.com
Ashley.genoese@gray-robinson.com
***Counsel for Defendant***

Philip D. Parrish, Esquire
PHILIP D. PARRISH PA
7301 S.W. 57 Court, Suite 430
Miami, Florida 33143
Telephone: 305-670-5550
Facsimile: 305-670-5552
phil@parrishappeals.com
betty@parrishappeals.com
***Co-Counsel for Plaintiff***

Todd J. Michaels, Esquire
Adam C. Finkel, Esquire
THE HAGGARD LAW FIRM
330 Alhambra Circle
Coral Gables, Florida 33134
Tel: 305-446-5700
Fax: 305-446-1154
Primary: TJM@haggardlawfirm.com
Primary : ACF@haggardlawfirm.com
Secondary: Jbush@haggardlawfirm.com
***Counsel for Plaintiff***

3