**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-cv-21295-RAR**

CHAD REEVES,

Plaintiff,

v.

CARNIVAL CORPORATION
a Panamanian Corporation,

Defendant.
_______________________________________/

# NOTICE OF SETTLEMENT

Defendant, CARNIVAL CORPORATION, by and through undersigned counsel, hereby notifies this Honorable Court that all pending claims between Plaintiff and Defendant have been settled and state as follows:

1. The parties have reached a settlement agreement of all claims in this matter, with each party to bear their own attorney's fees and costs.

2. The parties request thirty (30) days to finalize settlement documents and file their Joint Stipulation for Dismissal.

3. The parties respectfully request that the Status Conference scheduled for tomorrow, Friday, March 28, 2025, at 11:00 AM via Zoom, pursuant to ECF 56, be cancelled due to the resolution of this matter.

4. The parties further request that this Court retain jurisdiction to enforce the parties' settlement agreement.

Respectfully submitted,

GrayRobinson, P.A.
515 North Flagler Drive, Ste. 650

West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/ Ashley Genoese*
Michael J. Drahos
Florida Bar No. 0617059
michael.drahos@gray-robinson.com
W. Cooper Jarnagin
Florida Bar No. 117767
cooper.jarnagin@gray-robinson.com
Ashley Genoese
Florida Bar No. 1019357
ashley.genoese@gray-robinson.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

*/s/ Ashley Genoese*

**SERVICE LIST**
**CASE NO. 1:24-cv-21295-RAR**

Todd J. Michaels, Esq.
Florida Bar No. 568597
tjm@haggardlawfirm.com
Joshua P. Padron, Esq.
Florida Bar No. 1018674
jpp@haggardlawfirm.com
THE HAGGARD LAW FIRM
330 Alhambra Circle
Coral Gables, FL 33134

Telephone: (305) 446-5700
Facsimile: (305) 446-1154

Philip D. Parrish, Esq.
Florida Bar No. 541877
phil@parrishappeals.com
7301 S.W. 57th Court, Suite 430
South Miami, FL 33143
Telephone: (305) 670-5550
Facsimile: (305) 775-5155

*Attorneys for Plaintiff*